# EXHIBIT B

SAP Document #4100096606

# PENNSYLVANIA DEPARTMENT OF HUMAN SERVICES

## Bureau of Procurement and Contract Management

GRANT AGREEMENT

Domestic Violence Program

RFA #34-22, Lot 1

Pennsylvania Coalition Against Domestic Violence

3605 Vartan Way, Suite 101

Harrisburg, Pennsylvania 17110-9335

jthompson@pcadv.org

SAP Vendor Number:

Office of Policy Development

Jessica H. Schneider

jesschneid@pa.gov

610-327-5639

Revised March 28, 2023

**GRANT AGREEMENT**

This GRANT AGREEMENT is between the COMMONWEALTH OF PENNSYLVANIA ("Commonwealth"), DEPARTMENT OF HUMAN SERVICES ("DHS" or "Department") and the Pennsylvania Coalition Against Domestic Violence ("Grantee"), operating at 3605 Vartan Way, Suite 101, Harrisburg, Pennsylvania 17110-3995.

WITNESSETH:

WHEREAS, the Department, created by the Act 390 of July 13, 1957, P.L. 852, No. 390, is responsible for the administration of grants to domestic violence center programs in the Commonwealth.  71 P.S. § 611.13;

WHEREAS, Section 205 of the Human Services Code, 62 P.S. § 205, authorizes the Department to make grants of appropriated funds to programs in fields in which the Department has responsibility;

WHEREAS, the Department expects to allocate $84,708,659.75 from funds expected to be appropriated for the domestic violence center Program ("Program");

WHEREAS, the Grantee will operate the Program as described in Rider 2 to this grant, which Program meets the Department's standards; and

WHEREAS, the Grantee was selected to receive this grant in accordance with the Commonwealth's and the Department's established grant policies and procedures.

NOW, THEREFORE, the parties, intending to be legally bound, agree as follows:

1.  The term of this agreement shall be from October 1, 2023 to June 30, 2026.  The Department, in its sole discretion, may extend the term of this agreement on the same terms and conditions for two additional one-year periods.  If necessary for subsequent years, the Grantee shall provide the Department with a Work Statement and Budget.  These revised Work Statement and Budgets will become part of this agreement upon approval of the Department.

2.  The Grantee shall use the funds granted hereunder to faithfully implement the conditions of this grant and operate the program described in Rider 2, subject to the terms and conditions contained herein.

3.  The services described in Paragraph 2 above shall be provided in conformity with:

| | |
|---|---|
| Rider 1 | Payment Provisions |
| Rider 2 | Work Statement, consisting of RFA No. 34-22, including Addendum 1 and Appendix J, and Grantee's Technical Submittal excluding Part III-4 Financial Capability, and Grantee's CPP Submittal. |
| Rider 3 | Budget |
| Rider 4 | Standard Grant Terms and Conditions |

|  | Rider 5 | DHS Addendum to Standard Terms and Conditions, including Attachments A, Audit Clause A/B; L, Lobbying Certification; and W, Worker Protection and Investment Certification |
|---|---|---|
|  | Rider 6 | Business Associate Addendum |

4. The Riders listed above, as they may be applicable to this grant, are attached and made a part of this Grant Agreement.

5. Subject to the availability of State and Federal funds, the Department will pay the Grantee, in accordance with the terms of Rider 1, as soon as practical after the agreement has received final approval from all necessary parties. The total amount of this grant is $84,708,659.75, and no payments shall be made under this agreement in excess of that amount. At its discretion, the Department may increase or decrease this total amount through a funding adjustment as a result of changes in applicable appropriations or allocations or certifications of available funds.

6. This Grant Agreement may be cancelled by the Department, in accordance with Paragraph 18 of Rider 4, upon 30 days prior written notice.

7. This Grant Agreement contains all the terms and conditions agreed on by the parties. Any modifications or waivers of this agreement shall only be valid when they have been reduced to writing, duly signed and attached to the original of this agreement. No other agreements, oral or otherwise, regarding the subject matter of this agreement, shall be deemed to exist or to bind any of the parties hereto.

[SIGNATURE PAGE FOLLOWS.]

| Document No.: | #4100096606 | SAP Vendor No.: | ███████ |

Document Type: Pre-Approved Grant

IN WITNESS WHEREOF, the parties hereto have caused this Grant Agreement to be executed by its duly authorized officials.

**GRANTEE**

_SLHisaiton_    Chief Executive Officer 9/5/2023

Signature / Title                    Date

PRINT OR TYPE NAME AND TITLE

_Jenifer Thompson_ Chief Operating Offiicer 9/5/2023

Signature / Title                    Date

PRINT OR TYPE NAME AND TITLE

**COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF HUMAN SERVICES**

**SECRETARY OR DESGNEE**

Ally Wullbrandt

Digitally signed by Ally Wullbrandt
DN: cn=Ally Wullbrandt, ou=BPCM,
email=awullbrand@pa.gov, c=US
Date: 2023.09.18 13:08:24 -04'00'

Signature                    Date

**COMPTROLLER OPERATIONS**

_Christine Wooding_

Digitally signed by Christine Wooding
Date: 2023.10.11 15:40:12 -04'00'

Signature                    Date

**Approved as to Legality and Form:**

| Hannah R. Suhr | Digitally signed by Hannah R. Suhr Date: 2023.09.20 09:16:18 -04'00' | Form: 14-FA-1.0 Form: 14-FA-3.0 | Form: 14-FA-1.0 Form: 14-FA-3.0 |
| OFFICE OF GENERAL COUNSEL DEPARTMENT OF HUMAN SERVICES | | DEPUTY ATTRONEY GENERAL OFFICE OF ATTORNEY GENERAL | DEPUTY GENERAL COUNSEL OFFICE OF GENRAL COUNSEL |

Rev 10 12 2020

3

# RIDER 1

**RIDER 1**
**PAYMENT PROVISIONS**

The Department will pay Grantee for the services rendered pursuant to this agreement as follows:

A.    Payment.    Subject to the availability of State and Federal funds and the other terms and conditions of this agreement, the Department will reimburse the Grantee in accordance with Rider 3 for providing the services described in Rider 2, up to the maximum amount of $84,708,659.75, as it may be adjusted pursuant to Paragraph 5 of the agreement, and no payments shall be made under this agreement in excess of that amount.  The Department will make payment to the Grantee in accordance with the Budget set forth in Rider 3 as follows:

1.    The Grantee shall submit a Cash Needs Request to the Department on a monthly basis. The Grantee shall provide a detailed written justification for any variances by budget category or line item. The Department will reject any Cash Needs Request that is not sufficiently justified.

2.    The Grantee may, for each of the first three months of the State Fiscal Year, request up to $1/12^{th}$ of the annual budgeted amount. For each remaining month of the State Fiscal Year, the Grantee shall base their Cash Needs Request on actual expenditures for the previous months and any extraordinary services in the months for which funding is being requested.

3.    The Grantee must submit their Monthly Expenditure Reports in accordance with the Grantee Report Submission Timeline. The Monthly Expenditure Reports must reflect only actual expenses incurred by the grantee and its sub-grantees and may not include projected expenses. A Cash Needs payment to sub-grantees is not considered to be an actual expense.

4.    Grantee Report Submission Timelines for Cash Needs Requests and Expenditure Report:

| Due Date | Cash Needs Request | Expenditure Report |
|---|---|---|
| September 20, 2023 | October and November | None |
| October 20, 2023 | December | None |
| November 20th | January | October |
| December 20th | February | November |
| January 20th | March | December |

| February 20th | April | January |
|---|---|---|
| March 20th | May | February |
| April 20th | June | March |
| May 20th | July | April |
| June 20th | August | May |
| July 20th | September | June |
| August 20th | October | July |
| September 15th | None | Final Report for prior State Fiscal Year |
| September 20, 2024 and each September 20th thereafter until termination of the Grant Agreement | November | August |
| October 20, 2024 and each October 20th thereafter until termination of the Grant Agreement | December | September |

5. The Grantee shall require all its sub-grantees to submit their expenditure reports on a monthly basis.

6. The Grantee must maintain supporting documentation for all expenditures and make the documentation readily available for review by the Department and its designated representatives upon request.

7. The Department may request additional documentation related to all cash needs requests or expenditure reports, including but not limited to a cost allocation plan, a sub-grantee allocation listing and other related documents.

8. The Grantee may only use grant funds received from the Department for expenditures as provided in this Grant Agreement.

9. The Grantee shall send an electronic copy of all properly detailed Cash Needs Requests, invoices, and Monthly Expenditure Reports, in the format approved by the Department, via email at: ra-policyoffice@pa.gov

2

or mail hard-copies to:

Department of Human Services
Office of Policy Development
625 Forester St.
Room 323, Health & Welfare Building
Harrisburg, PA  17120

10.     The Department will disapprove any expenditures made by the Grantee which are not in accordance with the terms of this agreement and will adjust payment to Grantee or seek repayment from Grantee.  Any duplication of payment requests for services rendered under this agreement may result in termination of this agreement by the Department.

11.     Living and travel expenses may be reimbursed in accordance with Rider 3, but such expenses may not exceed the rates as set forth in Management Directive 230.10, Commonwealth Travel Policy, unless the Grantee has higher rates that were established and publicized prior to entering into this agreement.  Grantee shall retain itemized receipts in its files to support all claims submitted for living and travel expenses and shall make these receipts available to the Department upon request.

12.     The Grantee's administrative costs may not exceed 10% of the total grant amount and its reimbursement for training and technical assistance provided to subgrantees may not exceed an additional 5% of the total grant amount. The Grantee must allocate its administrative and indirect costs in a reasonable manner and may only charge to areas that receive a direct benefit from the incurred costs.

13.     The Grantee will follow the Cost Principles in the resulting grant agreement and as set forth in 2 C.F.R. Part 200.

14.     The Grantee will establish and maintain an accounting system that tracks expenses by functional classification (cost centers) as well as by natural classification.

15.     The Grantee will establish and maintain budgeting processes that include consideration of input from the selected Applicant's fiscal staff and grant managers.

B.     <u>Invoicing.</u>  Grantee must submit itemized invoices of its actual expenditures for services provided for the prior month pursuant to this agreement.  The Grantee must submit invoices in accordance with the following:

1.     Grantee may invoice the Department no more than once a month.  All invoices are due on the 20th day of the month following the month in which services were provided.

3

2.     The Grantee must include on each invoice the agreement number, Grantee's SAP Vendor Number, Unique Identifier Number, the period covered by the invoice, the name of the person submitting the invoice, and the date the invoice is being submitted.

3.     Grantee must submit one copy of the invoice to the Department via email at ra-policyofficepa.gov, or mail a hard copy to:

Department of Human Services
Office of Policy Development
625 Forster Street
Room 323, Health and Welfare Building
Harrisburg, Pennsylvania 17120

4.     Grantee shall submit the last actual invoice no later than 75 days after the expiration date of the agreement or, in the event of earlier termination or cancellation, no later than 75 days after notice to the Grantee of such termination or cancellation.  The Department will not reimburse or pay Grantee for any invoice not submitted in accordance with this provision.  The Department will not pay for any expenditure not claimed by Grantee in its final invoice.

C.     Interest.  The Grantee shall account for all interest earned on the payments made under this agreement and use it for expenditures in accordance with the terms of this agreement. The selected Applicants shall use interest income earned only to increase services provided under this agreement and may not use interest income for Administration costs.

D.     Accounting of Expenditures.  Grantee shall submit a detailed accounting of its expenditures under this agreement the address in A.9 above, by September 1st of each State Fiscal Year 60 days after expiration or termination of the agreement.  For each State Fiscal Year and at the termination or expiration of the agreement, the Grantee shall include a Supplementary Schedule that consists of a budget to actual expenditures presented in the same format as Rider 3, Budget, including all updates and revisions.  The Grantee must include all allowable and reimbursable costs for the agreement.  The Department will use this Supplementary Schedule for reconciliation and settlement for the state fiscal year and the agreement.  The Grantee must pay to the Department all excess funds received by Grantee and any unused interest income earned on payments made to the Grantee within 75 days of the end of the state fiscal year and the termination or expiration of the agreement.

E.     Reallocations.  The Grantee may only reallocate funds among or within budget categories and line items, subject to the following criteria:

1.     The Grantee must submit written justification and receive the Department's prior written approval for all reallocations.

2.     In its sole discretion, the Department may waive the requirement for prior approval of budget reallocations.

4

3.      The Grantee may request approval for budget reallocations, as needed, throughout the state fiscal year, with all final requests being received by the Department prior to May 10th of each State Fiscal Year.  In its sole discretion, the Department may approve requests for reallocations received after May 10th.

4.      For all reallocations, including those that do not require the Department's prior written approval, the Grantee must submit a budget revision, which will become part of the agreement upon approval of the Department and Comptroller Operations.

5.      The Grantee must submit all requested budget revisions to the Office of Policy Development at the address stated in Section A.9. The Grantee may not use requested budget revisions on Cash Needs Requests, invoices, or Monthly Expenditure Reports until the Department has issued notification that the request has been approved.

F.      Audit.

1.      The Grantee must maintain supporting documentation for all fiscal and programmatic activity under this agreement and make this documentation available for review by the Department or its representatives upon request.  Failure to provide documentation within the timeframe prescribed by the Department may result in a payment delay for outstanding invoices submitted by the Grantee.

2.      This agreement is subject to audit in accordance with the Audit Clause attached as part of Rider 5.

# RIDER 2

**REQUEST FOR APPLICATIONS FOR**

**Statewide Domestic Violence and Rape Crisis Services Programs**

**ISSUING OFFICE**

**Commonwealth of Pennsylvania**
**Department of Human Services**
**Bureau of Procurement and Contract Management**
**Room 832 Health and Welfare Building**
**625 Forster Street**
**Harrisburg, PA  17120**

**RFA NUMBER**

**34-22**

**DATE OF ISSUANCE**

**April 19, 2023**

i

REQUEST FOR APPLICATIONS FOR

**Statewide Domestic Violence and Rape Crisis Services Programs**

**TABLE OF CONTENTS**

**CALENDAR OF EVENTS**                                          iv

**Part I - GENERAL INFORMATION**                               1

**Part II - CRITERIA FOR SELECTION**                           10

**Part III - TECHNICAL SUBMITTAL**                             13

**Part IV – COST SUBMITTAL**                                   36

**Part V – CONTRACTOR PARTNERSHIP PROGRAM SUBMITTAL**          37

**APPENDICES**

**APPENDIX A, APPLICATION COVER SHEET**

**APPENDIX B, TRADE SECRET CONFIDENTIAL PROPRIETARY INFORMATION NOTICE FORM**

**APPENDIX C, CORPORATE REFERENCE FORM**

**APPENDIX D, KEY PERSONNEL REFERENCE FORM**

**APPENDIX E, COST SUBMITTAL WORKSHEET**

**APPENDIX F, LOBBYING CERTIFICATION AND DISCLOSURE**

**APPENDIX G, FEDERAL FUNDING ACCOUNTABILITY AND TRANSPARENCY ACT SUB-RECIPIENT DATA SHEET**

**APPENDIX H, BUSINESS ASSOCIATE ADDENDUM**

**APPENDIX I, WORKER PROTECTION AND INVESTMENT CERTIFICATION FORM**

**APPENDIX J, STANDARD TERMS AND CONDITIONS, ADDENDUM TO TERMS AND CONDITIONS AND AUDIT CLAUSE A/B**

**CALENDAR OF EVENTS**

The Commonwealth will make every effort to adhere to the following schedule:

| Activity | Responsibility | Date |
|---|---|---|
| Deadline to submit questions via email to RA-PWRFAQUESTIONS@PA.GOV | Potential Applicants | April 27, 2023 12:00 PM EST |
| Answers to Potential Applicant questions posted to the Department of General Services website at http://www.emarketplace.state.pa.us/Search.aspx no later than this date. | DHS | May 4, 2023 |
| Please monitor this website for all communications regarding this Request for Applications. | Potential Applicants | Ongoing |
| Application must be received by the Issuing Office at RA-PWRFAQUESTIONS@PA.GOV as provided in **Part I, Sections I-11 and I-12.**<br><br>Reference Forms must be received by the Issuing Office at RA-PWBPCMReferForms@pa.gov as provided in **Part I, Section I-12.A and Part III, Section III-3.** | Applicants | May 19, 2023 12:00 PM EST |

iv

**PART I**

**GENERAL INFORMATION**

I-1.    **Purpose.**  This Request for Applications ("RFA") provides to those interested in submitting applications for the subject procurement ("Applicants") sufficient information to enable them to prepare and submit applications for the Department of Human Services' ("Department" or "DHS") consideration on behalf of the Commonwealth of Pennsylvania ("Commonwealth") to satisfy a need for **Domestic Violence and Rape Crisis Services** ("Project").  This RFA contains instructions governing the requested applications, including the requirements for the information and material to be included; a description of the service to be provided; requirements that Applicants must meet to be eligible for consideration; general evaluation criteria; and other requirements specific to this RFA.

I-2.    **Issuing Office.**  The Department's Office of Administration, Bureau of Procurement and Contract Management ("Issuing Office") has issued this RFA on behalf of the Commonwealth.  The sole point of contact in the Commonwealth for this RFA shall be Karen Kern, RA-PWRFAQUESTIONS@PA.GOV, the Issuing Officer for this RFA.  Please refer all inquiries to the Issuing Officer.

I-3.    **Overview of Project.**  Pursuant to state law, the Department makes grants to domestic violence centers and rape crisis centers for the operation of Domestic Violence Programs and Rape Crisis Services Programs.  These programs provide statewide support services for victims and survivors and assist in prevention through community education throughout the Commonwealth.  Adults and children are eligible to receive services from these programs without regard to income. The Department has structured the services required by this RFA into two separate lots.  **Applicants shall only apply for one lot.**

A.  **Lot 1 – Domestic Violence Services.**  DHS seeks to partner with a domestic violence center to operate domestic violence programs to all 67 counties in Pennsylvania.

"Domestic violence center" means an organization, or the coordinating body of an organization, which has as its primary purpose the operation of domestic violence programs.

"Domestic violence program" means a program which has as its primary purpose the provision of direct services to victims of domestic violence and their children, including, but not limited to, victim advocacy, counseling, shelter, information and referral, victim-witness, accompaniment, community education and prevention.

The domestic violence center shall also provide domestic violence protective services in all 67 counties.  Protective services consist of activities to assist individuals who are in situations of actual or threatened abuse and are provided as an intervention in a crisis situation and are necessary to alleviate the problem or to remove the individual from the dangerous situation as detailed in the recipient's written service plan.

B.  **Lot 2 – Rape Crisis Services.**  DHS seeks to partner with a rape crisis center to operate rape crisis services programs to all 67 counties in Pennsylvania.

"Rape crisis center" means an organization, or the coordinating body of an organization, which has as its primary purpose the operation of rape crisis programs.

"Rape crisis program" means a program which has as its primary purpose the provision of direct services to victims of sexual assault, including, but not limited to, crisis intervention, counseling,

victim advocacy, information and referral, victim-witness and assistance, accompaniment through the medical, police and judicial systems as well as providing education and prevention programs on rape and sexual assaults.

The rape crisis center shall also provide rape crisis protective services. Protective services are provided as an intervention in a crisis situation and all activities necessary to alleviate the problem or to remove the individual from the dangerous situation as detailed in the recipient's written service plan.

The primary purpose of the rape crisis program is the provision of direct services to victims of sexual assault, abuse, and harassment and those collaterally affected by the victimization, with the exception of the offender. Those collaterally affected by the victimization shall have the definition promulgated in the Violence Against Women Act, as may be amended. For this Lot, it will be used interchangeably with significant other; the category is traditionally given to family and friends of the victim who may seek personal support or information and resources. These direct services include but are not limited to, crisis intervention, counseling, victim advocacy, information and referral, victim and witness assistance, accompaniment through the medical, police and judicial systems as well as providing education and prevention programs on rape and sexual assaults.

**I-4. Objectives.**

**A. General.** The objective of this RFA is to secure a domestic violence center and a rape crisis center to provide domestic violence services and rape crisis services, respectively, in all 67 counties in Pennsylvania.

**B. Specific.** The Department's specific objective is to work with a domestic violence center and a rape crisis center to meet the goals of preventing or remedying neglect, abuse, or exploitation of children and adults unable to protect their own interests, or preserving, rehabilitating, or reuniting families in the Commonwealth.

The selected Applicants must provide services including, but not limited to:
- Making referrals for financial aid, either in the form of emergency aid or in the form of ongoing income maintenance;
- Providing outreach services;
- Arranging for medical, mental health, and intellectual disabilities assessments;
- Arranging or referring individuals for services determined through assessment;
- Arranging or referring for the provision of legal services and assistance, including the preparation of legal documents and direct representation in cases of exploitation, abuse, or neglect;
- Accompaniment to the police department, hospital, court, social services, and providing victim advocacy; and
- Recruiting and training volunteers to provide services.

**Funding Sources**. All grant awards are subject to the availability of appropriated state funds and any modifications or additional requirements that may be imposed by law. This RFA is supported by the following funding sources:

- Title XX of the Social Security Act, Social Services Block Grant ("SSBG"), CFDA #93.667, 42 USC § 1397 & 42 USC § 1397(d)

2

- Act 44 of 1988 Article XII Domestic Violence and Rape Victims Services, 71 P.S. § 611.13
- Family Violence Prevention and Services Act ("FVPSA") - Domestic Violence Shelter & Supportive Services, CFDA # 93.671 and 94.497, 42 USC § 10401, et seq
- American Rescue Plan Act of 2021 ("ARPA"), Pub L. No. 117-2, Title II, Part 2, Section 2204 (d) amendments to FVPSA

**I-5.**    **Method of Award.**  Applicants must submit an application (consisting of Technical, Cost, and Contractor Partnership Program) for the appropriate Lot for which they seek to apply.  The Department will evaluate all applications separately, and will award agreements as described in **Part II, Section II-6**.

**I-6.**    **Type of Agreement.**  The Department intends to award one agreement for each Lot as a result of this RFA.  If the Department enters into agreements, they will be cost reimbursement agreements containing the Standard Grant Terms and Conditions as shown in **Appendix J** of this RFA.  The Department, in its sole discretion, may undertake negotiations with Applicants whose applications, in the judgment of the Department, show them to be qualified, responsible and capable of performing the Project.

**I-7.**    **Rejection of Applications.**  The Department, in its sole and complete discretion, may reject any application received as a result of this RFA.

**I-8.**    **Incurring Costs.**  The Commonwealth and the Department are not liable for any costs an Applicant incurs in the preparation and submission of its application, in participating in the RFA process, or in anticipation of agreement award.

**I-9.**    **Questions & Answers.**  If an Applicant has questions regarding this RFA, the Applicant must submit the questions by email **(with the subject line "RFA 34-22 Question")** to the Issuing Officer named in **Part I, Section I-2** of this RFA.  If the Applicant has questions, they must be submitted as they arise via email but **no later than** the date stated in the Calendar of Events.  The Applicant shall not attempt to contact the Issuing Officer by any other means.

When questions are submitted after the date specified in the Calendar of Events, the Issuing Officer *may* respond to questions of an administrative nature by directing the questioning Applicant to specific provisions in the RFA.  If the Department decides to respond to a non-administrative question *after* the date for receipt of questions, DHS will provide the answer to all Applicants through an addendum.

All questions and responses will be posted on the Department of General Services ("DGS") website and are considered as an addendum to, and part of, this RFA in accordance with RFA **Part I, Section I-10** of this RFA**.**

**I-10.**    **Addenda to the RFA.**  If the Department deems it necessary to revise any part of this RFA before the application response date, the Department will post an addendum to eMarketplace at **http://www.emarketplace.state.pa.us/Search.aspx**.  It is the Applicant's responsibility to periodically check the website for any new information or addenda to the RFA.  The Department shall not be bound by any verbal information, nor shall it be bound by any written information that is not either contained within the RFA or formally issues as an addendum.

**I-11.**    **Response Date.**  To be considered for selection, Applicants must submit electronic copies of their applications to the Issuing Office and the Issuing Office must receive the applications **no later than** the date and time specified in the Calendar of Events.  Applicants should allow sufficient time for electronic submission and receipt of their applications. Applicants must submit the electronic copies of applications to RA-PWRFAQUESTIONS@PA.GOV.  Reference contacts must submit the completed reference forms

to RA-PWBPCMReferForms@pa.gov.    The Department will **not** accept hard copy applications or applications via facsimile transmission.  **The Department will reject late applications or portions of applications.**  "Late" includes, but is not limited to, applications which are received a minute or less after the due date and time, as well as applications received several hours or days after the due date and time.

**I-12.    Application Requirements.**

A.  **Application Submission:** To be considered, Applicants should submit a complete response to this RFA to the Issuing Office, using the format provided in **Part I, Section I-12.B**, providing **one copy of the Technical Submittal, one copy of the Cost Submittal, and one copy of the Contractor Partnership Program ("CPP") Submittal,** via email to RA-PWRFAQUESTIONS@PA.GOV.  The subject line of the email must specify "RFA #34-22 Application".  Email attachments are limited to 10 MB, cumulatively, per email, and files may not be sent in any compressed format.  Any part of the application or its attachments over that limit must be sent via separate emails, with each labeled "RFA #34-22 Application Part X of Y" (total number of emails).

Contacts for the Corporate and Personnel References must submit the completed forms as provided in **Part III, Section III-3.A** and **III-3.C** by email to RA-PWBPCMReferForms@pa.gov.  The Contacts should include "Corporate Reference Form for RFA 34-22" or "Key Personnel Reference Form for RFA 34-22" in the subject line of the email and the body should specify the name of the Applicant for whom the form is being submitted.  Reference forms submitted after the due date and time will be rejected.

The electronic response must be in Microsoft Office or Microsoft Office-compatible format; and any spreadsheets must be in Microsoft Excel.  If an Applicant designates information as confidential or proprietary or trade secret protected in accordance with **Part I, Section I-17**, the Applicant must also include one redacted version of the Technical Submittal, also excluding financial capability information.  Applicants may not lock or protect any cells or tabs.

Applicants shall make no other distribution of its application to any other Applicant or Commonwealth official or Commonwealth consultant.  Each application page should be numbered for ease of reference.  An official authorized to bind the Applicant to its provisions must sign the application. If the official signs the **Application Cover Sheet** (**Appendix A** to this RFA) and the Application Cover Sheet is attached to the Applicant's application, the requirement will be met.  For this RFA, the application must remain valid for 120 days or until an agreement is fully executed.  If the Department selects the Applicant's application for award, the contents of the selected Applicant's application will become, except to the extent the contents are changed through Best and Final Offers or negotiations, contractual obligations.

Each Applicant submitting an application specifically waives the ability to withdraw or modify it, except that the Applicant may withdraw its application by written notice and submitting it to RA-PWRFAQUESTIONS@PA.GOV prior to the exact hour and date for application receipt.  An Applicant may modify its submitted application prior to the exact hour and date set for application receipt only by submitting a new application or modification that complies with the RFA requirements.

B.  **Application Format:** Applicants should submit their applications in the format, including heading descriptions, outlined below.  To be considered, the application should respond to all application requirements.  Applicants should provide any other information thought to be relevant, but not applicable to the enumerated categories, as an appendix to the application.  All cost data relating to this application should be kept separate from and not included in the Technical Submittal.  Applicants

should not reiterate technical information in the Cost Submittal.  Applicants may submit Applications for more than one Lot; however, each Lot must be submitted as a separate Application.    Each application shall consist of the following three separate submittals.

1.  Technical Submittal:

> Applicants should format their responses as outlined below.  **Do not include cost data in the Technical Submittal.**  The Technical Submittal shall include the following sections:
>
> - o  Application Cover Sheet, **Appendix A**
> - o  Table of Contents
> - o  Statement of the Project
> - o  Management Summary
> - o  Qualifications
> - o  Financial Capability
> - o  Work Plan
> - o  Requirements
> - o  Reports & Project Control
> - o  Performance Standards
>
> The contacts for the Corporate and Key Personnel Reference Forms should submit the completed forms in accordance with **Part III, Sections III-3.A. and III-3.C**.
>
> a.  Complete, sign and include **Appendix F - Lobbying Certification** and if applicable, the **Disclosure of Lobbying Activities.**
> b.  Complete and include **Appendix G, Federal Funding Accountability and Transparency Act Sub-Recipient Data Sheet.**
> c.  Complete and include **Appendix I, Worker Protection and Investment Certification Form.**

2.  Cost Submittal, in response to **Part IV;** and

3.  CPP Submittal, in response to **Part V**.

Technical Submittals must adhere to the following format:

a.  Pages must be 8.5 by 11 inches with right and left margins of one inch.
b.  Must use Arial or Times New Roman font with a type size of 12.
c.  Section headings, shown in this **Part I, Section I-12**, should be used.
d.  Include a page number and identification of the Applicant in the page footer of each page.
e.  Specifically reference materials provided in any appendix by page numbers in the body of the application.
f.  Exceptions for paper and font size are permissible for project schedule (Microsoft Project) or for graphical exhibits and material in appendices.

The Department may request additional information which, in the Department's opinion, is necessary to verify that the Applicant's competence, number of qualified employees, business organization, and financial resources are adequate to perform according to the RFA.

The Department may make investigations as deemed necessary to determine the ability of the Applicant to perform the Project, and the Applicant shall furnish to the Issuing Office all requested information and data. The Department may reject any application if the evidence submitted by, or investigation of, such Applicant fails to satisfy the Department that such Applicant is properly qualified to carry out the obligations of the RFA and to complete the Project as specified.

**I-13. Economy of Preparation.** Applicants should prepare applications simply and economically, providing a straightforward, concise description of the Applicant's ability to meet the requirements of the RFA.

**I-14. Alternate Applications.** The Department has identified the basic approach to meeting its requirements, allowing Applicants to be creative and propose their best solution to meeting these requirements. The Department will not accept alternate applications.

**I-15. Discussions for Clarifications and Negotiations.** Applicants may be required to make an oral or written clarification of their applications, or both, to the Department to ensure thorough mutual understanding and Applicant responsiveness to the solicitation requirements. The Department will initiate requests for clarifications. Clarifications may occur at any stage of the evaluation and selection process prior to the award of an agreement.

The Department, in its sole discretion, may undertake negotiations with Applicants whose applications, shown them to be qualified, responsible, and capable of performing the Project. Negotiations may occur at any stage of the evaluation and selection process prior to the award of an agreement.

**I-16. Oral or Written Presentations.** Applicants may be required to make an oral or written presentation of their applications to the Department to demonstrate an Applicant's capabilities and ability to provide the services required in the RFA. The Department will initiate requests for presentations; and for oral presentations, may include a request that key personnel be present. The oral presentation will be held in Harrisburg, Pennsylvania. Presentations may be requested at any stage of the evaluation and selection process prior to the award of the grant agreement.

**I-17. Prime Applicant Responsibilities.** The Department will require the Applicant assume responsibility for all services offered in its application whether it produces them itself or by sub-grant. The Department will consider the selected Applicant to be the sole point of contact for all agreement matters.

**I-18. Application Contents.**

   **A.** Confidential Information. The Commonwealth does not require, confidential proprietary information or trade secrets be included as part of Applicants' submissions. Except as provided, Applicants should not label applications as confidential or proprietary or trade secret protected. Any Applicant who determines that it must divulge such information as part of its application must submit the signed written statement described in Subsection C below and must provide a redacted version of its application in accordance with **Part I, Section I-12.A**, which removes only the confidential proprietary information and trade secrets, for required public disclosure purposes.

   **B.** Commonwealth Use. All material submitted with the application shall be the property of the Commonwealth. The Commonwealth has the right to use any or all ideas not protected by intellectual property rights that are presented in any application regardless of whether the application becomes part of an agreement. Notwithstanding any Applicant copyright designations contained on applications, the Commonwealth shall have the right to make copies and distribute applications internally and to comply with public record or other disclosure requirements under the provisions of

any Commonwealth or United States statute or regulation, or rule or order of any court of competent jurisdiction.

C. <u>Public Disclosure</u>.  After the award of a grant, all applications are subject to disclosure in response to a request for public records made under the Pennsylvania Right-to-Know-Law, 65 P.S. § 67.101, et seq.  If an application contains confidential proprietary information or trade secrets, the Applicant must provide a signed written statement to this effect with the submission in accordance with 65 P.S. § 67.707(b) for the information to be considered exempt under 65 P.S. § 67.708(b)(11) from public records requests.  Refer to **Appendix B** of the RFA for a **Trade Secret Confidential Proprietary Information Notice Form** that may be utilized as the signed written statement.  If financial capability information is submitted in response to **Part III, Section III-5** such financial capability information is exempt from public records disclosure under 65 P.S. § 67.708(b)(26).

**I-19.  Best and Final Offers ("BAFO").**

A. While not required, the Department may conduct discussions with Applicants for the purpose of obtaining BAFOs.  To obtain BAFOs, the Department may do one or more of the following, in any combination and order:

1.  Schedule oral presentations;

2.  Request revised applications; and

3.  Enter into pre-selection negotiations.

B. The following Applicants will **not** be invited by the Department to submit a BAFO:

1.  Those Applicants, which the Department has determined to be not responsible in accordance with **Part II, Section II-5** of this RFA or whose applications the Department has determined to not be responsive in accordance with **Part II, Section II-1** of this RFA.

2.  Those Applicants, which the Department has determined from the submitted and gathered financial and other information, do not possess the financial capability, experience, or qualifications to ensure good faith performance of the grant agreement.

3.  Those Applicants whose raw score for their Technical Submittal is less than 75% of the total amount of raw technical points allotted to the technical criterion.

The Department may further limit participation in the BAFO process to those remaining responsible Applicants that the Department has, within its discretion, determined to be within the top competitive range of responsive applications.

C. The Evaluation Criteria found in **Part II, Section II-4**, shall also be used to evaluate the BAFOs.

D. Price reductions offered shall have no effect upon the Applicant's Technical Submittal.

E. The Department, in its sole discretion, also may undertake negotiations with Applicants whose applications, in the judgement of DHS, show them to be qualified, responsible, and capable of performing the Project.

**I-20.** **News Releases.** Applicants shall not issue news releases, Internet postings, advertisements or any other public communications pertaining to this Project without prior written approval of the Department, and then only in coordination with the Department.

**I-21.** **Restriction of Contact.** From the issue date of this RFA until the Department selects application(s) for award for each Lot, the Issuing Officer is the sole point of contact concerning this RFA. Any violation of this condition may be cause for the Department to reject the offending Applicant's application. If the Department later discovers that the Applicant has engaged in any violations of this condition, the Department may reject the offending Applicant's application or rescind its grant agreement. Applicants shall not distribute any part of their applications beyond the Issuing Office. An Applicant who shares information contained in its application with other Commonwealth personnel or consultants or competing Applicant personnel may be disqualified.

**I-22.** **Department Participation.** The selected Applicant shall provide all services, supplies, facilities, and other support necessary to complete the identified work, except as otherwise provided in **Part I, Section I-22**. The Department will assign a Grant Administrator to manage the administration and monitoring of the agreements resulting from this RFA. The Grant Administrator will be the primary contact and resource for issues and questions related to the Project as it pertains to the services and scope of work described in this RFA.

**I-23.** **Term of Agreement.** The term of the agreement(s) will commence on the Effective Date and will end three years after the Effective Date**.** Subject to the performance of a selected Applicant and other considerations, the Department may extend the agreement(s) on the same terms and conditions for up to two additional one-year periods. The Department will fix the Effective Date after the agreement(s) has been fully executed by the selected Applicant and by the Commonwealth and all approvals required by the Commonwealth have been obtained. The selected Applicant(s) shall not start the performance of any work prior to the Effective Date of the agreement and the Commonwealth shall not be liable to pay the selected Applicant(s) for any service or work performed or expenses incurred before the Effective Date.

**I-24.** **Applicant's Representations and Authorizations.** By submitting its application, each Applicant understands, represents, and acknowledges that:

**A.** All Applicant's information and representations in the application are material and important, and the Department will rely upon its contents in awarding the agreement. The Commonwealth may treat any misstatement, omission or misrepresentation as fraudulent concealment of the true facts relating to the application, punishable pursuant to 18 Pa. C.S. § 4904.

**B.** The Applicant has arrived at the price(s) and amounts in its application independently and without consultation, communication, or agreement with any other Applicant or potential Applicant.

**C.** The Applicant has not disclosed the price(s), the amount of the application, nor the approximate price(s) or amount(s) of its application to any other firm or person who is an Applicant or potential applicant, and the Applicant shall not disclose any of these items on or before the application submission deadline specified in the Calendar of Events.

**D.** The Applicant has not attempted, nor will it attempt, to induce any firm or person to refrain from submitting an application, or to submit an application higher than its application, or to submit any intentionally high or noncompetitive application or other form of complementary application.

8

**E.** The Applicant makes its application in good faith and not pursuant to any agreement or discussion with, or inducement from, any firm or person to submit a complementary or other noncompetitive application.

**F.** To the best knowledge of the person signing the application for the Applicant, the Applicant, its affiliates, subsidiaries, officers, directors, and employees are not currently under investigation by any governmental agency and have not in the last **four** years been convicted or found liable for any act prohibited by State or Federal law in any jurisdiction, involving conspiracy or collusion with respect to bidding or proposing on any public contract, except as the Applicant has disclosed in its application.

**G.** To the best of the knowledge of the person signing the application for the Applicant and except as the Applicant has otherwise disclosed in its application, the Applicant has no outstanding, delinquent obligations to the Commonwealth including, but not limited to, any state tax liability not being contested on appeal.

**H.** The Applicant is not currently under suspension or debarment by the Commonwealth and has not been precluded from participation in any federally funded health care program by any other state or the federal government, and if the Applicant cannot so certify, then it shall submit along with its application a written explanation of why it cannot make such certification.

**I.** The Applicant has not made, under separate agreement with the Department, any recommendations to the Department concerning the need for the services or the specifications for the services described in the application.

**J.** Each Applicant, by submitting its application, authorizes Commonwealth agencies to release to the Department information concerning the Applicant's Pennsylvania taxes, unemployment compensation and workers' compensation liabilities.

**K.** Until the selected Applicant receives a fully executed and approved written agreement from the Issuing Office, no legal and valid agreement exists, in law or in equity, and the Applicant shall not begin to perform.

**L.** The Applicant is not currently engaged and will not during the duration of the agreement engage, in a boycott of a person or an entity based in or doing business with a jurisdiction that the Commonwealth is not prohibited by Congressional statute from engaging in trade or commerce.

**I-25.** **Notification of Selection.** The Department will notify all Applicants in writing of the Applicant selected for negotiations after the Department has determined, taking into consideration all evaluation factors, the applications that are the most advantageous to the Department.

**I-26.** **Use of Electronic Versions of this RFA.** This RFA is being made available by electronic means. If an Applicant electronically accepts the RFA, the Applicant accepts full responsibility to ensure that no changes are made to the RFA. If a conflict arises between a version of the RFA in the Applicant's possession and the Issuing Office's version of the RFA, the Issuing Office's version shall govern.

PART II

CRITERIA FOR SELECTION

**II-1.   Mandatory Responsiveness Requirements.**  To be eligible for selection, an application must:

**A.**  Be timely received from an Applicant (see **Part I, Section I-11**);

**B.**  Be properly signed by the Applicant (see **Part I, Section I-12.A**);

**C.**  Be a not-for-profit Domestic Violence Center, meaning an organization, or the coordinating body of an organization, which has as its primary purpose the operation of domestic violence programs; or a Rape Crisis Center, meaning an organization, or the coordinating body of an organization, which has as its primary purpose the operation of rape crisis programs.

**1.**  Domestic violence program means a program which has as its primary purpose the provision of direct services to victims of domestic violence and their children, including, but not limited to, victim advocacy, counseling, shelter, in-formation and referral, victim-witness, accompaniment, community education and prevention.

**2.**  Rape crisis program means a program which has as its primary purpose the provision of direct services to victims of sexual assault, including, but not limited to, crisis intervention, counseling, victim advocacy, information and referral, victim-witness and assistance, accompaniment through the medical, police and judicial systems as well as providing education and prevention programs on rape and sexual assaults.

**II-2.   Technical Nonconforming Applications.**  The three Mandatory Responsiveness Requirements set forth in **Section II-1** are the only RFA requirements that the Commonwealth will consider to be *non-waivable.* The Department may, in its sole discretion, (1) waive any other technical or immaterial nonconformities in an Applicant's application, (2) allow the Applicant to cure the nonconformity, or (3) consider the nonconformity in the scoring of the application.

**II-3.   Evaluation.**  The Department has selected a committee of qualified personnel to review and evaluate the Technical Submittals of the timely submitted applications that are eligible for selection.  The evaluation committee will evaluate Applications for each Lot separately.  The Department will provide written notice of its selection for negotiations the responsible Applicants whose applications are determined to be the most advantageous to the Commonwealth for each Lot as determined by the Department after taking into consideration all evaluation factors.

DHS will not review or score the CPP Submittals.  Once Applicant(s) have been selected for negotiations, DHS will review the CPP Submittal of the selected Applicant(s) and may request changes to the selected Applicant's CPP Submittal during grant agreement negotiations.

**II-4.   Evaluation Criteria.**  The following criteria will be used in evaluating each application:

**A.  Technical:**  The Department has established the weight for the Technical criterion as **65**% of the total points.  Evaluation will be based upon the following:  Soundness of Approach, Applicant Qualifications, Personnel Qualifications, and Understanding the Project.

10

➢ **Soundness of Approach.**  This includes the Applicant's technical approach for completion of all services by this RFA, if it is responsive to all requirements of the RFA and if it meets the Project's objectives.

➢ **Applicant Qualifications.**  This includes the ability of the Applicant to meet the terms of the RFA, including the time constraints involved with the Project and the quality, relevancy, and recentness of projects completed.  This also includes the Applicant's ability to undertake a Project of this size.

➢ **Personnel Qualifications.**  This includes the competence and sufficiency of the personnel and staff who would be assigned to the Project by the Applicant.

➢ **Understanding the Project.**  This includes the Applicant's understanding of Commonwealth's needs that generated the RFA, the objectives of the RFA, and of the nature and scope of the work involved.

The final Technical scores are determined by giving the maximum number of technical points available to the application with the highest raw technical score.  The remaining applications are rated by applying the formula located at:

https://www.dgs.pa.gov/Materials-Services-Procurement/Procurement-Resources/Pages/RFP_SCORING_FORMULA.aspx

**B.  Cost:**  The Department has established the weight for the Cost criterion for this RFA as **35%** of the total points.  The cost criterion is rated by giving the application with the lowest total cost the maximum number of Cost points available.  The remaining applications are rated by applying the formula located at:

https://www.dgs.pa.gov/Materials-Services-Procurement/Procurement-Resources/Pages/RFP_SCORING_FORMULA.aspx

**II-5.  Applicant Responsibility.**  To be responsible, an Applicant must submit a responsive application and possess the capability to fully perform the agreement requirements in all respects and the integrity and reliability for the good faith performance of the agreement.

For an Applicant to be considered responsible for this RFA and eligible for selection for BAFO and selection for negotiations:

**A.**  The total score for the Technical Submittal of the application must be greater than or equal to **75%** of the **available raw technical points**; and

**B.**  The Applicant's financial information must demonstrate that the Applicant possesses the financial capability for the good faith performance of the agreement.  The Commonwealth will review the Applicant's previous three financial statements, any additional information received from the Applicant, and any other publicly available financial information concerning the Applicant, and assess each Applicant's financial capacity based on calculating and analyzing various financial ratios, and comparison with industry standards and trends.

An Applicant that fails to demonstrate sufficient financial capability to ensure good faith performance of the agreement as specified herein may be considered by the Department, in its sole discretion, for

BAFO or negotiation contingent upon such Applicant providing performance security for the first agreement year cost proposed by the Applicant in a form acceptable to the Department.  Based on the financial condition of the Applicant, the Department may require a certified or bank (cashier's) check, letter of credit, or a performance bond conditioned upon the faithful performance of the agreement by the Applicant.  The required performance security must be issued or executed by a bank or surety company authorized to do business in the Commonwealth.  The cost of the required performance security will be the sole responsibility of the Applicant and cannot increase the Applicant's cost application or the agreement cost to the Commonwealth.

Further, the Department will award an agreement only to an Applicant determined to be responsible in accordance with the most current version of Commonwealth Management Directive 215.9, Contractor Responsibility Program.

**II-6.    Final Ranking and Award.**

**A.** After any BAFO process is conducted, the Issuing Office will combine the evaluation committee's final technical scores and the final cost scores, in accordance with the relative weights assigned to these areas as set forth in this **Part II**.

**B.** The Issuing Office will rank responsible Applicants within each Lot according to the total overall score assigned to each, in descending order.

**C.** Except as provided in **Section II-6.D,** the Department must select the Applicant with the highest overall score within each Lot.

**D.** The Department has the discretion to reject all applications or cancel the RFA, at any time prior to the time an agreement is fully executed, when it is in the best interests of the Commonwealth. The reasons for the rejection or cancellation shall be made part of the RFA file.

## PART III

## TECHNICAL SUBMITTAL FOR BOTH LOTS

**III-1. Statement of the Project.**  State in succinct terms your understanding of the Project and the service required by this RFA.  The Applicant's response should demonstrate that the Applicant fully understands the scope of services to be provided, the Applicant's responsibilities, and how the Applicant will effectively manage the grant.

*Applicant Response*

**III-2. Management Summary.**  Include a narrative description of the proposed effort and a list of the items to be delivered and services to be provided.  The Applicant should condense and highlight the contents of the Technical Submittal in a manner that allows a broad understanding of the entire Technical Submittal.

*Applicant Response*

**III-3. Qualifications.**

**A. Company Overview.**  The Applicant should describe the corporate history and relevant experience of the Applicant.  This section must detail information on the ownership of the company (names and percent of ownership), the date the company was established, the date the company began operations, the physical location of the company, and the current size of the company.  The Applicant should provide a corporate organizational chart.

The Applicant should describe its corporate identity, legal status, and forms, including the name, address, telephone number, and email address for the legal entity that is submitting the application.  In addition, the Applicant should provide the name of the principal officers, a description of its major services, and any specific licenses and accreditations held by the Applicant.

Applicants should provide similar organizational background information on any significant subcontractor for services.  A "significant subcontractor" is defined as an organization undertaking more than 10% on the total cost basis of the work associated with this RFA.

If an Applicant is proposing to use the services or products of a subsidiary or affiliated firm, the Applicant should describe the business arrangement with that entity and the scope of the services the entity will provide.

If the experience of any proposed subcontractor is being used to meet the qualifications and requirements of this RFA, the Applicant should provide the same information as listed above for the subcontractor.  This information must be presented separately within this section, clearly identifying the subcontractor experience and name of the subcontractor.

**References.**  The Applicant should provide a list of at least three relevant contacts within the past three years to serve as corporate references.  The references must be outside clients (non-DHS).  This list shall include the following for each reference:

1. Name of customer
2. Type of contract

3. Contract description, including type of services provided
4. Total contract value
5. Contracting officer's name and telephone number
6. Role of subcontractors (if any)
7. Time period in which services were provided

The Applicant must submit **Appendix C, Corporate Reference Form,** directly to the contacts listed. The contacts should complete the form and return it electronically to the Issuing Officer identified in **Part I, Section I-2** of this RFP. The contacts for the Corporate references should submit the completed forms, as attachments, to RA-PWBPCMReferForms@pa.gov by the due date and time specified in the Calendar of Events. The contacts should include "Corporate Reference Form for RFA 34-22" in the subject line of the email and should specify the name of the Applicant for whom the form is being submitted in the body of the email. Upon submission to the RA-PWBPCMReferForms@pa.gov account, contacts will receive an automated message stating that their email has been received. Applicants seeking confirmation that forms have been submitted should reach out to their contacts to request copies of those confirmation emails. Reference forms submitted after the due date and time will be rejected.

**Disclosure of cancellations or terminations.** The Applicant should disclose any contract or agreement cancellations, or terminations within five years preceding the issuance of this RFA. If a contract or agreement was canceled or terminated for lack of performance, the Applicant must provide details on the customer's allegations, the Applicant's position relevant to the allegations, and the final resolution of the cancellation or the termination. The Applicant must include each customer's Company or entity name, address, contact name, phone number, and email address.

The Department may disqualify an Applicant based on a failure to disclose such a cancelled or terminated contract or agreement. If the Department learns about such a failure to disclose after an agreement is awarded, the Department may terminate the agreement.

*Applicant Response*

B. **Prior Experience.** The selected Applicant(s) and any subgrantee domestic violence or rape crisis programs must specialize in victim services and must have prior experience providing domestic violence or rape crisis services. Prospective Applicants should describe their experience in providing victim services and specifically include experience providing domestic violence or rape crisis services, respective to the lot being submitted. Experience should be work done by individuals who will be assigned to this Project as well as that of your organization. Studies or projects referred to should be identified and the name of the customer shown, including the name, address, and telephone number of the responsible official of the customer, company, or agency who may be contacted.

*Applicant Response*

C. **Personnel.** Include the number of executive and professional personnel, analysts, auditors, researchers, programmers, consultants, etc., who will be engaged in the work. Show where these personnel will be physically located during the time they are engaged in the Project. For "Key Personnel", defined as Chief Executive Officer or Executive Director, Chief Operating Officer or Director of Operations, Grants or Program Manager, and Chief Financial Officer or Controller or Financial Manager, include the employee's name and, through a resume or similar document, the Project personnel's education, and experience in similar in size and scope projects. Indicate the

14

responsibilities each individual will have in this Project and how long each has been with your company.  For non-Key Personnel, include position descriptions and minimum qualifications.

Submitted responses are not to include personal information that will, or will be likely to, require redaction to release of the application under the Pennsylvania Right-to-Know Law, including but not limited to home addresses and phone numbers, Social Security Numbers, driver's license numbers or numbers from state identification cards issued in lieu of a driver's license, and financial account numbers.  If the Commonwealth requires any of this information for security validation or other purposes, the information will be requested separately and as necessary.

Include organizational charts outlining the staffing, reporting relationships and staff members in its description.  Show the total number of staff proposed and indicate the Full Time Equivalents ("FTE") to account for any additional staff (non-Key Personnel) that are not assigned on a full-time basis.  Provide similar information for any subcontractors that are proposed.  The organizational chart must illustrate the lines of authority, designate the positions responsible and accountable for the completion of each component in the RFA, indicate the names and job title and number of personnel that will be assigned to each role, and the number of hours per week each person is projected to work on the Project.  The organizational chart must clearly indicate any functions that are subcontracted along with the name of the subcontracting entities and the services they will perform.

Applicants should identify a minimum of one client reference for each Key Personnel.  All client references for Key Personnel must be outside clients (non-DHS) who can give information on the individual's experience and competence to perform tasks similar to those requested in this RFA. Key Personnel may be a member of the Applicant's organization, or any subcontractor included in the Applicant's application.

The Applicant must submit **Appendix D, Key Personnel Reference Form,** directly to the contacts listed.  The contacts should complete the form and return it electronically to the Issuing Officer identified in **Part I, Section I-2** of this RFP.  The Key Personnel contact should submit the completed forms, as attachments to, RA-PWBPCMReferForms@pa.gov by the due date and time specified in the Calendar of Events.  The Key Personnel contact should include "Key Personnel Reference Form for RFA 34-22" in the subject line of the email and should specify the name of the Applicant and the name of the Key Personnel for whom the form is being submitted in the body of the email.  Upon submission to the RA-PWBPCMReferForms@pa.gov account, contacts will receive an automated message stating that their email has been received.  Applicants seeking confirmation that forms have been submitted should reach out to their contacts to request copies of those confirmation emails.  Reference forms submitted after the due date and time will be rejected.

**Key Personnel Diversions or Replacement.**  Once Key Personnel are approved by the Department, the selected Applicant may not divert or replace personnel without prior approval of the Department's Grant Administrator.  The selected Applicant must provide notice of a proposed diversion or replacement to the Department's Grant Administrator at least 30 calendar days in advance and provide the name, qualifications, and background check (if required) of the person who will replace the diverted personnel.  The Department's Grant Administrator will notify the selected Applicant within ten business days of the diversion notice whether the proposed diversion is acceptable and if the replacement was approved.

"Divert" or "diversion" is defined as the transfer of personnel by the selected Applicant or its subcontractor to another assignment within the control of either the Applicant or subcontractor.

Advance notification and approval does not include changes in Key Personnel due to resignations, death, disability, dismissal for cause or dismissal as a result of the termination of a subcontract or any other causes that are beyond the control of the selected Applicant or its subcontractor.  The Department's Grant Administrator must approve the replacement personnel.

The Department's Grant Administrator may request that the selected Applicant remove a person from this Project at any time.  For vacancies other than those caused by diversions and unless otherwise approved by the Grant Administrator, the selected Applicant will have ten business days to interim fill and 60 calendar days to permanently fill the vacancy with a person acceptable in terms of experience and skills, subject to the Department Grant Administrator's approval.

*Applicant Response*

D. **Subcontractors and Subgrantees.**  Provide a subcontracting plan for all subgrantees and subcontractors who will be assigned to the Project.  The selected Applicant is prohibited from subcontracting or outsourcing any part of this Project without the express written approval of the Commonwealth.  Upon award of the grant agreement, subgrantees and subcontractors included in the application submission are approved. For each position included in your subcontracting plan provide:

1. Name of subgrantee or subcontractor;
2. Address of subgrantee or subcontractor;
3. Primary contact name, email address and phone number;
4. Type of organization;
5. Date of formation;
6. Status of charter and corporate charter number;
7. Unique Entity Identifier Number;
8. SAP/SRM Vendor Number;
9. Number of years worked with the subgrantee or subcontractor;
10. Number of employees by job category to work on this Project;
11. Description of services to be performed;
12. What percentage of time the staff will be dedicated to this Project;
13. Geographical location of staff; and
14. Resumes (if appropriate and available).

If applicable, the Applicant's subcontractor or subgrantee information should include the employees' names, education and experience in the services outlined in this RFA.  Information provided should also include the responsibilities each individual will have in this Project and how long each has been with subcontractor's company.

*Applicant Response*

III-4. **Financial Capability.**  Describe your company's financial stability and economic capability to perform the agreement requirements.  Provide your company's financial statements (audited, if available) for the past three fiscal years.  Financial statements must include the company's Balance Sheet and Income Statement or Profit/Loss Statements.  Also include a Dun & Bradstreet comprehensive report, if available.  If your company is a publicly traded company, please provide a link to your financial records on your company website in lieu of providing hardcopies.  The Commonwealth may request additional information it deems necessary to evaluate an Applicant's financial capability.

*Applicant Response*

**III-5.** **Work Plan.** Describe in narrative form your technical plan for accomplishing the work with the Project tasks and the major milestones and deliverables provided below as a reference point. Modifications of tasks are permitted; however, reasons for changes should be fully explained. Include a Program Evaluation and Review Technique ("PERT") or similar type display, time related, showing each event. If more than one approach is apparent, comment on why you chose this approach was chosen. The relationship between Key Personnel and the specifics tasks, assignments, and deliverables proposed to accomplish the scope of work should also be described.

The Applicant should describe its management approach, including how it will implement its proposed work plan. Where applicable, the Applicant should provide specific examples of methodologies or approaches, including monitoring approaches, it will use to fulfill the RFA requirements and examples of similar experience and approach on comparable projects. The Applicant should describe the management and monitoring controls it will use to achieve the required quality of services and all performance requirements. The Applicant should also address its approach to internally monitor and evaluate the effectiveness of meeting the agreement requirements.

The Applicant should be including in the work plan its planned approach and process for establishing and maintaining communication between all parties and a technical approach that is aligned with all written specifications and requirements contained in the RFA.

    **A.** **Transition Plan.** Transition is a process that includes activities and tasks that must take place between the Effective Date of the grant agreement and the date the selected Applicant is fully responsible for all Project activities. The selected Applicant shall have up to a three-month transition period to develop and ramp up services. The transition plan should describe how the following requirements shall be met:

        **1.** **Knowledge Acquisition.** The selected Applicant shall:

            **a.** Acquire and demonstrate knowledge of Pennsylvania's Human Services System, with expertise in domestic violence or rape crisis.
            **b.** Effectuate knowledge transfer in a manner which enables its staff to confidently assume ownership and independently manage the in-scope activities without disrupting operations or timely delivery of services.
            **c.** Coordinate and work with designated stakeholders, the incumbent, and third-party vendors, if applicable, during the transition phase to perform and manage all tasks without a gap in services.
            **d.** Identify the transition team, including their roles and responsibilities, and provide an organizational chart.
            **e.** Conduct transition activities in a manner such that a smooth transition of the ongoing business and operational activities occur and which results in the knowledge necessary to perform all the tasks required in this RFA.

        **2.** **Transition Quality Management.** Applicants should describe their approach for the quality management of the transition phase, including processes, procedures, assessments, and accountability controls.

        **3.** **Transition Progress.** During the transition, the selected Applicant shall provide transition progress assessments and status updates. The selected Applicant shall coordinate with DHS

regarding transition tasks, prioritization issues, and conflicting activities interfering with maintaining operations.

4. **Transition Results**. At the end of the transition phase, the selected Applicant shall prepare a Transition Results Report. This report shall document the completion of transition activities and will provide a status of each high-level task and activity that took place during the transition period. The selected Applicant shall highlight how each of the objectives stated in the Transition Plan have been achieved and the resolution of issues identified and prioritized during the turnover process.

Applicants should describe how these requirements will be met.

B. **General Tasks.** The selected Applicant shall be responsible for the following tasks:

1. Administer and manage subgrants for local centers for the provision of direct services.
   a. Use a competitive process utilizing an independent review committee to select subgrantees for local centers to provide services in all 67 counties.  This should take place every five years.
   b. Using a formula approved by the Department, allocate funding to subgrantees that will provide services to victims.
   c. Collect statistical and demographical data from subgrantees that provide services to victims to submit to DHS in the form quarterly and annual statical reports as may be requested;
   d. Monitor subgrantees for compliance with grant requirements, including but not limited to:
      i. Cooperation and participation in any periodic monitoring activities undertaken by DHS and other state agencies, or their representatives.
      ii. The use of the statewide data collection system to demonstrate Efforts to Outcomes performance measures.
2. Provide statewide advocacy, education, awareness, and primary prevention activities related to the issues of domestic violence or sexual violence as needed.
   a. The selected Applicant should design education and awareness to increase public awareness of the services available if they, or someone they know, are a victim.
   b. Collaborate with other entities to extend trainings, webinars, and workshops to subgrantees and allied professionals as well as DHS program offices to expand knowledge and skills regarding the provision of services to victims and significant others.
3. Provide services that are readily available on a statewide basis and are culturally appropriate for all victims of domestic violence or sexual violence and those collaterally affected by their victimization, with the exception of the offender.
4. Provide services in a cost-efficient manner, and in compliance with all federal and state laws, regulations, policies, and mandates
5. Provide financial and programmatic management of the statewide grant in accordance with Generally Accepted Accounting Principles ("GAAP") and grant specifications, including compliance with GAAP regulations, audit requirements, control of subgrantee fiscal operations, invoicing, fund allocation, and subgrantee audit verification.
6. Work cooperatively with the Department to implement data systems and outcome measurement processes at subgrantee centers.
7. Participate in regular grant management meetings with DHS to review the performance of the Project detailed in this RFA.
8. Utilize a trauma-informed advocacy approach to service provision.  A trauma-informed advocacy approach is designed to avoid re-traumatizing those who seek assistance, to focus on "safety-first" and a commitment to "do on harm," and to facilitate participation and meaningful involvement of victims and families, and trauma survivors in the planning of services and programs.

9. Provide services in a culturally appropriate manner and in keeping with the selected Applicant's core values.

C. **Turnover.** Upon expiration or termination of the Project, the selected Applicant shall provide for a smooth and timely turnover of its services to the Department and its designees, as applicable. In addition, the selected Applicant must:

1. Provide a final detailed description of the turnover plan for approval by DHS, initiated three months prior to the termination or expiration of the agreement. The turnover plan must be a comprehensive document detailing the proposed schedule, activities, and resource requirements associated with the turnover tasks. The turnover plan must include copies of all relevant data, documentation, or other pertinent information necessary for DHS or its designee to take over and successfully assume operational activities;

2. Execute the approved turnover plan in cooperation with the Department and any incoming vendor's transition plan;

3. Provide a lessons learned report to DHS. The lessons learned report must be a comprehensive document detailing the lessons learned from the turnover plan and process. This report must be submitted for approval three months prior to the end of the agreement term or within one month of a request by DHS.

4. Provide DHS with a turnover results report within 90 days of the conclusion of Project, documenting the completion and outcomes of each step of the turnover plan approved by DHS. Turnover will not be considered complete and final payment will not be made until the turnover results report is received and approved by DHS.

5. Turn over the operation and management of all service delivery functions to DHS or its designee. This turnover must be planned and managed in an orderly fashion so that there is no disruption of service to users;

6. Work closely with DHS to accomplish the completion of turnover of responsibilities and the necessary knowledge transfer contract period; and

7. Cooperate with DHS and supply DHS or its designee with all information required by DHS or its designee during the turnover process, in the timeframe defined by DHS at the time of the request.

*Applicant Response*

**III-6. Requirements.**

A. **Partnership and Presence.** As part of its application, Applicants should provide a Letter of Commitment that shows there is an established partnership or an ability to establish such partnerships and an established physical presence or an ability to establish a physical presence in all 67 counties in Pennsylvania.

*Applicant Response*

B. **Location.** The selected Applicant must make domestic violence or rape crisis direct services available via a physical presence in all of the Commonwealth's 67 counties. The selected Applicant may secure subgrantees with local domestic violence or rape crisis centers to meet this requirement. Applicants should provide a detailed plan describing how they will provide direct services on a statewide basis.

The direct physical presence or subgrantee centers shall be accessible via public transportation. The Department may consider extenuating circumstances regarding public transportation accessibility and Applicants should describe any such circumstances in their applications.

*Applicant Response*

C. **Regulations.** The selected Applicant shall comply with Title VI of the Civil Rights Act of 1964, 42 U.S.C. §2000d. This includes taking action as required to assure that all persons with Limited English Proficiency ("LEP") have meaningful access to take part in the program administered by the selected Applicant. The selected Applicant must prepare a proposed plan to meet the service needs of clients with LEP. The selected Applicant must submit this plan to the Department no more than 45 calendar days after the Effective Date of the grant agreement resulting from this RFA.

The selected Applicant shall comply also with the following:

1. **Section 504 of the Rehabilitation Act, 29 U.S.C §701** Shall not exclude an individual from receiving program services based on the individual's disability.

2. **Act 44 of 1988 Article XII Domestic Violence and Rape Victims Services, 71 P.S. § 611.13.** The General Assembly finds that the public health and safety is threatened by increasing incidences of domestic violence and rape. Domestic violence programs and rape crisis programs provide needed services for survivors and assist in prevention through community education. Therefore, the General Assembly finds that it is in the public interest for the Commonwealth to establish a mechanism to provide financial assistance to domestic violence centers and rape crisis centers for the operation of domestic violence and rape crisis programs.

3. **Title XX of the Social Security Act, SSBG, CFDA #93.667.** Enacted in 1981, allows states and territories to tailor social service programming to their population's needs. Through the SSBG, states provide essential social services that help achieve a myriad of goals to reduce dependency and promote self-sufficiency; protect children and adults from neglect, abuse, and exploitation; and help individuals who are unable to take care of themselves to stay in their homes or to find the best institutional arrangements.

   *Funding Requirement Summary:* 42 USC § 1397 & 42 USC § 1397(d). Federal Funds under Title XX SSBG shall be used only for programs and services to children or their families whose income is less than 200 percent of the income official poverty level, as defined by the Office of Management and Budget. States and territories must submit a plan specifying how grant funds will be used. An annual post-expenditure report is also required. States may provide services directly, or sub-allocate funds to local qualified providers. States may transfer up to 10 percent of their Temporary Assistance for Needy Families ("TANF") funds to SSBG.

4. **FVPSA - CFDA # 93.671, 42 U.S. § 10401, et seq.** *Awards made under this funding source are administered by DHS.* In 1984, Congress took action to address domestic violence as a public health issue by enacting the FVPSA. The primary federal funding stream dedicated to supporting emergency shelters and related assistance for victims of domestic violence and their children.

   *Funding Requirement Summary:* 42 USC § 10408 & 42 USC § 10411 Funds awarded to eligible entities shall be used to prevent incidents of family violence, domestic violence, and dating violence by providing immediate shelter and supportive services for adult and youth victims of family violence, domestic violence, or dating violence (and their dependents), and that may provide prevention services to prevent future incidents of family violence, domestic violence, and dating violence.

5.  **FVPSA ARPA – CFDA #93.497, Pub L. No. 117-2, Title II, Part 2, Section 2204 (d) amendments to FVPSA .**  Funds awarded to eligible entities under the American Rescue Plan § 2204(d) shall be issued to a rape crisis center, domestic violence center, sexual assault or domestic violence programs, tribal programs, culturally specific organizations and underserved communities' organizations (42 U.S. Code §10402 (14) and 45 CFR part 1370.2) during and impacted by the coronavirus 19 (COVID-19) public health emergency.  The implementation of this supplemental funding aligns with the Family Violence Prevention and Services Act ("FVPSA") definition for supportive services (45 CFR § 1370.2); aligns with the services identified in FVPSA at 42 U.S.C. 10408(b)(1)(A)-(H); and aligns with the statutory authority to FVPSA at 42 USC410(B)(ii) that supports services, training and technical assistance that address emerging issues related to family violence, domestic violence, or dating violence to entities demonstrating related expertise. Specifically, FVPSA Section 308 includes the following for allowable activities as supportive services: (iii) medical advocacy, including provision of referrals for appropriate health care services (including mental health, alcohol, and drug abuse treatment).

   *Funding Requirement Summary:*  Applicants must clearly demonstrate that the proposed project, expanded services, or both are directly related to the COVID-19 pandemic.

**The summarizations included in this section are for general overview purposes only. Selected Applicants are required to be familiar with and comply with the entirety of any law or regulation included in this section and shall not rely upon the summarizations provided.**

*Applicant Response*

D.  **Record Retention.**  The selected Applicant shall establish and maintain all files in an accurate, secure, and confidential manner and for the required period of time, as mandated by applicable federal, state, and local laws, rules, and regulations.  Client information that is not in active use, must be stored in a secure manner.  Stored hard copy files must be kept in a dry, secure location and marked such that client information can be easily retrieved if necessary.  Unless otherwise directed, the selected Applicant shall store all referral related materials for a minimum of five years from when services were rendered to the individual.  When disposing of client-related information, the documents must be destroyed properly. Applicants shall provide a copy of, or a detailed description of, their record retention policy.

*Applicant Response*

E.  **Confidentiality of Information and the Health Insurance Portability and Accountability Act ("HIPAA") of 1996, Pub. L. 104-191, and accompanying regulations.**  The selected Applicant shall comply with all federal and state laws, regulations, and requirements related to the use and disclosure of information, including information that constitutes Protected Health Information ("PHI") as defined by HIPAA.  The selected Applicant shall comply with the Business Associate Addendum, **Appendix H.**

*Applicant Response*

F.  **Emergency Preparedness.**
    To support continuity of operations during an emergency, including a pandemic, the Commonwealth needs a strategy for maintaining operations for an extended period of time. One part of this strategy is to ensure that essential agreements that provide critical business services to the Commonwealth have planned for such an emergency and put contingencies in place to provide needed goods and services.

21

1.  Describe how you anticipate such a crisis will impact your operations.

2.  Describe your emergency response continuity of operations plan. Please attach a copy of your plan, or, at a minimum, summarize how your plan addresses the following aspects of preparedness:

    a.  Employee training (describe your organization's training plan, and how frequently your plan will be shared with employees).

    b.  Identified essential business functions and key employees necessary to carry them out.

    c.  Contingency plans for:

        i.  How your organization will handle staffing issues when a portion of key employees are incapacitated due to illness.

        ii. How employees in your organization will carry out the essential functions if measures prevent from coming to the primary workplace.

    d.  How your organization will communicate with staff and suppliers when primary communications systems are overloaded or otherwise fail, including key contacts, chain of communications (including suppliers), etc.

    e.  How and when your emergency plan will be tested, and if the plan will be tested by a third-party.

*Applicant Response*

G.  **Lobbying Certification and Disclosure of Lobbying Activities.**  This Project will be funded, in whole or in part, with federal monies.  Public Law 101-121, Section 319, prohibits federal funds from being expended by the recipient or by any lower tier sub-recipients of a federal contract, grant, loan, or a cooperative agreement to pay any person for influencing, or attempting to influence a federal agency or Congress in connection with the awarding of any federal contract, the making of any federal grant or loan, or entering into any cooperative agreement.  All parties who submit applications in response to this RFA must sign the **Lobbying Certification Form**, attached as **Appendix F**, and if applicable, complete the **Disclosure of Lobbying Activities** Form, also attached as **Appendix F.**

*Applicant Response*

H.  **Worker Protection and Investment.**    Pursuant to Executive Order 2021-06, *Worker Protection and Investment* (October 21, 2021), the Commonwealth is responsible for ensuring that every Pennsylvania worker has a safe and healthy work environment, and the protections afforded them through labor laws.  To that end, contractors and grantees of the Commonwealth must certify that they are in compliance with all applicable Pennsylvania state labor and workforce safety laws.  Such certification shall be made through the Worker Protection and Investment Certification Form (BOP-2201) and submitted with the bid, proposal, or quote. This form is attached as **Appendix I.**

*Applicant Response*

22

**LOT 1 – DOMESTIC VIOLENCE SERVICES**

III-7. **Lot 1 Tasks.**  The below tasks are specific to Lot 1, and are in addition to those indicated in **Part III, Section III-5**.

A. **Statewide Network of Subgrantees.** The selected Applicant shall manage a statewide network of subgrantees to meet the needs of victims of domestic violence, as well as those collaterally affected by their victimization, with the exception of the offender.

B. **DHS Collaboration.** The selected Applicant shall work cooperatively with DHS to enhance services on a statewide basis for victims of domestic violence, as well as those collaterally affected by their victimization, with the exception of the offender.

C. **Responsiveness to Requests**. The selected Applicant shall respond to the designated DHS Grants Administrator, or other DHS Staff associated with the grant, within three business days of receiving an email or call.  The selected Applicant shall also provide any requested information pertaining to the Project within three business days of receiving any email or call from the designated DHS Grants Administrator.

D. **Domestic Violence-Specific Protective Services.** The selected Applicant shall provide domestic violence-specific protective services, including, but not limited to:
   - Assistance with obtaining public benefits;
   - Arranging or providing emergency shelter or housing in the form of room and board, transportation services, emergency health services, and financial aid. The selected Applicant shall provide these services for no more than 30 days in any six-month period if other resources, including Medicare and Medicaid, are not available;
   - Providing or arranging for services necessary to enable the individual to remain in their home;
   - Preventative services for potential domestic violence victims and educating other service providers about dealing with victims of domestic violence; and
   - A 24-hour hotline service for victims.

E. **Advocacy and Training Services.** The selected Applicant must provide services which include, but not limited to, the following:
   - The provision of direct services to victims of domestic violence and those collaterally affected by their victimization, with the exception of the offender;
   - Supportive counseling, both in person and via telephone, and protective casework for as long as necessary to implement the recipient's service plan;
   - Safety planning;
   - Medical, legal, educational, employment, individual, and person advocacy;
   - Training and technical assistance in the community relocation services; and
   - Civil legal representation if the selected Applicant or the subgrantee has a program in place.

F. **Direct Services.**  The selected Applicant shall provide direct services to include, but not limited to, the following:
   1. 24-Hour Crisis Response:  Crisis Response is the ability to respond in person when requested, to provide needed safety planning, and support assistance.  Crisis response includes, but is not limited to, accessing emergency shelter, accompanying victims to medical facilities and court proceedings by advocates trained in the appropriate in-person response, and meeting victims who need immediate or in-person support.  The selected Application shall provide Crisis Response services

23

24-hours a day, seven days per week, 365 days per year. For any part not primarily provided directly by the selected Applicant, the selected Applicant shall verify that the subgrantee has a clear and direct linkage to at least one trained partner agency through written referral coordination or other management agreement.

2. Access to Emergency Safe Housing:  Access to Emergency Safe Housing is a short-term stay for the victim and the victim's family members. The selected Applicant shall provide emergency safe space (or access to emergency safe space) in residential shelter facilities or hotels or motels on a 24-hour a day, seven day a week basis for all 365 days of the year, subject to capacity availability, suitability under intake guidelines, and available resources.

3. Safety Planning:  Safety Planning is any formal or informal, written, or oral conversation or process with the victim to identify and address risks, barriers, or concerns regarding the victim's ability to be safe from domestic violence, dating violence, or stalking.  The selected Applicant shall offer these services through crisis response, at shelters, or through other services.

4. Information and Referral:  Information and Referral is a response to requests for information or referral regarding community services with the provision of current and appropriate referrals to meet the individual's needs.  The selected Applicants shall include referrals for specialized services for typically underserved populations.

5. Transportation Access:  The selected Applicant shall provide or arrange for transportation to safety and other needed services, as available.

6. Empowerment-based Supportive Counseling and Therapy Services:  Empowerment-based Supportive Counseling and Therapy Services are designed to assist individuals with healing from the effects of trauma and victimization through phone contact, peer-to-peer individual meetings or group sessions, in ways that validate the experiences of the victims and not blame them, assist with exploring options to improve self-esteem and building on strengths, while respecting the victim's right to make their own decisions.  The selected Applicant shall provide, either or indirectly, empowerment-based supportive counseling and therapy services to victims.

7. Advocacy for Adults and Children and Youth:  Advocacy refers to active direct assistance to victims and those indirectly affected by the violence (other than the offender) in obtaining services, such as preparation for the service or court process, accompaniment assistance with other agencies, and speaking up on the victim's behalf when requested and in collaboration with the victims. This involves advocating for rights, remedies, and services from other agencies and systems as well as advocating for them within the civil and criminal justice systems. The selected Applicant will provide Advocacy services to victims and those impacted by the crime.

8. Education and Awareness: Education and awareness includes, but is not limited to, presentations, resources and materials designed to raise awareness about domestic violence, adolescent relationship abuse or stalking and to provide information about the availability of services. The selected Applicant shall provide education and awareness services to victims, the general public, and to DHS agency staff, as needed..

9. Training and Technical Assistance:  Training and technical assistances means programs designed to develop the skills necessary to meet the needs of domestic violence victims and those collaterally affected by the violence other than the offender. The selected Applicant shall provide training and technical assistance including but not limited to the following:
    i. Domestic Violence Counselor and Advocate Training as necessary to meeting requirements of confidentiality.
    ii. Training provided to or with Community Agencies and Systems to better enable these agencies and systems to meet needs of domestic violence victims and those collaterally affected by the violence.
    iii. In-service training for subgrantee volunteers, board members and staff to better enable those individuals to meet the needs or domestic violence victims and those collaterally affected by the violence.

*Applicant Response*

**III-8.  Lot 1 Requirement.**  The below requirement is specific to Lot 1 and is in addition to those in **Part III, Section III-6:**

A.  **Collaboration.**  The selected Applicant shall collaborate regularly with organizations that provide culturally relevant services to victims of domestic violence and create opportunities for these organizations to discuss the needs, gaps, and barriers to services for the individuals that they represent and serve. The selected Applicant shall report to DHS on these collaborations in its quarterly administrative reports.

*Applicant Response*

**III-9.  Lot 1 Reports and Project Control.** The selected Applicant shall timely and accurately submit all required reports to document provided services and activities.  The Department may consider the failure to submit this information within the required timeframes or failure to provide additional information as required as a default of the agreement, which may result in the termination of the selected Applicant's grant agreement, non-payment for the reports, or both.  The selected Applicant shall collect the required information and reports from all subgrantees and verify their accuracy.  The selected Applicant shall compile the information received from the subgrantees into one comprehensive report and submit it to DHS.

A.  **Monitoring Instrument and Plan.**  The selected Applicant must develop a monitoring instrument and plan for submission and approval by the Department. The Applicant shall submit its monitoring instrument and plan to the Department by August 31 of each State Fiscal Year ("SFY") and include as part of the instrument and plan, but not to be limited to, the following:
   1.  The issues to be addressed by the subgrantees and verified by the Grantee.
   2.  The scope of the monitoring responsibilities of the Grantee.
   3.  The frequency and dates of the monitoring reviews of subgrantees which assures that at least one-third of the subgrantees are monitored on-site at least once every three years.
   4.  The documentation of monitoring activities, which shall be maintained by the Grantee.

   Using the information above, Applicants shall provide a detailed description of their Monitoring Instrument and Plan.

*Applicant Response*

B.  **Quarterly Meetings.**  On a quarterly basis, the selected Applicant and the designated DHS Grant Administrator will meet either in person or virtually to discuss current projects and activities and upcoming projects and activities, and to share information. The selected Applicant shall schedule and conduct the meeting. This meeting will focus on the quarterly status reports. Applicants shall provide their proposed plan for quarterly meetings.

*Applicant Response*

C.  **Monthly Expenditure Report.**  The selected Applicant shall submit monthly expenditure reports. The report must include the selected Applicants expenses by month, by funding source, by line item for each budget category, and must include the cumulative fiscal year to date totals. The report must

25

only reflect actual expenses incurred by the selected Applicant and any subgrantees, and may not include projected expenses.

*Applicant Response*

D. **Quarterly Status Report.** The selected Applicant shall submit four administrative quarterly reports and an annual statistical report, each SFY, to the Department. These reports should follow the following schedule:

1. Quarter 1 (July - September) is due November 15th.
2. Quarter 2 (October - December) is due February 15th.
3. Quarter 3 (January - March) is due May 15th.
4. Quarter 4 (April - June) is due August 15th.
5. Annual Statistical Report is due September 15th.

The selected Applicant shall include, at a minimum, in its quarterly administrative report information on the following activities:

1. Monitoring activities completed;
2. Monitoring report findings for each site monitored and subsequent corrective actions taken, if necessary;
3. Technical Assistance provided to subgrantees and allied professionals;
4. Follow-up on review findings for subgrantees;
5. Direct service activities such as information and services provided, or referrals made;
6. Systems advocacy activities;
7. Significant Project(s) Status Report(s), including a brief narrative of projects described in the Work Plan, and any other significant projects or activities;
8. Education/Awareness and Primary Prevention, Outreach, and Public Policy Activities, including information on current and planned training opportunities based on needs identified by subgrantees and allied professionals; and
9. Total DHS Grant funds expended on Grantee administrative activities.

The selected Applicant shall include, at a minimum, in its quarterly statistical report a total accounting of the following direct service activities of subgrantees per funding source, provided through the Project:

Direct Services
1. Individuals served:
   a. Unduplicated number of adult victims served.
   b. Unduplicated number of child victims served.
   c. Unduplicated number of significant others served.

2. Counseling:
   a. Hours of counseling provided to adults.
   b. Hours of counseling provided to children.
   c. Hours of counseling provided to significant others.

3. Volunteer Services:
   a. Hours of volunteer services.

26

4. Shelter Services:
   a. Number of shelter days provided to adults.
   b. Number of shelter days provided to children.
   c. Number of shelter requests that went unmet.

Prevention/Education Services and Public Awareness
1. Number of prevention education programs in schools and persons reached, per funding source;
2. Number of community education events and persons reached, per funding source; and,
3. Number of training sessions and persons reached, per funding source.

The selected Applicant shall, at a minimum, including the following information, per subgrantee, in the Annual Statistical Report.

Total Clients Served
o Adults
o Children
o Those collaterally affected
o Total

DHS Funded Victims Served
o Adults
o Children
o Those collaterally affected
o Total

*Applicant Response*

E. **Final Report.** The selected Applicant shall submit a State Fiscal Annual Summary, each SFY, to the Department. This report is due following the conclusion of each SFY on September 15. The selected Applicant shall include, at a minimum, the information required in the monthly expenditure report.

*Applicant Response*

F. **Ad Hoc Reports.** The selected Applicant shall provide additional reports, to include but not limited to, other status reports and reporting metrics when requested and directed by DHS.

*Applicant Response*

III-10. **Lot 1 Key Performance Standards.** The Commonwealth has developed a set of minimum performance standards defined below, which the selected Applicant shall meet or exceed. The selected Applicant's performance will be reviewed and assessed on a quarterly basis, as outlined below. The DHS Grant Administrator will give notice of each failure to meet a performance standard to the selected Applicant.

Describe your ability to meet or exceed these minimum performance standards.

27

| Category | Performance Standard Action | Measure and Validation Method |
|---|---|---|
| Reporting | The selected Applicant shall deliver the quarterly reports to the designated DHS Grants Administrator by the designated due dates at the end of every quarter in the SFY, as outlined in **Part III, Section III-9.D**. | Quarterly reports shall be timely submitted to the DHS Grants Administrator. |
| Reporting | The selected Applicant shall deliver the final reports to the designated DHS Grants Administrator by the designated due date following the end of the SFY, as outlined in **Part III, Section III-9.E**. | Final Reports shall be timely submitted to the DHS Grants Administrator. |
| Communication | The selected Applicant shall attend quarterly meetings or calls with the designated DHS Grants Administrator, as indicated in **Part III, Section III-9.B**. | The selected Applicant shall schedule Quarterly meetings and calls in coordination with the DHS Grants Administrator and shall provide, at minimum, one selected Applicant representative attendee. |
| Communication | The selected Applicant shall respond to the designated DHS Grants Administrator, or other DHS Staff associated with the grant, within three business days of receiving an email or call, as indicated in **Part III, Section III-7.B**. | The selected Applicant shall timely respond to emails and calls from the DHS Grants Administrator and other DHS Staff associated with the grant. |
| Tasks | The selected Applicant shall make the services described in the Project available to all 67 counties in Pennsylvania. | The selected Applicant shall provide access to the services described in this RFA in all 67 Pennsylvania counties either directly by the selected Applicant or through subgrantees and shall represent county data in the selected Applicant's final report. |
| Requests | The selected Applicant shall provide any requested information pertaining to the Project within three business days of receiving any email or call from the designated DHS Grants Administrator. | The selected Applicant shall timely respond to requests from the DHS Grants Administrator regarding additional data or ad hoc reports related to the Project. |

A.  For any deficiency, including ones relating to the performance standards, the selected Applicant shall prepare and submit a corrective action plan for any observation or finding contained in a notice of deficiency. The selected Applicant shall submit the corrective action plan to the Department within 10 business days of notification of the deficiency or such longer time as may be agreed to by the Department.

B.  The corrective action plan must include, but is not limited to:

1.  Brief description of the findings;

2.  Specific steps the selected Applicant will take to correct the situation or reasons why it believes corrective action is not necessary;
3.  Name(s) and title(s) of responsible staff person(s);
4.  Timetable for performance of the corrective action steps;
5.  Monitoring that will be performed to implement corrective action;
6.  Signature of the selected Applicant's Program Manager or a senior executive.

C.  The selected Applicant shall implement the corrective action plan within the timeframe agreed to by the parties for that particular corrective action plan. Failure to implement a corrective action plan, in the manner agreed to, may result in further action by the Department, including, but not limited to, a finding of default.

D.  In the event the Department determines a deficiency to be a serious non-compliance with the selected Applicant's obligations under the agreement, the Department may find the selected Applicant in default.

*Applicant Response*

**LOT 2 – RAPE CRISIS SERVICES**

**III-11. Lot 2 Tasks.**  The below tasks are specific to Lot 2, and are in addition to those indicated in **Part III, Section III-5**.

A. **Statewide Network of Subgrantees**. The selected Applicant shall manage a statewide network of subgrantees to meet the needs of victims of sexual violence, as well as those collaterally affected by their victimization, with the exception of the offender.

B. **DHS Collaboration.** The selected Applicant shall work cooperatively with DHS to enhance services on a statewide basis for victims of sexual violence, as well as those collaterally affected by their victimization, with the exception of the offender.  The selected Applicant shall respond to the designated DHS Grants Administrator, or other DHS Staff associated with the grant, within three business days of receiving an email or call.  The selected Applicant shall also provide any requested information pertaining to the Project within three business days of receiving any email or call from the designated DHS Grants Administrator.

C. **Rape Crisis - Specific Services**.  The selected Applicant shall provide services to victims of sexual violence and those collaterally affected by their victimization, with the exception of the offender, including, but not limited to:
   - Assistance with obtaining public benefits;
   - Arranging or providing emergency shelter or housing in the form of room and board, transportation services, emergency health services, and financial aid. The selected Applicant shall provide these services for no more than 30 days in any six-month period if other resources, including Medicare and Medicaid, are not available;
   - Providing or arranging for services necessary to enable the individual to remain in their home;
   - Supportive counseling, both in person and via telephone, and protective casework for as long as necessary to implement the recipient's service plan;
   - Preventative services for potential domestic violence victims and educating other service providers about dealing with victims of domestic violence;
   - A 24-hour hotline service to victims;
   - Crisis and counseling services;
   - Medical and legal accompaniment and advocacy services;
   - Training and technical assistance in the community; and
   - Education and awareness and primary prevention activities.

D. **Rape Crisis-Specific Protective Services.** The selected Applicant shall provide protective services, including, but not limited to:
   - Arranging alternate care, upon recipient consent;
   - Arranging for emergency health services;
   - Arranging with or referring the recipient to appropriate agencies or individuals for initiation of guardianship proceedings;
   - Providing crisis counseling, both in person and via telephone, and protective casework for as long as necessary to implement the recipient's service plan;
   - Educating service provider agencies to support victims of rape more effectively; and
   - Providing a 24-hour hotline service to victims of rape and to the significant others of victims.

E.  **Direct Services.** The selected Applicant shall provide direct services to include, but not limited to the following:

- 24-Hour Crisis Hotline: The selected Applicant shall provide an advertised hotline services 24 hour per day, seven days per week, 365 days per year. The selected Applicant shall staff the hotline with sexual assault counselors to provide crisis intervention services.
- Accompaniment Services: The selected Applicant shall provide accompaniment services victims for accessing to medical facilities, police investigations, court proceedings, and other appropriate agencies and organizations.
- Crisis Intervention: The selected Applicant shall provide immediate crisis intervention services to victims to provide information and support and to assess the victim's needs related to sexual violence.
- Crisis Counseling: The selected Applicant shall provide short-term intervention that is action-focused, client-centered, non-judgmental, unconditionally accepting and based in active and reflective listening for victims of sexual violence in response to a crisis related to the victimization. The selected Applicant may provide this service via the hotline, during individual in-person sessions, or while accompanying a victim through the legal, medical, or other community systems.
- Individual Advocacy: The selected Applicant shall provide assistance to help facilitate a victim's negotiation of the different systems encountered as a result of being impacted by sexual violence. This includes, but is not limited to:
  a. Individual Medical Advocacy, meaning the accompaniment and support of victims of sexual violence seeking medical treatment and the provision of support, information, education, resources, and follow-up services within the health-care setting.
  b. Individual Legal Advocacy, meaning both Criminal Justice Advocacy and Civil Court Advocacy.
     i.  Criminal Justice Advocacy is the provision of support, assistance, and advocacy provided to victims of sexual violence at any stage of the criminal justice process (e.g., preliminary hearing, trial, sentencing, parole hearing, etc.).
     ii. Civil Court Advocacy is the provision of support, assistance, and advocacy provided to victims or survivors of sexual violence during civil hearings and proceedings.
- Information and Referral: The selected Applicant shall provide assistance to a victim to identify and gather information about community resources.
- Children's Counseling: The selected Applicant shall provide individual or group counseling sessions that follow a trauma focused process. The selected Applicant shall provide services which mirror those noted above for adult victims.

*Applicant Response*

III-12. **Lot 2 Reports and Project Control.** The selected Applicant shall timely and accurately submit all required reports to document provided services and activities. The Department may consider the failure to submit this information within the required timeframes or failure to provide additional information as required as a default of the agreement, which may result in the termination of the selected Applicant's grant agreement, non-payment for the reports or both. The selected Applicant shall collect the required information and reports from all subgrantees and verify their accuracy. The selected Applicant shall compile the information received from the subgrantees into one comprehensive report and submit it to DHS.

A.  **Monitoring Instrument and Plan.** The selected Applicant shall develop a monitoring instrument and plan for submission and approval by the Department. The selected Applicant shall submit its

31

monitoring instrument and plan to the Department by August 31 of each SFY and include as part of the instrument and plan, but not to be limited to, the following:

1. The issues to be addressed by the subgrantees and verified by the Grantee.
2. The scope of the monitoring responsibilities of the Grantee.
3. The frequency and dates of the monitoring reviews of subgrantees which assures that at least one-third of the subgrantees are monitored on-site at least once every three years.
4. The documentation of monitoring activities, which shall be maintained by the Grantee.

Using the information above, Applicants shall provide a detailed description of their Monitoring Instrument and Plan.

*Applicant Response*

B. **Quarterly Meetings.** On a quarterly basis, the selected Applicant and the designated DHS Grant Administrator will meet either in person or virtually to discuss current projects and activities and upcoming projects and activities, and to share information.  The selected Applicant shall schedule and conduct the meeting.  This meeting will focus on the quarterly status reports.  Applicants shall provide their proposed plan for quarterly meetings.

*Applicant Response*

C. **Monthly Expenditure Report.** The selected Applicant shall submit monthly expenditure reports. The report must include the selected Applicants expenses by month, by funding source, by line item for each budget category, and must include the cumulative fiscal year to date totals.  The report must only reflect actual expenses incurred by the selected Applicant and any subgrantees, and may not include projected expenses.

*Applicant Response*

D. **Quarterly Status Report.**  The selected Applicant shall submit five administrative quarterly reports and an annual statistical report, each SFY, to the Department.  These reports should follow the following schedule:

1. Quarter 1 (July-September) is due November 15th.
2. Quarter 2 (October-December) is due February 15th.
3. Quarter 3 (January-March) is due May 15th.
4. Quarter 4 (April-June) is due August 15th.
5. Annual Statistical Report is due September 15th.

The selected Applicant shall include, at a minimum, in its quarterly administrative report information on the following activities:

1. Monitoring activities completed;
2. Monitoring report findings for each site monitored and corrective actions taken, if necessary;
3. Technical assistance provided to subgrantees and allied professionals;
4. Follow-up on review findings for subgrantees;
5. Direct service activities such as information and services provided, or referrals made;
6. Systems advocacy activities;

7. Significant Project(s) Status Report(s), including a brief narrative of projects described in the Work Plan, and any other significant projects or activities;
8. Education/Awareness and Primary Prevention, Outreach, and Public Policy Activities, including information on current and planned training opportunities based on needs identified by subgrantees and allied professionals; and
9. Total DHS Grant funds expended on the selected Applicant's administrative activities.

The selected Applicant shall include, at a minimum, a total accounting of the following direct service activities of subgrantees per funding source, provided through the Project:

Direct Services
1. Individuals Served:
    a. Unduplicated number of adult victims served.
    b. Unduplicated number of child victims served.
    c. Unduplicated number of significant others served.

2. Counseling:
    a. Hours of counseling provided to adults.
    b. Hours of counseling provided to children.
    c. Hours of counseling provided to significant others.

3. Drug & Alcohol:
    a. Number of victims with drugs and/or alcohol involved in the incident of sexual violence.

4. Volunteer Services:
    a. Hours of volunteer services.

The selected Applicant shall, at a minimum, include the following information, per subgrantee, in the Annual Statistical Report.

Total Victims Served
o Adults
o Children
o Significant Others
o Total

DHS Funded Victims Served
o Adults
o Children
o Significant Others
o Total

*Applicant Response*

E. **Estimated Annual Victims to be Served.** By March 30 of each SFY, the selected Applicant shall provide DHS with an estimate of the number of victims of sexual violence to be served under this Project in the forthcoming SFY. If the statistics for the current year necessitate a revision of the projection, the selected Applicant shall submit such revision to DHS as part of the Annual Statistical Report, due by September 15th. The selected Applicant shall provide estimates for the following services by funding source:

1. Hotline calls for victims in Crisis.
2. Number of victims to receive services and hours of direct service received.
3. Number of school programs to be provided and the number of students reached.
4. Number of community programs to be provided and the number of people reached.
5. Number of trainings to be provided and the number of people reached.

*Applicant Response*

F. **Final Report.** The selected Applicant shall submit a State Fiscal Annual Summary, each SFY, to the Department. This report is due following the conclusion of each SFY on September 15. The selected Applicant shall include, at a minimum, the information required in the monthly expenditure report.

*Applicant Response*

G. **Ad Hoc Reports.** The selected Applicant shall provide additional reports, to include but not limited to, other status reports and reporting metrics when requested and directed by DHS.

*Applicant Response*

**III-13. Lot 2 Key Performance Standards.** The Commonwealth has developed a set of minimum performance standards defined below, which the selected Applicant shall meet or exceed. The selected Applicant's performance will be reviewed and assessed on a quarterly basis, as outlined below. The DHS Grant Administrator will give notice of each failure to meet a performance standard to the selected Applicant.

Describe your ability to meet or exceed these minimum performance standards.

| Category | Performance Standard Action | Measure and Validation Method |
|---|---|---|
| Reporting | The selected Applicant shall deliver the quarterly reports to the designated DHS Grants Administrator by the designated due dates at the end of every quarter in the SFY, as outlined in **Part III, Section III-12.E.** | Quarterly reports shall be timely submitted to the DHS Grants Administrator. |
| Reporting | The selected Applicant shall deliver the final reports to the designated DHS Grants Administrator by the designated due date following the end of the SFY, as outlined in **Part III, Section III-12.F.** | Final Reports shall be timely submitted to the DHS Grants Administrator. |
| Communication | The selected Applicant shall attend quarterly meetings or calls with the designated DHS Grants Administrator, as indicated in **Part III, Section III-12.B**. | The selected Applicant shall schedule Quarterly meetings and calls in coordination with the DHS Grants Administrator and shall provide, at minimum, one selected Applicant representative attendee. |
| Communication | The selected Applicant shall respond to the designated DHS Grants Administrator, or other DHS Staff associated with the grant, within | The selected Applicant shall timely respond to emails and calls from the DHS Grants Administrator and other DHS Staff associated with the grant. |

| | three business days of receiving an email or call, as indicated in **Part III, Section III-11.B**. | |
|---|---|---|
| Tasks | The selected Applicant shall make the services described in the Project available to all 67 counties in Pennsylvania. | The selected Applicant shall provide access to the services described in this RFA in all 67 Pennsylvania counties either directly by the selected Applicant or through subgrantees and shall represent county data in the selected Applicant's final report. |
| Requests | The selected Applicant shall provide any requested information pertaining to the Project within three business days of receiving any email or call from the designated DHS Grants Administrator. | The selected Applicant shall timely respond to requests from the DHS Grants Administrator regarding additional data or ad hoc reports related to the Project. |

**A.** For any deficiency, including ones relating to the performance standards, the selected Applicant shall prepare and submit a corrective action plan for any observation or finding contained in a notice of deficiency.  The selected Applicant shall submit the corrective action plan to the Department within 10 business days of notification of the deficiency or such longer time as may be agreed to by the Department.

**B.** The corrective action plan must include, but is not limited to:

   **1.** Brief description of the findings;
   **2.** Specific steps the selected Applicant will take to correct the situation or reasons why it believes corrective action is not necessary;
   **3.** Name(s) and title(s) of responsible staff person(s);
   **4.** Timetable for performance of the corrective action steps;
   **5.** Monitoring that will be performed to implement corrective action;
   **6.** Signature of the selected Applicant's Program Manager or a senior executive.

**C.** The selected Applicant shall implement the corrective action plan within the timeframe agreed to by the parties for that particular corrective action plan.  Failure to implement a corrective action plan, in the manner agreed to, may result in further action by the Department, including, but not limited to, a finding of default.

**D.** In the event the Department determines a deficiency to be a serious non-compliance with the selected Applicant's obligations under the agreement, the Department may find the selected Applicant in default.

*Applicant Response*

# PART IV

## COST SUBMITTAL

**IV-1.** **Cost Submittal.** The information requested in this **Part IV** shall constitute the Cost Submittal. The Cost Submittal shall be submitted as a separate attachment and shall not be submitted as part of the Technical Submittal. The total proposed cost should be broken down into the components set forth in **Appendix E – Cost Submittal Worksheet.** Applicants should **not** include any assumptions in their cost submittals. If the Applicant includes assumptions in its Cost Submittal, the Department may reject the application. Applicants should direct in writing to the Issuing Officer pursuant to **Part I, Section I-9** any questions about whether a cost or other component is included or applies. All Applicants will then have the benefit of the Department's written answer so that all applications are submitted on the same basis.

The Department will pay the selected Applicants for services rendered pursuant to any Grant Agreement.

**PART V**

**CONTRACTOR PARTNERSHIP PROGRAM**

**V-1.** **General Information – Contractor Partnership Program.** The CPP was created by the Department to address workforce needs by connecting beneficiaries of Temporary Assistance for Needy Families ("TANF") to jobs while simultaneously helping to fill the hiring needs of employers. The program is a collaborative effort between DHS and its contractors and grantees to lift families out of poverty.

CPP requires entities who are awarded a contract or agreement with DHS to establish a hiring target that supports TANF beneficiaries in obtaining employment with the contractor, grantee, or their subcontractors for jobs within their organizations. The Department encourages selected Applicants to consider TANF beneficiaries not only for employment opportunities that will be created through the award of an Agreement but also for general employment opportunities within the organization. DHS staff will work cooperatively with selected Applicants to assist in meeting their hiring targets by assisting with the identification of qualified job applicants through the Department's employment and training programs and providing technical assistance as needed. Participating Applicants may also be eligible to receive hiring incentives, such as the Work Opportunity Tax Credit.

Through CPP, DHS expects not only to increase the employment rate for individuals receiving TANF cash assistance, but to continue to contribute to the economic growth of the Commonwealth.

For more information about the Contractor Partnership Program, please contact: RA-BETPCPP@pa.gov or 1-866-840-7214.

**V-2.** **Participation Requirements.** Entities who are awarded a contract or agreement valued at a minimum of $5 million through a competitive procurement process are automatically included in CPP. To receive credit towards meeting the CPP requirements and maintain good standing, these entities must hire or make good faith efforts to hire individuals currently receiving TANF cash assistance. This includes but is not limited to individuals receiving TANF who are currently participating in Department employment and training programs as well as TANF beneficiaries outside of these programs.

The Department's vision for CPP is that selected Applicants can obtain employment for TANF beneficiaries in a number equal to 10% of the average of the annual number of a selected Applicant's new hires in Pennsylvania over each of the prior three years.

**V-3.** **RFA Requirements.** Applicants must provide a written narrative that addresses the following and must include the information in the CPP Submittal of their application.

A. Applicant's name, telephone number and mailing address.
B. Type of business entity (i.e., not-for-profit, government entity, public corporation, university).
C. Address of the company's headquarters; if located in Pennsylvania, include county.
D. The name, title, phone number, mailing address, and email of the Applicant's point of contact for the CPP.
E. Address of all satellite offices located in Pennsylvania, including the county.
F. A list of the subcontractors' names, address, and phone number; if located in Pennsylvania, include the county.
G. Type of services being provided under the Agreement.
H. Type of services provided by Applicant.

I. Based on the calculation below, the anticipated number of positions that will be established as the hiring target.

   *For each of the prior three years, provide the number of new hires at your organization's Pennsylvania offices. The hiring targets will be 10% of the average of the annual number of new hires in Pennsylvania over each of the last three years. Hiring targets can be discussed with the Office of Income Maintenance CPP staff to determine if a waiver or reduction of this requirement is warranted.*

J. Type of positions anticipated to be available during Agreement term.
K. Describe the strategies that will be used to identify and recruit TANF individuals.
L. Describe the methods that will be used to retain the individuals once they are employed, including opportunities for professional development.
M. Identify the staff and processes that will be used to meet the CPP requirement, including the reporting requirements.
N. Provide a brief explanation of any additional efforts that will be made to meet and maintain TANF hiring commitments.

The Department will not evaluate the CPP Submittal. After an Applicant is selected for negotiations, the Department's Office of Income Maintenance Bureau of Employment Programs will review the CPP Submittal and may request changes or clarifications during negotiations. All information submitted is subject to approval by DHS.

V-4. **Agreement Requirements.** The approved hiring target will become a performance target, included as part of the Agreement. Hiring targets will apply to the full term of the Agreement, including any extensions. After an Agreement has become effective, selected Applicants must establish a login for the DHS data tracking system, the Commonwealth Workforce Development System ("CWDS"), create a business folder, and complete and submit all required forms to the CPP staff. The selected Applicant must complete the Quarterly Employment Report on a quarterly basis to document the number of TANF beneficiaries hired for that quarter. OIM will monitor the submission of the Quarterly Employment Report in CWDS and will share the information with the Program Office responsible for the agreement.

| Quarters | Begin Date | End Date | Reports Due* |
|---|---|---|---|
| 1 – First | July 1 | September 30 | October 15 |
| 2 – Second | October 1 | December 31 | January 15 |
| 3 – Third | January 1 | March 31 | April 15 |
| 4 – Fourth | April 1 | June 30 | July 15 |

*If the 15th fails on a weekend or state holiday, the report is due the next business day.*

The selected Applicant, regardless of the Effective Date of the Agreement must complete the Quarterly Employment Report based on the schedule above. If an Agreement begins in the middle of a quarter, the information reported will be based on activity that occurred from the Effective Date through the end of the quarter. If no activity occurred, an entry reporting zero hires must still be submitted via CWDS.

In addition, selected Applicants must report information documenting the use and outcomes of their hiring strategies and demonstrating their good faith efforts to hire TANF beneficiaries on a quarterly basis. The Department will work with the selected Applicants to develop a form and submission requirements for this reporting.

Verification Process
Data entered in CWDS will be cross referenced with the Client Information System ("CIS") to confirm TANF eligibility; CIS will automatically credit the selected Applicant whenever a TANF hire is submitted.  The CPP staff and the Project Manager will work together to ensure that selected Applicants are meeting their hiring goals.


### pennsylvania
DEPARTMENT OF HUMAN SERVICES

## SOLICITATION ADDENDUM

Date: **May 4, 2023**
Subject: **Statewide Domestic Violence and Rape Crisis Services Programs**
Solicitation Number: **RFA 34-22**
Due Date/Time: **May 19, 2023, 12:00 PM**
Addendum Number: **1**

To All Suppliers:

The Commonwealth of Pennsylvania defines a solicitation "Addendum" as an addition to or amendment of the original terms, conditions, specifications, or instructions of a procurement solicitation (e.g., Invitation for Bids or Request for Proposals).

*List any and all changes:*

- Please find attached the final question and response document pertaining to the formal inquiries submitted through April 27, 2023.

- The language in Section III-11.C under the 2nd bullet is being amended as follows.

  o Arranging ~~or providing~~ for emergency shelter or housing in the form of room and board, transportation services, emergency health services, and financial aid.  The selected Applicant shall provide these services for no more than 30 days in any six-month period if other resources, including Medicare and Medicaid, are not available;

- The language in Section III-11.C under the 5th bullet is being amended as follows.

  o Preventative services for potential ~~domestic violence~~ rape crisis victims and educating other service providers about dealing with victims of ~~domestic violence~~ rape crisis;

- The language changes outlined above for Section III-11.C is the only language being modified; all other sections and language remain the same.

Except as clarified and amended by this Addendum, the terms, conditions, specifications, and instructions of the solicitation and any previous solicitation addenda, remain as originally written.

Respectfully,

Name:        Karen Kern
Title:         Issuing Officer, Bureau of Procurement & Contract Management
Phone:      717-772-2058
Email:       RA-pwrfaquestions@pa.gov

# RFA #34-22

## Statewide Domestic Violence and Rape Crisis Services Programs

### Q&A

| | RFA Section | Question | Answer |
|---|---|---|---|
| 1 | | Whether companies from Outside USA can apply for this? (like, from India or Canada) | Applicants must meet the Mandatory Responsiveness Requirements outlined in Part II, Section II-1 of the RFA. |
| | RFA Section | Question | Answer |
| 2 | | Whether we need to come over there for meetings? | As outlined in the RFA, the selected Applicant shall provide direct services to include, but not limited to, in-person response and meetings. |
| | RFA Section | Question | Answer |
| 3 | | Can we perform the tasks (related to RFP) outside USA? (like, from India or Canada) | Please refer to the response to Q2. |
| | RFA Section | Question | Answer |
| 4 | | Can we submit the proposals via email? | Please refer to the Calendar of Events and Part I, Sections I-11 and I-12 regarding application submission requirements. |
| | RFA Section | Question | Answer |
| 5 | II-2, Criteria for Selection | What is meant by Technical Nonconforming Applications? | All Applications must comply with the Mandatory Responsiveness Requirements as set forth in Section II-1 of the RFA. These requirements are non-waivable. For any other nonconformity with a requirement as set forth in the RFA, the nonconformity may be deeded either technical or immaterial in nature and the Department may respond in accordance with Section II-2 of the RFA. |
| | RFA Section | Question | Answer |
| 6 | III-3 - Qualifications | A. Company Overview A "significant subcontractor" is defined as an organization undertaking more than 10% on the total cost basis of the work associated with this RFA. Because all of the direct services will be provided by the 47 subcontractors, do you require organizational background information for each of the subcontractors or only those receiving over 10% of the total | A. Under Section III-3.A of the Technical submittal, organizational background information should be provided for each subcontractor receiving over 10% of the total funding. An overall description is sufficient. |

Case 1:26-cv-01015-JPW    Document 1-3    Filed 04/20/26    Page 57 of 254

Case 1:26-cv-01015-JPW   Document 1-3   Filed 04/20/26   Page 58 of 254

| | RFA Section | Question | Answer |
|---|---|---|---|
| | | funding?  Also, is an overall description of the business arrangement with the subcontractors sufficient or is a description of the business arrangement with each of the 47 subcontractors required?<br><br>B.  Prior Experience<br>Applicants are required to describe the experience of each staff member assigned to the Project.  Does this refer only to the Applicant's staff members or to the staff members assigned to the Project in each of the 47 subcontracts?<br><br>C.  Personnel<br>Does this section apply only to the Applicant's staff members or to the staff members assigned to the Project in each of the 47 subcontracts?  The Organizational Chart is to outline the staffing, reporting relationships, and staff members.  Does this refer only to the Applicants staff members or to the staff members assigned to the Project in each of the 47 subcontracts?  Is an organizational chart for each subcontractor required?<br><br>D.  Subcontractors and Subgrantees<br>Will one subcontracting plan meet this requirement or is a separate plan required for each subcontractor?  The Applicant's subcontractor or subgrantee information should include the employees' names, education, and experience in the services outlined in the RFA.  Information provided should also include the responsibilities each individual will have in the project and how long each has been with the subcontractor's company.  Does this mean the information is required for each staff member assigned to the project by each of the 47 subcontractors? | B.  Section III-3.B refers to the Applicant and any subgrantee.<br><br>C.  Section III-3.C applies to Applicant's Personnel only.<br><br>D.  In accordance with Section III-3.D, Applicant's should provide a subcontracting plan for all subgrantees and subcontractors who will be assigned to the Project. Applicants will need to determine if one subcontracting plan adequately details their overall subcontracting plan or if multiple plans are necessary.  Applicants must provide the requirement information for each position included in their subcontracting plan. |
| 7 | III-5, Work Plan | What is a Program Evaluation and Review Technique (PERT)? | A Program Evaluation and Review Technique ("PERT") is a project management tool which represents the tasks involved in completing a project. It is used to evaluate and estimate the time required to complete tasks within deadlines. |

## Statewide Domestic Violence and Rape Crisis Services Programs

### Q&A

| | RFA Section | Question | Answer |
|---|---|---|---|
| 8 | III-5, Work Plan | Transition Plan: Is a transition plan required if the applicant has been providing the services listed in the RFA for more than 40-years? | Applicants shall describe how the Transition activities will be met as outlined in Part III-5.A of the RFA. |
| | RFA Section | Question | Answer |
| 9 | III-6.A, Requirements – Partnership and Presence | Is the applicant required to submit one letter of commitment or is a letter of commitment required from each of the 47 subcontractors? | An MOU or letter of commitment is required for each partnership, including any subgrantees or subcontractors. |
| | RFA Section | Question | Answer |
| 10 | III-6.B, Requirements - Location | Can the applicant submit one plan describing how direct services are provided on a statewide basis or should the applicant submit a plan for each of the 47 subcontractors? | Applicants will need to determine if one plan adequately details their overall direct service plan or if multiple plans are necessary. |
| | RFA Section | Question | Answer |
| 11 | Lot 2, III-11.C Rape Crisis - Specific Services | 2nd bullet – Does this mean that the funds can be used to shelter victims of sexual assault? This has not been allowed previously. | The second bullet point under Section III-11.C, should read "Arranging for emergency shelter or housing in the form of room and board, transportation services, emergency health services, and financial aid. The selected Applicant shall provide these services for no more than 30 days in any six-month period if other resources, including Medicare and Medicaid, are not available." |
| | RFA Section | Question | Answer |
| 12 | Lot 2, III-11.C Rape Crisis - Specific Services | 5th bullet – Refers to domestic violence; should it state sexual assault? | The fifth bullet point under Section III-11.C should read "Preventative services for potential rape crisis victims and educating other service providers about dealing with victims of rape crisis." |

Case 1:26-cv-01015-JPW Document 1-3 Filed 04/20/26 Page 59 of 254

Case 1:26-cv-01015-JPW    Document 1-3    Filed 04/20/26    Page 60 of 254

| | RFA Section | Question | Answer |
|---|---|---|---|
| 13 | | We understand the application is to be concise and succinct. To that end, is there a page limit for the narrative response? | There is no page limit for this RFA. |
| | RFA Section | Question | Answer |
| 14 | | On page 8-9 – Section I-24, I – Does this include any conversations we have had about services under our current contract with DHS or only if we have made recommendations specific to this RFA? | Section I-24 is specific to the issuance and process of this RFA and submission of an Application for this RFA. |
| | RFA Section | Question | Answer |
| 15 | | Page 17-18 – Section A. Transition Plan. If a transition period is not needed, will an answer of N/A or simply stating that a transition period is not needed, be considered responsive to this question? | Please refer to the response to Q8. |
| | RFA Section | Question | Answer |
| 16 | | On page 27 – III-10 Lot 1 Key Performance Standards – Will a stated history of compliance be considered responsive to this question? | Applicants should specifically describe their ability to meet or exceed the identified performance standards. |
| | RFA Section | Question | Answer |
| 17 | | On page 14 – Disclosure of cancellations or terminations. Does this question include all canceled contracts, only those in which another party cancelled a contract with us, only contracts that we have cancelled with a contractor, or only contracts we have cancelled with subgrantees that were receiving DHS funds? | Applicants should disclose any contract or agreement cancellation, or termination within five years preceding the issuance of this RFA. |

# APPENDIX A
# APPLICATION COVER SHEET

## COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF HUMAN SERVICES
## RFA# 34-22

**Enclosed in three separate submittals is the application of the Applicant identified below for the above-referenced RFA.**

| Applicant Information: | |
|---|---|
| Applicant Name (LEGAL ENTITY) | Pennsylvania Coalition Against Domestic Violence |
| Applicant Mailing Address | 3605 Vartan Way, Suite 101, Harrisburg, PA 17110 |
| Applicant Website | https://www.pcadv.org |
| Applicant Contact Person | Susan Higginbotham |
| Contact Person's Phone Number | 717-545-6400 x102 |
| Contact Person's Facsimile Number | n/a |
| Contact Person's E-Mail Address | shigginbotham@pcadv.org |
| Applicant Federal ID Number | ▓▓▓▓ |
| Applicant SAP/SRM Vendor Number | ▓▓▓▓ |
| Applicant Unique Entity Identifier | ▓▓▓▓ |

| Submittals Enclosed and Submitted Separately: | |
|---|---|
| **Lot #** | ☑ Lot 1, Domestic Violence Services<br>☐ Lot 2, Rape Crisis Services |
| ☑ | Technical Submittal |
| ☑ | Cost Submittal |
| ☑ | Contractor Partnership Program Submittal |

| Signature | |
|---|---|
| Signature of an official authorized to bind the Applicant to the provisions contained in the Applicant's application | *SLHiginbo* |
| Printed Name | Susan Higginbotham |
| Title | Chief Executive Officer |

**FAILURE TO COMPLETE, SIGN AND RETURN THIS FORM WITH THE APPLICANT'S APPLICATION MAY RESULT IN THE REJECTION OF THE APPLICANT'S APPLICATION**

## TABLE OF CONTENTS

| | |
|---|---|
| **III-1. STATEMENT OF THE PROJECT** | **3** |
| **III-2. MANAGEMENT SUMMARY** | **3** |
| **III-3. QUALIFICATIONS** | **4** |
| A.   **Company Overview** | **4** |
| B.   **Prior Experience** | **7** |
| C.   **Personnel** | **8** |
| D.   **Subcontractors and Subgrantees** | **9** |
| **III-4. FINANCIAL CAPABILITY** | **10** |
| **III-5 WORK PLAN** | **10** |
| A.   **Transition Plan** | **13** |
| B.   **General Tasks** | **14** |
| C.   **Turnover** | **15** |
| **III-6 REQUIREMENTS** | **16** |
| A.   **Partnerships and Presence** | **16** |
| B.   **Location** | **17** |
| C.   **Regulations** | **17** |
| D.   **Record Retention** | **18** |
| E.   **Confidentiality** | **19** |
| F.   **Emergency Preparedness** | **21** |
| G.   **Lobbying Certification and Disclosure of Lobbying Activities** | **22** |
| H.   **Worker Protection and Investment** | **23** |
| **III-7 LOT 1 TASKS** | **23** |

**III-8 LOT 1 REQUIREMENT**                                                     **23**

A.    **Collaboration**                                                          **23**

**III-9 LOT 1 REPORTS AND PROJECT CONTROL**                                      **23**

A.    **Monitoring Instrument and Plan**                                         **23**

B.    **Quarterly Meetings**                                                     **24**

C.    **Monthly Expenditure Reports**                                           **24**

D.    **Quarterly Status Report**                                               **24**

E.    **Final Report**                                                          **25**

F.    **Ad Hoc Reports**                                                        **25**

**III-10 LOT 1 KEY PERFORMANCE STANDARDS**                                      **25**

**APPENDIX**                                                                    **27**

**APPENDIX L (KEY PERSONNEL RESUMES)**                                          **28**

**APPENDIX N - (SERVICE STANDARDS)**                                            **42**

**APPENDIX O - (MONITORING ASSESSMENT TOOL)**                                   **85**

**APPENDIX P - (ASSESSMENT TIER DESCRIPTIONS)**                                 **87**

**APPENDIX ATTACHED SEPARATELY**
**APPENDIX A – (COVER SHEET)**                                                  **90**
**APPENDIX B – (TRADE SECRET)**                                                 **92**
**APPENDIX F – (SF-LLL)**                                                       **96**
**APPENDIX G – (FEDERAL FUNDING ACCOUNTABILITY)**                              **100**
**APPENDIX H – (BUSINESS ASSOCIATE ADDENDUM)**                                 **103**
**APPENDIX I – (WORKER PROTECTION FORM)**                                      **110**
**APPENDIX J – (STANDARD TERMS & CONDITIONS)**                                 **112**
**APPENDIX K – (ORG CHART)**                                                   **143**
**APPENDIX M – (SUBGRANTEE LIST)**                                             **145**
**APPENDIX Q – (LETTERS OF COMMITMENT)**                                       **146**

## 1.   TECHNICAL SUBMITTAL

### III-1. Statement of the Project

The Pennsylvania Coalition Against Domestic Violence (PCADV) through its staff of Training and Technical Assistance Specialists, managers, and directors, will provide training, technical assistance, education, and resources to community-based domestic violence programs, as well as statewide stakeholders, the public, and collaborative partners. In addition, via the monitoring team and grant managers, PCADV will provide consistent programmatic and fiscal monitoring of subgrantees and oversight of the Department of Human Services contract. PCADV will subcontract with 59 local domestic violence programs to provide community-based services and referrals in the 67 counties of the Commonwealth.

### III-2. Management Summary

Subgrantees currently and will continue to provide protective, advocacy, and direct services. Protective Services will include a 24-hour hotline; arranging or providing for emergency shelter or housing; transportation services; assistance with obtaining or accessing emergency health services and relocation. Also, subgrantees will provide support in accessing economic stability services such as public benefits, financial aid, employment, childcare, and education. In addition, the programs will provide direct services that include safety planning, information and referral, empowerment supportive counseling or therapy services, advocacy services, education and awareness, training and technical assistance, information and referral, and 24-hour crisis response. Finally, subgrantees currently have and will continue to seek collaborative partnerships, viable referral options for health, mental health, substance use and ability needs. All subgrantees are held to a set of service and fiscal Standards (Attached as Appendix K, page 54) via the monitoring process.

Established in 1976, PCADV has over 45 years of experience supporting domestic violence survivors and local domestic violence programs, managing grants, advocating for policies that further safety for survivors, and establishing collaborative partnerships that impact survivors. PCADV will support the efforts of subgrantees by providing training, technical and supportive assistance via current staff. The PCADV staff supporting this project and the subgrantees all have years of experience in the domestic violence field. The administrative and fiscal staff also have years of expertise in their designated roles and responsibilities.

PCADV will provide in person and virtual training that will be supplemented by online training content overseen by the Training Institute team and accessible to subgrantees. The online learning content is also part of the required 45-hour domestic violence advocate training. PCADV's housing team will assist with emergency shelter, short- and long-term housing by way of training, technical assistance, participation in statewide collaboratives, landlord engagement and seeking supplemental housing funding to further support survivors in accessing housing options. The housing team will also support economic stability initiatives by providing resources, training, and technical assistance to support the advocates who work with survivors to ensure access to stability resources.

The legal team will provide support for legal advocates who accompany survivors to court, police departments, and assist with accessing legal services. In addition, the team will provide training and technical assistance to court and legal professionals, as well as law enforcement. Finally, the team supports and monitors the Civil Legal Representation projects across the Commonwealth. PCADV is also the lead agency on the implementation of the Lethality Assessment Project aimed at law enforcement response to domestic violence. This project is managed by the legal team.

The medical advocacy team will support subgrantees with medical advocacy components of the project including, training and technical assistance around hospital accompaniment, medical and mental health assessments, systems advocacy, and proper referral options. Finally, the prevention team will support the community-based domestic violence programs in community education and outreach. Prevention programming is meant to reduce both the incidents and prevalence of intimate partner violence (IPV) and aims to cultivate environments that are healthy and equitable by addressing the risk and protective factors associated with IPV.

The communications team will support subgrantees through the creation of digital and print resources which highlight programs and connect survivors with services. The team also provides technical assistance and training on crisis communications, media relations, and digital outreach and advocacy to support programs in raising awareness of and delivering services.

### III-3. Qualifications

      A.  Company Overview

Founded in 1976, the Pennsylvania Coalition Against Domestic Violence (PCADV) is the oldest statewide domestic violence coalition in the nation. Each year, its network of 59 local domestic violence programs provides free and confidential direct services to nearly 90,000 victims and survivors of domestic violence and their children in all 67 counties of the Commonwealth. Together, local programs and the statewide Coalition work in collaboration to deliver a continuum of services, support, and systems to help victims and survivors find safety, obtain justice, and build lives free from abuse. More than 2.5 million victims and their children have been served by PCADV and its member programs since 1976.

PCADV filed its Articles of Incorporation on January 3, 1977 and received its non-profit status from the Department of Treasury on July 13, 1977. Contact information is as follows:

Pennsylvania Coalition Against Domestic Violence (PCADV)
3605 Vartan Way, Suite 101
Harrisburg, PA 17110
(717) 545-6400

PCADV Executive Staff
Susan Higginbotham, Chief Executive Officer, shigginbotham@pcadv.org, 717-545-6400 x102
Jenifer Thompson, Chief Operating Officer, jthompson@pcadv.org, 717-545-6400 x132
Tammy Oliver, Chief Program Services Officer, toliver@pcadv.org, 717-545-6400 x133
Beth Seeber, CPA, bseeber@pcadv.org 717-545-6400

Julie Bancroft, Chief Public Affairs Officer, jbancroft@pcadv.org, 717-545-6400 x120
Jennifer Beittel, Chief Philanthropic Officer, jbeittel@pcadv.org, 717-545-6400 x135
Vacant, Chief Financial Officer*, finance@pcadv.org, 717-545-6400 x202
*A search is currently in progress lead by the Samaritan Consulting Group, Lancaster, PA

Cultivating a vision of a society free of domestic violence and working toward that future, PCADV's programming focuses on three areas: Prevention, Intervention, and Change.

Through its Prevention work, PCADV strives to stop intimate partner violence before it starts. Breaking the generational cycle of violence for children, teens, and young adults by changing public attitudes and social norms will create a future in which lives are neither lost to, nor limited by, domestic violence. One of the greatest assets of prevention work is that it is customized to the unique needs of each community. At the local level, domestic violence organizations implement change through schools, working with coaches through athletic programs, summer social justice camps, community readiness assessments and neighborhood food gardens. Initiatives are designed for colleges and universities, faith communities, men and boys, parents, athletic programs, Latinx communities, LGBTQ+ communities, older adults and other underserved or marginalized populations.

All victims and survivors of domestic violence should have access to essential, lifesaving services to live lives that are financially independent, free of violence, and sustainable. Key intervention programming is available through local agencies and includes Housing and Economic Justice, Civil Legal Representation (CLR), Lethality Assessment Screening, and Medical Advocacy.

Finding safe, affordable housing and establishing financial independence are crucial to a survivor's ability to escape an abusive environment and build an independent life. PCADV is committed to supporting member programs in developing new innovative housing and economic justice initiatives while ensuring that current housing options are working for victims and survivors. This is accomplished with training and technical assistance from PCADV, assistance with funding applications, and systems coordination at the state and national level. The Coalition has had great success in developing nationally recognized and HUD supported housing programs that meet survivor needs otherwise left unaddressed. Since 2019, PCADV has provided more than $16 million in pass-through funding to support survivor housing via HUD programs and private foundations.

Financial abuse is a barrier that often prevents victims from leaving an abusive relationship and is present in more than 98% of cases. PCADV's Economic Justice and Empowerment Initiative helps domestic violence victims overcome immediate economic barriers and secure long-term financial independence and safety. The Initiative is a multi-faceted statewide effort coordinated through PCADV and implemented in community-based domestic violence programs. Financial empowerment leads survivors to self-sufficiency and lives free from abuse for themselves and their children. To date, PCADV's Economic Justice and Empowerment Initiative has served 29 member programs and more than 3,000 survivors.

Navigating a complex and often unfamiliar legal process is challenging for a survivor and is one of the most common barriers to leaving an abusive relationship. CLR attorneys provide direct legal

representation for domestic violence survivors on matters of divorce, custody, support, immigration, housing, and protection from abuse within their county service areas. Attorneys use their expertise to represent and advocate for domestic violence survivors during court proceedings. The CLR program is offered through 17 program sites throughout the Commonwealth. In addition, PCADV provides civil legal information through the PA Safe LAW project, made possible with funding from the Victims of Crime Act (VOCA). Victims of domestic violence and other crimes in Pennsylvania can access a network of experienced licensed attorneys for free and credible legal information, resources, and referrals for help navigating a variety of civil legal matters including domestic and sexual violence, divorce, custody, immigration, and more. Please note, PA Safe Law provides legal information but does not represent clients.

An average of 117 people die as a result of domestic violence each year in Pennsylvania. The Lethality Assessment Program (LAP), created by the Maryland Network Against Domestic Violence, is a nationally recognized, evidence-based initiative with demonstrated success in strengthening partnerships between law enforcement and community- based domestic violence programs. Police officers are trained to identify the warning signs of domestic violence and follow a survivor-centered protocol for assessing potentially lethal situations when responding to domestic violence incidents. Since 2012, LAP has been connecting victims of domestic violence with life-saving services, thereby potentially reducing domestic violence fatalities. In Pennsylvania, law enforcement in 50 of its 67 counties use LAP when responding to incidences of domestic violence with a total of 381 law enforcement agencies participating.

PCADV's Medical Advocacy Program allows advocates to train medical personnel in a variety of professional settings about both the visible and emotional signs of domestic violence. A screening tool is used with individuals who present with certain symptoms to help identify signs of abuse. A victim may not realize they could be in danger and a medical visit may be their only opportunity to connect with a domestic violence program or other key resources. Medical advocacy can be a life-saving measure when victims realize the danger they could face if they return home. In some cases, survivors have been transported to safe, emergency shelter directly from the medical facility. Medical Advocacy programming is facilitated by 31 local programs across the Commonwealth.

As the collective voice of its local domestic violence programs, PCADV is committed to making a lasting impact in the Commonwealth through policy work at the state and federal level. The coalition actively advocates for change and works to block policies that create additional barriers or penalize victims. Through PCADV`s work, on April 10, 2019, Act 79 went into effect, the most critical and significant expansion of the Protection from Abuse (PFA) Act and the Uniform Firearms Act in nearly a decade.

Disclosure of Canceled Contracts:

In the last 5 years, the only contract with PCADV that was canceled was by Carolyn Stevens, a programmatic consultant. The were no allegations, rather Ms. Stevens decided to retire.
Carolyn    Stevens    50    blue    Heron    Way    Petersburg,    WV    26847    717-497-9065
carolynstevens@frontier.com

With DHS approval, PCADV canceled the domestic violence contracts with Safe Haven of Pike County and Women's Help Center due to lack of performance in meeting contract expectations:

Safe Have of Pike County, the program closed on October 31, 2019
Women's Help Center, Roxann Tyger, rtger@womenshelpcenter.org, 814-536-5361
809 Napoleon, PA 15901

PCADV terminated contracts with the following vendors for their lack of performance relative to the scope of work in each agreement:

Vonage, Shane Smith, shane.smith@vonage.com, 571-445-6322
7900 West Park Dr. Suite A-315 McLean, VA 22102

Tangible Development, Sujata Chaudhry, sujata@tangibledevelopment.com 866-525-2812
4 Century Drive Latham, NY 12110

Beyond Spots & Dots, Melanie Querry, m.querry@beyondspotsanddots.com, 412-281-6212
1034 Fifth Ave. Pittsburgh, PA 15219

Prophetic Soul Branding and Design, Ron Tinsley, rt@prophetiksoul.com, 302-898-3042
5220 Sylvester St. Philadelphia, PA 19142

Due to COVID, PCADV canceled two contracts (March and October 2020) with the Best Western Harrisburg/Hershey, Megan Wilkinson, megan.wilkinson@thecentralhotelharrisburg.com, 717-561-1086, 800 E. Park Dr., Harrisburg, PA

B. Prior Experience

PCADV is the oldest domestic violence Coalition in the country. The Coalition has managed the statewide provision of direct domestic violence services since 1983 and is the current state contractor for domestic violence services. PCADV provides federal, state, and private pass-through funding support to its 59 sub-grantees, providing free and confidential direct services to all 67 counties in the Commonwealth. PCADV has and continues to support programs through capacity-building services like training and technical assistance. No other program serves Pennsylvania in this capacity. PCADV has also been instrumental in shaping Pennsylvania's laws to better protect victims of domestic violence including the Protection from Abuse (PFA Act) and establishing the Protection from Abuse Database (PFAD), an essential tool for allied stakeholders serving domestic violence survivors. All assigned project staff have a dedicated history of serving survivors and years of professional experience in the domestic violence field. PCADV staff experience and innovation have positioned the Coalition as a national leader in helping survivors through innovative initiatives in housing, prevention, economic justice, medical advocacy, and trauma-informed, survivor-centered services.

In addition, in mid-2021, DHS completed a thorough monitoring process to ensure that PCADV was in compliance with contractual expectations. The monitoring report dated August 2021 indicated that that monitoring disclosed no problems with fiscal compliance, program

management, or subgrantee monitoring. Three recommendations were made by DHS, and PCADV adopted all three recommendations.

C. Personnel

PCADV's physical office is in Harrisburg, PA; however, to serve the needs of the state efficiently and effectively, PCADV staff are located throughout the Commonwealth. PCADV will maintain 6 administrative positions, 5 hybrid positions that are both direct service and administrative, and 31 direct service positions to complete the aspects of the project. The majority of the direct service staff are made up of training and TA specialists, housing/shelter specialists, prevention specialists, economic justice specialist, communications staff, policy staff, legal staff, coordinators, eLearning specialists, managers and directors. Please see attached organizational chart attached as Appendix K, on page 143 which lists total FTE and administrative time allocated to the project. Key Personnel include the Chief Program Services Officer, Chief Executive Officer, Chief Operating Officer, and the Controller. Please see key personnel resumes attached as Appendix L, page 28 as well as brief descriptions of their qualifications below.

The Chief Program Services Officer (CPSO) has over 30 years working with programs who provide support to victims of domestic violence. The CPSO provides oversight to the Program Services Department and oversees the provision of technical assistance and education, monitoring, housing, and training.  This work is grounded in trauma-informed delivery and best practices. The CPSO also networks and build alliances with government agencies, allied stakeholders, and systems to create opportunities that facilitate the development and implementation of improved service delivery and domestic violence awareness. Comparably, the CPSO also provides leadership, supervision and mentoring of Department staff, ensuring that they have adequate training and resources to secure compliance with all PCADV policies and procedures.

The Chief Executive Officer (CEO) has over 35 years of experience working directly with individuals, as well as with local programs and allied non-profits to address mission-related issues, including sexual and reproductive health, domestic violence, sexual assault, and HIV/AIDS. In addition, she has 28 years of successful experience as a nonprofit CEO/Executive Director and serves as the public face of PCADV. Additionally, the CEO is accountable to the board of directors, and as such, she is responsible for overseeing all of PCADV's functions. The CEO ensures effective programmatic and operational functions through providing leadership to and supervision of the senior staff team, all of whom are accomplished in their roles. One of any CEO's most important roles is to work with the organization's constituents to plan for the Coalition's future, and she led that process in conjunction with the board. Finally, the CEO ensures that PCADV is making consistent strides towards meeting the plan goals, which include striving for racial and social justice, reshaping organizational culture, enhancing delegate relations, developing new business models, enhancing advocacy effectiveness, and growing organizational resources.

The Chief Operating Officer (COO) has over 25 years of experience in the domestic violence field and over 20 years of grants management and fiscal accountability. The COO is responsible for providing vision, structure, oversight, and coordination of overall internal functioning. The COO manages the day-to-day operations and develops and implements operational plans to streamline efficiency, promote effective use of resources and support staff.  Additionally, the COO works

closely with the CEO to establish organizational priorities, develop and implement strategic plans, and pursue opportunities and partnerships to further the work. The COO maintains effective relationships with other organizations and partners to coordinate the work and promote effective messaging. In addition, for the past 5 years, partnering with the CFO and Chief Program Services Officer, the COO has provided programmatic and fiscal oversight for the DHS domestic violence grants. Finally, the COO facilitates and engages in the annual budget process and monitors grant expenditures, grant deliverables, progress reports, and program evaluation plans to ensure timely completion and submission.

The Controller (Accounting Consultant) has over 20 years of experience in accounting and auditing, over 10 of those years has been focused in non-profit businesses. At PCADV, the consultant reports to the Chief Financial Officer. The consultant manages the monthly financial close for the organization and works closely with the CFO to produce financial statements on a monthly basis. The consultant engages with PCADV Grant Managers to develop grant budgets, review grant expenditures, and make all necessary filings. Additionally, the consultant works closely with the CFO and other Finance staff during the annual audit to develop required supporting material for all requested grants. The consultant works with the CFO and PCADV management to develop the annual Coalition budget. Finally, the Consultant engages with all Finance staff to maintain a cohesive environment and works with the CFO to continuously monitor department structure and organization. The Consultant Controller spends approximately seven hours per month specific to this project.

PCADV will promptly notify the Department's Grant Administrator of any changes in key personnel.

## D. Subcontractors and Subgrantees

As one of the largest funders of domestic violence services, PCADV is responsible for the provisions of direct services to survivors of domestic violence throughout Pennsylvania. With nearly 50 years of experience, PCADV has incomparable expertise with contract management and fund allocation to subgrantees, ensuring the provision of services to survivors of domestic violence.

PCADV will maintain contracts with the 59 subgrantees to provide domestic violence services including but not limited to 24-hour crisis response; access to emergency safe housing; safety planning; information and referrals; transportation access; empowerment-based supportive counseling and therapy services; advocacy for adults and children and youth; education and awareness; and training and technical assistance. Contracts will outline the programmatic and fiscal responsibilities of the subgrantee. In addition, PCADV will monitor programs on a rolling basis, but no less than every three years, to determine contract compliance. Please see Appendix M, on page 145 for a list of all subcontractors, including all information regarding each program that is requested within the RFA.

PCADV will maintain contracts and have regular meetings with any subcontractors that are part of this project. Meetings will entail reviews of contract deliverables, status reports, and outlining of next steps.

Pennsylvania Coalition Against Domestic Violence                                      9

**III-4. Financial Capability**



**III-5 Work Plan**

PCADV has nearly 50 years of experience working with survivors and communities, including in the provision of activities that are preventative in nature. The Coalition is unparalleled in its ability to leverage collective expertise. PCADV focuses on the root causes of violence, including misogyny, racism, homophobia, transphobia, and xenophobia, and makes informed and strategic steps toward ending violence against all people. Likewise, the Coalition also magnifies the strengths and knowledge of its network of delegates. In concert with stakeholders, PCADV generates collective expertise that holds deep credibility with policymakers and funders.

PCADV will continue to do the work of supporting member agencies by leveraging its position as the statewide organization that has developed and maintained partnerships throughout communities and counties for almost 50 years. The Coalition will use its our economic influences to elevate the work conducted throughout the organization, helping delegates to expand services and advance employee and governance practices that are reflective of and responsive to underrepresented and underserved communities.

PCADV has the experience of being a hub of collaboration within and across all parts of the Commonwealth. The Coalition provides infrastructure support, technical assistance and training to all 59 member programs, allowing them to serve more survivors, extend their influence, and better serve stakeholders. PCADV's work enhances systemic responses to victims and their families and supports innovative approaches to ending domestic violence. The Coalition has advocated for policy change, forged lasting and meaningful partnerships, and shifted advocacy to best meet the evolving needs of programs, survivors, and their families.

The Coalition contracts with member programs to provide domestic violence-specific protective services to all survivors. These services include 24-hour hotline access. During hotline calls, member programs work with survivors to create safety plans, identify emergency shelters (safe havens), and provide referrals to state and county support and counseling. On a monthly basis, PCADV holds regional Domestic Violence Housing gatherings and meets with DV advocates to hear about successes and struggles regarding shelter and housing options for victims and survivors.

In this work, PCADV uses the Housing First philosophy to help programs understand the struggles regarding housing options including shelter for victims and survivors.

PCADV has also provided individualized program support primarily to assist programs who may need additional help in identifying resources and community connections to assist survivors. In addition, Coalition member programs assist survivors with obtaining public benefits; arranging or providing emergency shelter or housing; identify transportation to help survivors get to and from appointments and work; and many other resources.

Supportive and Technical Assistance is provided to programs in all 67 counties of the Commonwealth. PCADV has deep experience and has worked collaboratively with member programs since 1976, helping local county programs and systems to deliver a continuum of services and supports to help victims and survivors find safety, obtain justice, and build lives free of abuse. All subgrantees are also required to provide services in a culturally appropriate manner and in keeping with PCADV's core values.

PCADV provides training and technical assistance to its statewide member programs and communities; engages in systems advocacy; and supports multi-disciplinary efforts to develop effective agency practices. Member programs are also contracted to provide advocacy to meet medical, legal, educational, and employment needs of survivors.

Training and Technical Assistance is provided to DV programs by PCADV staff. Technical assistance is provided to all sub-recipients via email, direct calling, and meetings. Coalition staff work with programs to help address the underlying causes of domestic violence, obtain employment and independence from public assistance. PCADV's staff are all trained in educating service providers and stakeholders on domestic violence. Over the past five years, PCADV has provided 79,757 trainings to domestic violence advocates and has responded to over 10,000 Technical Assistance calls. The Coalition also has experience with housing, health care, mental health services, social welfare, and business best practices to support the development and implementation of effective policies, protocols, and programs. In addition, PCADV hosts monthly Program Standard calls. This allows member programs to have discussion around standards and contractual requirements.

PCADV Member programs are contracted to provide direct services to victims of domestic violence and those collaterally affected by their victimization, with the exception of the offender. The Coalition provides technical assistance, support, training and monitoring to member programs who provide supportive counseling, both in-person and via telephone. Through its Technical Assistance and Education team, PCADV provides trauma-informed, survivor-centered trainings to 59 domestic violence programs across the Commonwealth. Trainings have included, but are not limited to, Intimate Partner Violence in Later Life, health impacts of domestic violence, abuse and LGBTQ+ community, and prevention and healthy relationships. PCADV's Online Learning center offers introductory, intermediate, and advanced courses providing educational and skill-building opportunities for advocates, volunteers, and interns working at a local PCADV funded domestic violence programs in Pennsylvania. In the last year alone the online learning center has had nearly 1,200 domestic violence advocates register for access to the site, with over 16,000 courses completed.

The Coalition has developed policies and protocols for programs who are offering Empowerment-based, supportive Counseling and Therapy through either phone contact, individual meetings, and/or group sessions, in ways that validate the experiences of the victims without blame. PCADV also provides support to sub-grantees who must comply with applicable licensing requirements for the services being rendered to include therapy and/or counseling services. Comparably, the Coalition has incorporated trainings around counseling services and documentation provided to member agencies.

PCADV has trained many stakeholders in the work to end domestic violence. Stakeholders include, but are not limited to, attorneys, educators, Health Care Providers, Law Enforcement and Prosecutors, Judges and Court Personnel, Rural Professionals, and other Social Services Professionals.

The Coalition aims to increase internal capacity to support victims and survivors in obtaining or maintaining safe and stable housing. This is accomplished with training and technical assistance from PCADV, assistance with funding applications, and systems coordination. The purpose of this is to better meet the needs of victims and survivors engaging in those systems.

Since 1996, PCADV has operated a Medical Advocacy Program. The Medical Advocacy Program provides funding to member programs who wish to establish and maintain relationships with local healthcare sites in order to improve responses to domestic violence. Over the years MAP has expanded its training outreach to include stakeholders in the healthcare sector. The MAP department is providing trainings to statewide Emergency Medical Technicians (EMT's) on how to service victims of domestic violence, and member programs across the commonwealth provide support to healthcare providers and training on the nuanced connection between domestic violence and healthcare throughout their service areas.

The Civil Legal Representation project funds specific legal centers to provide direct legal representation for domestic violence survivors on matters of divorce, custody, support, immigration, housing, and protection from abuse within their county service areas. The CLR is a unique collaboration between the local domestic violence program and the legal center. Attorneys use their expertise to represent and advocate for domestic violence survivors during court proceedings. In the past five years, the CLR programs have served 18,225 survivors and secured over $582,000 in court-ordered support for survivors and their children.

PCADV maintains a variety of methods to communicate with subgrantees and stakeholders led by PCADV's Public Affairs department. PCADV releases specific subgrantee newsletters with pertinent information, including a separate prevention and medical advocacy newsletter. PCADV frequently utilizes social media to post succinct and poignant public messaging. In addition, monthly meetings are held with all member programs to discuss changes in policies, address concerns, and share best practices. Monthly Communities of Practice meetings are held to support those sub-recipients with Medical Advocacy Programs and FVPSA ARP funding. PCADV also facilitates monthly shelter, legal advocacy, and general core services calls with member programs. These calls provide support to advocates who are working in those respective positions. Finally,

PCADV holds and will continue to hold three meetings a year for all subgrantees to come together to discuss aspects of services and changing landscapes.

Training and Technical Assistance aspects of the proposed work plan will be overseen by the Chief Program Services Officer. The Chief Program Services Officer provides bi-weekly check-ins and feedback on individual team workplans. Team workplans encompass aspects of the DHS workplan coupled with PCADV's strategic plan. In addition, the Chief Program Services Officer holds quarterly department meetings to bring all training and technical assistance staff and legal staff together to discuss projects. The Civil Legal Representation project will be managed by the Legal Services Manager with general oversight from the COO. The Legal Services Manager holds bi-weekly meetings with the Civil Legal representation staff to discuss aspects of the project. The COO and Legal Services Manager also meet bi-weekly to discuss successes and challenges of the project, as well as generate ideas for change and problem solve.

PCADV has contracted with programs across the commonwealth to provide direct services to victims of domestic violence and those collaterally affected by their victimization. Those direct services include but are not limited to 24-hour crisis response; access to emergency safe housing; safety planning; information and referrals; transportation access; empowerment-based supportive counseling and therapy services; advocacy for adults and children and youth; education and awareness; and training and technical assistance.

PCADV monitors all 59 member programs at a minimum of once every three years. The monitoring process uses a Tiered Support Assessment approach. This method provides for an assessment of a subgrantees ability to meet the service and fiscal standards attached as Appendix N on page 42. Each subgrantee is scored according to the assessment attached as Appendix O, on page 85 and then placed in a support tier. Each tier corresponds to a specific set of support options attached as Appendix P on page 87, that sets the frequency of future monitoring, and establishes a plan for follow up training and technical assistance. This approach allows PCADV to offer more support to programs and determine the appropriate strategy for monitoring. The assessment is used in tandem with PCADV's standards.

Monitoring is overseen by the Chief Program Services Officer and COO. The COO and the fiscal team will meet weekly to discuss aspects of the subgrantee fiscal management. In addition, the COO, Controller and CFO will meet bi-weekly to discuss administrative aspects of fiscal management. The COO and Chief Program Services Officer will meet monthly with the full monitoring team to discuss monitoring tools, upcoming subgrantee monitoring, any challenges with previous subgrantee monitoring, subgrantee successes, and generate ideas to improve the process. In addition, managers from each team currently and will continue to meet monthly to discuss any training and technical assistance needs that have come up during monitoring and proceed to make a plan of support.

A.  Transition Plan

PCADV is the incumbent organization and has served as the contractor since 1983; therefore, the organization is in a strong position to navigate a transition period to continue services and

operations without interruption. PCADV is organized specifically in a manner to meet the DHS contract expectations.

While it is likely that any new staff hired during the transition phase will need to acquire knowledge of the PA human service system, PCADV benefits from deep staff experience and knowledge related to the PA human service system and domestic violence. Currently, there are two open staff positions out of forty-two. Further, PCADV commits to continuing our work with stakeholders, third-party vendors, and all other interested parties during the transition to a new contract period.

PCADV's transition team will be the senior staff team, which includes Susan Higginbotham, CEO, who will function as the lead transition team member, and Jenifer Thompson, COO, who will provide oversight for DHS fiscal grant management, invoicing, and budget monitoring. Both Ms. Higginbotham and Ms. Thompson commit to bi-weekly meetings with the DHS grant manager to ensure a smooth transition. Tammy Oliver, Chief Program Services Officer, will ensure that all programmatic expectations are met during the transition period, and Julie Bancroft, Chief Public Affairs Officer, will oversee communications related to the transition during that period. Lastly, Jennifer Beittel, Chief Philanthropic Officer will provide the final transition report to DHS.

With respect to quality management of the transition, PCADV's primary objectives are to continue our current internal processes and procedures with monitoring of domestic violence programs, to invoice DHS timely, to provide payments to programs, to provide training and technical assistance for programs, to monitor PCADV and domestic violence program budgets, and to regularly coordinate these activities with DHS.

During bi-weekly meetings with DHS, PCADV plans to provide regular status updates, including impediments to and changes needed for operations. Once the transition period has been completed, PCADV will provide DHS with a report on all high-level tasks and activities. We will articulate how the objectives stated in the plan have been achieved, as well as the status of issues identified and prioritized during the transition.



    B. General Tasks

PCADV commits to administering and managing subgrants via a competitive RFP process to select community based domestic violence programs to provide direct services. The competitive process

will occur as needed to secure services in every county, or at a minimum every five years. In addition, PCADV will allocate funding according to a formula approved by DHS. Currently, PCADV utilizes a formula that considers shelter nights, counseling hours, victims served, land area and population. PCADV also commits to collecting statistical and demographical data from service providers via the Efforts to Outcomes database and reporting those statistics to DHS on a quarterly basis.

In addition, PCADV will monitor subgrantees for compliance with grant and fiscal requirements, including cooperating with DHS or other state agencies in any monitoring activities. Also, PCADV will provide financial and programmatic management of the statewide grant in accordance with Generally Accepted Accounting Principles ("GAAP") and grant specifications, including compliance with GAAP regulations, audit requirements, control of subgrantee fiscal operations, invoicing, fund allocation, and subgrantee audit verification.

PCADV will provide statewide advocacy, education, awareness, and primary prevention activities related to the issues of domestic violence. PCADV currently has and will continue to revise and design a public education and awareness plan for those who are or may know a victim of domestic violence. In addition, PCADV will collaborate with other entities to extend trainings, webinars, and workshops to subgrantees and allied professionals as well as DHS program offices to expand knowledge and skills regarding the provision of services to victims and significant others.

PCADV and subgrantees will utilize a trauma-informed advocacy approach to service provision and facilitate participation and meaningful involvement of victims, families, and trauma survivors in the planning of services and programs. In addition, PCADV will ensure subgrantees provide services that are readily available on a statewide basis and are culturally appropriate for all victims of domestic violence and those collaterally affected by their victimization, except for the offender. Through trainings, technical assistance, and monitoring, PCADV will ensure subgrantees provide services in a cost-efficient manner, and in compliance with all federal and state laws, regulations, policies, and mandates.

Finally, PCADV will participate in regular grant management meetings with DHS to review the performance and progress of the project. PCADV will also work cooperatively with the Department to implement data systems and outcome measurement processes for subgrantees.

C. Turnover

Upon expiration or termination of PCADV's contract with the Department, the Coalition shall provide for a smooth and timely turnover of its services to the Department and its designees, as applicable. In addition, PCADV will:

1. Provide a final detailed description of the turnover plan for approval by DHS, initiated three months prior to the termination or expiration of the agreement. The turnover plan will be a comprehensive document detailing the proposed schedule, activities, and resource requirements associated with the turnover tasks. The turnover plan will include copies of all relevant data, documentation, or other pertinent information necessary for DHS or its designee to take over and successfully assume operational activities;

Pennsylvania Coalition Against Domestic Violence                    15

2. Execute the approved turnover plan in cooperation with the Department and any incoming vendor's transition plan;

3. Provide a lessons learned report to DHS. The lessons learned report will be a comprehensive document detailing the lessons learned from the turnover plan and process. This report will be submitted for approval three months prior to the end of the agreement term or within one month of a request by DHS.

4. Provide DHS with a turnover results report within 90 days of the conclusion of Project, documenting the completion and outcomes of each step of the turnover plan approved by DHS. Turnover will not be considered complete and final payment will not be made until the turnover results report is received and approved by DHS.

5. Turn over the operation and management of all service delivery functions to DHS or its designee. This turnover will be planned and managed in an orderly fashion so that there is no disruption of service to users;

6. Work closely with DHS to accomplish the completion of turnover of responsibilities and the necessary knowledge transfer contract period; and

7. Cooperate with DHS and supply DHS or its designee with all information required by DHS or its designee during the turnover process, in the timeframe defined by DHS at the time of the request.

## III-6 Requirements

A. Partnerships and Presence

PCADV is pleased to submit Letters of Commitment, attached as Appendix Q, on page146from 59 domestic violence programs that together serve all 67 counties of the Commonwealth. The spreadsheet attached in Appendix M on page 145 outlines each program, specific county(ies) serviced, and services offered. At a minimum, each program offers the following services:

1. 24-Hour Hotline/Crisis Hotline
2. Advocacy and supportive services, including case management. Supportive services include all activities necessary to alleviate the problem or to remove the individual from the dangerous situation.
3. Crisis Intervention Services
4. Counseling Options: Supportive/Educational or empowerment-based therapy
5. Safety Planning
6. Information and Referral
7. Relocation Services
8. Medical, Legal, Educational, and Employment Advocacy, etc.
9. Emergency Shelter/Safe House or Access to Emergency Safe Housing

In addition, programs may offer additional services such as Civil Legal Representation, empowerment-based therapy, medical systems advocacy, rapid rehousing, and prevention education.

### B. Location

As noted, PCADV has secured domestic violence services in every county of the Commonwealth through 59 domestic violence programs that were recently selected through a competitive RFP process. If selected, PCADV will contract with each program to provide domestic violence services in their designated county(ies). Services and fiscal responsibilities will be outlined according to this RFA and the DHS contract.

Through the monitoring process PCADV can ensure services are consistent with the service standards and that survivors have access regardless of the county in which they reside or are fleeing too. Transportation has consistently been one of the biggest challenges for domestic violence programs. As the majority of PA is rural, many communities do not have public transportation or access to taxis or uber. To assist with the lack of transportation options, programs have resulted to using either an organizational or personal vehicle to transport survivors.

### C. Regulations

PCADV agrees to comply with and hold subgrantees to the requirements of Title VI of the Civil Rights Act of 1964, 42 U.S.C. §2000d. Including taking action as required to assure that all persons with Limited English Proficiency ("LEP") have meaningful access to take part in the services administered by subgrantees and any programs or initiatives offered by PCADV. Currently, PCADV and subgrantees utilize Language Line or in-person interpreters.

In addition, PCADV and subgrantees will comply with the following state and federal regulations and funding requirements:
1. Section 504 of the Rehabilitation Act, 29 U.S.C. §701 and shall not exclude an individual from receiving services based on an individual's disability.
2. Act 44 or 1988 Article XII Domestic Violence and Rape Victims Services, 71 P.S. § 611.13 and will operate and oversee domestic violence programs to provide services for survivors and assist in prevention through community education.
3. Title XX of the Social Security Act, SSBG, CFDA #93.667 and will provide services to children and adults to promote self-sufficiency, protect children and adults from neglect, abuse, and exploitation; and help individuals stay in their homes or find permanent safe housing.
4. FVPSA CFDA # 93.671, 42 U.S. § 10401, et seq. and operate or assure access to emergency safe housing and supportive and prevention services for victims of domestic violence and their children.
5. FVPSA ARPA – CFDA #93.497, Pub L. No. 117-2, Title II, Part 2, Section 2204 (d) amendments to FVPSA and will provide supportive services, training and technical assistance that address emerging issues related to family violence, domestic violence, and dating violence to entities demonstrating related experience, including medical advocacy and the provision of referrals for appropriate health

care services. Programs will utilize this funding to expand access to health care services such as services for mental health, therapy, alcohol and substance use treatment.

D.  Record Retention

PCADV maintains the following record retention policy in its fiscal manual:

PCADV retains records as required by law and destroys them when appropriate. All files, both hard copy and electronic shall be labeled with topic, year (if applicable), and destruction date. Electronic copies shall be saved in appropriate folders on the network storage device. Hard copies should be stored in file cabinets or archived in the storage area. Archived hard copy files shall be stored in water and animal proof containers.

Review and purging of files may take place on an ongoing basis, but must occur at least once per year, and must follow the minimum retention requirements outlined below.

The destruction of any documents containing social security numbers or any other "consumer data" as defined under federal laws and regulations shall be done via shredding using an approved shredding service provider.

The formal records retention policy of PCADV is as follows:

| Record | Retention |
|---|---|
| Audit reports | Permanent |
| Correspondence – Legal and important matters | Permanent |
| Deeds, mortgages, and bills of sales | Permanent |
| Financial statements – Year-end | Permanent |
| General ledgers/year-end trial balance | Permanent |
| Minute books of directors, bylaws, and charters | Permanent |
| Retirement and pension records | Permanent |
| Tax returns and worksheets, examination reports and other documents relating to tax filings | Permanent |
| Trademark registrations and copyrights | Permanent |
| Accident reports/claims (settled Cases) | 7 Years |
| Accounts payable ledgers and schedules | 7 Years |
| Accounts receivable ledgers and schedules | 7 Years |
| Contracts, mortgages, notes, and leases – expired | 7 Years |
| Garnishments | 7 Years |
| Insurance claims | 7 Years |
| Inventories of products, materials, and supplies | 7 Years |
| Invoices (to customers, from vendors) | 7 Years |
| Notes receivable ledgers and schedules | 7 Years |

| | |
|---|---|
| Payroll records and summaries | 7 Years |
| Personnel records (terminated) | 7 Years |
| Property records (incl. depreciation schedules) | 7 Years |
| Purchase orders | 7 Years |
| Sales records | 7 Years |
| Subsidiary ledgers | 7 Years |
| Timesheets/cards | 7 Years |
| Withholding tax statements | 7 Years |
| Bank statement & reconciliations | 3 Years |
| Chart of accounts | 3 Years |
| Employment applications | 3 Years |
| Insurance policies (expired) | 3 Years |
| Internal audit reports | 3 Years |
| Internal reports | 3 Years |
| Petty cash vouchers | 3 Years |
| Correspondence – General | 2 Years |

All subgrantees are encouraged to utilize the record retention limit outlined in Uniform Guidance and are required to maintain a similar policy per service standard 6.3 which states the following:

**6.3 Retention**
Programs must have a written policy regarding record retention that includes how long specific forms are kept, destruction of paper files, and destruction of electronic files. Program administrators should take into consideration the needs of the program and the requirements of funders when setting the length of time documents are to be kept.

Records will be maintained for all service recipients that will include, but not be limited to, the following:
- Basic demographic data;
- Basic Intake Form;
- Consent to release of information forms;
- Documentation that safety planning was discussed;
- Eligibility form (PW652 or other DHS approved form);
- Service/Goal plan; to be completed for all adult shelter residents and for non-shelter residents having 3 or more counseling/advocacy contacts);
- Documentation of services provided;
- Exit interview/service evaluation and other dispositional data; and
- All follow-up contacts.

E. Confidentiality
PCADV and subgrantees will comply with the Confidentiality of Information and the Health Insurance Portability and Accountability Act ("HIPAA") of 1996, Pub. L. 104-191, and

accompanying regulations, as well as all federal and state laws, regulations and requirements related to the use and disclosure of information, including information that constitutes Protected Health Information ("PHI"). PCADV and subgrantees will also comply with the Business Associate Addendum.

PCADV also maintains the following confidentiality policy in the employee handbook:

### 4.3        Confidential Information
The protection of confidential business information and trade secrets is vital to the interests and success of PCADV. Such confidential information includes trade secrets, proprietary information, and confidential Organization-related commercially sensitive information (i.e. financial or funding records/reports, marketing or business strategies/plans, program development, customer lists, patents, trademarks, etc.).
To assure the safety and privacy of survivors of domestic violence, and to maintain the integrity of the organization, the term Confidential Information also includes information regarding individuals, programs, funding sources, budgets, research projects, and work initiatives, which is acquired in the course of an employee's job performance, or through direct or overhead conversations and/or written or electronic communications, must be maintained in confidence.

An employee who improperly uses or discloses trade secrets or confidential business information will be subject to corrective action up to and including termination of employment and legal action, even if they do not benefit from the disclosed information.

In addition, per service standard 6.2 subgrantees are required to maintain a similar policy.

### 6.2 Confidentiality
There must be written policies and procedures to ensure that all services provided are documented in written and/or electronic form and that those records are maintained in a manner that protects the confidentiality and privacy rights of individuals, groups and/or families receiving services.

Written records of services provided in individual, group and/or family settings must be maintained in a secure, locked storage area that is accessible only by paid staff members employed to provide direct services, authorized volunteers and/or administrative or executive staff members responsible for supervision and/or internal review of service records for quality assurance purposes.

Electronic records of services provided must be maintained in consultation with information technology professionals to ensure that records are accessible only to those listed above, that the records cannot be accessed remotely by anyone outside of the program.

The program shall have policies that allow review and access to records only by staff and volunteers as necessary to provide or supervise services, perform grant or audit reporting duties, or to respond to court orders, such as orders subject to state law and court decisions.

F.  Emergency Preparedness

To support continuity of operations during an emergency, including a pandemic, PCADV employs a strategy for maintaining operations for an extended period of time, including assurances for essential agreements that provide critical services to the Commonwealth have also planned for such an emergency and put contingencies in place to provide necessary and agreed upon services. PCADV and its member programs enacted their emergency response and workplace safety plans in March 2020 in response to the global pandemic, and essential services for survivors continued throughout the Commonwealth without cessation.

PCADV has transitioned to a primarily remote workforce. All essential services, including financial, telephone, and IT operations, can and are routinely conducted on a remote basis with appropriate backup data and staffing mechanisms in place to ensure seamless carry-through of operations and activities during an emergency. In the event of illness that prohibits essential functions from being met even if working remotely, staff trained as backup will be utilized to fulfill necessary tasks.

All PCADV staff are trained in emergency procedures and remote workplace policies during onboarding, and the Board-approved PCADV Employee Handbook includes a chapter on Workplace Safety in addition to separate sections on working from home, IT security, and remote network access. The PCADV Employee Handbook is accessible to staff via the virtual workplace commons and is reviewed annually.

PCADV staff have multiple channels of communication internally and externally, including, but not limited to, online platforms, intranet, landlines, and cell phones. IT systems have backups including a generator, and an internal call chain can be enacted in case of an emergency. Officers of the organization have Board and Staff contact information in hard and electronic copy including phone numbers and addresses.

PCADV maintains an Organizational Fiscal Policy Manual, approved by the Board of Directors, that identifies essential business functions and the key employees necessary to carry them out. All key employees train a secondary staff person on essential functions, and cross-training is routine insofar as confidentiality allows.

All PCADV member programs are held to the standards found in Section 4.3 of the Subgrantee Manual, Disaster/Emergency Plans and Procedures, as follows:

Provisions shall be made for the safety of clients, shelter residents and staff members in case of fire or other emergency. The program shall have established written procedures to deal with disasters and emergencies that may involve a disruption in service, to include the following:
- A fire in the facility or in the immediate surrounding area;

- Floods, tornadoes, hurricanes or other natural disasters that creates structural damages to the facility or poses health hazards;
- Environmental disasters, natural disasters, and utility disruption;
- An outbreak of contagious disease dangerous to public health such as Tuberculosis (TB), Hepatitis A, etc.;
- Any human act(s) by staff or volunteers of the facility that results in serious illness, injury or physical and/or psychological impairment of a service recipient;
- Any suspected abuse, neglect or exploitation of a service recipient;
- Violence and threats of violence within the facility or from outside the facility;
- On-site incidents that include acts of physical harm to a service recipient, staff member or volunteer by a service recipient or an offender;
- An attempted break-in or an intruder on the property, including a hostage situation;
- Bomb threats, injury, or health-related emergencies;
- Firearms or other weapons on the premises;
- Evacuations. Fire evacuation plans will be posted throughout each building. For emergency shelters, all common areas and sleeping rooms will have such plans prominently displayed;
- Pandemics;
- Relocation of staff and residents;
- Infestations; and
- Critical incident management in the event of a service recipient suicide or fatality.

Procedures for evacuation and other emergencies shall be posted, reviewed, and tested at frequent and regular intervals to ensure effectiveness and staff readiness. All staff members and volunteers shall be instructed in the procedures to be followed and their respective duties.

Critical Incidents: All domestic violence programs must report to PCADV within 24 hours any serious incident or unusual occurrence that has threatened or could threaten the health, safety, or welfare of service recipients, staff or the facility. Reports may be made by telephone with documentation following by fax or e-mail. A significant health or safety issue, rules violation, or action involving liability may include but is not limited to the above.

All actions taken to verify or resolve the issue(s) must be documented. All programs must have written crisis management policies and procedures that include, at minimum:
- Prevention, preparation and training for crisis; and
- The designation of persons responsible for implementing a crisis procedure and the communication of relevant information to others within the organization.

G.  Lobbying Certification and Disclosure of Lobbying Activities

Due to the Public Law 101-121, Section 319 prohibition on the use of federal funds to influence or attempt to influence a federal agency or Congress in connection with the awarding of a federal contract, the making of a federal grant or loan, or entering into any cooperative agreement; PCADV commits has signed and is submitting with this application Appendix F, on page 96

Disclosure of Lobbying Activities and Lobbying Certification Form. PCADV will update this form as requested or if the contents of the signed form change.

H.  Worker Protection and Investment

PCADV is committed to ensuring a safe and healthy work environment and educating staff on the protections afforded them through labor laws. As such and according to the Executive Order 2021-06, Worker Protection and Investment Act (October 21, 2021) PCADV is submitting Appendix I, on page 110 Worker Protection and Investment Certification Form.

### III-7 Lot 1 Tasks

PCADV commits to all of the tasks outlined in the Lot 1 Tasks section. These tasks are addressed extensively throughout the work plan and subgrantee sections, as well as under III-8 and III-9.

### III-8 Lot 1 Requirement

A.  Collaboration

PCADV currently and will continue to collaborate with organizations that provide culturally relevant services. Currently, PCADV funds one culturally specific domestic violence organization and seven collaborative efforts between domestic violence programs and culturally specific organizations. In addition, these seven organizations are invited to attend the full subgrantee meetings that occur three times a year to create opportunities to better collaborate and enhance accessibility to services for survivors. Finally, these organizations and others have and will continue to be invited to provide trainings to subgrantees to enhance capacity of domestic violence program staff and continue to create accessibility of services. PCADV will also continue to find opportunities to collaborate with culturally specific organizations to enhance services and increase occasions for cross referrals, as well as support domestic violence advocate education.

### III-9 Lot 1 Reports and Project Control

PCADV will continue to provide timely submission of required reports and data. In addition, PCADV commits to participate in any meetings designated between DHS and PCADV to discuss current and upcoming projects and activities.

A.  Monitoring Instrument and Plan

PCADV has a current monitoring plan and instrument. Subgrantees are monitored at a minimum of once every three years. PCADV monitors subgrantees using the tiered assessment approach attached as attached as Appendix O, on page 85. This approach will continue to be implemented under this application. This approach provides for an assessment of a subgrantees ability to meet the service and fiscal standards. Each subgrantee is scored according to the assessment and then placed in a support tier attached as Appendix P, on page 87. Each tier corresponds to a specific set of support options that sets the frequency of future monitoring, and establishes a plan for follow up training, support, and technical assistance.

Each subgrantee is provided with a follow up report that outlines any findings and corrective action steps needed for compliance. In addition, the report outlines any recommendations for enhancing services or fiscal acumen, and any action items that need to be addressed. The subgrantees are provided with a date by which they need to submit all requested documentation and any changes need to be implemented. The monitoring team reviews the material provided and determines if the subgrantee's materials move them into compliance with the standards. If compliance is achieved a letter of compliance is issued. If compliance is not achieved, follow up assistance is provided to support the subgrantee in achieving compliance.

### B. Quarterly Meetings

PCADV commits to meeting either in person or virtually with the designated DHS Grant Administrator on a quarterly basis to discuss current and upcoming projects and activities based on the quarterly reports and share information. PCADV will prepare an agenda and schedule and facilitate the meeting. Meetings will be scheduled to coincide with the submission of the quarterly report.

### C. Monthly Expenditure Reports

PCADV has a current, approved expenditure report template that will be utilized to submit monthly reports. Reports will include expenses by month, by funding source, and by line item for each budget category, as well as cumulative fiscal year to date totals. The report will only include actual expenses for the month. In addition, PCADV will submit a separate monthly subgrantee expenditure report to include the same information.

### D. Quarterly Status Report

PCADV will continue to provide timely submission of quarterly reports and an annual statistical report each fiscal year of the grant according to the due dates provided by the Department. The reports will be submitted by November 15, February 15, May 15 and August 15. The reports will include at a minimum, the following information:

1. Monitoring activities completed;
2. Monitoring report findings for each site monitored and subsequent corrective actions taken, if necessary;
3. Technical Assistance provided to subgrantees and allied professionals;
4. Follow-up on review findings for subgrantees;
5. Direct service activities such as information and services provided, or referrals made;
6. Systems advocacy activities;
7. Significant Project(s) Status Report(s), including a brief narrative of projects described in the Work Plan, and any other significant projects or activities;
8. Education/Awareness and Primary Prevention, Outreach, and Public Policy Activities, including information on current and planned training opportunities based on needs identified by subgrantees and allied professionals; and

9.  Total DHS Grant funds expended on Grantee administrative activities.

In addition, a quarterly statistical report will accompany the quarterly and annual report. The statistical report will include subgrantee direct service activities and will include unduplicated numbers of adult, children and significant others served. In addition, the report will include counseling hours provided to adults, children, and significant others, as well as volunteer service hours. Also, the report will include number of shelter days provided to adults and children, including any unmet shelter requests. Finally, the report will include number of prevention education services and public awareness events, including number of persons reached, number of training session, community education events, and school-based programs.

PCADV will also submit a final statistical report with the fourth quarter narrative report. The statistical report will include total clients served and DHS victims served including adults, children and those collaterally affected. The narrative report will include a year in review section and a year over year statistical comparison.

E.  Final Report

PCADV will submit a final fiscal report each fiscal year by September 15 at the conclusion of each state fiscal year. The report will include the same information as the monthly reports with the addition of a showing of any funds remaining owed to PCADV or overpayments due to the Department.

F.  Ad Hoc Reports

PCADV will provide additional reports as requested or directed by DHS, including but not limited to other status reports and metrics.

## III-10 Lot 1 Key Performance Standards

PCADV will continue to meet or exceed the key performance standards set by the Commonwealth. PCADV maintains an internal process, overseen by the COO to submit quarterly reports by or before the due date. Since the COO has overseen this process, no reports have been submitted late. PCADV will continue this process in the new grant period with oversight from the Chief Program Services Officer and COO. PCADV maintains the same process for the final report as it does for the quarterly reports. This process ensures timely submission of the final report. The final report process will continue to be overseen by the COO and Chief Program Services Officer.

Currently, the CEO and COO regularly attend meetings with the DHS grant administrator. The CEO and COO will continue in that capacity, with meeting agendas and schedules to be set by the COO. PCADV will respond to emails and calls from DHS staff in a timely manner, to be no more than three business days. PCADV will also provide timely responses to information requests regarding the project outlined in the application, including any data or ad hoc reports requests. In addition, upon request, PCADV will ensure access to the services outlined in this application either directly or through subgrantees.

If any deficiencies are noted in the key performance standards, PCADV will prepare and submit a corrective action plan within ten business days of notification or upon an otherwise agreed upon date. The corrective action plan will contain a brief description of the findings, specific steps that will be taken to correct the deficiency, names and titles of the persons responsible for implementing the action plan, a timetable for performance of the corrective action steps, monitoring that will be performed to implement corrective action and the signature of the Program Manager or senior executive. Any corrective action plan will be overseen by the CEO, COO and Chief Program Services Officer. The corrective action plan will be implemented in the timeframe agreed upon by DHS and PCADV.

**APPENDIX**

**APPENDIX L**

**Chief Executive Officer Resume**

**EDUCATION**

1992   North Carolina State University, Raleigh, North Carolina
MEd Counselor Education, Psychology

1983   University of North Carolina, Chapel Hill, North Carolina
BA Psychology and Political Science, Double Major

**PROFESSIONAL AFFILIATIONS**

| | |
|---|---|
| Member | Victims' Services Advisory Committee, PCCD |
| Chair | National Network to End Domestic Violence (2023- |
| Treasurer | National Network to End Domestic Violence (2019-2023) |
| Board member | National Network to End Domestic Violence (2018-2019) |
| Member | Council on Reform, Governor's Initiative to protect vulnerable populations (2019) |
| Co-Chair, Partners Committee | *North American Forum on Family Planning*, produced with Planned Parenthood Federation of America (2010- 2017) |
| Planning Committee | *North American Forum on Family Planning* (2010- 2017) |
| National Medical Committee | Planned Parenthood Federation of America, Liaison (2010-2017) |
| Partners Committee | *Reproductive Health*, produced with the Association of Reproductive Health Professionals & PPFA (2008-2010) |
| Treasurer | Planned Parenthood Pennsylvania Advocates, PPPA PAC (2006- 2008) |
| Board Member | Better Health Consortium (2004-2008) |
| Board Liaison | Better Health Education Directors Affinity Group (2007-2008) |
| Board Member | Coatesville Center for Community Health (2004-2008) |
| Chair, Fundraising Committee | Center for Responsible Funding, Philadelphia, PA (2002-2005) |
| Member, Advisory Committee | City of Philadelphia Employees Combined Campaign (1999-2004) |
| Treasurer | Thrift for AIDS, Philadelphia, PA (1999-2001) |
| Vice President, Public Policy | National Coalition Against Sexual Assault (1998-1999) |
| Chair, Regional Reps | National Coalition Against Sexual Assault (1997-1998) |
| Member, Drafting Committee | Reauthorization of the Violence Against Women Act (1999) |

**EXPERIENCE**

October 2017 to present        **Chief Executive Officer,** Pennsylvania Coalition Against Domestic Violence
Harrisburg, PA

- Provides strategic leadership and vision for the coalition membership and staff

- Represents PCADV with National and statewide collaborators, foundations, and government entities
- Serves as the primary spokesperson, articulating PCADV's mission, priorities, and racial and social justice framework
- Responsible for effective programmatic activities, including training and technical assistance to member programs, allies, and collaborators
- Responsible for a budget of $42 million, including pass through funding of over $36 million
- Oversees a high-quality, competitive RFP process for domestic violence services
- Ensures strong management of the organization's financial and human resources
- Cultivates and leads an effective senior staff team
- Provides leadership for PCADV's anti-oppression efforts and internal diversity & inclusion work
- Actively functions as the external face and voice of PCADV to partners, stakeholders, legislators, funders and public officials
- Partners closely with collaborators and stakeholders; continuously develops new mutually beneficial partnerships
- Sustains PCADV as a reputable, thriving organization with great integrity that both governments and the private sector seek as a partner
- Leads the strategic planning process, including developing a theory of change
- Cultivates financial and other community support to sustain PCADV as a high-performing nonprofit organization
- Facilitates a strong working relationship with the Board of Directors, its committees, and members
- Ensures compliance with all IRS, federal, state, and grant reporting requirements

May 2008 to August 2017    **Executive Director,** Society of Family Planning and Society of Family Planning Research Fund
Philadelphia, PA

- Responsible for oversight for an annual request for proposals grant program to fund family planning research of over $6.5 million
- Served as the primary spokesperson for an academic society focused solely on family planning research, education, and training
- Produced, with PPFA, the *North American Forum on Family Planning*, the primer scientific and clinical conference on reproductive health
- Supervised and developed SFP communications, incrementally increasing awareness of SFP's expertise in scientific research on family planning
- Directed all communications for the *North American Forum on Family Planning*
- Supervised the development and administration of the annual SFP and SFPRF budgets and is responsible to the board for the annual audit of financial statements
- Ensured compliance with all IRS, state, and grant reporting requirements
- Actively recruited new fellows from multi-disciplinary and diverse backgrounds for membership and oversees membership development programs, such as career development seminars and mentoring for junior researchers

Pennsylvania Coalition Against Domestic Violence                                   30

- Represented SFP with the publisher of SFP's official journal, *Contraception, an International Reproductive Health Journal*
- In 2011, lead the process of creating a 501 (c) 4 organization to focus solely on grant making, the Society of Family Planning Research Fund.
- Cultivated positive collaborations with allied organizations
- Took an active role in support of SFP's fund development activities, and cultivates current donors
- Stimulated a creative vision of SFP's growth & development
- Led the theory of change and strategic planning process necessary to move the organization and its unique mission forward
- Supervised and directed staff; oversees personnel functions and performance evaluations
- Responsible for incorporating the organizational plan for inclusion into board and membership recruitment

November 2004 to April 2008 **President and Chief Executive Officer**, Planned Parenthood of Chester County
West Chester, Pennsylvania

- Responsible for clinical services through a countywide network of 4 health centers
- Assured appropriate medical care for all patients based on PPFA standards
- Responsible for oversight of effective education and training programs
- Developed and supervised public policy programs including public education, advocacy, & legislative outreach
- Led the affiliate effectively through PPFA accreditation
- Provided leadership and oversight to Quality Assurance/Risk Management Program
- Supervised the development and administration of the annual operating and capital budgets
- Ensured a balanced and diverse revenue stream based on PPFA indicators
- Served as the agency's primary spokesperson
- Developed effective collaborations and partnerships that promoted the mission
- Embraced a leadership role in national, state and local program development and advocacy efforts
- Worked in partnership with the Board to plan strategically for the affiliate's future
- Assisted the Board in meeting its governance role by recommending policies and Board education opportunities
- Recruited, hired, managed, developed, supervised and evaluated the organization's employees and direct service volunteers
- Led the senior staff team
- Established and maintained a work environment that encouraged open communication and collaboration, production and efficiency consistent with appropriate performance standards and that appreciated ethnic and cultural differences
- Promoted the personal and professional growth and development of a diverse staff
- Maintained a positive relationship with PPFA staff and volunteers, Planned Parenthood Pennsylvania Advocates, Better Health Consortium affiliates, neighboring affiliates and other partner organizations

Pennsylvania Coalition Against Domestic Violence                                                    31

May 2004 through    **Acting Chief Executive Officer**, Planned Parenthood of Chester County
November 2004.       West Chester, Pennsylvania

- Provided Chief Executive responsibilities at a critical juncture
- Recruited and hired three of five senior staff including CFO, Patient Services Director, and Development Director
- Redesigned the organizational chart and eliminated unnecessary positions
- Provided leadership for staff and volunteers
- Proactively dealt with funders and donors
- Managed public relations and represented the affiliate in the community
- Effectively navigated transition issues
- Put systems in place to provide accountability
- Worked effectively with the Board of Directors


May 1999 through       **Executive Director**, AIDS Fund
December 2003          Philadelphia, Pennsylvania

- Acted as the Chief Executive Officer and reported to the Executive Committee of the Board
- Recommended policies to the Board of Directors, assisted the Board in the formulation of policies, and led the strategic planning process.
- Responsible for the public accountability of the organization, ensured compliance with accepted accounting procedures as well as state and federal reporting requirements
- Directed fundraising efforts including corporate donor solicitations, foundation requests, fundraising events, workplace campaigns, and the development of alternative sources of funding
- Developed and directed the annual public awareness campaign regarding HIV/AIDS issues and worked with regional media including television, radio, and print media
- Responsible for public relations, building coalitions in the community, and for representing the Fund with AIDS service organizations
- Served as an ad hoc member of Board Committees including Allocations, Executive, Finance, Personnel, Board Development, and Resource Development
- Supervised senior management staff and oversaw all personnel issues
- Managed the Request for Proposals function of the organization and provided technical assistance to regional nonprofits applying for competitive funding
- Developed an annual budget and reviewed monthly financials to monitor revenue and expenditures
- Led the AIDS Fund in ongoing efforts to build organizational cultural competencies through day-to-day activities and annual trainings


September 1996         **Executive Director**, South Carolina Coalition Against Domestic Violence
to May 1999            and Sexual Assault
                       Columbia, South Carolina


Pennsylvania Coalition Against Domestic Violence                                    32

- Chief Executive and Chair of the Legislative Committee
- Recommended policies to the Board of Directors and assisted the Board in formulating legislative priorities
- Provided oversight for training programs offered to direct service staff at shelters and rape crisis centers
- Developed and maintained funding, including the development of proposals and corporate sponsorship
- Developed and recommended an annual budget to the Board of Directors
- Directed all financial operations of the organization
- Advocated on the state and national levels for increased services and funding for domestic violence and sexual assault programs
- Worked with the state legislature, victim service providers, and the SCCADVASA membership around the development and passage of legislation to further SCCADVASA's goals
- Interpreted the mission and function of SCCADVASA to the community through direct involvement, including personal contact, the media, and literature
- Maintained contact with NCADV, NCASA, and the SCCADVASA membership on relevant national issues

July 1995              **Executive Director**, Safe Harbor, Inc., Greenville, South Carolina
to Aug. 1996
- Recruited, trained, and supervised administrative and therapeutic staff
- Provided oversight for crisis intervention and 24-hour domestic violence shelter programs
- Administered Board policies and procedures and acted as Chief Executive
- Managed all agency financial accounts and long-range fiscal planning
- Developed fundraising and ensured revenue, including grant writing and major gifts
- Worked with the Board President to plan Board meetings, trainings, and long-range goals
- Acted as an ex-officio member of Board committees
- Developed a public relations and community outreach program
- Represented the agency in applying for United Way funding
- Developed an annual budget
- Represented the agency with local and state government programs

February 1994          **Private Counselor/Consultant**, Durham, North Carolina
to Dec. 1994
- Managed short-term therapy clients related to reproductive health
- Acted as a consultant to OB/GYN practices regarding state licensure and therapeutic issues related to reproductive health services

April 1991 to          **Area Director**, The Medical Care Center, Durham, North Carolina
February 1994
- Acted as the corporation's representative in North Carolina for two independent reproductive health centers

- Managed two out-patient facilities with a total of 33 staff members and 7 physician providers
- Reorganized one facility to meet higher standards by hiring and training new staff and instituting a health education and counseling program
- Developed and carried out a public relations plan for two cities
- Planned and promoted a community education and outreach programs in two communities
- Negotiated with real estate companies, banks, elected officials, regulatory agencies, and the media
- Maintained a caseload of clients
- Recruited and trained personnel

January 1989 to     **Director**, The Medical Care Center, Durham, North Carolina
April 1991

- Opened the center by hiring and training a staff of 15, recruiting physicians, and successfully completing the arduous state certification process for outpatient centers
- Supervised a staff of administrative and medical personnel
- Developed a health education and counseling model for use with clients
- Planned and executed a public relations and community education program
- Acted as liaison for the center in legal and legislative proceedings
- Cultivated the media, including television, radio and print media
- Supervised daily center operations
- Managed a caseload of clients seeking short-term counseling

March 1988 to     **Branch Manager/Account Executive**, Quantum Resources, Raleigh,
January 1989     North Carolina

- Coordinated staff activities, including screening applicants, scheduling interviews, and preparing advertisements
- Interviewed employment candidates and qualified prospective employers
- Placed job applicants in technical and business-related service fields
- Managed client and employee concerns

April 1987 to     **Counselor**, The Fleming Center, Raleigh, North Carolina
March 1988

- Provided individual guidance to women concerning reproductive health care issues, including family planning and human sexuality
- Participated in one-on-one crisis intervention on women's health matters and accompanied women through medical procedures
- Counseled groups of women on birth control, STI prevention, and obtained informed consent for clients

**Chief Operating Officer Resume**

Pennsylvania Coalition Against Domestic Violence, Harrisburg, PA
*Chief Operating Officer* (June 2021 to present)
- Establish organizational priorities and develop and implement strategic plans
- Provide vision, structure, oversight and coordination of overall internal functioning
- Manage the day-to-day operations of the Coalition
- Ensure effective use of grant funds in compliance with local, state and federal laws and policies.
- Provide oversight for all programmatic projects, government grants and contracts.

Pennsylvania Coalition Against Domestic Violence, Harrisburg, PA
*Chief Program Services Officer* (June 2019 to June 2021)
- Provide leadership, supervision and mentoring of managers, training and technical assistant specialists, and coordinators in the areas of legal, housing, health education, underserved populations, children, economic justice and elder populations
- Contribute to overall operations and management of the organizational budget.
- Promote collaborations to facilitate the development and implementation of improved statewide service delivery for domestic violence victims
- Oversight and delivery of technical assistance, best practice research and analysis, training and resources to meet the needs of domestic violence program advocates and other victims' services and allied professionals on a broad array of related issues
- Manage department grants, including fiscal and programmatic oversight and administration

Pennsylvania Coalition Against Domestic Violence, Harrisburg, PA
*Director of Program Services* (June 2018 to June 2019)
*Victim Services Manager* (March 2016 to June 2018)
- Primary responsibility for developing the capacity of PCADV staff and advocates from the statewide network of domestic violence programs
- Provided leadership, supervision and mentoring to 7 training and technical assistance staff and contractor consultants
- Advocated for policies and systems' responses that prioritize victim safety and offender accountability
- Comprehensively assisted advocates to aid victims of domestic violence and their children in their efforts to achieve social justice, safety, agency and restoration
- Managed several grants including overseeing budgets, implementing deliverables and reporting

Pennsylvania Coalition Against Domestic Violence, Harrisburg, PA
*Training and Technical Assistance Specialist & Economic Justice Project Manager*
November 2014 to April 2015
- Provided training and technical assistance to advocates and allied stakeholders on domestic violence related issues
- Identified, developed and disseminated best practices, tools and resources

- Managed Economic Justice and Empowerment Project which focused on providing advocates with tools, skills and resources to assist survivors in overcoming economic barriers to safety and stability
- Assisted with grant identification, writing, submission and reporting
- Developed and implemented work plans for grant deliverables and economic empowerment program expansion

National Center for Adoption Law & Policy, Columbus, OH
*Co-Director, Foster Youth Advocacy Clinic* (July 2011 to May 2012)
*Staff Attorney & Intimate Partner Violence Collaborative Coordinator* (May 2006 to May 2012)
- Lead Coordinator for a Statewide Domestic Violence Training Initiative offered in partnership with the Ohio Department of Job and Family Services and the Supreme Court of Ohio as an enhancement in Ohio's Differential Response roll out for County Children Service Agencies
- Facilitated a statewide "train the trainers" program for the Ohio Department of Job and Family Services
- Co-wrote statutory language for the Ohio Revised Code and Ohio Administrative Code
- Co-director of a quasi-clinic focused on foster youth issues
- Performed extensive research and writing, and gave presentations to, for, and on behalf of two Supreme Court of Ohio Subcommittees
- Co-authored recommendations and reports to the Supreme Court of Ohio Justices on behalf of two Supreme Court Subcommittees.
- Collaborated with Center staff on legal aspects of the Center's deliverables under various project consulting agreements and contractual work

Family Advocacy Clinic, Columbus, OH
Staff Attorney (October 2002 to July 2011)
- Represented domestic violence survivors in court cases
- Filed Civil Protection Orders on behalf of survivors and their children
- Collaborated with the Prosecutors office in criminal cases
- Accompanied victims to defendants criminal hearings
- Accompanied victims to law enforcement interviews
- Accompanied child victims to Child Advocacy Center interviews

EDUCATION
Capital University Law School, Juris Doctorate, May 2002
Capital University, Bachelor of Arts, May 1999

BOARD MEMBERSHIPS
Board Member          Fundraising Committee Court Appointed Special Advocates Association

PUBLISHED ARTICLES
Co-authored chapters of the Ohio Domestic Violence Judges Handbook
Co-authored chapters of the Pennsylvania Domestic Violence Judges Handbook

Pennsylvania Coalition Against Domestic Violence                                        36

**Chief Program Services Officer Resume**

**PROFESSIONAL SUMMARY**

Human Service professional with over 30 years of demonstrated experience that provide inspirational leadership and direction to all, and ensures the continued development and management of professional and efficient organizations; establishes effective decision-making processes that enables the success of long and short-term goals, managing social services programs and multiple projects, strong professional judgment, with the ability to make strategic and data-driven decisions within a fast-paced environment. A professional who effectively and persuasively communicates the mission and organization's programs; cultivates and manages good relations with media and key local, state and national networks and collaborations.

**SKILLS AND ACCOMPLISHMENTS**

- Overall leadership responsibilities, including but not limited to fund raising, approving and monitoring operating budgets, administration, coordination, and supervision of all functions within the organization in accordance with the Values, Vision and Mission.
- Extensive working knowledge of significant developments and trends in the community to determine what action(s) the organization may take to raise awareness to the public.
- Serves as the public face of the organization, which includes public policy issues and community relations that have both an impact and/or an implication on the mission of domestic violence, human trafficking, housing and mental health.
- Develop and drive strategic planning and operations of the organization including defining priorities, managing resources and multimillion dollar budget, and performing ongoing governance to ensure work of the team aligns with broader organizational goals
- Provide community leadership and build relationships with and between donors, nonprofits, and partners to drive Community Impact Areas of Education, Health/Well-Being, Community Development and Nonprofit Effectiveness
- Extensive experience managing federal, state, local and foundation grant awards and developing Memorandum of Understandings with partnering agencies.
- Develop and control budgets; produces and uses management data; prepares accurate and timely reports; directs individual giving and corporate/foundation grant campaigns; establishes good relationships with funders
- Oversight and delivery of technical assistance/best practice research and analysis, training and resources to meet the needs of domestic violence programs, advocates and other victim services and allied professionals in the state.

**PROFESSIONAL EXPERIENCE**

**Chief Program Services Officer**                                    **2022 to Present**
PA Coalition Against Domestic Violence

**Director of Program Services**                                      **2020 to 2022**
PA Coalition Against Domestic Violence

**Victim Services Manager**                           **2019 to 2020**
PA Coalition Against Domestic Violence

**Chief Executive Officer**                           **2017 to 2019**
A Woman's Place, Bucks County, Pennsylvania

**Director of Community Networks**                    **2014 to 2017**
JEVS Human Services, Philadelphia, Pennsylvania

**Senior Director of Prevention Services**            **2009 to 2014**
Center for Family Services, Camden, New Jersey

**Director of Shelter Services**                      **2005 to 2009**
Women Against Abuse, Inc., Philadelphia, Pennsylvania

**Director of Domestic Violence Services**            **2004 to 2005**
WomenRising, Inc., Jersey City, New Jersey

**Project Coordinator**                               **1990 to 2004**
Women Against Abuse Inc., Philadelphia, Pennsylvania

## EDUCATION

**Capella University, Minneapolis MN**
Candidate: PhD in Business Management Specialization in Leadership
**December 2021**

**Lincoln University, Lincoln PA**
Masters in Human Services
Thesis: PAVE the way; Preventing Abuse Via Education, a holistic approach to ending teen dating violence
**May 2004**

**Psychology,** Camden County Community College
Blackwood, New Jersey

## CONFERENCE SUBMISSIONS

- **STOP Violence Against Women Grants Technical Assistance Project -  2002**

"Enhancing Judicial Response to Domestic Violence", Wilmington, Delaware
Presented ideas for improved judicial response for victims of domestic violence
from the perspective of a community-based advocate

- **Pennsylvania Commission on Crime and Delinquency -  1999**

"PATHWAYS Conference for Victim Services", Harrisburg, Pennsylvania
 Presented Juvenile Outreach Program to other professionals at state-wide conference

## AFFILIATION

**Pi Gamma Mu Alpha Lambda Chapter**: International Honor Society for the Social Sciences
**Member since 2004**

**Member, Elwyn Inc., Board of Directors**

## CERTIFICATIONS

**Pennsylvania State Domestic Violence Advocate**

*References furnished upon request*

**Controller Resume**

## SUMMARY

Twenty year + accounting professional primarily within healthcare and non-profit environments. Experience in auditing, financial, and grant accountng. Positions in analysis, budgeting, auditing, and supervision highlight extensive understanding of Generally Accepted Accounting Principles, organizational and time-management capabilities as well as excellent written and oral communication skills.

## CURRENT EXPERIENCE

**Pennsylvania Coalition Against Domestic Violence – Harrisburg, PA**
Independent Consultant; 2020-Present
- Manage month-end financial accounting close to produce financial statements and related analysis
- Collaborate with grant managers to review monthly spending with a focus on cash management
  as well as develop grant budgets to submit to government and private funders
- Assist CFO with year-end audit by preparing fiscal year-end analysis, reconciliations and required
  reporting such as annual SEFA
- Actively participate in annual organizational budget process
- Supervise Accounts Payable and Grant Reporting functions
- Partnered with CFO to realign departmental staff to recognize overall greater efficiency of Finance Department responsibilities

## PRIOR EXPERIENCE

**Independent Accounting Consultant – Harrisburg, PA**
Accountant; 2013-2020
- Provided full bookkeeping and accounting services
- Responsible for month-end and year-end closings with financial statement preparation and reporting to respective Boards
- Provided maintenance of stand-alone accounting software as well as support for complete conversions of systems
- Provided audit support for financial and grant audits acting as main liaison for all financial support of audit periods – preparing all schedules, reconciliations, and supporting documentation
- For larger clients, served as coordinator of audit needs for Finance staff, monitoring preparation, deadlines, and reviews

**Highmark Blue Shield – Camp Hill, PA**
Senior Cost Analyst; 2000-2003
- Prepared monthly and annual Medicare Part A cost reports

- Served a key role in development and submission of Medicare Part A budgets
- Executed submission of cost reports to federal agencies
- Participated in Internal Audit reviews of the Governmental Financial Reporting Department

**Penn National Insurance – Harrisburg, PA**
Financial Analyst; 1998-1999

- Prepared quarterly and annual GAAP financial statements and related consolidations of multiple insurance companies
- Served as year-end audit liaison between external auditors and Penn National management
- Coordinated preparation of federal and state tax returns
- Reviewed and reconciled final returns

**Pinnacle Health System – Harrisburg, PA**
Finance Team Leader; 1995-1998 Senior Accountant; 1995

• Supervised staff in preparation of financial statements for multiple healthcare entities
• Developed monthly consolidation of financial statements within Pinnacle Health System
• Provided supervision of property, plant and equipment accounting as well as reconciliation of payroll accounts
• Served as liaison to health system managers to facilitate preparation of fiscal year budgets

**Auditor of Public Accounts – Richmond, VA**
Auditor; 1992-1995

- Conducted financial and compliance audits of VA state agencies and public colleges and universities
- Evaluated effectiveness and efficiency of accounting systems and internal control procedures
- Identified agency inefficiencies
- Prepared written recommendations to improve procedures used by agency management
- Presented audit findings to all levels of agency management
- Co-developed and implemented intensive new-hire orientation program

---

**SKILLS AND TECHNICAL PROFICIENCES**
Communication and Collaboration| Planning and Organization| Time-Management| Microsoft Office| MIP| Quickbooks| Sage

**EDUCATION**
University of Richmond, Richmond VA;
Bachelor of Science in Business Administration, Concentration in Accounting

**APPENDIX N**

# 1 SECTION ONE: ORGANIZATIONAL OVERVIEW

## 1.1 Definition
A domestic violence program shall be either:
A private, nonprofit corporation in the Commonwealth of Pennsylvania, whose primary purpose is to operate programs and services to assist domestic violence/intimate partner violence survivors and their children;

OR

A private, nonprofit organization in the Commonwealth of Pennsylvania, that has established a domestic violence project or program component dedicated to providing services for domestic violence/intimate partner violence survivors and their children.

### 1.1.1 Mission Statement
Programs must have a written mission statement that sets out the goals, purpose and work of the organization.

### 1.1.2 Services
All Domestic Violence Programs will provide the following support and advocacy services to domestic violence/intimate partner violence survivors and their children:
- 24-hour hotline;
- Crisis intervention;
- Safety planning;
- Emergency shelter (or access to) which includes hotels/motels or safe homes as appropriate;
- Service advocacy;
- Trauma-informed counseling/advocacy, both individual and group, for adults and children/youth; and • Transportation.

In addition, all domestic violence programs will engage in the following:
- Community education/awareness activities;
- Training for community agencies/systems; and
- Systems change/systems advocacy activities initiated to effect policy or procedural change to better serve survivors of domestic violence.

## 1.2 Governance/Board of Directors

### 1.2.1 Basic Functions
All domestic violence programs shall have a governing Board of Directors that is organized to fulfill the following basic functions for the organization:
- Determining the mission and purpose of the organization;
- Selecting the chief executive who will direct the organization's activities;
- Supporting the chief executive and assessing their performance;
- Ensure effective organizational planning
- Ensuring adequate fiscal resources are available to support the programs and

services of the organization
• Manage resources effectively
• Determine and monitor the organization's programs and services; and • Enhancing the organization's public image.

### 1.2.2 Bylaws
The organization will have bylaws consistent with established practices for nonprofit organizations as recommended by the Pennsylvania Association of Nonprofit Organizations, and must minimally include the following:
• Size of the board, specifying both a minimum and maximum number of members;
• Procedures for holding regular and special meetings, electing directors and officers, and board officer term limits;
• Conflict of interest policies and procedures;
• List of corporate officers;
• Quorum requirements; and
• A statement that enumerates the provisions to be made in the event of dissolution of the organization. These shall include the payment of all agency liabilities and a plan for the disposition of program records, property and net assets shall be clearly stated.

### 1.2.3 Closing
The PCADV will be notified within 48 hours of a Board's decision to close the program.

### 1.2.4 Composition of Board of Directors
To the extent possible, the program's board recruitment efforts shall reasonably reflect the diversity of the organization's constituencies and the broader community, and shall include survivors of domestic violence.

When a private, nonprofit organization has established within its multi-service program a domestic violence project or program component dedicated to providing services for domestic violence/intimate partner violence survivors and their children, the organization shall:
• Assure the capacity of the domestic violence program is adequately maintained so that efficient and timely services are provided to domestic violence/intimate partner violence survivors and their children;
• Keep the board of directors apprised of issues and trends that affect domestic violence survivors and their children and/or that may affect the functioning of the program within the organization and/or community; and
• Review annual program plans and budgets and recommend to the board of directors their inclusion in the organization's overall annual plan and operating budget and otherwise assure that the organization allocates sufficient resources so as to enable the domestic violence program to fulfill its stated purpose.

### 1.2.5 Training
Board Members must participate in training that includes but is not necessarily limited to the following:
• Fiduciary and fiscal roles/responsibilities/boundaries for board members of a nonprofit organization, including conflicts of interest;

- Ethics, advocacy and boundaries;
- Domestic violence program related topics, i.e. funding, staffing, policies and procedures, etc.;
- Confidentiality: definition, the statute granting the privilege, release of information; breaches and conflicts of interest; and
- Introduction to and understanding of domestic violence; decisions about staying or leaving a relationship; batterer generated vs. life generated risks; the impact of domestic violence on children and adolescent relationship abuse.

## 1.3 Organizational Requirements

All domestic violence programs/organizations shall have the following:

- Documentation of their legal propriety, including Articles of Incorporation as a Non-Profit organization and 501(c)(3) tax exempt status. (For organizations that are 100% FVPSA-funded, the tax-exempt requirement will not apply.);
- A Federal Employer Identification Number (EIN) issued by the Internal Revenue Service, U.S. Treasury Department;
- PA Tax Identification Number;
- A current Certificate of Registration from the Pennsylvania Bureau of Charitable Organizations (BCO);
- A record of meeting minutes of the board of directors. Meeting minutes shall include: The date of the meeting, a listing of those in attendance and those absent, actions taken, program and committee reports, and shall be available to all staff;
- An annual report of program activities that is made available to the public and includes, at minimum, a year-end financial statement;
- IRS Form 990 for the current year; and
- Adequate personal/property liability and fire insurance; board member indemnification insurance and or bonding of employees that handle receivables, payables, fund accounts or property transactions.

## 2 SECTION TWO: PROGRAM ADMINISTRATION 2.1 Human Resource Management

### 2.1.1 Organizational Chart

Programs must have a current organizational chart that defines responsibility and lines of accountability and that includes both staff and volunteer positions.

### 2.1.2 Employee Handbooks

The program must have a written Employee Handbook that is provided to all staff. The Handbook shall include but is not limited to the following:

- Recruitment, hiring and compensation of staff;
- Promotion, supervision, discipline, conflict resolutions and termination of staff;
- Procedures for evaluation, which must occur at least annually;
- Employee benefits, including a list of benefits provided and eligibility requirements;
- A professional code of ethics;
- Travel and per diem reimbursement guidelines;
- Location, security and employee access to human resource files;

- Confidentiality of staff about program location if applicable, activities, and survivor information;
- Employee use of technology including policies for maintaining client confidentiality;
- Mandated reporting of abuse or neglect of children;
- Affirmative Action policy/Equal Employment Opportunity statement;
- Sexual harassment policy;
- Americans with Disabilities Act ADA compliance;
- Workplace Violence policy that addresses domestic violence;
- Drug free workplace policy;
- Environmental Tobacco Smoke [Clean Indoor Air Act of 2008];
- Conflict of interest procedures;
- Whistle blower policy;
- Media/Social Networking policies for staff positions responsible for agency postings to Facebook, Twitter etc., responses and monitoring;
- Agency policy on transportation of service recipients by agency vehicle, staff/volunteer vehicles, and insurance requirements for both.

**2.2 Human Resource Policies**

There will be written human resource policies that will include, at minimum, the following:
- Employee Classifications in accordance with the Fair Labor Standards Act (FLSA);
- Non-discrimination/equal opportunity provisions;
- Recruitment Procedures;
- Compensation;
- Holidays;
- Paid and Unpaid Leave policies;
- Staff training/staff development
- Benefits;
- Travel and employee expenses;
- Annual Performance reviews;
- Termination of employment;
- Conflict resolution procedure/appeals;
- Work products and files; and
- Consultant fees, honoraria, gifts.

The program will have a written policy and procedure for the confidential maintenance of human resource records that will address the following:
- Security of the records;
- Release of records;
- Position(s) responsible for maintenance of records;
- Position(s) responsible for granting access to records and under what circumstances; and
- Record retention/destruction.

**2.2.1 Human Resource Files**

There shall be a human resource file for all employees that will include, but not be limited to:
- The application for employment or resumé that preceded the initial selection and/or re-employment;

- Verification of training, experience:
- Pennsylvania Child Abuse History Clearance;
- Pennsylvania Criminal Record Check;
- FBI Clearance, if applicable;
- Performance evaluations;
- A record of any disciplinary actions taken;
- Current job description signed by the employee and their supervisor;
- A signed confidentiality statement;
- A signed ethics statement;
- Documentation of all training; and
- Any other documents required by law.
  The following must be maintained by the program but do not necessarily have to be kept in the employee's human resource file:
- Attendance records;
- Salary information – which includes the date of employment, starting salary, all salary increases/decreases (reasons therefore, e.g., annual increment) and source of funds and authorization for a payroll deduction;
- Form W-4, Employee's Withholding Allowance Certification;
- Form I-9, Employee's Eligibility Certification; and
- Documentation of all training, conferences, workshops and webinars attended.

## 2.2.2 Job Descriptions
There will be written job descriptions for all program positions that will include, but not be limited to:
- Job title;
- FLSA status, if applicable;
- Any Supervisory responsibilities;
- Tasks and responsibilities of the job;
- Requisite qualifications, education, skills, knowledge and experience; and
- Hours of work (e.g., 40 hours per week, 25 hours per month, etc.)

## 2.2.3 Employee Access to File
Employees will have the right to inspect their own records; to request the correction or removal of inaccurate, irrelevant, outdated or incomplete information from their records; and to submit rebuttal data or memoranda to their own records.

## 2.3 EEOC
The program will maintain non-discriminatory practices and equal opportunity in hiring and other personnel actions as required by law, e.g., Civil Rights Act, Pennsylvania Equal Rights Amendment, Pennsylvania Human Relations Act, Equal Employment Opportunity Act, Title IX, Americans with Disabilities Act, and Family and Medical Leave Act.

There will be a staff person who is responsible for developing and monitoring the program's Non-Discrimination Policy.

**2.4 Mandatory Reporting**

There shall be written policies and procedures related to background check and mandatory reporting requirements related to the current Pennsylvania Child Protective Services Law.

**2.5 Technology**

There shall be written Technology Policies and Procedures that shall include but not necessarily be limited to:

- Use of the internet by staff and volunteers;
- Staff access to technology;
- Technical Assistance;
- Security; and
- Confidentiality.

**SECTION THREE: FISCAL ADMINISTRATION**

The Provider is responsible for the sound financial management of its organization by ensuring proper financial controls are in place and by maintaining current financial documents. In addition, the Provider shall protect the assets of the organization, and maintain sound financial conditions and activities. Records shall be current, complete, accurate, and maintained in such form as to permit PCADV/DHS evaluation.

Fiscal systems shall be maintained on a July 1 to June 30 fiscal year, or on another 12- month period that meets the needs of the program.

**3.1 Uniform Guidance**

All programs shall implement a written Cost Allocation plan that meets the requirements of Uniform Guidance, in which the program:

- Allocates costs, including direct and indirect costs; and
- Determines the actual bases used to allocate costs.

**3.2 FundAccounting**

Providers shall utilize fund accounting to classify all revenues and expenditures by funding streams that differentiate the sources of revenue and specific activities.

**3.2.1 Basis of Accounting**

All fiscal systems shall operate according to Generally Accepted Accounting Principles, using the accrual basis.

**3.2.2 Financial Reporting and Statements**

The organization's Board of Directors shall approve an annual operating budget that details each funding stream and program expenditures.

The Provider shall enter the approved operating budget into the fund accounting software system. The system shall produce financial statements that include a budget versus actual comparison.

Financial statements shall be reviewed by management on a monthly basis and variances between budgeted and actuals shall be analyzed. Any material variances (greater than 10%) shall be documented.

Financial statements, including at minimum a Balance Sheet and a Revenue/Expense Statement, shall be produced directly from the accounting system and provided to the Board of Directors. The reports shall display actual vs. budgeted amounts, with a written explanation of variances. The financial statements shall be reviewed and approved by the Board of Directors, minimally, at each regular meeting of the Board of Directors.

The organization's written fiscal procedures shall include proper segregation of duties. At a minimum, the following internal controls shall be specified:
- Payroll is approved by upper management by an individual who is outside the payroll department. The preparer of the payroll is not the same person who signs the payroll checks.
- Employee time sheets must be signed by the employee, approved by a supervisor.
- Check signing is limited to those authorized by the Board of Directors. Check signers do not prepare, post, record or reconcile the program's accounts.
- The person receiving and opening mail is different from the person who posts transactions within the accounting system, prepares the deposit, and/or makes bank deposits.
- The person reconciling the monthly bank statement is not a check signer. Bank reconciliations shall be reviewed, initialed and dated by the next level of management.
- A chart of accounts shall identify the codes used to record transactions.

### 3.2.3 Invoices and Checks
Fiscal documentation shall reflect that:
- Checks presented for signatures shall include the original invoice/receipt that agrees with the amount listed on the check.
- Invoices are timely paid.
- Checks which are written to an authorized check signer shall be signed by different authorized signers.
- Written purchasing policies and procedures were followed.
- Voided checks shall be clearly marked "VOID," voided in the accounting system, and retained per the program's record retention policy.

### 3.2.4 Travel Expenses
Travel, lodging and other expense reimbursements shall conform to the requirements set forth in the Commonwealth Travel Policy, which are consistent with federal GSA rates.
Travel expense reports shall include, at a minimum:
- Itemized expenses supported by original receipts;
- A clearly stated business purpose;
- Pre-authorized conference expenses, if applicable;
- A mileage sheet used to calculate and reimburse mileage expenses, which includes the purpose of travel and distance traveled;

- Hotel rooms and meals must follow www.gsa.gov per diem rates, which includes a maximum reimbursement amount for each meal; and
- Reimbursement for alcoholic beverages is prohibited.

### 3.2.5 Bank Statements

Bank reconciliations shall be performed monthly, reviewed, and signed by the next level of management. They may be signed by a senior staff outside the fiscal department, or by the board treasurer. Bank statements shall be received by the person reconciling the account after they have been reviewed and analyzed for any anomalies such as missing checks or checks with missing signatures. The person receiving and reviewing the monthly bank statement is not the same person responsible for approving/signing off on the monthly reconciliation of the bank account(s).

### 3.2.6 Lines of Credit

It is the responsibility of the board of directors to authorize application for and acceptance of any line of credit prior to use. Providers shall have a Board-approved written policy regarding obtaining lines of credit and approval and utilization of such.

### 3.2.7 Credit Cards

Providers must maintain strict policies and controls over credit card usage. The organization's written policy on credit card usage shall address, at a minimum:
- The employees eligible to obtain a credit card;
- The procedures and approvals that must be in place prior to distributing credit cards to employees which establish credit and spending limits and a process for accurate tracking and reporting of expenses. All credit card charges must be supported by itemized receipts; and
- Types of allowable credit card purchases.

### 3.2.8 Capitalization Policy

The program shall implement a written capitalization policy which shall state:
- A capitalization threshold established by the program; and
- Whether the threshold applies to individual or aggregate purchases.

### 3.2.9 Procurement Policy

The program shall implement a written procurement policy and procedures which shall include, at a minimum:
- A statement noting that the organization's staff, board and volunteers cannot engage in activities, transactions or practices which would accrue unallowable benefits to individuals or entities;
- Staff positions authorized to initiate and/or approve purchases paid with federal grant funds, of up to $5,000;
- A minimum of three (3) price quotes for goods or services that exceed $5,000 per unit, which must be approved by the program's Executive Director and fiscal management;
- A formal request for proposal/bid for goods or services which exceed $15,000 per unit, or 10% of its total PCADV annual budget, whichever is less. The board of directors must approve these purchases; and

- Contracts in excess of $100,000 must be reviewed by external legal counsel.

The program may choose to implement stricter thresholds in its procurement policy.

### 3.3 Payroll

The program shall have a system in place to accurately record time and attendance for all personnel. The system must account for the total of the activities for which employees are compensated. The system must also account for the total of both direct and indirect activities for which employees are compensated, and identify any related funding stream(s).

The program shall document each employee's gross salary, benefits and taxes deducted and net salaries paid. Appropriate Medicare, Unemployment Compensation Insurance, Worker's Compensation insurance payments and any other payroll deductions must be made in a timely manner and appropriately documented by the program.

Organizations that outsource payroll information to a payroll administrator for processing must maintain payroll records by making appropriate journal entries in the general ledger. All records received from the payroll administrator must be retained by the program for audit purposes.

### 3.4 Audits

All Programs will comply with the audit requirements outlined in their contracts with PCADV/DHS. The organization's annual audit and IRS Form 990 shall be reviewed and approved by the Board of Directors prior to distribution to third parties. Any recommendations, findings and/or corrective actions identified in the audit shall be corrected and documented to PCADV.

### 3.5 Conflict of Interest

The program shall implement a written conflict of interest policy/procedure, applicable to the organization's staff, board and volunteers. It shall include:

- A statement noting that staff, board and volunteers cannot engage in activities, business transactions or practices which would accrue unallowable benefits to individuals or entities;
- Definitions of relationships, transactions, or other circumstances, including those of an immediate family member, that could result in a conflict between the organization's interests and their personal, financial or other interests;
- Prior to service with the program, and annually thereafter, the completion of a disclosure statement by staff, board and volunteers to help identify actual or potential conflicts of interest, and a process to review those disclosures; and
- Procedures for managing a conflict, to include recusal of any identified individual from discussion or vote on a particular issue.

### 4 SECTION FOUR: PROPERTY, BUILDINGS, AND PREMISES

All programs shall make provisions for the following physical requirements:

### 4.1 Accessibility and Comfort

- ADA compliance for accessibility or have an alternative option in place to meet ADA requirements.

- There shall be rooms or areas offering reasonable privacy where individual assessment and/or counseling can take place, and a room or rooms for group meetings or other group activities. These rooms may be multi-purpose rooms; however, furnishings shall be appropriate to their use.
- The program shall have sufficient space arranged and furnished in a manner appropriate to record keeping and other clerical functions.
- Toilets, lavatories and bathing facilities (in residential settings) shall be conveniently located throughout the building. All such lavatory facilities shall be maintained in a clean and sanitary manner.
- All facilities shall be clean, safe, sanitary, and in good repair at all times. Programs shall replace or repair broken, run-down or defective furnishings and equipment promptly.
- A Program's building, parking lots, and other facilities shall be accessible to, and functional for, service recipients and staff members.

**4.2 Safety and Fire**
- All exits shall be well marked by the use of appropriate exit signs.
- All rooms, corridors and/or stairways shall be sufficiently illuminated.
- All facilities shall be maintained in conformity with the regulations adopted by State and local fire marshals for the prevention of fire and the protection of lives and property against fire.
- Programs shall ensure that all poisonous, toxic, and/or flammable materials are safely stored in appropriate containers labeled as to contents. Such materials shall be maintained only as necessary and shall be used in such a manner as to ensure the safety of service recipients, staff, and visitors.
- Programs shall ensure that an appropriately equipped first-aid kit is available in all program facilities and in all agency vehicles used to transport service recipients
- The program shall have either posted telephone numbers of emergency services, including fire department, police, medical services, poison control, and ambulance or show evidence of an alternate means of immediate access to these services.
- The program shall have written procedures for the following: reporting all accidents, incidents and safety hazards; the investigation, evaluation and documentation of follow-up of the above; the provision of safety-related information to all employees.
- All locks or fasteners shall permit free escape from the inside of any building.
- Fire Extinguishers that meet the standards of the National Fire Protection Association or the Underwriters Laboratories shall be installed, inspected regularly and kept charged and filled at all times. The number, type and location of fire extinguishers shall conform to local fire and safety regulations.
- All personnel of the facility must know the location of and be instructed in the proper use of fire extinguishers and other procedures to be observed in case of fire or other emergencies.
- There shall be more than one method of egress from all buildings and from each floor.
- Every required exit, exit access and exit discharge in all facilities owned/leased by the program shall be continuously maintained free of all obstructions or impediments to immediate use in the case of fire or other emergency.
- Fire evacuation plans shall be appropriately posted throughout the building. All common areas and sleeping rooms shall have such plans prominently displayed.

- Fire drills will be conducted and documented monthly. Documentation of fire drills shall include date, time, and timed evacuation of facility to designated safe area, observations and safety action plans.

**4.3 Disaster/Emergency Plans and Procedures:**
Provisions shall be made for the safety of clients, shelter residents and staff members in case of fire or other emergency. The program shall have established written procedures to deal with disasters and emergencies that may involve a disruption in service, to include the following:
- A fire in the facility or in the immediate surrounding area;
- Floods, tornadoes, hurricanes or other natural disasters that creates structural damages to the facility or poses health hazards;
- Environmental disasters, natural disasters, and utility disruption;
- An outbreak of contagious disease dangerous to public health such as Tuberculosis (TB), Hepatitis A, etc.;
- Any human act(s) by staff or volunteers of the facility that results in serious illness, injury or physical and/or psychological impairment of a service recipient;
- Any suspected abuse, neglect or exploitation of a service recipient;
- Violence and threats of violence within the facility or from outside the facility;
- On-site incidents that include acts of physical harm to a service recipient, staff member or volunteer by a service recipient or an offender;
- An attempted break-in or an intruder on the property, including a hostage situation;
- Bomb threats, injury, or health-related emergencies;
- Firearms or other weapons on the premises;
- Evacuations. Fire evacuation plans will be posted throughout each building. For emergency shelters, all common areas and sleeping rooms will have such plans prominently displayed;
- Pandemics;
- Relocation of staff and residents;
- Infestations; and
- Critical incident management in the event of a service recipient suicide or fatality.

Procedures for evacuation and other emergencies shall be posted, reviewed, and tested at frequent and regular intervals to ensure effectiveness and staff readiness. All staff members and volunteers shall be instructed in the procedures to be followed and their respective duties. Critical Incidents: All domestic violence programs must report to PCADV within 24 hours any serious incident or unusual occurrence that has threatened or could threaten the health, safety, or welfare of service recipients, staff or the facility. Reportsmay be made by telephone with documentation following by fax or e-mail. A significant health or safety issue, rules violation, or action involving liability may include but is not limited to the above.

All actions taken to verify or resolve the issue(s) must be documented. All programs must have written crisis management policies and procedures that include, at minimum:
- Prevention, preparation and training for crisis; and
- The designation of persons responsible for implementing a crisis procedure and the communication of relevant information to others within the organization.

## 5 SECTION FIVE: HOTLINE SERVICES

Hotline refers to crisis intervention, information and referral provided 24 hours a day, every day of the year, on a telephone line answered by qualified, trained staff members or volunteers.
A hotline operated by a domestic violence program must provide 24-hour crisis telephone access to the program.

The hotline number must be advertised, widely distributed, and be available from local telephone information services within the domestic violence program's service area.
Hotline services must include but are not limited to:

- Assessment of the caller's needs;
- Listening to and validating the caller's experience;
- Crisis intervention;
- Danger assessment/batterer-generated risks;
- Safety planning;
- Information about available legal and/or medical remedies; and
- Information and referral to available community resources.

The hotline should be answered by a program staff member or volunteer who has successfully completed the required minimum 40 hours (45 hours preferred) of domestic violence training.
If the program utilizes a call-forwarding system for the hotline, a professional answering service or any other system it must guarantee that the caller's first contact is supportive. An answering machine or voicemail are not acceptable alternatives.

Individuals calling the hotline must be able to speak, within 15 minutes, to a domestic violence trained program worker.

Coordination/collaboration of hotline services is acceptable when more than one PCADV – funded program is situated within the same county or close geographic area. In the case of coordinated/collaborative hotline services, a letter of agreement must be developed that includes services to be provided, distribution of responsibilities and how communications between the programs will be accomplished. The letter must be signed and dated by all appropriate parties and updated every two years. The letter of agreement must be approved by the PCADV.
The program shall, at minimum, document the following information for all hotline/crisis line calls:

- Date of the call;
- Length of time of the call;
- Reason for the call; and
- Disposition of the call.

## 6 SECTION SIX – DATA COLLECTION, RECORDKEEPING, REPORTING

### 6.1 Performance Measurement

A data collection and record keeping system must be utilized that allows for the efficient retrieval of data needed to measure the domestic violence program's performance in relation to its stated goals, objectives and funding requirements.

## 6.2 Confidentiality

There must be written policies and procedures to ensure that all services provided are documented in written and/or electronic form and that those records are maintained in a manner that protects the confidentiality and privacy rights of individuals, groups and/or families receiving services.

Written records of services provided in individual, group and/or family settings must be maintained in a secure, locked storage area that is accessible only by paid staff members employed to provide direct services, authorized volunteers and/or administrative or executive staff members responsible for supervision and/or internal review of service records for quality assurance purposes.

Electronic records of services provided must be maintained in consultation with information technology professionals to ensure that records are accessible only to those listed above, that the records cannot be accessed remotely by anyone outside of the program.

The program shall have policies that allow review and access to records only by staff and volunteers as necessary to provide or supervise services, perform grant or audit reporting duties, or to respond to court orders, such as orders subject to state law and court decisions.

## 6.3 Retention

Programs must have a written policy regarding record retention that includes how long specific forms are kept, destruction of paper files, and destruction of electronic files. Program administrators should take into consideration the needs of the program and the requirements of funders when setting the length of time documents are to be kept.

Records will be maintained for all service recipients that will include, but not be limited to, the following:

- Basic demographic data;
- Basic Intake Form;
- Consent to release of information forms;
- Documentation that safety planning was discussed;
- Service/Goal plan; to be completed for all adult shelter residents and for non- shelter residents having 3 or more counseling/advocacy contacts);
- Documentation of services provided;
- Exit interview/service evaluation and other dispositional data; and
- All follow-up contacts.

## 6.4 Format and Content of Case Records

The contents of the case files shall include clear and specific information pertinent to the service recipient's situation and the services provided.

Brevity is key in documenting the nature of services provided. All entries shall contain only the information necessary to document the nature of the service(s) provided. Case records shall be free of any reference to service recipient feelings, emotional/psychological assessments, personal commentary or observations, etc. and shall not contain direct quotes from the service recipient.

Records developed/maintained concerning all adult and minor domestic violence service recipients shall be maintained in separate files.

Programs must have a written policy regarding the right of service recipients to access their own case records and the procedure for informing the service recipient of the right and the process for obtaining access to their records. Policy statements shall reflect the following:

- The procedures to be followed in order for service recipients to access their own case files/records;
- Who, other than the primary service recipient, is permitted access and under what circumstances;
- Who is responsible for handling all requests from service recipients for access to case records;
- The time frame for responding to service recipient requests for information.
- The manner in which the material is to be shared (e.g. oral discussion, reading the record or duplicating the information; and
- A procedure for service recipients to correct, amend or challenge in writing any inaccurate or incomplete information the record might contain, or with which the service recipient disagrees.

All Programs must comply with any additional service reporting requirements as outlined in their contracts with PCADV and/or DHS.

## 7 SECTION SEVEN: SERVICE PROVISION

All domestic violence programs shall utilize a Trauma-Informed Model to ensure that all survivors of domestic violence have access to advocacy services in an environment that is inclusive, welcoming, destigmatizing, and non-retraumatizing. Using a trauma- informed approach also means that programs attend to survivors' emotional as well as physical safety. Just as advocates help survivors to increase their access to economic resources, physical safety, and legal protections, they also assist survivors in strengthening their own psychological capacities to deal with the multiple complex issues they face in accessing safety, recovering from the traumatic effects of domestic violence and other lifetime abuse, and rebuilding their lives.

### 7.1 Intervention Services

Interactions and activities performed over the telephone or in person by qualified, trained staff members or volunteers with an individual in crisis to stabilize emotions, clarify issues, and provide support and assistance to help explore options for resolution of the individual's self-defined crisis and needs.

Crisis intervention services provide information and referrals that assist an individual in crisis. Crisis intervention services include, but are not limited to:

- Assessing the survivor's safety needs;
- Finding out what the survivor wants;
- Building rapport and validating the survivor's feelings;
- Assuring the survivors that they are not to blame and that they have a right to be safe;
- Assisting in examining alternatives, problem-solving and implementing a plan; and
- Establishing a commitment for the survivor to take and own the planned action steps.

Crisis intervention services must be provided by a domestic violence program staff member or volunteer who has successfully completed the 40-hour training and five- hour practicum.

### 7.1.1 Interpreters
Upon request, programs shall provide interpreters to non-English proficient clients. This may include utilizing Language Line or other such services for translation.

Children shall not be used as interpreters for counseling sessions, intake, group sessions, or other contacts in which adult issues are discussed.

Intake processes for programs, and safety planning, shall include discussion about any accommodations that might be needed.

Programs shall assist service recipients in securing their right to interpreters within the legal system.

### 7.2 Denial of Service and Involuntary Termination
A denial of service occurs when individuals requesting program services are found to be ineligible for a service and therefore denied.

Involuntary termination of service occurs when programs discontinue service to survivors without their concurrence. Although sometimes necessary, these procedures shall happen only as the last option after all other methods for service inclusion have failed.

Programs funded through DHS and PCADV will determine their own written policies regarding what is acceptable for program entry or involvement, and what constitutes service denial or involuntary termination; however, the policies must meet the standards below.
When every attempt to include the survivor in services or alter the survivor's current services has been exhausted, denial of services or involuntary termination of services must be used based upon:
- The survivor's current needs, including safety;
- The survivor's current behaviors;
- The survivor's current ability to benefit from services;
- The safety of other past or present survivors receiving services; and
- The safety of program advocates.

Denial or involuntary termination of services shall not be based on an adult survivor's age, race, creed, gender, ethnicity, color, national origin, county of origin, marital status, sexual orientation, gender identity, citizenship status, spoken language, disability or religion.

Services to an individual shall not be terminated based on the filing of a grievance. If the grievance interferes with the advocacy relationship in such a way as to prevent its effectiveness, services may be transferred to another advocate or program.

Programs shall have written policies and procedures regarding the denial of services and the involuntary termination of services. These policies and procedures shall include:

- Clearly defined reasons that all services, some services, or service accommodations cannot be provided or must be involuntarily terminated;
- The process for determining that services cannot be provided or must be involuntarily terminated;
- Notice to the survivor orally and in writing of the policy;
- Appeal procedure;
- Notice of the right of the client to appeal a termination decision to DHS, provision of the appeal forms and assistance in completing the forms if requested; and
- Requirement to offer alternative referrals.

### 7.2.1 Voluntary Services
Pursuant to the Family Violence Prevention and Services Act (FVPSA), any resource or services accessed by a survivor must be voluntary and not be conditioned upon participation in other services or programs. However, a survivor may be asked to leave a program if that client purposefully and willingly violates the program's rules in a manner that endangers the health, safety and wellbeing of other participants, staff or children/youth.

### 7.3 Ensuring Program Accessibility
The program will have written policies and procedures for accommodating the needsof persons who are:
- Physically disabled;
- Disabled and use the services of a personal care attendant;
- Cognitively/developmentally disabled;
- Non-English speaking, or who have limited English proficiency. All programs must develop and implement a written LEP plan;
- Hearing impaired;
- Visually impaired;
- In need of transportation assistance due to a disability; and
- In need of a service animal for assistance.

The program will coordinate efforts with other service providers who can assist providing disabled individuals with accessing interpreters, personal care attendants, transportation, etc. The program will have access to material/information available in alternate form ats such Braille, audiocassette, voice activated software, large print documents, CDs/DVDs, etc.

The program will establish and maintain referral connections with community agencies and individuals for the provision of services which are required by the participant(s) and/or their family but which are not provided directly by the program.

A community resource/referral list will be available to all staff and volunteers. This listing will include, but not be limited to the following information: hours of operation; eligibility criteria and the cost for service.

### 7.3.1 Cultural Responsiveness
The diversity of a community – by race, age, ethnicity, religion, language, gender, sexual orientation, physical and cognitive abilities, and neurodiversity – is woven into the fabric that

defines local communities across Pennsylvania. Each person's belief system is built on and influenced by their cultural, social, and family experiences. These beliefs will affect the choices that the victim of crime, a survivor, and their family makes in seeking support from Victim Service Providers (VSPs). To ensure a victims' trust and comfort, the VSP must eliminate organizational biases that discourage or prevent victims from accessing services. VSPs must be *culturally responsive* to the needs of all victims.

The Cultural Responsiveness of an organization expands beyond the functionality of service delivery. To achieve cultural responsiveness, VSPs must interlace the practice into aspects of the VSPs vision, mission, personnel practices, and service delivery.

To achieve effective cultural responsiveness, organizations will need a strong commitment by the Board of Directors/leadership, staff, employees, and volunteers. The following are the *core standard* requirements to meet a basic level of cultural responsiveness.

**Definitions**

***Neurodiversity.*** The range of differences in individual brain function and behavioral traits, regarded as part of normal variation in the human population (used especially in the context of autistic spectrum disorders). ***NOTE: This does not relate to cognitive abilities.***

**Program Requirements**

1. Board of Directors, Executive Director or CEO-The goal of the VSP Board of Directors and leadership staff is to prioritize cultural responsiveness as an integral part of an organization that serves victims of crime. VSPs must be authentic and intentional in their efforts to ensure that an organization is culturally diverse and responsive beginning with leadership.

   a) Governing Boards of VSPs must integrate a commitment to cultural responsiveness in the organization's public policy or values statement of the organization. It must address how they are addressing *cultural responsiveness* through their strategic planning, Board membership, personnel policies, staff hiring and training, and service delivery.

   b) The Board of Directors must periodically review all policies related to cultural responsiveness -- addressing, at a minimum the areas listed above. This periodic review will be recorded in Board minutes.

   c) The Board of Directors or their designee must ensure:

       i. The implementation of a periodic organizational assessment tool that measures the cultural responsiveness of the VSP and documents recommendations for improvement.

       ii. That personnel policies are transparent and encourage safe, open, and inclusive communication between staff and senior management.

   d) VSPs may not contract with, or engage through MOU, organizations or persons that support the defamation of, or violence towards, other groups.

   e) Recruit Board and non-Board committee members that represent the culturally diverse populations in the community that the VSP serves.

   f) As part of Board development, integrate cultural responsiveness into Board training. Additionally, the Board leadership will set a tone and "ground rules" for members to discuss their individual beliefs in a safe and respectful environment.

2. Managers and Administrators-The day-to-day implementation of the cultural responsiveness plan is the responsibility of the management team.

a)  Ensure that cultural responsiveness training includes all services that your VSP provides.

b)  Develop and implement a sustainable plan to learn about and connect with emerging underserved populations in the VSP service area. Measurements include assessing demographic data and collaboration with community organizations that serve diverse communities. This may include media, faith-based organizations, and health care entities.

c)  Involve staff and volunteers throughout the VSP in the planning and implementation of the plan to ensure that culturally relevant services are provided. The performance will be measured through the organization's annual work plans.

d)  Ensure that language, translation, and communication support is available for victims whose preferable and comfortable language is other than English. (Refer to the Language Access Standard).

e)  The VSP shall have personnel policies and procedures in place for supporting employees if a client subjects them to derogatory statements/behaviors related to the staff member's culture (e.g., race, ethnicity, country of origin, gender identity, religion. The procedure shall include a plan for addressing safety issues for staff. Staff members should be encouraged to speak with their supervisor about the experience. Staff members must be trained on the procedure at least annually.

f)  VSPs must include similar policies and procedures, as in letter "e" above, to support and protect volunteers.

g)  The VSP shall have policies and procedures in place for supporting clients if an employee/volunteer subjects them to derogatory statements/behaviors related to the client's culture (e.g., race, ethnicity, country of origin, gender identity, religion). The procedure shall include a plan for addressing safety issues for clients and the opportunity to file a grievance. Staff members must be trained on the procedure at least annually.

h)  VSPs must be intentional and demonstrate culturally responsive communication in marketing/advertising services. The degree of sophistication to which a VSP can implement this plan may be dependent on funding opportunities. At a minimum, VSPs must use images in their marketing (brochures, websites) that reflect the populations in the service area and the use of language that is inclusive and sensitive to these populations. Particular attention should be given to under- and un-served people.

i)  Provide Cultural Responsiveness training. Comprehensive training in cultural responsiveness is as broad as the diversity of communities. It is challenging and requires all involved to address their personal biases. VSPs that strive for excellence will invest in providing the time and resources to ensure safe and comprehensive training for all staff.

j)  Hire and advance diverse populations. Management will be intentional in the recruitment of diverse populations – reaching out to community partners, universities, and other avenues to reach potential staff who represent diverse populations within the service area. Often these populations are overlooked in advancement due to silent and unrecognized biases. When striving for excellence, VSPs need to provide opportunities for staff who are of different backgrounds from the majority of staff.

(k) Include in performance reviews the measurement of staff participation in cultural responsiveness training and involvement in committees and or activities that address cultural responsiveness.

3. Direct Services Staff and Volunteers–To ensure ongoing, continued cultural responsiveness, the following are required:

    a)  Staff and volunteers must participate in a minimum of one (1)hourof professional cultural responsiveness training as part of their eight hours of additional annual training.

    b)  Ensure that staff has the opportunity to participate in the planning, development, and review to continue improving the cultural responsiveness of the workplace environment and practices. VSPs must document how this is being measured through meeting attendance and minutes.

    c)  Use translation and interpretation services appropriately. Staff must have easy access to various language access venues, including hotlines or chat-lines. (See Language Access Standard)

    d)  Develop and implement pre- and post-client surveys that assess the client's comfort in the way that they received information and determine if the client felt that the organization was sensitive to their cultural norms.

4. Program Facilities

Facilities must be welcoming to diverse populations. VSPs must include diversity in their signage, images in artwork, posted written information, and the location of services. The inclusion of all people is a requirement.

5. Advancing the Field of Victim Services

    a)  Utilize systems advocacy in support of cultural responsiveness.VSPs, through their systems advocacy efforts, will promote the critical value of cultural responsiveness in serving victims of crime.

    b)  Provide training and support on the development, implementation, and quality assurance of the cultural responsiveness in their respective organization.

    c) VSPs should ensure that they respect and honor the different beliefs of their staff, including providing the option for individuals who practice religions or holidays not recognized as national holidays, to be flexible in allowing staff to use leave on these days. Organizations should consider not recognizing holidays or celebrating a person or historical event that represents segregation or the persecution of others.

**7.3.2 Language Accessibility**

The purpose of this standard is to offer service providers with basic minimum requirements that are consistent with Title VI of the Civil Rights Act of 1964 for victim service providers (VSPs) to adhere to when providing services to and interacting with individuals within the Commonwealth of Pennsylvania who have Limited English Proficiency.

It is the responsibility of the VSP to remove language barriers that disrupt the flow of communication and impede the accurate information required to assist service recipients. Ensuring maximum communication ability between the victim service provider (VSP) and the service recipient is mutually beneficial. The mutual understanding brings about trust in the process and ensures the recipient's needs are fully addressed. Accommodations should be included for individuals who are hearing- challenged, blind, or visually impaired.

**Definitions**

*Bilingual.* The ability to use two (2) languages fluently.

*Interpretation.* The act of listening to a communication in one language (source language) and orally converting it to another language (target language) with the intent of retaining the same meaning.

*Limited English Proficiency (LEP)*: Refers to individuals whose primary language is not English, and who have a limited ability to speak, read, and write, or understand English. LEP includes individuals who are hearing challenged. Individuals with LEP may exhibit competencies in certain types of communication (e.g., speaking or understanding) but exhibit deficiencies in other areas (e.g., reading and writing).

*Primary language*: Refers to an individual's dominant language a person most effectively communicates. The primary language of a particular country is not necessarily the language spoken by the victim. Service providers should make every effort to ascertain an individual's primary language to ensure effective communication.

*Service Provider Interpreter (SPI)*: A bi-/multi-lingual SPI is someone who has been certified to interpret for others to administer services, a staff member able to fluently interpret in the needed language, or the use of approved interpretation technology.

1. SPIs must be able to:
    1. Demonstrate proficiency in and ability to communicate information accurately in both English and the target language;
    2. Comprehend the meaning of the unique vocabulary used in victim services, including the criminal justice system and the ability to translate to equivalent speech in the target language, and;
    3. Understand and adhere to their limited role as an interpreter.
2. SPIs honor and maintain confidentiality.

*SPI List*: A list of all bi-/multi-lingual and authorized SPI members to act and serve as interpreters.

*Service Recipients:* Victims, witnesses, survivors, and primary caregivers of minors.

*Translation*: The replacement of written text from one language (source language) into an equivalent written text (target language).

**Program Requirements**

1. Language Access Services offered by VSPs shall be available free of charge. VSPs shall inform Service Recipients that language services are available at no cost to them.
2. VSPs shall ensure that appropriate measures are taken to provide timely and meaningful access for service recipients with LEP to the services and benefits that the VSP provides.
3. VSPs shall meet the following requirements:
    a. The VSP shall have written policies and procedures in place for:
        i.   How the VSP will assess and acquire SPI providers.
        ii.  How the VSP staff will identify the primary language of the person.
        iii. Assisting the person with LEP in contacting the police or other service providers (e.g., medical care) if requested by the victim.
        iv.  How to assist persons with LEP that have disabilities that may affect that person's ability to communicate.
4. The VSP shall have written agreements with each SPI provider that:
        i.   Specify the process the VSP and SPI will follow in accessing interpretation services and providing that service; and

    ii.     Address VSP legal confidentiality requirements.

5. Minor children cannot be interpreters for a VSP service. Presidential Executive Order 13166, Improving Access to Services for Persons with Limited English Proficiency, outlines responsibilities for the provision of LEP services. Standards for oral interpretation state, "*The agency or recipient should meet its obligations under EO 13166 or Title VI by supplying competent language services free of cost. In rare emergency situations, the agency or recipient may have to rely on an LEP person's family members or other persons whose language skills and competency in interpreting have not been established. Proper agency or recipient planning and implementation is important in order to ensure that those situations rarely occur*." The link to a list of frequently asked questions (FAQs) is https://www.lep.gov/faq/faqs-executive-order-13166/commonly-asked-questions-and-answers-regarding-executive-order-13166

6. The VSP shall provide a Language Accessibility Policy and procedure training to employees during onboarding. The training should include the following:
   - i.   Demographic information on the service area, including languages.
   - ii.   Accessing SPI, both electronically and in-person.
   - iii.  Guidance (e.g., decision tree) for staff to assist in their duties with LEP individuals.

**Striving for Excellence**
1. VSPs should have signage or other materials indicating the languages for which the VSP has SPI translator services.
2. VSPs should take reasonable steps to ensure they have a diverse pool of employees in the agency to facilitate communication efforts with service recipients.

**Resources**
Limited English Proficiency Website – www.lep.gov

### 7.3.3 LGBTQ Service Recipients
Language used in hotline calls, forms, intake materials, etc., shall not assume heterosexuality and shall be gender neutral. Programs shall have brochures and other material available for LGBTQ clients that address issues of interpersonal violence (IPV).

No person shall on the basis of actual or perceived sex, including gender identity, beexcluded from participation in, be denied the benefits of, or be subject to discrimination under any program or activity funded in whole or in part.

### 7.3.4 Evaluation
Each program will provide opportunities for adult and child/youth service recipients who have received services to offer feedback about those services.

The opinions of service recipients will be utilized to enhance program services.
All programs will distribute the ESQ-LF or other DHS approved survey form to adult service recipients.

## 8 SECTION EIGHT: RESIDENTIAL SHELTER SERVICES

Emergency residential shelter services are provided in a safe, protective environment for domestic/interpersonal violence survivors and their children who are in immediate danger or in a potentially lethal situation.

Residents differ in the resources and possessions they have available to them at shelter, and also in the supports they are eligible for from other programs. Programs are responsible to meet the basic needs of persons residing in emergency shelter.

## 8.1 Comparable Services

FVPSA grantees and subgrantees must provide comparable services to victims regardless of actual or perceived sex, including gender identity. This includes providing access to services for all victims, including male victims, of family, domestic, and dating violence regardless of actual or perceived sex, including gender identity. In addition, the program shall ensure that services to victims with adolescent children under the age of 18 are not limited on the basis of the actual or perceived sex, including gender identity, of the children. Victims and their minor children must be sheltered or housed together, regardless of actual or perceived sex, including gender identity, unless requested otherwise or unless the factors or considerations identified in 45 CFR 1370 require an exception to this general rule.

## 8.2 Getting to Shelter

Domestic violence programs must develop a written travel protocol for all persons requesting emergency shelter. The protocol must:
- Contain provisions that describe the manner in which the survivor is to travel to the domestic violence shelter for admission;
- Specify when the service recipient will provide their own transportation; and
- Specify the arrangements the center will make when the service recipient requires transportation to the center via public/private transportation providers (i.e., law enforcement, taxi or bus/van service).

## 8.3 Alternate Accommodations

The program will have written procedures to respond to circumstances that include, but are not limited to the following:
- The primary shelter facility is at capacity and no space is available;
- The distance or transportation needs of the individual or family seeking shelter and the shelter facility prohibits immediate access to the facility; and
- The individual or family seeking shelter has special needs best served by shelter provision through a motel/hotel placement.

If the shelter is full, every effort must be made by program staff to secure and facilitate admission to safe alternate accommodations such as shelter in an adjacent county, hotel/motels, or other facilities which can be safely and confidentially provided.

Shelter programs shall work with survivors to accommodate needs such as personal care attendants, specialized foods, transportation, modifying chores, allowing service animals, etc. Disability status shall not be a reason to deny services.

A domestic violence program that provides safe shelter at locations separate from the primary shelter facility, including motel/hotel placement and/or other direct placement programs providing safe housing, must ensure that those accommodations are safe and that participants have access to a telephone and bathroom facilities, and that all doors to the accommodations have locks.

Rooms are rented under the name of the domestic violence program or a pseudonym designated by financial agreement with the business, and not under the name of any program participant. The financial agreement shall designate any typical customer incidentals provided to residents (use of the pool, meals, etc.).

Annual evaluation of the domestic violence motel/hotel placement program must be conducted to ensure quality and safety of services.

### 8.4 Initial Welcome
A domestic violence shelter must ensure that program staff:
- Make a reasonable effort to be present when a new resident is admitted to the shelter to determine emergency needs; and
- Initiate a face-to-face intake process with a new resident within twelve hours after admittance to the shelter.
- Each resident shall be furnished with written information about services to be provided by the shelter including but not limited to:
- Confidentiality rights and agreements, including records and accessibility;
- Release-of-information agreements;
- Resident rights and responsibilities, including program complaint procedures;
- Communal living guidelines and house meetings;
- The roles of staff and volunteers as mandated reporters of suspected child abuse; and
- An individual or family plan of self-defined needs, goals and action steps to address needed services and assist in maintaining safety.

Each new adult shelter resident shall be given an orientation tour of the facility to include the location of exits, fire extinguishers, and telephones. They shall be instructed, in accordance with their abilities, on actions to be taken in case of fire or other emergencies.

All adult residents will be screened for Traumatic Brain Injury (TBI) and referred as appropriate. The program will provide regular training for all shelter staff on the signs, symptoms, causes and impact of TBI (see Section 13, Medical Advocacy).

### 8.5 Communal Living

### 8.5.1 Shelter Staff Training
All direct service shelter staff will be trained in the dynamics of communal living including, but not limited to:
- Conflict resolution;
- Facilitating group dynamics; and
- Parent/child dynamics and interactions.

Shelter guidelines are written in positive and respectful language, including those guidelines posted throughout the shelter. The sole purpose of the guidelines is for protection, safety or health of residents and staff.

### 8.5.2 Common Areas
Safe and secure play areas are to be provided for children. Outdoor and indoor play areas are safe, free of debris, broken, or dangerous materials. Play equipment is in proper, safe and sanitary working condition.

Religious activities shall not be prohibited but must not take place in common areas when those areas are being utilized for program activities. Every resident will have the option of practicing their religious/spiritual beliefs so long as they do not interfere with the rights of other shelter residents. Under no circumstances will the receipt of services be contingent on attendance at religious services or adherence to particular religious beliefs or practices.

### 8.5.3 Length of Stay Policy
A domestic violence shelter shall establish a written length-of-stay policy that is flexible and that balances the needs of domestic violence victims with the program's ability to meet those needs.

### 8.5 Required Facilities, Accommodations and Protocols
Shelters will provide facilities and accommodations that include:
- Compliance with all state and local health and safety codes and inspection requirements;
- At minimum, access to some form of public or private transportation to and from the facility, other service providers and the courts;
- Lavatory/bathing facilities maintained in a clean, sanitary manner;
- Sleeping rooms with a bed for each individual in the shelter. Cribs will be provided for infants. All cribs and bedding must comply with current safety standards put forth by the Consumer Product Safety Commission;
- At least one telephone for use by shelter residents, for incoming and local outgoing calls. A listing of emergency telephone numbers and community resources shall be posted near the phone. Programs shall have the means available for program participants to make reasonable long-distance phone calls to seek employment, support, legal services, relocate, etc. and also to fax or email documents as needed;
- A written protocol in place for staff and/or program participants answering the program participant phone and taking messages for residents. Program participants are instructed on the protocol and safe practices for answering and using the program participant phone;
- A written policy and procedure regarding the security of residents' belongings; and
- A written policy for the disposal of program participant possessions. The policy shall include notification to residents of the time period the program is able to provide storage for their possessions once they have exited shelter.

### 8.6 Health and Safety of Residents
There shall be a written policy and procedure for meeting the medical needs of residents, including emergency situations. Programs will have a written plan for ensuring the availability of emergency medical and dental care for all residents.

### 8.6.1 Medications

Programs will have written procedures for the safe storage of medications. Medications shall be stored in individual lockers or a locked box. Program participants are provided with the code or lock and key. Staff may open the program participant lockers, if necessary, such as the program participant has lost their key, or moved out without taking their possessions, medical emergencies (for ICE information and medication list to provide to EMTs), or under a court-ordered search warrant.

Programs shall have a written policy for the safe storage of medications needing refrigeration, allowing for the ease of program participant access upon request, such as making a dorm fridge available in their room, having a locked box in the communal refrigerator, providing access to staff refrigerator, etc.

Program staff shall not function as medication managers. Programs shall have a written policy for the disposal of medications abandoned by program participants, including documenting the name of the drug, name of the staff person responsible for its disposal, amount, time and date.

### 8.6.2 Contagious and Communicable Diseases

Programs will have written procedures for the control and prevention of communicable and contagious diseases. Procedures must ensure the program's compliance with federal and state laws and ensure the confidentiality of the service recipient, staff and volunteers associated with health care issues.

### 8.6.3 Privacy

Programs will strive to respect the privacy of their program participants, including all personal belongings. Staff may perform a check of a program participant's room and program property for reasonable health and safety or maintenance concerns, such as an odor indicating a possible fire or a broken window. Unless it is an emergency situation, staff will notify program participants of the need to enter their rooms prior to doing so whenever possible.

### 8.6.4 Weapons

Weapons (such as firearms, hunting knives, etc.) shall not be permitted in shelter. Program participants shall be asked to make arrangements for safe storage of weapons off-site.

### 8.6.5 Food Service

All programs will ensure that food is available on a 24-hour basis. Each resident shall be provided at least three meals or their equivalent available daily at regular times, with provisions made for school lunches. Between-meal snacks of nourishing quality will be made available. No resident will be denied a meal at mealtime for any reason.
Milk and formula shall be made available.

Programs shall make culturally appropriate food available on an as needed basis, and shall provide residents with the means to prepare vegetarian, kosher or halal meals, or to meet other specialized dietary requirements for medical/religious reasons.

Programs will not require residents' use of SNAP benefits to provide basic food requirements while residing in shelter.

Equipment and work areas shall be maintained in a clean and sanitary manner. Hand washing facilities, including hot and cold water, soap and paper towels, will be provided adjacent to food service work areas. Disposable gloves will be made available to anyone handling food. Programs will purchase and provide to residents only food and drink of safe quality. Outdated cans, bottles and packages of food will be disposed of promptly. Preparation, serving and storage techniques shall ensure that nutrients are retained and spoilage is prevented.

Dry or staple food items will be stored at least six (6) inches above the floor, in a ventilated room not subject to sewage, wastewater backflow, or contamination by condensation, leakage, rodents, or vermin.

### 8.6.6 Clothing/Laundry
Clean, well-fitting clothing, personal hygiene items, and other necessary items will be available to meet the needs of victim/survivors from diverse cultures and backgrounds. Programs shall have laundry facilities and supplies available for program participants'use free of charge.

### 8.6.7 Visitors
Programs will have a written policy in place to allow for necessary visitors, such as other service providers, and make a room available for such visits away from other program participants so as not to compromise the confidentiality or comfort of other residents.

### 9 SECTION NINE: SERVICES FOR CHILDREN AND YOUTH
Services for children and youth may include shelter, individual and group counseling, safety planning, advocacy, education, recreational activities and other services for children/youth. All services will be provided in an age-appropriate fashion.

Documentation for children/youth must follow the same policies and procedures as documentation for adult survivors. Each child/youth must have their own file, which includes an intake form, service documentation, and any other information relevant to the child/youth. Programs will provide the following services for children residing in shelter:
- Child/youth intake and assessment;
- Orientation to the shelter facility;
- Safety planning for parent/caregiver and children/youth;
- Individual counseling and/or support contacts;
- Advocacy with outside systems on behalf of child/youth;
- Information and referral services; and
- Age appropriate information about domestic violence.

Residential programs will have a staff person trained in the needs of children/youth who will respond to the needs of child/youth participants in an age-appropriate manner. All staff will be educated about child abuse and neglect, including the impact of verbal abuse, and methods for detecting and intervening when acts of child abuse and neglect are suspected.

The program will make a good faith effort to provide recreational and educational activities/ opportunities for children and their parent/guardian.

All programs shall have written policies and procedures regarding the care of children/youth when the parent/guardian is not available.

No staff member, volunteer or intern will use corporal punishment on any child/youth. Programs will have a written policy prohibiting the use of corporal punishment of children by either the parent or guardian while a family is receiving services under the organization's auspices. When faced with concerns about a client's parenting or the actions of minor clients, programs must take steps to work with the family to address the issue, including seeking assistance from other agencies if necessary, before considering terminating or limiting services.

## 10 SECTION TEN: MANDATED REPORTING

All Programs shall comply with the provisions of the Child Protective Services Law (23 Pa. C.S. §§ 6301-6386) and all regulations promulgated there under (55 Pa. Code §§ 3490.1-3490.136).

All programs shall have a written policy and procedure regarding mandated reporting. This policy shall include the following:
- A policy statement describing the program's role as a mandated reporter of suspected child abuse;
- Definitions of child abuse and neglect under current Child Protective Services law;
- When suspected child abuse must be reported and by whom;
- What steps a staff member must take to inform the parent/guardian receiving services from the program of a child's disclosure; and
- What procedure(s) a staff member should follow if the suspected perpetrator of abuse is the parent presently receiving services from the program.

The Program is required to have all employees obtain the following background checks:
1. Pursuant to 18 Pa. C.S. Ch. 91 (relating to criminal history record information) a report of criminal history information from the Pennsylvania State Police or a statement from the State Police that their central registry contains no such information relating to that person. The criminal history record information shall be limited to that which is disseminated pursuant to 18 Pa. C.S. § 9121(b)(2) (relating to general regulations), and 23 Pa. C.S. § 6344(b)(1).
2. A certification from the Department of Human Services as to whether the individual is named in the Statewide database as an alleged perpetrator in a pending child abuse investigation or as a perpetrator in a founded or indicated report [23 Pa. C.S. § 6344(b)(2)].
3. Are part of the individual's Federal criminal history. The individual must submit a full set of fingerprints to the Pennsylvania State Police for the purpose of the background check to be submitted to the Federal Bureau of Investigation to verify the identity of the individual and to obtain a current record of any criminal arrests and convictions. The Department/PCADV shall insure confidentially of the information [23 Pa. C.S. § 6344(b)(3)].

The Program is required to have all volunteers that have direct contact with children provide (23 Pa. C.S. § 6344.2):

1. A report of criminal history information from the Pennsylvania State Police or a statement from the State Police that their central registry contains no such information relating to that person [23 Pa. C.S. § 6344(b)(1)].

2. A certification from the Department of Human Services as to whether the individual is named in the Statewide database as an alleged perpetrator in a pending child abuse investigation or as a perpetrator in a founded or indicated report [23 Pa. C.S. § 6344(b)(2)].

All employee and volunteer background checks must be renewed every (60) sixty months in compliance with 23 Pa. C.S. § 6344.4. The Contractor must maintain copies of all employee and volunteer background checks.

All direct service staff and/or volunteers must complete a 3-hour DHS-approved webinar on Recognizing and Reporting Child Abuse (http://www.keepkidssafe.pa.gov/resources/training/index.htm). Certification of completion must be maintained on site, in the individual's file.

## 11 SECTION ELEVEN: CONFIDENTIALITY

The confidentiality of client-advocate communication is essential in protecting the safety of victims and assuring their privacy. Domestic violence programs will rigorously protect all information regarding program participants and their children and will fully comply with the confidentiality provisions of the Pennsylvania Protection from Abuse Act.

Each program will have a written service recipient confidentiality policy that holds adult and child service recipient information as confidential unless there is evidence of child abuse, the service recipient gives the program permission to release such information or certain exceptions apply which do not require prior written consent. Staff, volunteers and board members will be informed and provided a copy of this policy and its application to their specific role(s) with the program.

The confidentiality policy shall include, but not necessarily be limited to the following:

- A confidentiality statement;
- Definitions of confidential communications, observations and information;
- Method of maintenance of records;
- Who has access to records;
- Procedures for the retention and destruction of records;
- Procedure for releasing information with consent of service recipient; and
- Exceptions for release of information, which do not require the service recipient's written consent.

The Program shall maintain the confidentiality of all service recipient case records and identifying information. Employees of the Provider shall not disclose, or knowingly permit the disclosure, of any information concerning the service recipient or their family, directly or indirectly to any person unauthorized by the service recipient.

Records shall be the property of the Program. The Program shall secure records, service recipient files, logs and other written information against loss, tampering, or unauthorized use.

The program shall obtain an informed and voluntary consent from the service recipient for the disclosure of information contained in the service recipient record. A copy of the consent form shall be offered to the service recipient and a copy maintained in the service recipient's records. The consent shall be in writing and shall include, but not be limited to:
- The name of the person, agency, organization to whom disclosure is made;
- The specific information disclosed;
- The purpose of disclosure;
- A dated signature of service recipient or guardian;
- A dated signature of witness;
- An expiration date of the consent (generally not to exceed 30 days.) The expiration date shall reflect time, date, event or condition depending upon the information to be disclosed; and
- An indication that the consent is revocable at the written request of the service recipient, including their identity shall be a part of the orientation of all paid or volunteer staff members.

Programs shall not accept a third-party release of information.

Programs shall not use "blanket release forms."

Each program will have written procedures defining how they will respond to service of legal process, subpoenas, and warrants that may require the release of service recipient information, including identifying information.

## 12 SECTION TWELVE: LEGAL ADVOCACY

Legal advocacy encompasses a variety of strategies to support and empower a survivor including: to provide sufficient information to assist the survivor in making informed choices among their various legal options; to support the survivor in navigating the civil and or criminal justice system; and to focus on systems change in order to strengthen local responses to survivors of domestic violence, thereby increasing safety for survivors and their children.

With these purposes in mind, a domestic violence program providing legal advocacy services must:
- Ensure that all staff and volunteers who engage in legal advocacy have a working knowledge of current Pennsylvania and federal law pertaining to domestic violence, as well as the local justice system's response to domestic violence. In each county where services are provided, legal advocates should be familiar with local Rules of Court and local policies and procedures that direct the response to survivors, including the county's domestic violence protocol.
- Maintain a clear distinction between the delivery of legal advice and legal information. The program must strictly train, monitor and prohibit staff members and volunteers from the unauthorized practice of law, including providing legal advice or legal representation if they are not properly certified to engage in such legal practice.

- Provide assistance, accompaniment and support in a trauma-informed and culturally competent manner to survivors of domestic violence as they navigate the criminal or civil justice systems.
- Work with law enforcement and court personnel to develop written policies and procedures that include specific safety and security measures to be taken when a person who batters is present in a criminal or civil court setting.
- Engage in systems advocacy to develop and utilize personal contacts and knowledge of the justice system to effect policy and procedural change in order to improve the response of the justice system, social service agencies and other institutions to survivors of domestic violence and their children.
- Provide supportive services can include, but are not necessarily limited to the following information, resources and referrals:
  - Options related to the Protection From Abuse Act and the various safety provisions that may be available with a Protection From Abuse order;
  - Procedures for addressing child custody matters and implementing safety measures during custody exchanges;
  - Procedures to secure support orders and divorce as appropriate;
  - The requirements and impact of the child welfare system and mandated child abuse reporting;
  - Processes for accessing public benefits and healthcare;
  - The availability of safe and affordable housing, including how to access local housing resources for homeless and vulnerable populations; and o
  - Options for helping to keep survivors with immigration issues safe.

## 13 SECTION THIRTEEN: MEDICAL ADVOCACY

### 13.1 Programs engaged in Medical Advocacy shall:
- Engage in health systems and medical profession advocacy with the specific goal of improving awareness and response to domestic violence through training, technical assistance, and domestic violence program representation.
- Train allied professionals on the appropriate medical response to domestic violence.
- Develop, refine, and implement policies and procedures to enhance the healthcare response to victims and survivors of domestic violence.
- Act as a liaison for healthcare providers and patients who disclose domestic violence in a hospital or healthcare setting.
- Facilitate screening of Traumatic Brain Injury (TBI) for victims/survivors in residential programs and provide appropriate resources and follow up care as needed.
- Provide training to shelter and program staff on topics that increase understanding of the intersection between domestic violence and health issues.
- Assist shelter and program staff with medical advocacy related service provision as needed.

### 13.2 Traumatic Brain Injury Screening
All adult shelter residents will be screened for Traumatic Brain Injury (TBI) and referred as appropriate.
- HELPPS Screening Tool will be utilized (Appendix B);

- Referral options and resources will be offered; and
- The completed HELPPS Tool shall be offered to the client and not maintained within a client's file.

## 13.3 Traumatic Brain Injury Training

Programs will provide regular training for all direct service shelter staff on the signs, symptoms, causes and impact of TBI.

- TBI training for all program staff should occur at least once per calendar year; and
- Any new staff required to screen for TBI will complete full training on signs, symptoms, causes and impact of TBI, as well as proper application of the TBI HELPPS Screening Tool.

## 14 SECTION FOURTEEN: COMMUNITY EDUCATION/OUTREACH

Each program will actively endeavor to increase awareness of its services for domestic violence survivors in their service area.

Each program will conduct outreach to the ethnic, cultural and religious diversity of survivors and their children within their service area. Programs will also do outreach to DV survivors in traditionally underserved populations, such as the elderly, rural, the LGBT community, people with physical or developmental disabilities, etc.

Each program will provide education to professionals, community groups and organizations within the program's defined geographical area to increase the knowledge of IPV, its dynamics, the harm it causes (to an individual or a community), best practices to support survivors, and/or signs of healthy/unhealthy relationships.

## 15 SECTION FIFTEEN: PREVENTION

Domestic violence programs may choose to provide prevention programming in order reduce both the incidence and prevalence of intimate partner violence (IPV). Prevention programming aims to cultivate environments that are healthy and equitable for all persons by addressing the risk and protective factors associated with IPV.

Programs that provide primary prevention programs must have a written, minimum five-year overarching logic model with detailed annual plans. Plans must:

1. Demonstrate a clear connection in the logic model between prevention efforts and long-term goals for change;
2. Include a strategy for evaluation of prevention efforts;
3. Define the environment(s) they are working in;
4. Include at least one strategy at the community or societal level of the Social Ecological Model (SEM);
5. Acknowledge the reasoning behind the efforts chosen, including:
    1. The risk and protective factors the plan addresses;
    2. The systemic oppressions that intersect with their work;
    3. The gaps in health equity between their prevention efforts and how they plan to eliminate those gaps; and

6. Identify a minimum of two allied community organizations (outside of the field of IPV) the organization partners with, and include a rationale for their selection.

## 16 SECTION SIXTEEN: VOLUNTEERS/INTERNS

Domestic violence programs may use volunteers/student interns to enhance the program's provision of direct and indirect services. In this case, the program will establish requirements for selection of volunteers/interns and provide orientation, supervision and periodic evaluation. Lines of supervision will be clearly defined.

There will be a file maintained for each volunteer/intern that includes, at minimum:
- A signed confidentiality statement;
- A signed conflict of interest statement;
- A signed organizational ethics statement;
- Documentation of all training completed; and
- Pennsylvania Criminal Record Check and Child Abuse History Clearance and/or FBI Clearance required for all direct service volunteers/interns.

At minimum, volunteers/interns providing direct services must successfully complete the 45 hours of domestic violence training as required by the PCADV. Direct service volunteers/interns will also participate in an additional eight hours of domestic violence related training annually.

Training for volunteers/interns, not providing counseling/advocacy services will be determined by the volunteer's responsibilities, the amount of time contributed by the volunteer and administrative considerations related to the availability of training. At minimum, they will receive a basic orientation about the duties they perform, to include the program's principles and practices regarding confidentiality.

## 17 SECTION SEVENTEEN: TRAINING REQUIREMENTS

There will be written procedures that address training and orientation for Staff, Board Members, Volunteers and Interns.

The content of training shall reflect the PCADV's analysis of the nature and scope of domestic violence as well as the historical and societal attitudes in which it is rooted.

Boards of Directors will participate in training that includes, but is not limited to:
- Governance, fiduciary and fiscal roles/responsibilities/boundaries for board members of a nonprofit organization, including conflicts of interest;
- Ethics and advocacy
- Program-related topics: the organization's history, philosophy, relationship to the PCADV, funding, and staffing; policies and procedures;
- Confidentiality: definition, the statute granting the privilege; release of information; breaches and conflicts of interest; CPLS mandated reporting requirements; and
- Introduction and understanding of domestic violence; myths and facts about domestic violence; decisions about staying and leaving; definition of domestic violence and the role of power and control; the abuser mindset; batterer- generated vs. life-generated risks; the impact on children; and adolescent relationship abuse.

Training modalities utilized in the 45-hour program for direct service providers will include:

- A minimum of 40 hours of instruction using a variety of training techniques, including one-on-one activities, large and small group discussion, role plays, other experiential exercises, and completion of PCADV online learning modules; and
- A minimum of five additional hours of training to be devoted to a supervised practicum. A practicum is defined as hands-on, service recipient contact meant to develop or enhance the trainee's ability to provide direct service.

In order to ensure staff and volunteers providing direct service have the most current information, programs will provide for an additional eight hours of training on domestic violence related issues annually. Documentation of participation in such training will be maintained in the appropriate files.

Programs will provide training for professionals in their service area about the dynamics and extent of domestic violence and the resources available from the domestic violence program.

## 18 SECTION EIGHTEEN: CIVIL LEGAL REPRESENTATION INITIATIVE

The Civil Legal Representation (CLR) program is composed of legal staff including but not limited to attorneys, paralegals, legal assistants and advocates. As such, all attorneys and those persons supervised by the program attorney shall abide by the Rules of Professional Conduct and shall not engage in any activity that would constitute or appear to constitute legal malpractice. Specifically, the program shall conduct the activities of its civil legal representation program in accordance with the following:

### 18.1 Insurance

The domestic violence program shall purchase and maintain a malpractice insurance policy that covers all CLR attorneys employed by the domestic violence program.

### 18.2 Privilege & Confidentiality

A CLR attorney employed in a domestic violence program shall complete the 40-hour training required of all domestic violence program employees. The lawyer, however, will employ and adhere to the duty of confidentiality and attorney-client privilege as set forth in Pennsylvania law and the Rules of Professional Conduct. Any legal or non- legal staff working under the supervision of the CLR attorney will also work under the umbrella of confidentiality between attorneys and clients.

- The CLR attorney shall explain to the client the domestic violence counselor/advocate confidentiality and privilege and any limitations to that confidentiality such as the exception for mandated child abuse reporting.
- The CLR attorney must obtain the informed, written, reasonably time-limited consent of the client before releasing any of the client's confidential information to domestic violence program staff and vice-versa.

### 18.3 Conflicts of Interest

The domestic violence program and CLR attorney shall implement a means to check referrals for legal services for conflicts of interest. The CLR attorney(s) may not represent a client if the representation will be directly adverse to another client or a former client.

- The CLR program must maintain a separate database or password protect access to the database of client information for the purpose of legal conflict checking and client record maintenance from the databases of other domestic violence program staff. The CLR attorney and the legal staff supervised by the attorney must have the only available access to these computer databases.

**18.4 Caseload and Supervision**
A CLR attorney employed in a domestic violence program shall exercise independent professional judgment and provide candid advice to their client.

- The CLR attorney must have the final decision in assessing which general types of cases to accept and which individual cases to accept and what strategy the attorney will employ in individual cases.
- The CLR attorney must make the final decision about the size of the lawyer's caseload.
- The CLR attorney should only accept referral of cases through the domestic violence program. Cases referred through some other source must complete the general intake process of the domestic violence program.
- Only the CLR attorney and, when applicable the supervising attorney, can review or monitor a CLR program attorney's individual case files.

A CLR attorney employed by a domestic violence program shall not permit a person who employs or pays the attorney to direct or regulate the attorney's professional judgment in rendering the legal services to clients.

- The domestic violence program Executive Director or other domestic violence program personnel may supervise the CLR attorney and legal staff in administrative and personnel matters.
- The domestic violence program and the CLR attorney may develop a policy to structure the priority of types of cases accepted.
- The domestic violence program Executive Director may develop and direct a systems advocacy strategy with input from the CLR attorney.

**18.5 Separate Files, Electronics and Office Space 18.5.1 Data**
The CLR program shall maintain a separate data collection and recordkeeping system that allows for the efficient retrieval of data needed to measure the performance of the CLR program and that will maintain the confidentiality required for CLR program clients.

A CLR program must maintain legal files that are physically separate from any other domestic violence program files. These files must be locked and only accessible to the attorney and the legal staff supervised by the lawyer.

**18.5.2 Phones, fax, voicemail, computer files, email**
The CLR program must be accessible by telephone and facsimile lines that are separate from the telephone and facsimile lines of other domestic violence program staff.

Access to the CLR program legal staff's voicemail boxes and voicemail messages must be limited to the CLR attorney and the legal staff supervised by the lawyer.

The CLR program staff's computer files and email box must be either password protected from or non- networked with the computer files of other domestic violence program staff. The attorney and the legal staff supervised by the attorney must have the only available access to these computer files.

Any employee or outside service contracted with the domestic violence program charged with the monitoring or maintenance of lawyer and legal staff computers and email accounts shall abide by confidentiality and the domestic violence program should strive to obtain a signed statement of confidentiality from each such individual for the domestic violence program to keep on file.

### 18.5.3 Office Space
When possible, a domestic violence program lawyer and the legal staff supervised by the lawyer should have office space that is separated from the domestic violence program office space, either in a separate building, on a separate floor, in a separate locked portion of the building, or with a separate door for client access.

### 18.6 Eligibility
Eligibility for Civil Legal Representation services must be determined utilizing 235% of the Federal Poverty Guidelines based on the potential client's income. The Federal Poverty Guidelines are issued each year in the Federal Register by the Department of Health and Human Services (HHS).

## 19 SECTION NINETEEN: SERVICE DEFINITIONS

### 19.1 24-Hour Crisis Line:
A Crisis Line is an emergency telephone service available 24 hours a day staffed by persons who are adequately trained on domestic violence, dating violence and stalking. An acceptable 24-hour coverage plan may include part-time, direct forwarding of the crisis line to a partner applicant agency.

Those answering crisis phone calls must be able to respond appropriately to disclosures of domestic violence, dating violence and stalking; and offer safety planning, peer support, information and appropriate referrals.

Crisis lines must be accessible to persons through the service area by use of a toll- free number or publicized acceptance of collect calls. Crisis lines must be accessible to persons with limited English proficiency 24 hours a day through use of a Language Bank or Language Line or through access to crisis call receivers speaking in the area's primary non-English language(s) and relay services or TTD/TTYs.

### 19.2 Access to Emergency Safe Housing:
Emergency safe space (or access to emergency safe space) may be provided in residential shelter facilities, scattered site apartments or hotels/motels and is available on a 24 hour a day, 7 days a week basis, for short-term stays for the victim and the victim's family members, subject to capacity availability, suitability under intake guidelines and available resources.

**19.3 24-Hour Crisis Response:**
Crisis Response is the ability to respond in person when requested to provide needed safety planning, support and assistance. Crisis response includes accessing emergency shelter, accompanying the survivor to hospitals and/or law enforcement by advocates trained in the appropriate in-person response, and meeting victims who need immediate or in-person support. Crisis response must be available 24 hours a day. For any part not primarily provided directly by the applicant agency, the applicant must demonstrate a clear and direct linkage to a trained partner agency through written referral coordination or other management agreements.

**19.4 Safety Planning:**
Safety Planning is any formal or informal, written or oral, conversation or process with the victim through which the applicant agency works with the victim to identify and address risks, barriers or concerns regarding the victim's ability to be safe from domestic violence, dating violence and/or stalking. All programs must offer/provide safety planning through crisis lines, at shelters and/or through other services.

**19.5 Information and Referral:**
Information and Referral is a response to requests for information and/or referral regarding community services with the provision of current and appropriate referrals to meet these needs. Referrals must include available culturally specific services and specialized services for typically underserved populations. Whenever possible, referral information given to the survivor must include a contact name at the referral agency and specific service information. Referrals for persons in crisis should be facilitated by the agency.

**19.6 Transportation Access:**
Transportation is provided or arranged from danger to safety and to other needed services as available. Options for transportation include use of staff and/or volunteers; use of agency vehicles; assistance with public transportation; gas and bus vouchers; and agreements with other agencies.

**19.7 Empowerment Counseling/Supportive Counseling:**
Empowerment Counseling/Supportive Counseling means interactions, either through phone contact, peer-to-peer individual meetings and/or group sessions, in ways that validate the experiences of the victims/survivors and not blame them, explore their options, build on strengths and respect their right to make their own decisions.

**19.8 Trauma Informed Service Model:**
A trauma-informed model is designed to be responsive to the experiences of survivors of abuse and violence and to incorporate an understanding of how those experiences can affect one's ability to regulate emotions, process information, and attend to one's surroundings. Trauma-informed service environments provide emotional as well as physical safety and are consistent with advocacy models in their focus on empowerment, collaboration, and choice. They are also designed to ensure that services themselves are not re-traumatizing to survivors, as well as to provide strategies for attending to the effects that bearing witness to another's painful experiences has on advocates as well.

**19.9 Individual Advocacy:**
Individual advocacy means active assistance to victims to secure services through preparation for the service or court process, accompaniment to other agency and assistance in that process, and/or speaking up in their behalf, when requested and in partnership with the victims/survivors.

**19.10 Systems Advocacy:**
Personal contacts made for the purpose of effecting policy and/or procedural change in order to improve a system's response to survivors of domestic violence/IPV.

**19.11 Medical Systems Advocacy:**
Activities related to developing relationships with hospital/healthcare-based community partners through personal contacts such as in-person, on the phone, email, etc. for the purpose of effecting policy and/or procedural change in order to improve a health care system's response to victims/survivors of violence. These activities include but are not limited to taskforce creation, policy and procedure creation, participation in workgroups and committees related to healthcare advocacy, and any other interaction with agencies, individual professionals, and systems outside of the domestic violence program that allow the advocate to build relationships that support and promote efforts to engage healthcare systems in responding to and preventing domestic violence.

**19.12 Medical Advocacy Direct Services:**
Assisting a victim or survivor and their family in a healthcare setting through screening, assessment, documentation, intervention and referral. Assistance includes but is not limited to counseling, support, and advocacy about the survivor(s)' or family members' health, safety, and injuries or assaults that have occurred as a result of violence. Counseling, support, and advocacy may be provided one-on-one or in a group setting.

**19.13 Medical Advocacy Trainings:**
Trainings provided by the program to individual clinicians and/or healthcare staff to improve the institutional response to domestic violence. Training focus can include any aspect of the health impact of domestic violence, to include but not limited to screening procedures, referrals to domestic violence programs, and best practices for working with victims and survivors of domestic violence as needed.

**19.14 Prevention:**
Prevention is a process of cultivating environments that are healthy and equitable for all persons by addressing the risk and protective factors associated with intimate partner violence (IPV). The goal of prevention is to reduce both the incidence and prevalence of IPV by focusing on eliminating first time perpetration and victimization of IPV.

Prevention is successful when it is grounded in an understanding of systemic oppressions as the root cause of violence and power and control in relationships. Addressing the risk and protective factors associated with IPV also addresses factors associated with sexual violence, community violence, child abuse and neglect and bullying. Thus, prevention must be multi-sector, implemented with a health equity lens and consist of efforts at the community and/or societal levels of the social ecological model. Plans for implementing prevention should include a strategy for achieving long-term change and regular evaluation of the work to ensure quality.

**Additional Definitions**

**19.14.1 Risk Factor:**
A characteristic at the biological, psychological, family, community, or cultural level that precedes and is associated with a higher likelihood of problem outcomes.

**19.14.2 Protective Factor:**
A characteristic at the biological, psychological, family, or community (including peers and culture) level that is associated with a lower likelihood of problem outcomes or that reduces the negative impact of a risk factor on problem outcomes.

**19.14.3 Systemic Oppressions:**
A combination of prejudice and institutional power which creates a system that discriminates against some groups (often called "target groups") and benefits other groups (often called "dominant groups"). These systems enable dominant groups to exert control over target groups by limiting their rights, freedom, and access to basic resources such as health care, education, employment, and housing."
 - Examples of oppressive systems include: racism, sexism, heterosexism, ableism, classism, ageism, colorism, anti-Semitism and transphobia to name a few.

**19.14.4 Multi-sector**:
A multisector collaboration is the partnership that results when government, non- profit, private, and public organizations, community groups, and individual community members come together to solve problems that affect the whole community.

**19.14.5 Health Equity Lens:**
According to the Center for Disease Control and Prevention, IPV is a preventable, public health issue. Health equity means everyone has a fair and just opportunity to be healthier. It acknowledges that it's hard to be healthy without access to good jobs, homes and schools and that health should not be compromised or disadvantaged because of an individual or population group's race, ethnicity, gender, income, sexual orientation, neighborhood or other social condition. It requires concerted effort to eliminate gaps in health outcomes to make environments healthier for everyone—especially those whose obstacles are greatest. Working with a health equity lens means understanding the impact various systemic oppressions have on a population and developing strategies that address and seek to eliminate related health disparities.
When done successfully, prevention work that incorporates a health equity lens identifies current gaps in health outcomes among all populations in a given environment and works towards eliminating those gaps for everyone.

**19.14.6 Social Ecological Model (SEM):**
The SEM was published in 1979 by psychologist Urie Bronfenbrenner to illustrate the "idea that people live in overlapping, multi-layered contexts. The [SEM] helps us understand that an individual's behaviors are impacted by their friends, family, places of work, school, social norms, policies and other [environments] in which we live our lives.

Factors at each level of the social ecology contribute to the problems – and solutions – for our life. Factors at each level of the social ecology interact and reinforce each other.....Focusing on changing factors in only one level of the social ecology will not lead to a significant reduction in the prevalence of a problem."

The SEM is depicted in multiple ways with a variety of layers. For our purposes, we will focus on the four main layers of society, community, relationship and individual.
- - Society: "The broad societal factors that help create a climate in which violence is encouraged or inhibited. These factors include social and cultural norms. Other large societal factors include the health, economic, educational and social policies that help to maintain economic or social inequities."
- - Community: "The settings, such as school, workplaces and neighborhoods, in which social relationships occur."
- - Relationship: "A person's closes social circle – peers, partners and family members."
- - Individual: includes "Personal factors like attitudes, beliefs, and behaviors."

### 19.14.7 Long-term Change:
Potential change that could occur in five years' time or greater. Because prevention ultimately requires the deconstruction of systemic oppressions, these larger systemic and environmental changes take time to achieve. Prevention efforts should be connected to a long-term (5 years +) goal that relates to community and/or societal level risk and protective factors for IPV. This involves identifying the risk and protective factors to address and developing a vision for achieving that goal over time.

### 19.14.8 Regular Evaluation:
The consistent use of the method quality improvement (QI) to make programs "more effective, efficient and accountable... with the goal of improving health outcomes in the population." "Quality improvement ... is the use of a deliberate and defined process, such as Plan- Do-Check-Act, which is focused on activities that are responsive to community needs and improving population health. It refers to a continuous and ongoing effort to achieve measurable improvements in the efficiency, effectiveness, performance, accountability, outcomes, and other indicators of quality services or processes that achieve equity and improve the health of the community."

### 19.15 Education:
Activities that are one-time or multi-session presentations provided for community members, organizations, or in a school setting. Activities can also include film screenings, panel discussions, or townhalls.
Education includes any activity with the goal to increase knowledge on IPV, its dynamics, the harm it causes (to an individual or a community), best practices to support survivors, and/or signs of healthy/unhealthy relationships.

### 19.15.1 Awareness:
Awareness activities increase the knowledge of individuals on the prevalence of IPV or services for IPV survivors in a service area. This includes one-time presentations or events (for example: a fundraiser or vigil for survivors).

**19.15.2 Community Outreach**

Community Outreach are efforts with the specific goal of providing information to the public about the program's services. Examples can include tabling at a local fair, distributing posters that promote the program's hotline number, handing out leaflets or using social media to inform the community about the program.

Within the context of a specific and planned campaign or initiative, Awareness or Community Outreach may be a tool used for Prevention. Awareness or Community Outreach alone is not Prevention due to the target of the activities typically being those who have already experienced IPV and directing survivors towards services. Awareness or Community Outreach is also an insufficient dosage to be considered Education or Training.

For additional information/citations related to Prevention definitions, please use the following link: Prevention_Definitions_FY19/20

**APPENDIX A 40-HOUR TRAINING TOPICS and TIMEFRAMES**

All aspects of the training program described in Section 15 of the PCADV Standards shall be consistent with the content of Justice, Autonomy, Restoration and Safety: A Training for Domestic Violence Advocates (aka the JARS Curriculum) and the modules within the PCADV Online Learning Center. These reflect the philosophy and advocacy goals of:

1. Justice: Promoting access to opportunities and resources that assure victims/survivors receive responses from systems and communities that maximize safety and hold batterers accountable
2. Advocacy and Autonomy: Advancing the abilities of victims/survivors to exercise their own decisions in an informed and independent manner
3. Restoration: Linking victims/survivors with the resources they need to maintain their safety and autonomy
4. Safety: Enhancing the safety of victims/survivors.
5. Collaboration: Working in partnership with the survivor
6. Choice: Options are always the survivor's
7. Empowerment: Working with and on behalf of the survivor
8. Trust: Must be earned by demonstrating care and support through the advocate's words and deeds
9. Access: Responding in a way that assures services are available and accessible to everyone requesting them

The content of the 40 hours of training shall reflect the PCADV's analysis of the nature and scope of domestic violence as well as the historical and societal attitudes in which it is rooted. A Trauma-Informed, Survivor-Centered Counseling/Advocacy Model shall be utilized.
Topic areas to be covered shall include, but not be limited to: A. Introduction to Domestic Violence (5 hours)

- Definition of domestic violence
- Myths & facts about domestic violence
- Tactics of power and control (Duluth Model)
- Understanding batterers, batterer-generated vs. life-generated risks and critical issues
- Adolescent relationship abuse

- LGBTQ Domestic Violence
- Decisions about staying and leaving

B. Confidentiality (4.5 hours)
- Definition
- The statute granting the privilege
- Release of information and breaches
- Practice(s) related to common confidentiality situations
- Minors and confidentiality
- Local program policies and procedures

C. Introduction to Cultural Competency (3 hours)
- The relationship between domestic violence and oppression and its relevance to the advocacy relationship
- Examination of forms of oppression
- Interrupting oppression and learning ally behavior

D. Introduction to Trauma-Informed, Survivor-Centered Advocacy (4 hours)
- Trauma-informed, survivor-centered model of advocacy
- Principles and goals of trauma-informed care and survivor-centered advocacy (JARS)
- Understanding victimization, immediate and long-term effects of trauma
- Strategies that reflect trauma-informed practice
- Vicarious trauma, compassion fatigue and burn-out
- Feminist approach to helping

E. Ethics in Advocacy (2 hours)
- Definition of ethics
- Elements of ethical communication
- Ethical obligations and possible conflicts
- Establishing and maintaining boundaries

F. The Impact of Domestic Violence on Children (4 hours)
- Statistics related to children exposed to domestic violence
- The batterer as parent
- Risks and mitigating factors
- Advocacy tips with children
- Mandated child abuse reporting

A. Principles of Advocacy (3 hours)
- Definition and role of advocacy within the domestic violence movement
- Qualities of an effective advocate
- Advocacy strategies to use with survivors
- Civil justice system
- Criminal justice system
- Teens and PFA Orders
- Understanding basic public benefits
- Family Violence Option (FVO)
- Local Civil and Criminal Procedures (2.5 hours)

Programs will insert local information regarding civil and criminal legal processes for:
- Subpoenas/warrants
- PFA's, Contempts, Pro Se

- Criminal Procedures including indirect criminal contempts, probable cause arrest and stalking

B.  Skills Development (12 hours)
- Safety planning
- Goal planning
- Understanding crisis, crisis intervention, and suicide
- Assessing emergencies
- The helping relationship
- Effective communication with survivors
- Problem solving

In addition, a five-hour supervised practicum consisting of hands-on, service recipient contact meant to develop or enhance the trainee's ability to provide direct service is required.

**APPENDIX B TRAUMATIC BRAIN INJURY (TBI) SCREENING TOOL**
The HELPPS Tool is to be used in conjunction with the Domestic Violence Program Screening Guideline (PSG). They are intended for use in a conversational format by domestic violence advocates, in a program setting, during a counseling or advocacy session once the survivor is determined to be safe or has entered shelter. For additional information on Traumatic Brain Injury, and a copy of the PSG, use this link: http://pubs.pcadv.net/training/tbi/TBI-Participants.pdf, Module V, pages 16-20.

## Appendix: Organizational Chart with Grant FTEs



Administrative Staff Indirect Total FTE - 503
Total Staff Direct FTE - 22 295

Updated: APRIL 2023

May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of A Safe Place to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

A Safe Place has been a subgrantee and member of the Coalition for 35 years and currently provides services in Warren and Forest Counties. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Alexis M. Fetzeck
Executive Director



*of Warren & Forest Counties*

210 North Drive Ste C
North Warren, Pennsylvania 16365
Telephone: (814) 726-1271
Fax:        (814) 726-1587

**A WAY OUT**

*Domestic Violence and Sexual Assault Services*
*for Potter County*

P.O. Box 447
Coudersport, PA 16915

**Phone:** 814-274-0368  **FAX:** 814-274-2230
*www.myawayout.org*

May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of A Way Out to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

A Way Out has been a subgrantee and member of the Coalition for 34 years and currently provides services in Potter County. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

David Hyde, PhD
Executive Director

**You Are Not Alone**
24 Hour Helpline: 814-274-0240 or Toll Free 1-877-334-3136

Page 147



May 8, 2023


Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of A Woman's Place to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

A Woman's Place has been a subgrantee and member of the Coalition for 46 years and currently provides services in Bucks County. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

*Marianne G. Lynch*

Marianne G. Lynch
Executive Director

*Free, Private, Confidential*
*24-hour Hotline: 1-800-220-8116 | Administrative Office: 215-343-9241 | Fax :215-343-3411 | P.O. Box 299, Doylestown, PA 18901 | www.awomansplace.org*

A MEMBER AGENCY UNITED WAY OF BUCKS COUNTY
A copy of the official registration and financial information may be obtained from the PA Department of State by calling toll free, within PA. 1 800 732 0999.
Registration does not imply endorsement.    -PA Commission of Charitable Organizations

# ABUSE AND RAPE CRISIS CENTER

*Serving Victims of Domestic Violence and Sexual Assault*
*Presenting Programs to Prevent Interpersonal Violence*

Post Office Box 186
Towanda, Pennsylvania 18848-0186
Office: (570) 265-5333 • Hotline: 911 *(Emergencies)*
Fax: (570) 265-0918

May 10, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Abuse and Rape Crisis Center (ARCC) to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

ARCC has been a subgrantee and member of the Coalition since 1981 and currently provides services in Bradford County. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Amy B Miller
Executive Director



# ALICE PAUL HOUSE

**DOMESTIC VIOLENCE SHELTER ● RAPE CRISIS CENTER**
**COMPREHENSIVE VICTIM SERVICES**

P.O. BOX 417 ● INDIANA, PA 15701 ● 724-349-4444 ● 1-800-435-7249 ● FAX: 724-349-7883
E-MAIL: info@alicepaulhouse.org ● WEBSITE: alicepaulhouse.org

May 9, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Alice Paul House to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

Alice Paul House has been a subgrantee and member of the Coalition for 42 years and currently is the only trauma-focused advocacy services provider in Indiana County. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Audia J Boyles
Executive Director

A copy of the official registration and financial information of the Alice Paul House may be obtained from the Pennsylvania Department of State by calling toll-free within Pennsylvania – 1-800-732-0999. Registration does not imply endorsement.





Working to eliminate domestic violence since 1979

MAIL: PO Box 67, Tarentum, PA 15084    HOTLINE: 724.224.1266    TELEPHONE: 724.224.1100    FAX: 724.224.1123    E-MAIL: hopecenter@akhopecenter.org    WEBSITE: https://akhopecenter.org

May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Alle-Kiski Area HOPE Center, Inc. to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

Alle-Kiski Area HOPE Center, Inc. has been a subgrantee and member of the Coalition for 43 years and currently provides services in Allegheny and Westmoreland counties. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,
Alle-Kiski Area HOPE Center, Inc.

Michelle L. Gibb
Executive Director/CEO



**109D S. Sharpsville Ave.**
**Sharon, PA 16146**
**Phone: 724.342.4934**
**Fax: 724.342.4938**

**www.merceraware.org**

May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 171

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf AWARE, Inc to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

AWARE, Inc has been a subgrantee and member of the PCADV network of providers for decades since our expanded focus to include domestic violence in 1978. AWARE, Inc currently provides services in Mercer County, located in western Pennsylvania. Following the profound mortality and morbidity impact from the pandemic on domestic violence victims, AWARE, Inc is committed to the on-going work as part of the PCADV network. The continuing aftermath from the public health emergency requires a comprehensive, state-wide response to meeting the needs of domestic violence victims.

Sincerely,

*Lizette Olsen*

Lizette Olsen
Executive Director



| SafeBerks | Phone: 610.373.1206 | We work to end |
| 255 Chestnut Street | Fax: 610.372.4188 | domestic violence and |
| Reading, PA 19602 | | sexual assault |
| | SafeBerks.org | |

May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Safe Berks to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

Safe Berks has been a subgrantee and member of the Coalition for over 45 years and currently provides services in Berks County. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Beth Garrigan
Chief Executive Officer



May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Blackburn Center to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

Blackburn Center has been a subgrantee and member of the Coalition for over 25 years and currently provides services in Westmoreland County. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Renee N. Reitz
Executive Director

PO Box 398, Greensburg, PA 15601
**p** 724.837.9540 **f** 724.837.3676
**hotline** 724.836.1122 **toll-free** 1.888.832.2272
blackburncenter.org

United Way of Southwestern Pennsylvania

Page 154



*Citizens Against Physical, Sexual & Emotional Abuse, Inc.*

May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Citizens Against Physical, Sexual, and Emotional Abuse, Inc. (CAPSEA, Inc.) to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

CAPSEA, Inc. has been a subgrantee and member of the Coalition for over 40 years and currently provides services in Elk and Cameron counties in Pennsylvania. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

JoAnne (Billie Jo) Weyant
Executive Director



PO Box 464 • Ridgway, PA 15853 • Office **814.772.3838** • Hotline **814.772.1227** • Fax **814.772.9270**
Emporium, PA 15834 • Office **814.486.1227** • Hotline **814.486.0952**
Website www.capsea.org • Email contact@capsea.org

Page 155

# Community Action, Inc.

**Primarily Serving Clarion and Jefferson Counties, Pennsylvania**

**105 Grace Way, Punxsutawney, PA  15767-1209**
**(814) 938-3302 · (814) 938-7596 - FAX · www.jccap.org**



May 10, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Community Action, Inc. – Crossroads to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

Community Action, Inc. – Crossroads has been a subgrantee and member of the Coalition for 36 years and currently provides services in Clearfield and Jefferson Counties. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Susan K. Fusco,
Executive Director

c: Board File
   Suella M. Himes, Crossroads Director
   Donna L. States, Controller

---

**Mission:**  Community Action, Inc. will be a community catalyst to provide and coordinate activities which
promote family self-sufficiency and advance community prosperity.

**Vision:**  Community Action, Inc. will be recognized as a premier organization dedicated to
solving social and economic problems of the community.

The official registration and financial information of Community Action, Inc. may be obtained from the Pennsylvania Department of State
by calling toll free, within Pennsylvania, 1-800-732-0999.  Registration does not imply endorsement.



May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Center for Victims to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

Center for Victims has been a subgrantee and member of the Coalition for 40 years and currently provides services in Allegheny County. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please do not hesitate to contact me.

Best regards,

Laurie MacDonald
President/CEO

*Center for Victims is the most comprehensive, inclusive provider of services, advocacy and education for victims of all crimes.*

**3433 East Carson Street
Suite #300
Pittsburgh, PA 15203**

**24 Hour Hotline: 1-866-644-2882**          centerforvictims.org



Jennifer Pencek
Centre Safe
140 W. Nittany Ave
State College, PA 16801


May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110


Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Centre Safe to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

Centre Safe has been a subgrantee and member of the Coalition for 47 years and currently provides services in Centre County. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

*Jennifer Pencek*

Jennifer Pencek
Executive Director

140 W. Nittany Ave.
State College, PA 16801-4811

814.238.7066
fax 814.238.4449

centresafe@centresafe.org
toll free hotline 877.234.5050

Bellefonte Office:
814-355.6477

  



**Roads to Peace**
34 West Main Street
Lock Haven, PA 17745
Business: (570) 748-9539
Fax: (570) 748-9549
www.roadstopeace.org

May 9, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Clinton County Women's Center d/b/a Roads to Peace to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

Roads to Peace has been a subgrantee and member of the Coalition for 44 years and currently provides services in Clinton County, Pennsylvania. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.  I can be reached at lborow@ccwcsafe.org or (570)748-9539.

Sincerely,

Leah Borow
Executive Director

The Clinton County Women's Center is an Equal Opportunity Program.  Discrimination is prohibited by Federal Law. Complaints of discrimination may be filed with the Secretary of Agriculture, Washington, D.C. 20250 or by calling (202)720-5964 (Voice & TDD)

Clinton County Women's Center, Inc. is classified as a 501 (c)(3) non-profit organization (Tax ID Number:  23-2143800) by the standards of the Internal Revenue Service (IRS).  Donations may be tax deductible to the extent allowed by law.
Serving victims of domestic and sexual violence in Clinton County since 1979.
Roads to Peace is a registered fictitious name on file with the Department of State of the Commonwealth of Pennsylvania



May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Congreso de Latinos Unidos to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

Congreso has been a subgrantee and member of the Coalition for over 30 years and currently provides services in Philadelphia County. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Brendan Conlin, CPO (May 11, 2023 09:20 EDT)
Brendan Conlin
Chief Program Officer
Congreso de Latinos Unidos, Inc

216 West Somerset Street | Philadelphia, PA 19133  T 215.763.8870  F 215.291.4509

www.congreso.net

# Letter of Committment - Congreso

Final Audit Report                                                  2023-05-11

| | |
|---|---|
| Created: | 2023-05-11 |
| By: | Kira Bellolio (belloliok@congreso.net) |
| Status: | Signed |



## "Letter of Committment - Congreso" History

Document created by Kira Bellolio (belloliok@congreso.net)

2023-05-11 - 1:13:25 PM GMT



Document emailed to UD UD (conlinb@congreso.net) for signature

2023-05-11 - 1:13:46 PM GMT



Email viewed by UD UD (conlinb@congreso.net)

 2023-05-11 - 1:19:52 PM GMT

Signer UD UD (conlinb@congreso.net) entered name at signing as Brendan Conlin, CPO

2023-05-11 - 1:20:18 PM GMT

Document e-signed by Brendan Conlin, CPO (conlinb@congreso.net)

Signature Date: 2023-05-11 - 1:20:20 PM GMT - Time Source: server

Agreement completed.

2023-05-11 - 1:20:20 PM GMT





May 8, 2023


Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:


In your email to all programs, dated May 8, 2023, you shared that DHS released the competitive RFA that PCADV is currently responding to. You furthered, that for PCADV to be able to continue its contract to manage the state and Federal funds designated for domestic violence services that all 59 programs were required, by DHS, to provide a letter of commitment to facilitate PCADV's application process.

As this is a mandated requirement from PCADV and DHS, CCN is offering this letter of support as a form of compliance, so that PCADV may continue to provide intervention services through a new contract period beginning in FY 24.

Crisis Center North (CCN) has been a subgrantee and member of the Coalition for 45 years and currently provides services in Allegheny County.


Sincerely,

Grace A. Coleman
President and CEO
Crisis Center North



Crisis Center North
24/7 Hotline: 412-364-5556



Text: 412-444-7660
Chat: crisiscenternorth.org

Like & Follow
@CrisisCenterNorth







Arise
1218 W. State Street
New Castle, PA 16101

(724) 652-9206
info@ariselc.org
ariselc.org

May 9, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Arise Lawrence County to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

Arise Lawrence County has been a subgrantee and member of the Coalition for 42 years and currently provides services in Lawrence County. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Nicole Amabile
Executive Director



**DOMESTIC VIOLENCE INTERVENTION** *of Lebanon County, Inc.*

P.O. Box 42  LEBANON, PA  17042
T. 717.273.7154    F. 717.273.6881

May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Domestic Violence Intervention of Lebanon County, Inc.(DVI) to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

DVI has been a subgrantee and member of the Coalition for 33 years and currently provides services for all of Lebanon County.  We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you have questions or need additional information, please don't hesitate to contact me.

Sincerely,

LeAnne Burchik
Executive Director

**United Way**
*A United Way Agency*

Page 164

**Domestic Abuse Project of Delaware County, Inc.**

14 West Second Street, Media, PA 19063-2802
Main Office: 610-565-6272 • Fax 610-565-9911

The Domestic Abuse Project of Delaware County works to prevent domestic violence and empower victims towards self-sufficiency.

May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of the Domestic Abuse Project of Delaware County to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

The Domestic Abuse Project has been a subgrantee and member of the Coalition for over 40 years and currently provides services in Delaware County. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Kerry Hogg

Acting Executive Director

Empowering Victims of Domestic Violence since 1976

Legal | Safe House | Counseling | Outreach

www.dapdc.org          Hotline: 610-565-4590          Thrift Store:610-325-0768



May 8, 2023


Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Family Services, Inc. to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

Victim Services has been a subgrantee and member of the Coalition for 40 years and currently provides services in Blair. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Name
Executive Director


**2022 Broad Avenue**          **Phone: 814-944-3583**          **www.familyservicesinc.net**
**Altoona, PA 16601**          **Fax:    814-944-8701**          **info@familyservicesinc.net**



# DOMESTIC VIOLENCE CENTER
# OF CHESTER COUNTY
## FREEDOM THROUGH EMPOWERMENT

### WWW.DVCCCPA.ORG

24 Hour Hotline
610.431.1430
•••
Office
610.431.3546
•••
Fax
610.431.2462

May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of the Domestic Violence Center of Chester County (DVCCC) to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

DVCCC has been a subgrantee and member of the Coalition for more than forty years and currently provides services in Chester County, PA. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Dr. Dolly Wideman-Scott
Chief Executive Officer

P.O. Box 832 | West Chester, PA 19381

Page 167

UNITED WAY AGENCY

The official registration and financial information of the Domestic Violence Center of Chester County may be obtained from the Pennsylvania Department of State by calling toll free within Pennsylvania, 1-800-732-0999. Registration does not imply endorsement. The Domestic Violence Center of Chester County is a 501(c)(3) not-for-profit organization.



STANDARDS FOR
EXCELLENCE

## DOMESTIC VIOLENCE SERVICE CENTER
*a path to safety and a shelter from abuse*

P.O. BOX 2177
WILKES-BARRE, PA 18703-2177

P: 570.823.6799 | F: 570.821.0475

May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Domestic Violence Service Center to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

Domestic Violence Service Center has been a subgrantee and member of the Coalition for 43 years and currently provides services in Luzerne, Carbon and Wyoming counties. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Mike Messersmith
President

**BOARD OF DIRECTORS**

**President:** Paul Antony
**Vice President:** Michael F. Messersmith
**Secretary:** Michael Last
**Treasurer:** Paul Lantz

Edmund J. Abdo, Jr.
Katelyn Campbell
Dr. Dana Charles Clark
Candice Dutko

Candy Frye
Maria Rosario
Carlie Wetzel

**Legal Counsel:** Ruth Slamon Borland, Esq.
**Life Member:** Sandy Rifkin
**Executive Director:** Paula M. Triano

United Way
Page 168
Member Agency



May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Community Action Partnership/Domestic Violence Services of Lancaster County to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

CAP/Domestic Violence Services of Lancaster County has been a subgrantee and member of the Coalition for 46 years, and currently provides services in Lancaster County.

We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please do not hesitate to contact me.

Sincerely,

Christine A. Gilfillan
Executive Director



| Administrative Office | Washington County | Greene County | Fayette County |
|---|---|---|---|
| 371 Low Hill Road | P.O. Box 503 | 43 North Morgan Street | P.O. Box 941 |
| Brownsville, PA 15417 | Washington, PA 15301 | Waynesburg, PA 15370 | Uniontown, PA 15401 |
| 724-223-5481 | Hotline: 724-223-9190 | Hotline: 724-852-2463 | Hotline: 724-439-9500 |
| admin@peacefromdv.org | dvsspwashington@peacefromdv.org | dvsspgreene@peacefromdv.org | dvsspfayette@peacefromdv.org |

**24/7 Toll-Free Hotline: 800-791-4000**
**peacefromdv.org**

May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Domestic Violence Services of Southwestern Pennsylvania (DVSSP) to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

DVSSP has been a subgrantee and member of the Coalition for 37 years and currently provides services in Washington, Greene, and Fayette counties. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

*Lisa G. Hannum*

Lisa G. Hannum
CEO

Find us on social media @peacefromdv



**Serving Washington, Greene, and Fayette counties in Southwestern PA.**
**Federal EIN: 25-1521327 • PA Sales and Use Tax Exemption Number: 75-310-253**
Registered with PA Bureau of Charitable Organizations. A copy of official registration and financial information may be obtained from the PA Department of State by calling toll-free within PA 800-732-0999.

Supported by the United Way



**DOMESTIC VIOLENCE SERVICES**
OF CUMBERLAND & PERRY COUNTIES

PO Box 1039
Carlisle, PA  17013-6039
Phone: (717) 258-4806
Fax: (717)258-1677
www.dvscp.org

May 9, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg PA  17110

Dear Ms. Higginbotham,

I am pleased to provide PCADV with a letter of commitment on behalf of Domestic Violence Services of Cumberland & Perry Counties to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

Domestic Violence Services of Cumberland & Perry Counties has been a subgrantee and member of the Coalition for 33 years and currently provides services in Cumberland & Perry counties.  We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Sonya Browne
Executive Director

The official registration and financial information of Domestic Violence Services of Cumberland & Perry Counties may be obtained from the Pennsylvania Department of State by calling toll free, within Pennsylvania 1 (800) 732-0999.  Registration does not imply endorsement.



**Board of Directors**

PRESIDENT
Nichole Book

VICE PRESIDENT
Jessica Sandstrom

TREASURER
Stephanie Wolak-Fleming

SECRETARY
Holly Jackson

MEMBERS AT LARGE
Peggy Carl
Ashley Ensminger
Heather Sargent
Faye V. St. John
Karen Wheeler

**Staff**

EXECUTIVE DIRECTOR
Machelle Suttile

DIRECT SERVICES SUPERVISOR
Latricia Druetto

ADVOCATES
Jennifer Edwards
Tressa Gee

PREVENTION EDUCATOR/
VOLUNTEER COORDINATOR
Brett Hedman

LICENSED THERAPIST
Elizabeth Blanton

ATTORNEY
Protasio & Jasper, P.C.

ACCOUNTANT
Guthrie & Co.

48 East Ave,
Wellsboro PA 16901
(570) 724-3549
1-800-550-0447
www.havenoftiogacounty.org

May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of HAVEN of Tioga County to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

HAVEN of Tioga County has been a subgrantee and member of the Coalition for 35 years and currently provides services in Tioga County. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Machelle Suttile

Machelle Suttile
Executive Director



**HAVIN**

Helping All Victims In Need

P.O. Box 983 - Kittanning, PA 16201 - www.havinpa.org
Office: 724.543.1180 - Fax: 724.543.7410
Hotline Numbers: 724.548.8888 - 800.841.8881

May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Helping All Victims in Need (HAVIN) to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

HAVIN has been a subgrantee and member of the Coalition for 44 years and currently provides services in Armstrong County. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Laurie Johns
HAVIN Executive Director

**United Way**

A copy of the official registration and financial information may be obtained from the Pennsylvania Department of State by calling Toll-Free wtthin Pennsylvania, 1-800-732-0999. Registration does not imply endorsement.

United Way of
Southwestern Pennsylvania



**Huntingdon House**
*an open door for survivors*

info@huntingdonhouse.org
Office: (814) 643-2801
Hotline: (814) 643-1190
Fax: (814) 643-2419

May 10, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Huntingdon House to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

Huntingdon House has been a longtime subgrantee and member of the Coalition, providing domestic violence services in Huntingdon County. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Tory Preziosi
Executive Director
tpreziosi@huntingdonhouse.org

401 7th Street          Huntingdon, PA 16652          Page 174
                        www.huntingdonhouse.org



P.O. Box 764
Norristown, PA 19404
Phone: 610-277-1860
Fax: 610-277-6425
www.laurel-house.org

**Board of Directors**
**President**
Brian Taylor
**Co-Vice Presidents**
Angela Ko, CPA
Patricia Younce, Esq.
**Treasurer**
Jason VanBuskirk, CPA
**Secretary**
Melissa Pilong

Lisa Altomare
Bruce Braunewell, CPA
Carla Clanagan
Janell Fabiano
Dana Greenspan, Esq.
Sudha Gutti
Sonja Haggert
Pamela Kroberger
Duncan Reed
Diana Scott
Gregory Stanbach

**Executive Director**
Beth E. Sturman

May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Laurel House to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

Laurel House has been a subgrantee and member of the Coalition for 42 years and provides services in Montgomery County. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.  I can be reached via email at: bsturman@laurel-house.org or by cell phone at: 484-744-1715, as well as at my office phone: 610-277-1860 ext. 113.

Sincerely,

Beth E. Sturman, MPA
Executive Director

*Laurel House is a not-for-profit, tax-exempt, charitable organization as defined under the Internal Revenue Service code section 501c (3). Tax-exemption entity ID: 23-2172743.  The official registration and financial information of Laurel House may be obtained from the PA Department of State by calling toll free within Pennsylvania 1-800-732-0999. Registration does not imply endorsement.*

**LUTHERAN**
SETTLEMENT HOUSE
Since 1902

David Chiles, Executive Director
Katharyn McGee, President, Board of Directors

1340 Frankford Avenue, Philadelphia, PA 19125      215-426-8610    Fax: 215-426-0581
1007 West Lehigh Ave. Philadelphia, PA 19133       215-387-2587    Fax: 215-386-2597

May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Lutheran Settlement House to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

Lutheran Settlement House has been a sub-grantee and member of the Coalition for over 20 years, and currently provides services in Philadelphia county. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Vashti Bledsoe
Deputy Executive Director, Lutheran Settlement House
Phone: 215-426-8610
Email: vbledsoe@lshphilly.org

www.lutheransettlement.org

A United Way Agency
Donor option # 00079
Page 176



May 9, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Family Service &
Children's Aid Society of Venango County (PPC Violence Free Network) to provide comprehensive
domestic violence prevention and intervention services through a new contract period beginning in
fiscal year 2024.

Family Service & Children's Aid Society of Venango County has been a subgrantee and member of
the Coalition for 37 years  and currently provides services in Venango County. We look forward to
our ongoing work as part of the Coalition's network of providers designed to ensure services for
survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Mary K Serafin
Executive Director

---

**Main Office:**
716 East Second Street
Oil City, PA  16301
814-677-4005 • Fax: 814-677-6159
Email: familyservices@fscas.org
Website: www.fscas.org

**Titusville Office:**
119 E. Mechanic St., Suite A
Titusville, PA  16354
814-827-3472 • Fax: 814-827-4044



**Franklin Office:**
Franklin Professional Bldg.
150 Prospect Ave., Suite 301/304
Franklin, PA  16323
814-432-3466 • Fax: 814-437-7039
Email: familyservicesfkl@fscas.org



1302 E. MAIN STREET ~ P.O. BOX 108
CLARION, PA 16214
(814) 226-8481

May 8, 2023


Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of SAFE Inc. to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

SAFE Inc. has been a subgrantee and member of the Coalition for over 14 years and currently provides services in Clarion County. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

*Kerry Kifer*

Kerry Kifer
Board President

SAFE, INC. IS FUNDED IN PART BY PCADV AND THE UNITED WAY OF CLARION



P.O. Box 208, Union City, PA 16438 | 814-438-2675 | info@mysafejourney.org    **purple One**

May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of [program name] to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

Safe Journey has been a subgrantee and member of the Coalition for 21 years and currently provides services in Erie County. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Name
Executive Director





May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of SafeNet Domestic Violence Safety Network to provide comprehensive domestic violence prevention and intervention services in Erie County through a new contract period beginning in fiscal year 2024.

SafeNet is appreciative for all that PCADV does to assist us in supporting survivors of domestic violence in our community and we are pleased to be a subgrantee and member of the Coalition since its inception.  We look forward to our ongoing work in Erie County, as part of the Coalition's network of providers designed to ensure services for survivors in communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Robyn Young
Executive Director

1702 French Street, Erie PA 16501



**Schuylkill**

# HOPE
# CENTER
**for Victims of Domestic Violence**

P.O. Box 96
Pottsville, PA 17901

support@schopecenter.org

www.schopecenter.org

Office: 570-622-3991

Hotline: 570-622-6220

Fax: 570-628-1836

May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Schuylkill Hope Center for Victims of Domestic Violence (Schuylkill Hope Center) to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

Schuylkill Hope Center has been a subgrantee and member of the Coalition for 40 years and currently provides services in Schuylkill County. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Richard F. Wojciechowsky
Executive Director

**Living in Fear is
No Way to Live**

Page 181

# SULLIVAN COUNTY VICTIM SERVICES

P.O. Box 272
LAPORTE, PA 18626

May 10, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am delighted to provide PCADV with a letter of commitment on behalf of Sullivan County Victim Services to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in the fiscal year 2024.

Sullivan County Victim Services has been a subgrantee and member of the Coalition for 29 years and provides services to survivors in rural Sullivan County. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Please don't hesitate to contact me if you need anything further or have any questions.

Sincerely,

Lauren Edkin
Executive Director
Sullivan County Victim Services

Office: **570-946-4063** • Hotline: **570-946-4215** • Toll Free: **1-800-894-3706**
Fax: 570-946-4570 • Email: scvs@epix.net



P.O. Box 268
Lewistown, PA 17044

**24-HOUR HOTLINE**
(717) 242-2444

**TOLL-FREE IN PA**
1-888-810-2444

**OFFICES:**

Mifflin County
(717) 242-0715

Juniata County
(717) 447-1885

Huntingdon County
(814) 506-8237

**FAX:**

(717) 242-0871

Member Agency
Mifflin-Juniata United Way

May 5, 2023

Ms. Susan Higginbotham, CEO
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am happy to submit this letter of commitment between The Abuse Network, Inc., and the Pennsylvania Coalition Against Domestic Violence (PCADV) with a new contract period beginning in FY 2024. As you are aware, The Abuse Network has been, and is currently, a member of the Coalition to provide comprehensive domestic violence prevention, intervention, and crisis services in Mifflin and Juniata Counties as we have for the past 39 years.

We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth of Pennsylvania. Prevention and intervention services will be provided to community members addressing all forms of domestic violence. Services include, but are not limited to, 24-hour hotline; crisis intervention; support counseling; victim advocacy; information and referral; medical, police, and court accompaniment; education awareness; and prevention programs.

The Abuse Network, Inc., has been, is, and will remain committed to working together with PCADV responding to and addressing all forms of domestic violence in the counties we serve now and in the future. Should you have any questions or need further information, please feel free to contact me.

Sincerely,

Crystal Paige
Executive Director

Page 183

www.abusenetwork.org



**PO BOX 170 LEWISBURG, PA 17837 www.transitionsofpa.org**

May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Transitions of PA to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

Transitions of PA has been a subgrantee and member of the Coalition for 43 years and currently provides core services in Union, Snyder, and Northumberland counties, and extended housing related services in Schuylkill, Columbia, Montour, Lycoming, and Clinton counties in addition to the core three. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Mae-Ling Kranz
Chief Executive Officer



444 East Susquehanna Street
Allentown, PA 18103

Phone: 610.797.0530
Fax: 610.797.0585
www.turningpointlv.org

24-Hour Helpline: 610.437.3369
Toll Free: 877.438.4975

May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am honored to provide PCADV with a letter of commitment on behalf of Turning Point of Lehigh Valley to offer comprehensive services related to domestic and intimate partner abuse under a new contract period commencing in fiscal year 2024.

Turning Point of Lehigh Valley has been a committed subgrantee and active member of the Coalition for over forty years, providing services to Lehigh and Northampton counties. We are excited about our ongoing partnership with the Coalition's network of providers, which ensures services for survivors and communities throughout the Commonwealth.  PCADV, as a unique statewide organization, serves as a connector between local service providers, state government agencies, and national advocacy groups. As this connector, PCADV helps ensure that survivors of domestic violence readily have access to the continuum of supports and resources they need.

We are thrilled about the opportunity to continue our work with PCADV and are committed to providing high-quality services that meet the needs of survivors and their families.

Please feel free to contact us if you require any additional information or have any questions. Thank you for allowing us to serve and work alongside PCADV.

Sincerely,

*Lori Syvensky*

Executive Director
Turning Point of Lehigh Valley, Inc.

**Working toward the elimination of domestic violence.**



Serving Wayne and Pike Counties
vipempowers.org

May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Victims'
Intervention Program to provide comprehensive domestic violence prevention and
intervention services through a new contract period beginning in fiscal year 2024.

Victims' Intervention Program has been a subgrantee and member of the Coalition for
35 years and currently provides services in Wayne and Pike Counties. We look
forward to our ongoing work as part of the Coalition's network of providers designed
to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to
contact me.

Sincerely,

Michele Minor Wolf
Executive Director

Page 186

P.O. Box 986, Honesdale, PA 18431        570-296-HELP • 570-253-4401

May 8, 2023

Ms. Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA  17110

Dear Ms. Higginbotham:

On behalf of Victims Resource Center, I am very pleased to write this letter of commitment to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

Victims Resource Center has been providing services to the community for the past 49 years.  Victims Resource Center has been a subgrantee for 35 years and a member of the Coalition for 5 years, providing domestic violence services in Wyoming County.  We look forward to our ongoing work as part of the Coalition's network pf providers designed to ensure services for survivors and communities throughout the Commonwealth.

Please do not hesitate to contact me if you have any questions or if I can provide you with any additional information.

Sincerely,

Suzanne M. Beck, MPA
Chief Executive Officer
Victims Resource Center

**vrc**
**victims resource CENTER**

www.vrcnepa.org

570.823.0766 Office
570.823.9115 Fax

360 East End Centre
Wilkes-Barre, PA 18702
570.823.0765 Hotline

119 Warren Street
Tunkhannock, PA 18657
570.836.5544 Hotline

1001 Mahoning Street
Lehighton, PA 18235
610.379.0151 Hotline

Page 187

24 Hour Hotline:
1-800-400-8551



Victim Outreach Intervention Center

May 11, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of the Victim Outreach Intervention Center to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

Victim Outreach Intervention Center has been a subgrantee and member of the Coalition for approximately twenty-three years and currently provides services in Butler. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Tracy Veri, Ph.D.
Executive Director

CORPORATE OFFICE
111 S. Cliff Street, Suite 1A
Butler, PA, 16001
724-283-8700 phone
724-283-8760 fax
voice@voiceforvictims.com

OUTREACH OFFICE
724-776-5910 phone
724-776-6781 fax

A copy of the official registration and financial information
may be obtained from the Pennsylvania Department of State
by calling toll free within Pennsylvania 1-800-732-0999.
Registration does not imply endorsement.




CFC #76630





May 9, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Women Against Abuse to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

Women Against Abuse has been a subgrantee and member of the Coalition for decades and currently provides services in Philadelphia county. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Joanna Otero-Cruz
Executive Director & President

**ADMINISTRATIVE OFFICE**
100 South Broad Street, Suite 1341
Philadelphia, PA 19110

p. 215 386 1280 | f. 215 964 9121

**LEGAL CENTER**
100 South Broad Street, Suite
1500 Philadelphia, PA 19110

p. 215 686 7082 | f. 215 686 7041

**PHILADELPHIA
DOMESTIC
VIOLENCE HOTLINE**

1 866 723 3014



**WOMEN IN NEED**

1280 Progress Road • Chambersburg, PA 17201
Phone: 717.264.3056 • FAX: 717.264.3168
24-Hour Hotline: 800.621.6660 • www.winservices.org

May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Women In Need to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

Women In Need has been a sub grantee and member of the Coalition for 43 years and currently provides services in Franklin and Fulton counties. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Barbara A. Channing
Executive Director



A copy of the official registration may be obtained from the PA Dept. of State by calling, toll free within PA. 1-800-732-0999 Registration does not imply endorsement.

# WOMEN IN TRANSITION

*Empowering people to change their lives since 1971*

718 Arch Street • Suite 401N • Philadelphia PA 19106
Business (215) 564-5301 • Fax (215) 563-0500 • LifeLine (215) 751-1111 • www.helpwomen.org

May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Women in Transition, Inc. to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in the fiscal year 2024.

Women in Transition, Inc. has been a subgrantee and member of the Coalition for 47 and currently provides services in Philadelphia We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Pamela Henshall
Executive Director

A copy of the official registration and financial information may be obtained from the PA Department of State by calling toll free 1-800-732-0999 within PA. Registration does not imply endorsement.

Donor Option #00533     Member Agency



United Way of Greater Philadelphia and Southern New Jersey



PCADV
Pennsylvania Coalition Against Domestic Violence
Prevention • Intervention • Change



# Women's Center & Shelter
## of Greater Pittsburgh

**Board of Directors**

Erin Gibson Allen
*Chair*

Melissa Tea
Duke Rupert
*Vice Chairs*

Patricia Cattrell
*Treasurer*

Janine Colinear
*Assistant Treasurer*

Susan Baida
*Corporate Secretary*

Rhonda Walters
*Recording Secretary*

Rachel Lorey Allen
Latasha Wilson-Batch
Itha Cao
Richard Citrin
Kiersten Crosby
Jermaine Cuyler
Abigail Gardner
Toya Jones, LCSW, EdD
Philip Kossler
John Lovelace
Kit Needham
Mary Anne Papale
Melissa Pearlman
Monique Polas
Paula Powe, M.D.
Phyllis Stevens
Masha Trainor
Jennifer Woodward, PhD

**Advisory Council**

G. Nicholas Beckwith, III
Karen Craig Brubaker
Kathleen Buechel
Andrea Carelli
Lois O'Connor, Emeritus
John Sylvester
Sally Wiggin
Bunny Wolff

**President/CEO**

Nicole Molinaro

May 9, 2023

Susan Higginbotham

Chief Executive Officer

PCADV

3605 Vartan Way, Suite 101

Harrisburg, PA 17110

Dear Ms. Higginbotham:

On behalf of Women's Center & Shelter of Greater Pittsburgh (WC&S), I am pleased to provide PCADV with a letter of commitment to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

WC&S has been a subgrantee and member of the Coalition since its inception, and currently provides services to over 7,500 survivors annually in Allegheny County. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

If you have any questions or need anything further, please don't hesitate to contact me.

Sincerely,

Nicole Molinaro

President/CEO




Crisis ph 412-687-8005
Crisis txt 412-744-8445

P.O. Box 9024, Pittsburgh PA 15224

*Administration ph* 412-687-8017    *fx* 412-687-3315    *email* info@wcspittsburgh.org    www.wcspittsburgh.org

Women's Center & Shelter of Greater Pittsburgh is a 501(c)(3) organization effective May 2, 1974 – contributions to which are tax deductible to the fullest extent permitted by law. The official registration and financial information of The Women's Center & Shelter of Greater Pittsburgh may be obtained from the Pennsylvania Department of State by calling toll free, within Pennsylvania, 1-800-732-0999. Registration does not imply endorsement.
Mission: We will strengthen our ability to meet the individual and evolving needs of those affected by domestic violence by investing in the growth of our people, deepening community engagement, and amplifying the voices of all survivors.

**The Women's Center, Inc.**
*of*
*Columbia/Montour*
111 North Market Street
Bloomsburg, Pennsylvania 17815
**www.thewomenscenterinc.org**

**Office:** *(570) 784-6632*
**Shelter:** *(570) 784-6631*

**Fax:** *(570) 784-6680*
**E-mail:** *womenctr1@verizon.net*

May 8, 2023

**Board of Directors**

*Rona Anderson*
*President*

*Laura Davis*
*Treasurer*

*Christina Francis*
*Secretary*

*Christy Roberson*
*Executive Director*

*Tina Entzminger*

*Jung Kim*

*Ernesto Perez*

*Meghan Pontz*

*Gretchen Schappert-Frye*

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of The Women's Center, Inc. to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

The Women's Center, Inc. has been a subgrantee and member of the Coalition for over 40 years and currently provides services in Columbia and Montour Counties. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Christy Roberson
Executive Director

*A copy of the official registration and financial information may be obtained from the PA Department of State by calling toll free, within Pennsylvania 1 (800) 732-0999. Registration does not imply endorsement.*

# WOMEN'S CENTER
## OF BEAVER COUNTY

*Empowering Individuals.*

*Educating Communities.*

*Ending Violence.*

May 11, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Women's Center of Beaver County to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

Women's Center of Beaver County has worked in partnership with PCADV providing services for domestic violence survivors in Beaver County for 47 years, since our incorporation in 1976. Women's Center of Beaver County hosted a meeting in Beaver County in 1977 for the Coalition of Centers working with PCADV and subsequently became a subgrantee once a statewide stream of funding became available. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

R. Darlene Thomas
Executive Director



P.O. Box 428, Beaver, Pennsylvania 15009
Administrative (724) 775-2032  |  Helpline 24/7 (724) 775-0131  |  Fax (724) 775-2750
annex@womenscenterbc.org  |  www.womenscenterbc.org



Page 194

 **Women's Center of Montgomery County**

Administrative Office: 2506 N. Broad Street, Suite 203, Colmar, PA 18915 ☎ 215-996-0723

**Locations in Wyncote – Norristown – Pottstown – Bryn Mawr – Colmar – Lansdale – Skippack**

**Toll Free:** 24-Hour Domestic Violence Hotline ☎ 1-800-773-2424

May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

> Re:    Letter of Commitment to Provide Domestic Violence Services

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of the Women's Center of Montgomery County to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

The Women's Center of Montgomery County has been a subgrantee and member of the Coalition for 47 years, beginning as a founding member in 1976, and currently provides services to approximately 4,000 adult survivors each year in Montgomery County. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me via email at mmacaluso@womenscentermc.org or by telephone at 215-635-7346.

Sincerely,

Maria Macaluso
Executive Director



**Women's Resource Center**

We are your safe place.

**Board of Directors**

Brian Rose
*President*

Katherine E. Leahy
*Vice President*

Elaine Shepard
*Secretary*

Becky Bell
*Treasurer*

**Board Members**

Tammy Bonnice
Mark DeStefano
Kate Eary
Trish Fisher
Pat Fricchione Jr.
Kerri Greco
Linda Hansen
Maggie Hawk
Terri Hinton
Linda Keene
Rob Luciani
Bernie Maopolski
Margaret McCormick, CPA
Mike Muller
Caroline Munley, Esq.
Claudia B. Naismith
Terry O'Rourke, IHM
Colleen Pettinato
Jaime Ryan, CPA
Elizabeth Schneider, Esq.
Alycia W. Schwartz
Shubhra Shetty, M.D.
Kirsten Smith
Shelia Stallman
Maria Valvano
Kim Wylam

**Margaret A. Ruddy**
*Executive Director*

**Scranton Office**
P.O. Box 975
Scranton, PA 18501
(570) 346-4671, Hotline
(570) 346-4460, Business
(570) 346-3413, Fax

**Montrose Office**
P.O. Box 202
Montrose, PA 18801
1-800-257-5765, Hotline
(570) 278-1800, Hotline

www.wrcnepa.org

May 9, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of the Women's Resource Center (WRC) to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

WRC has been a subgrantee and member of the Coalition for forty-seven and currently provides services in Lackawanna and Susquehanna Counties. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Peg Ruddy
Executive Director



United Way

Page 196

**Women's Resources of Monroe County, Inc.**

225 J. WILSON DRIVE, P.O. BOX 645 | DELAWARE WATER GAP, PA 18327

OFFICE: 570.424.2093 • FAX: 570.424.2094 • www.wrmonroe.org

May 9, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Women's Resources of Monroe County, Inc. to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

Women's Resources of Monroe County, Inc. has been a subgrantee and member of the Coalition for over 40 years and currently provides services in Monroe County. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Lauren Peterson, MPA

Executive Director

Our mission is to provide a safe and caring environment that encourages healing and empowerment for anyone whose life has been impacted by domestic and sexual violence. We strive to engage our community through awareness, advocacy, and prevention.

**24-Hour Hotline 570.421.4200**

  

Page 197



May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Women's Services to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

Women's Services has been a subgrantee and member of the Coalition for nearly 40 years and currently provides services in Crawford County. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Executive Director



**Your Safe Haven, Inc.**
342 S. Richard St., Ste. 1
Bedford, PA 15522

May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Your Safe Haven, Inc. to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

Your Safe Haven, Inc. has been a subgrantee and member of the Coalition for more than 25 years and currently provides services in Bedford County. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Susan Hawthorne
Executive Director



May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of YWCA Greater Harrisburg to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

YWCA Great Harrisburg has been a subgrantee and member of the Coalition for many years and currently provides services in Dauphin County. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Mary Quinn, CEO





**YWCA Greater Harrisburg**
1101 Market Street, Harrisburg, PA 17103

P 717.234.7931  F 717.234.1779

www.ywcahbg.org

The official registration and financial information for the YWCA Greater Harrisburg can be obtained from the PA Department of the State by calling toll free, within Pennsylvania, 1-800-732-0999. Registration does not imply endorsement.



*Est. 1915* **YWCA** *Continuing to grow…*

*Safety, Stability and Dignity for All*

May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of the YWCA Bradford-Victims' Resource Center to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

The YWCA Bradford- Victims' Resource Center has been a subgrantee and member of the Coalition for several decades and currently provides services in McKean County. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

*Shelley Alcorn*

**Shelley Alcorn** | Program Director
**YWCA Bradford**
**Victims' Resource Center**
24 West Corydon Street
Bradford, PA  16701
**T:** 814.368.4235 Ext.300 **F:** 814.362.2694
www.ywcabradford.org

YWCA Bradford
24 West Corydon Street
Bradford, PA  16701
Tel: 814-368-4235
Fax: 814-362-4638
www.ywcabradford.org



United Way of the
Bradford Area, Inc.



**YWCA IS ON A MISSION**



**Executive Staff**

C. Kim Bracey
*Chief Executive Officer*

**Board of Directors:**

Michelle Pokrifka
*President*

Kristi Riley-Platt,
*President-elect*

Demietra Middleton
*Secretary*

Claire Forbush
*Treasurer*

Korri Colon
*Junior Board President*

**Directors:**

Gwen Baker

Andrea Berry, Ph.D.

Kim Brister

Paula Copeland

Richard Craighead

Rachel Eyster

Irene Hudson, M.Ed.

Debra Lee

Margie Mattis, D.Ed.

Heather Maxfield

Sully Pinos

Brandy Portonova

Cody Santiago

Karin Swartz

Josephine Appell
*Director Emeritus*

May 11, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of YWCA York to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

YWCA York has been a subgrantee and member of the Coalition for over 12 years and currently provides services in York County. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

C. Kim Bracey
Chief Executive Officer

**eliminating racism**
**empowering women**
**ywca**

**YWCA York** 320 East Market Street, York, PA  17403  **P** 717.845.2631  **F** 717.846.9181
www.ywcayork.org

Page 202

May 8, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

**eliminating racism
empowering women**

**ywca**

**Northcentral PA**
815 W. Fourth Street
Williamsport, PA 17701
**P** 570.322.4637
**F** 570.322.3029
**ywcawilliamsport.org**

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of YWCA Northcentral PA, Wise Options, to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

YWCA Northcentral PA, Wise Options has been a subgrantee and member of the Coalition for 46 years and currently provides services in Lycoming County.  We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Dawn M. Linn
CEO

**The YWCA is dedicated to eliminating racism, empowering women
and promoting peace, justice, freedom & dignity for all.**



**LIVE UNITED**

**United Way**

**Lycoming County United Way**

The YWCA is a program partner of the Lycoming County United Way.

**MISSION MOTIVATED**
**COMMUNITY COMMITTED**



**eliminating racism
empowering women**

**ywca**

**Hanover**

Promoting peace, justice, freedom
and dignity for all.

est 1920



Free and confidential services for those
impacted by domestic violence.

**24/7 Hotline: 717-632-0007**

May 10, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of YWCA Hanover Safe Home to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

YWCA Hanover Safe Home has been a subgrantee for four (4) years and member of the Coalition for one (1) year. YWCA Hanover Safe Home currently provides services in Adams County. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Jody Shaffer
CEO

**YWCA Hanover Safe Home**
23 West Chestnut Street, Hanover, PA, 17331
**P** 717.637.2125  **F** 717.637.3516
www.ywcahanover.org
**MISSION MOTIVATED COMMUNITY COMMITTED**

Page 204





**Advocacy * Education * Hope**

*TRAUMA-INFORMED, CLIENT-CENTERED*
*Services to Anyone Impacted*
*by Violence and Crime in*
*Cambria and Somerset Counties*

**Serving Survivors of Sexual Assault, Domestic Violence, and All Other Violent Crimes**

May 9, 2023

Susan Higginbotham
Chief Executive Officer
PCADV
3605 Vartan Way, Suite 101
Harrisburg, PA 17110

Dear Ms. Higginbotham:

I am pleased to provide PCADV with a letter of commitment on behalf of Victim Services Inc. to provide comprehensive domestic violence prevention and intervention services through a new contract period beginning in fiscal year 2024.

Victim Services Inc. has been a subgrantee and member of the Coalition for 2 years and currently provides services in Cambria and Somerset Counties. We look forward to our ongoing work as part of the Coalition's network of providers designed to ensure services for survivors and communities throughout the Commonwealth.

Should you need anything further or have any questions, please don't hesitate to contact me.

Sincerely,

Michael J. Oliver, MA
Chief Executive Officer

**CAMBRIA COUNTY**
638 Ferndale Avenue / Johnstown, PA 15905
814-288-4961  Fax: 814-288-3904

**SOMERSET COUNTY**
433 W. Patriot Street/ Somerset, PA 15501
814-443-1555

**www.victimservicesinc.org**
**1-800-755-1983**

Page 205

**APPENDIX O**

**GRANTEE SUPPORT ASSESSMENT TOOL**

| | |
|---|---|
| Programmatic Risk Score | 0 |
| Fiscal Risk Score | 0 |
| **Grantee:** | |
| Overall Score | 0 |

| # | PROGRAMMATIC ASSESSMENT MEASURES | | ASSESSMENT RATING | APPLICANT RATING SCORE | WEIGHT | HIGH | MEDIUM | LOW |
|---|---|---|---|---|---|---|---|---|
| 1 | Background Checks/Certifications | No certifications/recertification clearances | 3 | | 3 | 9 | 6 | 3 |
| | | Certifications/recertifications complete - not in file | 2 | | | | | |
| | | Certifications/recertifications complete - in file | 1 | | | | | |
| 2 | Timely submission of program reports | Consistent incorrect or late reports | 3 | | 1 | 3 | 2 | 1 |
| | | Intermittent incorrect or late reports | 2 | | | | | |
| | | Consistently provides correct and on-time reports | 1 | | | | | |
| 3 | Confidentiality | Does not adhere to confidentiality | 3 | | 3 | 9 | 6 | 3 |
| | | Non consistent with adhering to confidentiality | 2 | | | | | |
| | | Always adheres to confidentiality | 1 | | | | | |
| 4 | Data Input | Inconsistent data input | 3 | | 1 | 3 | 2 | 1 |
| | | Intermittent incorrect or late data input | 2 | | | | | |
| | | Consistently provides correct and on-time data input | 1 | | | | | |
| 5 | Program Goals | Does not meet program goals as specified in workplan | 3 | | 2 | 6 | 4 | 2 |
| | | Meets most program goals as specified in workplan | 2 | | | | | |
| | | Meets or exceeds program goals as specified in Workplan | 1 | | | | | |
| 6 | Diversity and Inclusion | Does not comply with Federal Guidelines | 1 | | 3 | 6 | ▓ | 3 |
| | | Complies with Federal Guidelines | 0 | | | | | |
| 7 | Greviance | Program has received more than 2 significant complaints or a pattern of complaints in the last year and no corrective action taken | 3 | | 2 | 6 | 4 | 2 |
| | | Program has received 2 significant complaints or a pattern of complaints in the past year and corrective action was taken | 2 | | | | | |
| | | Program has not received any complaints in past year | 1 | | | | | |
| 8 | Staff Turnover | Occurred in 25% or more key service positions in the last year and positions were vacant for more than 30 days | 3 | | 2 | 6 | 4 | 2 |
| | | Occurred in less than 25% of key service positions in the last year and positions were not vacant for more than 30 days | 2 | | | | | |
| | | No staff turnover in key service positions in the last year | 1 | | | | | |
| 9 | Did the grantee attend required meetings (New Grantee Orientation, Delegation, etc.), trainings, or other mandated | Yes | 0 | | 1 | 2 | ▓ | 1 |
| | | No | 1 | | | | | |
| 10 | Prior Monitoring Findings | Moderate to significant findings; corrective action not taken | 3 | | 2 | 6 | 4 | 2 |
| | | Moderate findings; corrective action taken | 2 | | | | | |
| | | None or minor findings; timely corrective action taken | 1 | | | | | |

| # | FINANCIAL RISK MEASURES | | RISK RATING | APPLICANT RATING SCORE | WEIGHT | HIGH | MEDIUM | LOW |
|---|---|---|---|---|---|---|---|---|
| 1 | Cost Allocation Plan | Does not follow Cost Allocation Plan | 3 | | 2 | 6 | 4 | 2 |
| | | Practice does not match Cost Allocation Plan | 2 | 0 | | | | |
| | | Follows Cost Allocation Plan | 1 | | | | | |
| 2 | Number of years the grantee has received funding from PCADV | 0 | 3 | | 2 | 6 | 4 | 2 |
| | | One | 2 | 0 | | | | |
| | | Two or more | 1 | | | | | |
| 3 | Timely submission of financial reports | Two or more late | 3 | | 2 | 6 | 4 | 2 |
| | | One late | 2 | 0 | | | | |
| | | All reports submitted on time | 1 | | | | | |
| 4 | Grantee has undergone the appropriate audit(s) | No outside audit | 3 | | 3 | 9 | 6 | 3 |
| | | Audit with findings | 2 | 0 | | | | |
| | | Audit with findings but remedies underway | 1 | | | | | |
| 5 | Accounting Software | Accounting software cannot produce financial reports from software | 3 | | 3 | 9 | 6 | 3 |
| | | Accounting software can produce specific reports by funding organization | 2 | | | | | |
| | | Accounting software produces specific reports by PCADV funding streams | 1 | | | | | |
| 6 | Findings and questioned costs from audit? | Yes | 1 | | 3 | ▓ | 6 | 3 |
| | | No | 0 | 0 | | | | |
| 7 | Did the grantee lapse any funds at the end of the fiscal year? | Yes, more than $1,000 | 2 | | 2 | 6 | 4 | 2 |
| | | Yes, less than $1,000 | 1 | 0 | | | | |
| | | No | 0 | | | | | |
| 8 | Requests advances for funding? | More than two in the fiscal year | 2 | | 3 | 9 | 6 | 3 |
| | | One in the fiscal year | 1 | 0 | | | | |
| | | None | 0 | | | | | |
| 9 | Is the grantee on provisional status? | Yes | 1 | | 3 | ▓ | 6 | 3 |
| | | No | 0 | 0 | | | | |
| 10 | Timecards | Yes - Activity is allocated to correct funding stream | 3 | | 2 | 4 | 0 | 2 |
| | | No - Activity is not allocated to correct funding streams | 2 | 0 | | | | |

**APPENDIX P**

PCADV TIERED SUPPORT ASSESSMENT
BASED MONITORING

The Tiered Support Assessment is an approach that allows PCADV to offer more support to programs and determine the appropriate strategy for monitoring. The Assessment is used in tandem with PCADV's Standards.

The Tiered Support Assessment identifies risk factors, assigns weight to the various risk factors and determines the appropriate level of support needed for each program. The assessment will allow PCADV to detect potential vulnerabilities in how programs manage grant funds, identify and mitigate other programmatic concerns as well as help determine programs' need for training and technical assistance.

Risk factors to be considered include:

- Compliance with award requirements
- Confidentiality
- Significant or pattern of grievances
- Staff turnover
- Prior monitoring findings
- Financial – cost allocation, reports, audit, timecards, accounting software
- Programmatic and financial reports
- Program goals- performance and progress
- Diversity and inclusion

The assessment will assign programs to one of the following three tiers:

- Tier I – Monthly up-to-yearly on-site monitoring, desk reviews, technical assistance, training, may require corrective action plan
- Tier II – None up to yearly on-site monitoring, desk review, technical assistance
- Tier III – Routine monitoring, desk review, technical assistance

Monitoring activities include the following:

- Desk monitoring
  - Review workplan and programmatic reports to determine if programmatic activities correlate to workplan
  - Follow-up on issues, requests for information and other relevant operating issues
  - Review fiscal and programmatic reports to determine policy implementation as it correlates to spending

- On-site monitoring

- o   Through documentation or observation, review updates that were impractical to obtain remotely
- o   Verify that issues or corrected actions were actually resolved or corrected as reported
- o   Review fiscal and programmatic policies to determine compliance with state and federal guidelines and standards

- Routine monitoring
  - o   DHS required monitoring every 3 years

**Part V – Contractor Partnership Program**

**V-3 RFA Requirements**

Applicant:                         Pennsylvania Coalition Against Domestic Violence
Address:                          3605 Vartan Way, Suite 101, Harrisburg, PA 17110
Telephone:                      717-545-6400
Type of Business:            Non-Profit
Address of Headquarters:   Same as above address
County:                          Dauphin

Point of Contact:             Jenifer Thompson
POC Title:                      Chief Operating Officer
POC Phone Number:         717-545-6400 x 132
POC Email:                      jthompson@pcadv.org
POC Mailing Address:       3605 Vartan Way, Suite 101, Harrisburg, PA 17110

Types of Services Provided in Agreement:
Subgrantees of the Agreement provide domestic violence preventative and supportive services, including counseling, hotline, case management, crisis response, shelter, advocacy, training, technical assistance, and accompaniment.

Types of Services Provided by Applicant:
PCADV provides training, technical assistance, resource development and dissemination, advocacy, supportive services, partnership generation, systems work, and monitoring.

List of Subcontractors:

| A Safe Place, Inc. | 210 North Drive, Suite C | Warren | PA | 16365 | 814-726-1271 |
|---|---|---|---|---|---|
| A Way Out | PO Box 447 | Coudersport | PA | 16915 | 814-274-0368 |
| A Woman's Place | PO Box 299 | Doylestown | PA | 18960 | 215-343-9241 |
| Abuse & Rape Crisis Center | PO Box 186 | Towanda | PA | 18848 | 570-265-5333 |
| Alice Paul House | PO Box 417 | Indiana | PA | 15701 | 724-349-5744 |
| Alle-Kiski Area HOPE Center | PO Box 67 | Tarentum | PA | 15084 | 724-224-1100 |
| AWARE, Inc. | 109 Sharpsville Ave. Suite D | Sharon | PA | 16146 | 724-342-4934 |
| Blackburn Center | PO Box 398 | Greensburg | PA | 15601 | 724-837-9540 |
| CAPSEA | PO Box 464 | Ridgeway | PA | 15853 | 814-772-3838 |
| Centre Safe | 140 West Nittany Avenue | State College | PA | 16801 | 814-234-5222 |
| Center for Victims | 3433 E. Carson St. | Pittsburgh | PA | 15132 | 412-664-7146 |
| Community Action, Inc./ Crossroads Project | 105 Grace Way | Punxsutawney | PA | 15767 | 814-938-3302 |

| | | | | | |
|---|---|---|---|---|---|
| Congreso De Latinos Unidos | 216 W. Somerset St. | Philadelphia | PA | 19133 | 215-763-8870 |
| Crisis Center North | PO Box 101093 | Pittsburgh | PA | 15237 | 412-364-6728 |
| ARISE (formally Crisis Shelter of Lawrence County) | 1218 W. State Street | New Castle | PA | 16101 | 724-652-9206 |
| Domestic Abuse Project/ Family Services of Blair County | 2022 Broad Avenue | Altoona | PA | 16601 | 814-944-3583 |
| Domestic Abuse Project-Delaware County | 14 West 2nd Street | Media | PA | 19063 | 610-565-6272 |
| Domestic Violence Center of Chester County | PO Box 832 | West Chester | PA | 19381 | 610-431-3546 |
| Domestic Violence Intervention of Lebanon County | PO Box 42 | Lebanon | PA | 17042 | 717-273-7154 |
| Domestic Violence Service Center, Inc. | PO Box 2177 | Wilkes-Barre | PA | 18703 | 570-823-6799 |
| Domestic Violence Services of Cumberland & Perry Counties | PO Box 1039 | Carlisle | PA | 17013 | 717-258-4806 |
| Domestic Violence Services of Lancaster County | PO Box 359 | Lancaster | PA | 17608 | 717-299-9677 |
| Domestic Violence Services of Southwestern PA | Administrative Office 371 Low Hill Road | Brownsville | PA | 15417 | 724-223-5481 |
| HAVEN of Tioga County | 48 East Avenue | Wellsboro | PA | 16901 | 570-724-3549 |
| HAVIN, Inc. | PO Box 983 | Kittanning | PA | 16201 | 724-543-1180 |
| Huntingdon House | 401 7th Street | Huntingdon | PA | 16652 | 814-643-2801 |
| Laurel House | PO Box 764 | Norristown | PA | 19404 | 610-277-1860 |
| Lutheran Settlement House/ Bilingual DV Project | 1340 Frankford Avenue | Philadelphia | PA | 19125 | 215-426-8610 |
| PPC Violence Free Network | 716 E. Second Street | Oil City | PA | 16301 | 814-677-4005 |
| Roads to Peace (Formerly Clinton County Women's Center) | 34 West Main Street | Lock Haven | PA | 17745 | 570-748-9539 |

| | | | | | |
|---|---|---|---|---|---|
| SAFE (Stop Abuse for Everyone) | 1302 E. Main Street | Clarion | PA | 16214 | 814-226-1234 |
| Safe Berks | 255 Chestnut Street | Reading | PA | 19602 | 610-373-1206 |
| Safe Journey | 25 W High Street | Union City | PA | 16438 | 814-438-2675 |
| SafeNet | PO Box 1436 | Erie | PA | 16512 | 814-455-1774 |
| Schuylkill Women in Crisis | PO Box 96 | Pottsville | PA | 17901 | 570-622-3991 |
| Sullivan County Victim Services | PO Box 272 | Laporte | PA | 18626 | 570-946-4063 |
| The Abuse Network | PO Box 268 | Lewistown | PA | 17044 | 717-242-0715 |
| Transitions of PA, Inc. | PO Box 170 | Lewisburg | PA | 17837 | 570-523-1134 |
| Turning Point of Lehigh Valley, Inc. | 444 East Susquehanna Street | Allentown | PA | 18103 | 610-797-0530 |
| Victim Outreach Intervention Center | 111 Cliff Street-Rear | Butler | PA | 16001 | 724-776-5910 |
| Victims Intervention Program | PO Box 986 | Honesdale | PA | 18431 | 570-253-4431 |
| Victims Resource Center | 360 East End Centre | Wilkes-Barre | PA | 18702 | 570-823-0765 |
| Victim Services, Inc. (Cambria & Somerset) | 638 Ferndale Avenue | Johnstown | PA | 15905 | 814-288-4961 |
| Women Against Abuse | 100 South Broad Street | Philadelphia | PA | 19110 | 215-386-1280 |
| Women In Need, Inc. | 1280 Progress Road | Chambersburg | PA | 17201 | 717-264-3056 |
| Women In Transition, Inc. | Cast Iron Building 718 Arch Street | Philadelphia | PA | 19106 | 215-564-5301 |
| Women's Center & Shelter of Greater Pittsburgh | PO Box 9024 | Pittsburgh | PA | 15224 | 412-687-8017 |
| Women's Center, Inc. of Columbia/Montour | 111 North Market Street | Bloomsburg | PA | 17815 | 570-784-6632 |
| Women's Resource Center | PO Box 975 | Scranton | PA | 18501 | 570-346-4460 |
| Women's Resources of Monroe County, Inc. | PO Box 645 | Delaware Water Gap | PA | 18327 | 570-424-2093 |
| Women's Services, Inc./The Greenhouse | 204 Spring Street | Meadville | PA | 16335 | 814-724-4637 |
| Women's Center of Beaver County | PO Box 428 | Beaver | PA | 15009 | 724-775-2032 |
| Women's Center of Montgomery County | 8080 Old York Road | Elkins Park | PA | 19027 | 215-635-7344 |
| Your Safe Haven, Inc. | 342 South Richard Street | Bedford | PA | 15522 | 814-623-7664 |
| YWCA Bradford Victims' Resource Center | 24 West Corydon Street | Bradford | PA | 16701 | 814-368-4235 |

| YWCA Hanover Safe Home | 23 W. Chestnut St. | Hanover | PA | 17331 | 717-637-2125 |
|---|---|---|---|---|---|
| YWCA Williamsport/Wise Options | 815 West Fourth Street | Williamsport | PA | 17701 | 570-322-4637 |
| YWCA of Greater Harrisburg/ Domestic Violence Services | 1101 Market Street | Harrisburg | PA | 17103 | 717-234-7931 |
| YWCA York/ACCESS | 320 East Market Street | York | PA | 17403 | 717-845-2631 |

Hiring Target:
Based on 10% of the average of the previous three years new hires, the anticipated PCADV and subgrantee combined hiring target is 32. Total new hires degree and non-degree were 982, with an average of 327.

Type of Positions Anticipated to be Available:
PCADV and subgrantees anticipate having the following types of positions available during the agreement period: counselor advocates, administrative positions, shelter staff, fiscal staff, prevention educators, community educators, training staff, systems advocates, medical advocates, legal advocates, specialists, maintenance staff, hotline staff, intake staff and interns.

Recruitment Strategies for TANF individuals:
PCADV and subgrantees advertise positions in a variety of ways. Positions are posted on PCADV's and subgrantees websites, in the delegation newsletter and in the Pennsylvania Commission on Crime and Delinquency's newsletter. PCADV and subgrantees also post positions on job posting sites and boards. In addition, PCADV seeks out culturally diverse job posting sites to recruit diverse candidate pools. Intentional steps are taken to highlight when a degree is not required.

Methods to retain individuals once employed:
PCADV has an extensive onboarding process that includes domestic violence training, specific training on job responsibilities, meetings with department heads and the management team, assignment of a co-worker champion to support the staff member and serve as a confidant. In addition, individuals are provided opportunities for professional development both for capacity building and gaining new skills. Staff are encouraged to engage in self-care and to contribute to the overall health of the organization. Individuals are engaged in collaborative discussions on their progress in the position and encouraged to provide constructive feedback.

Identify the staff and processes used to meet the CCP requirement: The Chief Operating Officer currently and will continue to submit CPP reporting. At the beginning of the contract, the COO will complete the PA-778 form to determine the hiring target. Each quarter the COO collects information on new hires and terminations internally and from each subgrantee. This information is then input in the Quarterly Employment Report on the Commonwealth Workforce Development System (CWDS).

**V-4 – Agreement Requirements**

PCADV commits to making every effort to meet or exceed the hiring targets set forth in the Agreement. PCADV has exceeded its hiring target under the current contract and intends to continue to enhance opportunities for TANF recipients. PCADV will ensure timely submission of quarterly reports through the CWDS. In addition, PCADV will report outcomes on utilized hiring strategies and demonstrate efforts to hire TANF recipients.

# RIDER 3

| Appendix E | | | |
|---|---|---|---|
| Statewide Domestic Violence and Rape Crisis Services Programs RFA #34-22 | | | |
| Applicant   Pennsylvania Coalition Against Domestic Violence | | | |
| Lot # and Program  Lot 1 Domestic Violence Services | | | |
| | Year 1 | Year 2 | Year 3 |
| **Category I   Personnel Costs (Wages and Salaries and Benefits)** | | | |
| **Wages and Salaries** | | | |
| Position: | Total Agency Costs | Total Agency Costs | Total Agency Costs |
| Chief Executive Officer | $85,203.00 | $117,012.00 | $122,874.00 |
| Executive Coordinator | $42,867.00 | $59,156.00 | $60,931.00 |
| Chief Operating Officer | $61,385.00 | $84,301.00 | $86,830.00 |
| Chief Financial Officer | $51,749.00 | $70,032.00 | $72,133.00 |
| Fiscal Coordinator | $24,960.00 | $34,278.00 | $35,306.00 |
| Grant Reporting Specialist | $48,750.00 | $50,750.00 | $52,273.00 |
| Accounting Specialist | $32,448.00 | $43,913.00 | $45,230.00 |
| HR Manager | $38,826.00 | $53,321.00 | $54,921.00 |
| Director of IT | $31,738.00 | $43,588.00 | $44,896.00 |
| Chief Public Affairs Officer | $0.00 | $0.00 | $0.00 |
| Communications Manager | $38,158.00 | $52,912.00 | $54,499.00 |
| Creative Design Specialist | $34,076.00 | $46,117.00 | $47,501.00 |
| Policy Director | $33,058.00 | $45,399.00 | $46,761.00 |
| Training Institute Manager | $47,414.00 | $65,748.00 | $67,720.00 |
| eLearning Specialist | $15,555.00 | $21,362.00 | $22,003.00 |
| Director of Prevention | $30,153.00 | $41,410.00 | $42,652.00 |
| Prevention Specialist 2 | $16,638.00 | $22,850.00 | $23,536.00 |
| Evaluation Specialist | $15,325.00 | $21,046.00 | $21,677.00 |
| eLearning Specialist 2 | $36,986.00 | $50,793.00 | $52,317.00 |
| eLearning Specialist 3 | $37,499.00 | $51,498.00 | $53,043.00 |
| Contracts Manager | $52,726.00 | $72,410.00 | $74,582.00 |
| Program Fiscal Specialist | $45,510.00 | $63,107.00 | $65,000.00 |
| Program Specialist | $41,102.00 | $56,446.00 | $58,139.00 |
| Health Education Specialist | $30,523.00 | $41,918.00 | $43,176.00 |
| Sr. Training and TA Specialist | $40,324.00 | $55,378.00 | $57,039.00 |
| Training & TA Specialist (IPVILL) | $39,600.00 | $54,384.00 | $56,016.00 |
| Legal Intern 1 | $3,744.00 | $3,875.00 | $4,010.00 |
| Legal Intern 2 | $3,744.00 | $3,875.00 | $4,010.00 |
| Housing Advocacy Specialist | $22,500.00 | $30,900.00 | $31,827.00 |
| Housing Advocacy & Policy Manager | $22,500.00 | $30,900.00 | $31,827.00 |
| Chief Program Services Officer | $71,829.00 | $98,645.00 | $101,604.00 |
| Legal Services Manager | $46,757.00 | $64,212.00 | $66,138.00 |
| TA & Education Manager | $40,845.00 | $56,094.00 | $57,777.00 |
| Sr. Training Specialist | $19,784.00 | $27,169.00 | $27,984.00 |
| Director of Housing | $34,300.00 | $47,105.00 | $48,518.00 |
| Housing Finance Specialist | $13,420.00 | $18,430.00 | $18,983.00 |
| Staff Attorney | $18,725.00 | $25,715.00 | $26,486.00 |
| Special Projects Coordinator | $23,124.00 | $31,757.00 | $32,710.00 |
| Training & TA Coordinator (Legal) | $25,799.00 | $35,430.00 | $36,493.00 |
| Training & TA Coordinator (Ops) | $35,387.00 | $48,597.00 | $50,055.00 |
| VOCA Staff Attorney | $9,797.00 | $13,520.00 | $14,061.00 |
| IT Support Specialist | $21,680.00 | $29,773.00 | $30,666.00 |
| Prevention Manager | $25,838.00 | $35,484.00 | $36,549.00 |
| **Total Wage and Salary Costs** | **$1,412,346.00** | **$1,920,610.00** | **$1,980,753.00** |
| **Benefits** | | | |
| Social Security, Medicare, Health, Unemployment, Workers Comp, Pension, Disabilty and Life Insu | $349,455.25 | $520,435.00 | $537,141.00 |
| **Total Benefits Costs** | **$349,455.25** | **$520,435.00** | **$537,141.00** |
| **Category I   Total Personnel Costs (Wages and Salaries and Benefits)** | **$1,761,801.25** | **$2,441,045.00** | **$2,517,894.00** |
| **Category II   Operating Costs** | | | |
| Occupancy | $147,524.00 | $202,598.00 | $162,167.00 |
| Mail/Postage | $2,378.00 | $3,266.00 | $3,364.00 |
| Telephone/Fax/Internet | $6,322.00 | $8,682.00 | $8,942.00 |
| Printing/Copying | $2,672.00 | $3,704.00 | $3,815.00 |
| Office Supplies | $3,677.00 | $5,050.00 | $5,202.00 |
| Program Supplies | $13,910.00 | $19,102.00 | $12,675.00 |
| Equipment | $14,766.00 | $20,279.00 | $20,887.00 |
| Software | $32,157.00 | $44,162.00 | $45,487.00 |
| Travel | $52,499.00 | $32,500.00 | $26,516.00 |
| Audit | $9,407.00 | $12,919.00 | $13,307.00 |
| Other - Professional Development | $18,959.00 | $26,037.00 | $26,818.00 |
| Other - Dues/Subscriptions | $51,651.00 | $40,034.00 | $41,235.00 |
| Other - Professional Services/Consultants | $149,031.00 | $162,961.00 | $134,030.00 |
| Other - Subgrantee Pass Through | $20,835,607.50 | $27,780,810.00 | $27,780,810.00 |
| **Category II   Total Operating Costs** | **$21,340,560.50** | **$28,362,104.00** | **$28,285,255.00** |
| **Category III   Indirect Cost** | | | |
| Indirect Cost | $0.00 | $0.00 | $0.00 |
| **Category III   Total Indirect Cost** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **TOTAL YEARLY COST** | **$23,102,361.75** | **$30,803,149.00** | **$30,803,149.00** |
| | | | |
| **TOTAL BASE TERM COST** | | **$84,708,659.75** | |

# RIDER 4

Commonwealth of Pennsylvania
STD-274      Rev 11/18/22

## STANDARD GRANT TERMS AND CONDITIONS FOR SERVICES

**1.      TERM OF GRANT**

The term of the Grant shall commence on the Effective Date (as defined below) and shall end on the Expiration Date identified in the Grant, subject to the other provisions of the Grant. The Effective Date shall be fixed after the Grant has been fully executed by the Grantee and by the Commonwealth and all approvals required by Commonwealth procurement procedures have been obtained. The Grant shall not be a legally binding Grant until after the Effective Date is affixed and the fully-executed Grant has been sent to the Grantee. The Grantee shall not start the performance of any work prior to the Effective Date set forth in the Grant and the Commonwealth shall not be liable to pay the Grantee for any service or work performed or expenses incurred before the Effective Date set forth in the Grant. No agency employee has the authority to verbally direct the commencement of any work under this Grant. The Commonwealth reserves the right, upon notice to the Grantee, to extend the term of the Grant for up to three months upon the same terms and conditions.

**2.      INDEPENDENT GRANTEE**

In performing the services required by the Grant, the Grantee will act as an independent Grantee and not as an employee or agent of the Commonwealth. The Grantee will be responsible for all services in this Grant whether or not Grantee provides them directly. Further, the Grantee is the sole point of contact with regard to all agreement matters, including payment of any and all charges resulting from the agreement.

**3.      COMPLIANCE WITH LAW**

The Grantee shall comply with all applicable federal and state laws and regulations and local ordinances in the performance of the Grant.

**4.      ENVIRONMENTAL PROVISIONS**

In the performance of the Grant, the Grantee shall minimize pollution and shall strictly comply with all applicable environmental laws and regulations, including, but not limited to, the Clean Streams Law Act of June 22, 1937 (P.L. 1987, No. 394), as amended, 35 P.S. § 691.1 *et seq*.; the Pennsylvania Solid Waste Management Act, Act of July 7, 1980 (P.L. 380, No. 97), as amended, 35 P.S. § 6018.101 *et seq*.; and the Dam Safety and Encroachment Act, Act of November 26, 1978 (P.L. 1375, No. 325), as amended, 32 P.S. § 693.1 *et seq*.

**5.      POST-CONSUMER RECYCLED CONTENT; RECYCLED CONTENT ENFORCEMENT. (July 2022)**

Except as specifically waived by the Department of General Services in writing, any products which are provided to the Commonwealth as a part of the performance of the Grant must meet the minimum percentage levels for total recycled content as specified by the Environmental Protection Agency in its Comprehensive Procurement Guidelines, which can be found at https://www.epa.gov/smm/comprehensive-procurement-guideline-cpg-program.

The Grantee may be required, after delivery of the Grant item(s), to provide the Commonwealth with documentary evidence that the item(s) was in fact produced with the required minimum percentage of post-consumer and recovered material content.

**6.      COMPENSATION/EXPENSES**

The Grantee shall be required to perform the specified services at the price(s) quoted in the Grant. All services shall be performed within the time period(s) specified in the Grant. The Grantee shall be compensated only for work performed to the satisfaction of the Commonwealth. The Grantee shall not be allowed or paid travel or per diem expenses except as specifically set forth in the Grant.

7.    **INVOICES**

Unless the Grantee has been authorized by the Commonwealth for Evaluated Receipt Settlement or Vendor Self-Invoicing, the Grantee shall send an ***invoice itemized by line item*** to the address referenced on the grant promptly after services are satisfactorily completed. The invoice should include only amounts due under the Grant agreement. The Grant number must be included on all invoices. In addition, the Commonwealth shall have the right to require the Grantee to prepare and submit a "Work In Progress" sheet that contains, at a minimum, the tasks performed, number of hours, hourly rate, and the Grant number or task order to which it refers.

8.    **PAYMENT (July 2022)**

a.   PAYMENT.
   i.    Payment Date.  The Commonwealth shall put forth reasonable efforts to make payment by the required payment date. The required payment date is:
      A.   the date on which payment is due under the terms of the Grant;
      B.   30 days after a proper invoice actually is received at the "Provide Service and Bill To" address if a date on which payment is due is not specified in the Grant (a "proper" invoice is not received until the Commonwealth accepts the service as satisfactorily performed); or
      C.   the payment date specified on the invoice if later than the dates established by (a) and (b) above.
   ii.   Delay; Interest.  Payment may be delayed if the payment amount on an invoice is not based upon the price(s) as stated in the Grant. If any payment is not made within 15 days after the required payment date, the Commonwealth may pay interest as determined by the Secretary of Budget in accordance with Act of December 13, 1982, P.L. 1155, No. 266, 72 P.S. § 1507, (relating to interest penalties on Commonwealth accounts) and accompanying regulations 4 Pa. Code §§ 2.31—2.40 (relating to interest penalties for late payments to qualified small business concerns).
   iii.  Payment should not be construed by the Grantee as acceptance of the service performed by the Grantee. The Commonwealth reserves the right to conduct further testing and inspection after payment, but within a reasonable time after performance, and to reject the service if such post payment testing or inspection discloses a defect or a failure to meet specifications.

b.   OFFSET.
   The Grantee agrees that the Commonwealth may set off the amount of any state tax liability or other obligation of the Grantee or its subsidiaries to the Commonwealth against any payments due the Grantee under any Grant with the Commonwealth.

c.   PURCHASING CARD.
   The Commonwealth shall have the option of using the Commonwealth purchasing card to make purchases under the Grant. The Commonwealth's purchasing card is similar to a credit card in that there will be a small fee which the Grantee will be required to pay and the Grantee will receive payment directly from the card issuer rather than the Commonwealth. Any and all fees related to this type of payment are the responsibility of the Grantee. In no case will the Commonwealth allow increases in prices to offset credit card fees paid by the Grantee or any other charges incurred by the Grantee, unless specifically stated in the terms of the Grant.

d.   AUTOMATED CLEARING HOUSE (ACH) PAYMENTS (July 2021).
   i.    The Commonwealth will make payments to the recipient through ACH. Within 10 days of the Grant award, the Grantee must submit or must have already established its ACH information in the Commonwealth's Master Database. The Grantee will also be able to enroll to receive remittance information via electronic addenda and email (e-Remittance). ACH and e-Remittance information is available at
   ii.   https://www.budget.pa.gov/Services/ForVendors/Pages/Direct-Deposit-and-eRemittance.aspx .
   iii.  The recipient must submit a unique invoice number with each invoice submitted. The unique invoice number will be listed on the Commonwealth's ACH remittance advice to enable the recipient to properly apply the state agency's payment to the respective invoice or program.

iv.    It is the responsibility of the recipient to ensure that the ACH information contained in the Commonwealth's Master Database is accurate and complete. Failure to maintain accurate and complete information may result in delays in payments

9.    **TAXES**

The Commonwealth is exempt from all excise taxes imposed by the Internal Revenue Service and has accordingly registered with the Internal Revenue Service to make tax free purchases under Registration No. 23740001-K. With the exception of purchases of the following items, no exemption certificates are required and none will be issued: undyed diesel fuel, tires, trucks, gas guzzler emergency vehicles, and sports fishing equipment. The Commonwealth is also exempt from Pennsylvania state sales tax, local sales tax, public transportation assistance taxes and fees and vehicle rental tax. The Department of Revenue regulations provide that exemption certificates are not required for sales made to governmental entities and none will be issued. Nothing in this paragraph is meant to exempt a construction Grantee from the payment of any of these taxes or fees which are required to be paid with respect to the purchase, use, rental, or lease of tangible personal property or taxable services used or transferred in connection with the performance of a construction Grant.

10.    **WARRANTY**

The Grantee warrants that all services performed by the Grantee, its agents and subgrantees shall be free and clear of any defects in workmanship or materials. Unless otherwise stated in the Grant, all services and parts are warranted for a period of one year following completion of performance by the Grantee and acceptance by the Commonwealth. The Grantee shall correct any problem with the service and/or replace any defective part with a part of equivalent or superior quality without any additional cost to the Commonwealth.

11.    **PATENT, COPYRIGHT, AND TRADEMARK INDEMNITY**

The Grantee warrants that it is the sole owner or author of, or has entered into a suitable legal agreement concerning either: a) the design of any product or process provided or used in the performance of the Grant which is covered by a patent, copyright, or trademark registration or other right duly authorized by state or federal law or b) any copyrighted matter in any report, document or other material provided to the Commonwealth under the Grant. The Grantee shall defend any suit or proceeding brought against the Commonwealth on account of any alleged patent, copyright or trademark infringement in the United States of any of the products provided or used in the performance of the Grant. This is upon condition that the Commonwealth shall provide prompt notification in writing of such suit or proceeding; full right, authorization and opportunity to conduct the defense thereof; and full information and all reasonable cooperation for the defense of same. As principles of governmental or public law are involved, the Commonwealth may participate in or choose to conduct, in its sole discretion, the defense of any such action. If information and assistance are furnished by the Commonwealth at the Grantee's written request, it shall be at the Grantee's expense, but the responsibility for such expense shall be only that within the Grantee's written authorization. The Grantee shall indemnify and hold the Commonwealth harmless from all damages, costs, and expenses, including attorney's fees that the Grantee or the Commonwealth may pay or incur by reason of any infringement or violation of the rights occurring to any holder of copyright, trademark, or patent interests and rights in any products provided or used in the performance of the Grant. If any of the products provided by the Grantee in such suit or proceeding are held to constitute infringement and the use is enjoined, the Grantee shall, at its own expense and at its option, either procure the right to continue use of such infringement products, replace them with non-infringement equal performance products or modify them so that they are no longer infringing. If the Grantee is unable to do any of the preceding, the Grantee agrees to remove all the equipment or software which are obtained contemporaneously with the infringing product, or, at the option of the Commonwealth, only those items of equipment or software which are held to be infringing, and to pay the Commonwealth: 1) any amounts paid by the Commonwealth towards the purchase of the product, less straight line depreciation; 2) any license fee paid by the Commonwealth for the use of any software, less an amount for the period of usage; and 3) the pro rata portion of any maintenance fee representing the time remaining in any period of maintenance paid for. The obligations of the Grantee under this paragraph continue without time limit. No costs or expenses shall be incurred for the account of the Grantee without its written consent.

12.    **OWNERSHIP RIGHTS**

The Commonwealth shall have unrestricted authority to reproduce, distribute, and use any submitted report, data, or material, and any software or modifications and any associated documentation that is designed or developed and delivered to the Commonwealth as part of the performance of the Grant.

13.    **ASSIGNMENT OF ANTITRUST CLAIMS**

The Grantee and the Commonwealth recognize that in actual economic practice, overcharges by the Grantee's suppliers resulting from violations of state or federal antitrust laws are in fact borne by the Commonwealth. As part of the consideration for the award of the Grant, and intending to be legally bound, the Grantee assigns to the Commonwealth all right, title and interest in and to any claims the Grantee now has, or may acquire, under state or federal antitrust laws relating to the products and services which are the subject of this Grant.

14.    **COMMONWEALTH HELD HARMLESS CLAUSE (July 2022)**

a.    The Grantee shall hold the Commonwealth harmless from and indemnify the Commonwealth against any and all third party claims, demands and actions based upon or arising out of any activities performed by the Grantee and its employees and agents under this Grant, provided the Commonwealth gives Grantee prompt notice of any such claim of which it learns. Pursuant to the Commonwealth Attorneys Act (71 P.S. Section 732-101 *et seq*.), the Office of Attorney General (OAG) has the sole authority to represent the Commonwealth in actions brought against the Commonwealth. The OAG may, however, in its sole discretion and under such terms as it deems appropriate, delegate its right of defense. If OAG delegates the defense to the Grantee, the Commonwealth will cooperate with all reasonable requests of Grantee made in the defense of such suits.

b.    Notwithstanding the above, neither party shall enter into any settlement without the other party's written consent, which shall not be unreasonably withheld. The Commonwealth may, in its sole discretion, allow the Grantee to control the defense and any related settlement negotiations.

15.    **AUDIT PROVISIONS**

The Commonwealth shall have the right, at reasonable times and at a site designated by the Commonwealth, to audit the books, documents, and records of the Grantee to the extent that the books, documents, and records relate to costs or pricing data for the Grant. The Grantee agrees to maintain records which support the prices charged and costs incurred for the Grant. The Grantee shall preserve books, documents, and records that relate to costs or pricing data for the Grant for a period of five years from date of final payment. The Grantee shall give full and free access to all records to the Commonwealth and/or their authorized representatives.

16.    **DEFAULT**

a.    The Commonwealth may, subject to the provisions of Paragraph 17, Force Majeure, and in addition to its other rights under the Grant, declare the Grantee in default by written notice thereof to the Grantee, and terminate (as provided in Paragraph 18, Termination Provisions) the whole or any part of this Grant for any of the following reasons:

     i.    Failure to begin work within the time specified in the Grant or as otherwise specified;

     ii.    Failure to perform the work with sufficient labor, equipment, or material to insure the completion of the specified work in accordance with the Grant terms;

     iii.    Unsatisfactory performance of the work;

     iv.    Failure or refusal to remove material, or remove and replace any work rejected as defective or unsatisfactory;

     v.    Discontinuance of work without approval;

     vi.    Failure to resume work, which has been discontinued, within a reasonable time after notice to do so;

     vii.    Insolvency or bankruptcy;

     viii.    Assignment made for the benefit of creditors;

     ix.    Failure or refusal within 10 days after written notice by the Grant Officer, to make payment or show cause why payment should not be made, of any amounts due for materials furnished, labor supplied or performed, for equipment rentals, or for utility services rendered;

     **x.**    Failure to protect, to repair, or to make good any damage or injury to property;
    **xi.**   Breach of any provision of this Grant;
   **xii.**   Failure to comply with representations made in its application or agreement; or
  **xiii.**  Failure to comply with applicable industry standards, customs and practice.

**b.**   In the event that the Commonwealth terminates this Grant in whole or in part as provided in Subparagraph a. above, the Commonwealth may procure, upon such terms and in such manner as it determines, services similar or identical to those so terminated, and the Grantee shall be liable to the Commonwealth for any reasonable excess costs for such similar or identical services included within the terminated part of the Grant.

**c.**   If the Grant is terminated as provided in Subparagraph a. above, the Commonwealth, in addition to any other rights provided in this paragraph, may require the Grantee to transfer title and deliver immediately to the Commonwealth in the manner and to the extent directed by the Issuing Office, such partially completed work, including, where applicable, reports, working papers and other documentation, as the Grantee has specifically produced or specifically acquired for the performance of such part of the Grant as has been terminated. Except as provided below, payment for completed work accepted by the Commonwealth shall be at the Grant price. Except as provided below, payment for partially completed work including, where applicable, reports and working papers, delivered to and accepted by the Commonwealth shall be in an amount agreed upon by the Grantee and Granting Officer. The Commonwealth may withhold from amounts otherwise due the Grantee for such completed or partially completed works, such sum as the Granting Officer determines to be necessary to protect the Commonwealth against loss.

**d.**   The rights and remedies of the Commonwealth provided in this paragraph shall not be exclusive and are in addition to any other rights and remedies provided by law or under this Grant.

**e.**   The Commonwealth's failure to exercise any rights or remedies provided in this paragraph shall not be construed to be a waiver by the Commonwealth of its rights and remedies in regard to the event of default or any succeeding event of default.

**f.**   Following exhaustion of the Grantee's administrative remedies as set forth in Paragraph 19, the Grantee's exclusive remedy shall be to seek damages in the Board of Claims.

17.    **FORCE MAJEURE**

**a.**   Neither party will incur any liability to the other if its performance of any obligation under this Grant is prevented or delayed by causes beyond its control and without the fault or negligence of either party. Causes beyond a party's control may include, but are not limited to, acts of God or war, changes in controlling law, regulations, orders or the requirements of any governmental entity, severe weather conditions, civil disorders, natural disasters, fire, epidemics and quarantines, general strikes throughout the trade, and freight embargoes.

**b.**   The Grantee shall notify the Commonwealth orally within five days and in writing within 10 days of the date on which the Grantee becomes aware, or should have reasonably become aware, that such cause would prevent or delay its performance. Such notification shall (i) describe fully such cause(s) and its effect on performance, (ii) state whether performance under the Grant is prevented or delayed and (iii) if performance is delayed, state a reasonable estimate of the duration of the delay. The Grantee shall have the burden of proving that such cause(s) delayed or prevented its performance despite its diligent efforts to perform and shall produce such supporting documentation as the Commonwealth may reasonably request. After receipt of such notification, the Commonwealth may elect either to cancel the Grant or to extend the time for performance as reasonably necessary to compensate for the Grantee's delay.

**c.**   In the event of a declared emergency by competent governmental authorities, the Commonwealth by notice to the Grantee, may suspend all or a portion of the Grant.

18.     **TERMINATION PROVISIONS**

The Commonwealth has the right to terminate this Grant for any of the following reasons. Termination shall be effective upon written notice to the Grantee.

a.   **TERMINATION FOR CONVENIENCE:**  The Commonwealth shall have the right to terminate the Grant for its convenience if the Commonwealth determines termination to be in its best interest. The Grantee shall be paid for work satisfactorily completed prior to the effective date of the termination, but in no event shall the Grantee be entitled to recover loss of profits.

b.   **NON-APPROPRIATION:**     The Commonwealth's obligation to make payments during any Commonwealth fiscal year succeeding the current fiscal year shall be subject to availability and appropriation of funds. When funds (state and/or federal) are not appropriated or otherwise made available to support continuation of performance in a subsequent fiscal year period, the Commonwealth shall have the right to terminate the Grant. The Grantee shall be reimbursed for the reasonable value of any nonrecurring costs incurred but not amortized in the price of the supplies or services delivered under this Grant. Such reimbursement shall not include loss of profit, loss of use of money, or administrative or overhead costs. The reimbursement amount may be paid for any appropriations available for that purpose.

c.   **TERMINATION FOR CAUSE:**  The Commonwealth shall have the right to terminate the Grant for Grantee default under Paragraph 16, Default, upon written notice to the Grantee. The Commonwealth shall also have the right, upon written notice to the Grantee, to terminate the Grant for other cause as specified in this Grant or by law. If it is later determined that the Commonwealth erred in terminating the Grant for cause, then, at the Commonwealth's discretion, the Grant shall be deemed to have been terminated for convenience under the Subparagraph 18.a.

19.     **GRANT CONTROVERSIES**

a.   In the event of a controversy or claim arising from the Grant, the Grantee must, within six months after the cause of action accrues, file a written claim with the Granting officer for a determination. The claim shall state all grounds upon which the Grantee asserts a controversy exists. If the Grantee fails to file a claim or files an untimely claim, the Grantee is deemed to have waived its right to assert a claim in any forum. At the time the claim is filed, or within 60 days thereafter, either party may request mediation through the Commonwealth Office of General Counsel Dispute Resolution Program.

b.   If the Grantee or the Grant Officer requests mediation and the other party agrees, the Grant Officer shall promptly make arrangements for mediation. Mediation shall be scheduled so as to not delay the issuance of the final determination beyond the required 120 days after receipt of the claim if mediation is unsuccessful. If mediation is not agreed to or if resolution is not reached through mediation, the Grant Officer shall review timely-filed claims and issue a final determination, in writing, regarding the claim. The final determination shall be issued within 120 days of the receipt of the claim, unless extended by consent of the Granting Officer and the Grantee. The Grant Officer shall send the written determination to the Grantee. If the Grant officer fails to issue a final determination within the 120 days (unless extended by consent of the parties), the claim shall be deemed denied. The Grant Officer's determination shall be the final order of the purchasing agency.

c.   Within 15 days of the mailing date of the determination denying a claim or within 135 days of filing a claim if, no extension is agreed to by the parties, whichever occurs first, the Grantee may file a statement of claim with the Commonwealth Board of Claims. Pending a final judicial resolution of a controversy or claim, the Grantee shall proceed diligently with the performance of the Grant in a manner consistent with the determination of the Grant Officer and the Commonwealth shall compensate the Grantee pursuant to the terms of the Grant.

20. **ASSIGNABILITY AND SUBGRANTING**

a. Subject to the terms and conditions of this Paragraph 20, this Grant shall be binding upon the parties and their respective successors and assigns.

b. The Grantee shall not subgrant with any person or entity to perform all or any part of the work to be performed under this Grant without the prior written consent of the Grant Officer, which consent may be withheld at the sole and absolute discretion of the Grant Officer.

c. The Grantee may not assign, in whole or in part, this Grant or its rights, duties, obligations, or responsibilities hereunder without the prior written consent of the Granting Officer, which consent may be withheld at the sole and absolute discretion of the Grant Officer.

d. Notwithstanding the foregoing, the Grantee may, without the consent of the Grant Officer, assign its rights to payment to be received under the Grant, provided that the Grantee provides written notice of such assignment to the Grant Officer together with a written acknowledgement from the assignee that any such payments are subject to all of the terms and conditions of this Grant.

e. For the purposes of this Grant, the term "assign" shall include, but shall not be limited to, the sale, gift, assignment, pledge, or other transfer of any ownership interest in the Grantee provided, however, that the term shall not apply to the sale or other transfer of stock of a publicly traded company.

f. Any assignment consented to by the Grant Officer shall be evidenced by a written assignment agreement executed by the Grantee and its assignee in which the assignee agrees to be legally bound by all of the terms and conditions of the Grant and to assume the duties, obligations, and responsibilities being assigned.

g. A change of name by the Grantee, following which the Grantee's federal identification number remains unchanged, shall not be considered to be an assignment hereunder. The Grantee shall give the Grant Officer written notice of any such change of name.

21. **NONDISCRIMINATION/SEXUAL HARASSMENT CLAUSE (August 2018)**

The Grantee agrees:

a. In the hiring of any employee(s) for the manufacture of supplies, performance of work, or any other activity required under the grant agreement or any subgrant agreement, contract, or subcontract, the Grantee, a subgrantee, a contractor, a subcontractor, or any person acting on behalf of the Grantee shall not discriminate by reason of race, gender, creed, color, sexual orientation, gender identity or expression, or in violation of the Pennsylvania Human Relations Act (PHRA) and applicable federal laws, against any citizen of this Commonwealth who is qualified and available to perform the work to which the employment relates.

b. The Grantee, any subgrantee, contractor or any subcontractor or any person on their behalf shall not in any manner discriminate by reason of race, gender, creed, color, sexual orientation, gender identity or expression, or in violation of the PHRA and applicable federal laws, against or intimidate any of its employees.

c. Neither the Grantee nor any subgrantee nor any contractor nor any subcontractor nor any person on their behalf shall in any manner discriminate by reason of race, gender, creed, color, sexual orientation, gender identity or expression, or in violation of the PHRA and applicable federal laws, in the provision of services under the grant agreement, subgrant agreement, contract or subcontract.

d. Neither the Grantee nor any subgrantee nor any contractor nor any subcontractor nor any person on their behalf shall in any manner discriminate against employees by reason of participation in or decision to refrain from participating in labor activities protected under the Public Employee Relations Act, Pennsylvania Labor Relations Act or National Labor Relations Act, as applicable and to the extent determined by entities charged with such Acts' enforcement, and shall comply with any provision of law establishing organizations

as employees' exclusive representatives.

e.   The Grantee, any subgrantee, contractor or any subcontractor shall establish and maintain a written nondiscrimination and sexual harassment policy and shall inform their employees in writing of the policy. The policy must contain a provision that sexual harassment will not be tolerated and employees who practice it will be disciplined. Posting this Nondiscrimination/Sexual Harassment Clause conspicuously in easily-accessible and well-lighted places customarily frequented by employees and at or near where the grant services are performed shall satisfy this requirement for employees with an established work site.

f.   The Grantee, any subgrantee, contractor or any subcontractor shall not discriminate by reason of race, gender, creed, color, sexual orientation, gender identity or expression, or in violation of the PHRA and applicable federal laws, against any subgrantee, contractor, subcontractor or supplier who is qualified to perform the work to which the grant relates.

g.   The Grantee and each subgrantee, contractor and subcontractor represents that it is presently in compliance with and will maintain compliance with all applicable federal, state, and local laws and regulations relating to nondiscrimination and sexual harassment. The Grantee and each subgrantee, contractor and subcontractor further represents that it has filed a Standard Form 100 Employer Information Report ("EEO-1") with the U.S. Equal Employment Opportunity Commission ("EEOC") and shall file an annual EEO-1 report with the EEOC as required for employers' subject to Title VII of the Civil Rights Act of 1964, as amended, that have 100 or more employees and employers that have federal government contracts or first-tier subcontracts and have 50 or more employees. The Grantee, any subgrantee, any contractor or any subcontractor shall, upon request and within the time periods requested by the Commonwealth, furnish all necessary employment documents and records, including EEO-1 reports, and permit access to their books, records, and accounts by the granting agency and the Bureau of Diversity, Inclusion and Small Business Opportunities for the purpose of ascertaining compliance with the provisions of this Nondiscrimination/Sexual Harassment Clause.

h.   The Grantee, any subgrantee, contractor or any subcontractor shall include the provisions of this Nondiscrimination/Sexual Harassment Clause in every subgrant agreement, contract or subcontract so that those provisions applicable to subgrantees, contractors or subcontractors will be binding upon each subgrantee, contractor or subcontractor.

i.   The Granter's and each subgrantee's, contractor's and subcontractor's obligations pursuant to these provisions are ongoing from and after the effective date of the grant agreement through the termination date thereof. Accordingly, the Grantee and each subgrantee, contractor and subcontractor shall have an obligation to inform the Commonwealth if, at any time during the term of the grant agreement, it becomes aware of any actions or occurrences that would result in violation of these provisions.

j.   The Commonwealth may cancel or terminate the grant agreement and all money due or to become due under the grant agreement may be forfeited for a violation of the terms and conditions of this Nondiscrimination/Sexual Harassment Clause. In addition, the granting agency may proceed with debarment or suspension and may place the Grantee, subgrantee, contractor, or subcontractor in the Contractor Responsibility File.

22.    **CONTRACTOR INTEGRITY PROVISIONS (January 2015)**

It is essential that those who seek to contract with the Commonwealth observe high standards of honesty and integrity. They must conduct themselves in a manner that fosters public confidence in the integrity of the Commonwealth contracting and procurement process.

a.   **DEFINITIONS.**   For purposes of these Contractor Integrity Provisions, the following terms shall have the meanings found in this Section:
   i.    **"Affiliate"** means two or more entities where (a) a parent entity owns more than fifty percent of the voting stock of each of the entities; or (b) a common shareholder or group of shareholders owns more than fifty percent of the voting stock of each of the entities; or c) the entities have a

common proprietor or general partner.

ii.   **"Consent"** means written permission signed by a duly authorized officer or employee of the Commonwealth, provided that where the material facts have been disclosed, in writing, by prequalification, bid, proposal, or contractual terms, the Commonwealth shall be deemed to have consented by virtue of the execution of this contract.

iii.  **"Contractor"** means the individual or entity, that has entered into this contract with the Commonwealth.

iv.   **"Contractor Related Parties"** means any affiliates of the Contractor and the Contractor's executive officers, Pennsylvania officers and directors, or owners of 5 percent or more interest in the Contractor.

v.    **"Financial Interest"** means either:
   A.   Ownership of more than a five percent interest in any business; or
   B.   Holding a position as an officer, director, trustee, partner, employee, or holding any position of management.

vi.   **"Gratuity"** means tendering, giving, or providing anything of more than nominal monetary value including, but not limited to, cash, travel, entertainment, gifts, meals, lodging, loans, subscriptions, advances, deposits of money, services, employment, or contracts of any kind. The exceptions set forth in the *Governor's Code of Conduct, Executive Order 1980-18*, the *4 Pa. Code §7.153(b)*, shall apply.

vii.  **"Non-bid Basis"** means a contract awarded or executed by the Commonwealth with Contractor without seeking bids or proposals from any other potential bidder or offeror.

b.   In furtherance of this policy, Contractor agrees to the following:

   i.    Contractor shall maintain the highest standards of honesty and integrity during the performance of this contract and shall take no action in violation of state or federal laws or regulations or any other applicable laws or regulations, or other requirements applicable to Contractor or that govern contracting or procurement with the Commonwealth.

   ii.   Contractor shall establish and implement a written business integrity policy, which includes, at a minimum, the requirements of these provisions as they relate to the Contractor activity with the Commonwealth and Commonwealth employees and which is made known to all Contractor employees. Posting these Contractor Integrity Provisions conspicuously in easily-accessible and well-lighted places customarily frequented by employees and at or near where the contract services are performed shall satisfy this requirement.

   iii.  Contractor, its affiliates, agents, employees and anyone in privity with Contractor shall not accept, agree to give, offer, confer, or agree to confer or promise to confer, directly or indirectly, any gratuity or pecuniary benefit to any person, or to influence or attempt to influence any person in violation of any federal or state law, regulation, executive order of the Governor of Pennsylvania, statement of policy, management directive or any other published standard of the Commonwealth in connection with performance of work under this contract, except as provided by this contract.

   iv.   Contractor shall not have a financial interest in any other contractor, subcontractor, or supplier providing services, labor, or material under this contract, unless the financial interest is disclosed to the Commonwealth in writing and the Commonwealth consents to Contractor's financial interest prior to Commonwealth execution of the contract. Contractor shall disclose the financial interest to the Commonwealth at the time of bid or proposal submission, or if no bids or proposals are solicited, no later than Contractor's submission of the contract signed by the Contractor.

   v.    Contractor certifies to the best of its knowledge and belief that within the last five (5) years Contractor or Contractor Related Parties have not:
      A.   been indicted or convicted of a crime involving moral turpitude or business honesty or integrity in any jurisdiction;
      B.   been suspended, debarred or otherwise disqualified from entering into any contract with any governmental agency;
      C.   had any business license or professional license suspended or revoked;
      D.   had any sanction or finding of fact imposed as a result of a judicial or administrative proceeding related to fraud, extortion, bribery, bid rigging, embezzlement, misrepresentation or anti-trust; and

E.  been, and is not currently, the subject of a criminal investigation by any federal, state or local prosecuting or investigative agency and/or civil anti-trust investigation by any federal, state or local prosecuting or investigative agency.

If Contractor cannot so certify to the above, then it must submit along with its bid, proposal or contract a written explanation of why such certification cannot be made and the Commonwealth will determine whether a contract may be entered into with the Contractor. The Contractor's obligation pursuant to this certification is ongoing from and after the effective date of the contract through the termination date thereof. Accordingly, the Contractor shall have an obligation to immediately notify the Commonwealth in writing if at any time during the term of the contract if becomes aware of any event which would cause the Contractor's certification or explanation to change. Contractor acknowledges that the Commonwealth may, in its sole discretion, terminate the contract for cause if it learns that any of the certifications made herein are currently false due to intervening factual circumstances or were false or should have been known to be false when entering into the contract.

vi.  Contractor shall comply with the requirements of the *Lobbying Disclosure Act (65 Pa.C.S. §13A01 et seq.)* regardless of the method of award. If this contract was awarded on a Non-bid Basis, Contractor must also comply with the requirements of the *Section 1641 of the Pennsylvania Election Code (25 P.S. §3260a)*.

vii.  When Contractor has reason to believe that any breach of ethical standards as set forth in law, the Governor's Code of Conduct, or these Contractor Integrity Provisions has occurred or may occur, including but not limited to contact by a Commonwealth officer or employee which, if acted upon, would violate such ethical standards, Contractor shall immediately notify the Commonwealth contracting officer or the Office of the State Inspector General in writing.

viii.  Contractor, by submission of its bid or proposal and/or execution of this contract and by the submission of any bills, invoices or requests for payment pursuant to the contract, certifies and represents that it has not violated any of these Contractor Integrity Provisions in connection with the submission of the bid or proposal, during any contract negotiations or during the term of the contract, to include any extensions thereof. Contractor shall immediately notify the Commonwealth in writing of any actions for occurrences that would result in a violation of these Contractor Integrity Provisions. Contractor agrees to reimburse the Commonwealth for the reasonable costs of investigation incurred by the Office of the State Inspector General for investigations of the Contractor's compliance with the terms of this or any other agreement between the Contractor and the Commonwealth that results in the suspension or debarment of the Contractor. Contractor shall not be responsible for investigative costs for investigations that do not result in the Contractor's suspension or debarment.

ix.  Contractor shall cooperate with the Office of the State Inspector General in its investigation of any alleged Commonwealth agency or employee breach of ethical standards and any alleged Contractor non-compliance with these Contractor Integrity Provisions. Contractor agrees to make identified Contractor employees available for interviews at reasonable times and places. Contractor, upon the inquiry or request of an Inspector General, shall provide, or if appropriate, make promptly available for inspection or copying, any information of any type or form deemed relevant by the Office of the State Inspector General to Contractor's integrity and compliance with these provisions. Such information may include, but shall not be limited to, Contractor's business or financial records, documents or files of any type or form that refer to or concern this contract. Contractor shall incorporate this paragraph in any agreement, contract or subcontract it enters into in the course of the performance of this contract/agreement solely for the purpose of obtaining subcontractor compliance with this provision. The incorporation of this provision in a subcontract shall not create privity of contract between the Commonwealth and any such subcontractor, and no third-party beneficiaries shall be created thereby.

x.  For violation of any of these Contractor Integrity Provisions, the Commonwealth may terminate this and any other contract with Contractor, claim liquidated damages in an amount equal to the value of anything received in breach of these Provisions, claim damages for all additional costs and expenses incurred in obtaining another contractor to complete performance under this contract, and debar and suspend Contractor from doing business with the Commonwealth. These rights and

remedies are cumulative, and the use or non-use of any one shall not preclude the use of all or any other. These rights and remedies are in addition to those the Commonwealth may have under law, statute, regulation, or otherwise.

**23.    GRANTEE RESPONSIBILITY PROVISIONS (December 2020)**

For the purpose of these provisions, the term Contractor is defined as any person, including, but not limited to, a bidder, offeror, loan recipient, grantee or lessor, who has furnished or performed or seeks to furnish or perform, goods, supplies, services, leased space, construction or other activity, under a contract, grant, lease, purchase order or reimbursement agreement with the Commonwealth of Pennsylvania (Commonwealth). The term Contractor includes a permittee, licensee, or any agency, political subdivision, instrumentality, public authority, or other public entity in the Commonwealth.

a.    The Contractor certifies, in writing, for itself and its subcontractors required to be disclosed or approved by the Commonwealth, that as of the date of its execution of this Bid/Contract, that neither the Contractor, nor any such subcontractors, are under suspension or debarment by the Commonwealth or any governmental entity, instrumentality, or authority and, if the Contractor cannot so certify, then it agrees to submit, along with its Bid/Contract, a written explanation of why such certification cannot be made.

b.    The Contractor also certifies, in writing, that as of the date of its execution of this Bid/Contract it has no tax liabilities or other Commonwealth obligations, or has filed a timely administrative or judicial appeal if such liabilities or obligations exist, or is subject to a duly approved deferred payment plan if such liabilities exist.

c.    The Contractor's obligations pursuant to these provisions are ongoing from and after the effective date of the Contract through the termination date thereof. Accordingly, the Contractor shall have an obligation to inform the Commonwealth if, at any time during the term of the Contract, it becomes delinquent in the payment of taxes, or other Commonwealth obligations, or if it or, to the best knowledge of the Contractor, any of its subcontractors are suspended or debarred by the Commonwealth, the federal government, or any other state or governmental entity. Such notification shall be made within 15 days of the date of suspension or debarment.

d.    The failure of the Contractor to notify the Commonwealth of its suspension or debarment by the Commonwealth, any other state, or the federal government shall constitute an event of default of the Contract with the Commonwealth.

e.    The Contractor agrees to reimburse the Commonwealth for the reasonable costs of investigation incurred by the Office of State Inspector General for investigations of the Contractor's compliance with the terms of this or any other agreement between the Contractor and the Commonwealth that results in the suspension or debarment of the contractor. Such costs shall include, but shall not be limited to, salaries of investigators, including overtime; travel and lodging expenses; and expert witness and documentary fees. The Contractor shall not be responsible for investigative costs for investigations that do not result in the Contractor's suspension or debarment.

f.    The Contractor may search the current list of suspended and debarred Commonwealth contractors by visiting the eMarketplace website at http://www.emarketplace.state.pa.us and clicking the Debarment List tab.

**24.    PROVISIONS CONCERNING THE AMERICANS WITH DISABILITIES ACT (April 2019)**

a.    Pursuant to federal regulations promulgated under the authority of The Americans With Disabilities Act, 28 C.F.R. § 35.101 *et seq*., the Grantee understands and agrees that it shall not cause any individual with a disability to be excluded from participation in this Grant or from activities provided for under this Contract on the basis of the disability. As a condition of accepting this contract, the Grantee agrees to comply with the "General Prohibitions Against Discrimination," 28 C.F.R. § 35.130, and all other regulations.

b.    The Grantee shall be responsible for and agrees to indemnify and hold harmless the Commonwealth from

all losses, damages, expenses, claims, demands, suits, and actions brought by any party against the Commonwealth as a result of the Grantee's failure to comply with the provisions of subparagraph a. above.

25.    **HAZARDOUS SUBSTANCES (August 2018)**

The Grantee shall provide information to the Commonwealth about the identity and hazards of hazardous substances supplied or used by the Grantee in the performance of the Grant. The Grantee must comply with Act 159 of October 5, 1984, known as the "Worker and Community Right to Know Act" (the "Act") and the regulations promulgated pursuant thereto at 34 Pa. Code Section 301.1 *et seq*.

a.    Labeling. The Grantee shall insure that each individual product (as well as the carton, container or package in which the product is shipped) of any of the following substances (as defined by the Act and the regulations) supplied by the Grantee is clearly labeled, tagged or marked with the information listed in Paragraph (i) through (iv):

    **i.**    Hazardous substances:
        **A.**  The chemical name or common name,
        **B.**  A hazard warning, and
        **C.**  The name, address, and telephone number of the manufacturer.

    **ii.**    Hazardous mixtures:
        **A.**  The common name, but if none exists, then the trade name,
        **B.**  The chemical or common name of special hazardous substances comprising .01% or more of the mixture,
        **C.**  The chemical or common name of hazardous substances consisting 1.0% or more of the mixture,
        **D.**  A hazard warning, and
        **E.**  The name, address, and telephone number of the manufacturer.

    **iii.**    Single chemicals:
        **A.**  The chemical name or the common name,
        **B.**  A hazard warning, if appropriate, and
        **C.**  The name, address, and telephone number of the manufacturer.

    **iv.**    Chemical Mixtures:
        **A.**  The common name, but if none exists, then the trade name,
        **B.**  A hazard warning, if appropriate,
        **C.**  The name, address, and telephone number of the manufacturer, and
        **D.**  The chemical name or common name of either the top five substances by volume or those substances consisting of 5.0% or more of the mixture.

A common name or trade name may be used only if the use of the name more easily or readily identifies the true nature of the hazardous substance, hazardous mixture, single chemical, or mixture involved.

Container labels shall provide a warning as to the specific nature of the hazard arising from the substance in the container.

The hazard warning shall be given in conformity with one of the nationally recognized and accepted systems of providing warnings, and hazard warnings shall be consistent with one or more of the recognized systems throughout the workplace. Examples are:

- NFPA 704, Identification of the Fire Hazards of Materials.

- National Paint and Coatings Association: Hazardous Materials Identification System.

- American Society for Testing and Materials, Safety Alert Pictorial Chart.

- American National Standard Institute, Inc., for the Precautionary Labeling of Hazardous Industrial Chemicals.

Labels must be legible and prominently affixed to and displayed on the product and the carton, container, or package so that employees can easily identify the substance or mixture present therein.

**b.** Material Safety Data Sheet. The Grantee shall provide Material Safety Data Sheets (MSDS) with the information required by the Act and the regulations for each hazardous substance or hazardous mixture. The Commonwealth must be provided an appropriate MSDS with the initial shipment and with the first shipment after an MSDS is updated or product changed. For any other chemical, the Grantee shall provide an appropriate MSDS, if the manufacturer, importer, or supplier produces or possesses the MSDS. The Grantee shall also notify the Commonwealth when a substance or mixture is subject to the provisions of the Act. Material Safety Data Sheets may be attached to the carton, container, or package mailed to the Commonwealth at the time of shipment.

## 26.    COVENANT AGAINST CONTINGENT FEES

The Grantee warrants that no person or selling agency has been employed or retained to solicit or secure the Grant upon an agreement or understanding for a commission, percentage, brokerage, or contingent fee, except bona fide employees or bona fide established commercial or selling agencies maintained by the Grantee for the purpose of securing business. For breach or violation of this warranty, the Commonwealth shall have the right to terminate the Grant without liability or in its discretion to deduct from the Grant price or consideration, or otherwise recover the full amount of such commission, percentage, brokerage, or contingent fee.

## 27.    APPLICABLE LAW

This Grant shall be governed by and interpreted and enforced in accordance with the laws of the Commonwealth of Pennsylvania (without regard to any conflict of laws provisions) and the decisions of the Pennsylvania courts. The Grantee consents to the jurisdiction of any court of the Commonwealth of Pennsylvania and any federal courts in Pennsylvania, waiving any claim or defense that such forum is not convenient or proper. The Grantee agrees that any such court shall have in personam jurisdiction over it, and consents to service of process in any manner authorized by Pennsylvania law.

## 28.    INTEGRATION

The Grant, including all referenced documents, constitutes the entire agreement between the parties. No agent, representative, employee, or officer of either the Commonwealth or the Grantee has authority to make, or has made, any statement, agreement, or representation, oral or written, in connection with the Grant, which in any way can be deemed to modify, add to, or detract from, or otherwise change or alter its terms and conditions. No negotiations between the parties, nor any custom or usage, shall be permitted to modify or contradict any of the terms and conditions of the Grant. No modifications, alterations, changes, or waiver to the Grant or any of its terms shall be valid or binding unless accomplished by a written amendment signed by both parties. All such amendments will be made using the appropriate Commonwealth form.

## 29.    CHANGES

The Commonwealth reserves the right to issue change orders at any time during the term of the Grant or any renewals or extensions thereof: 1) to increase or decrease the quantities resulting from variations between any estimated quantities in the Grant and actual quantities; 2) to make changes to the services within the scope of the Grant; 3) to notify the Grantee that the Commonwealth is exercising any Grant renewal or extension option; or 4) to modify the time of performance that does not alter the scope of the Grant to extend the completion date beyond the Expiration Date of the Grant or any renewals or extensions thereof. Any such change order shall be in writing signed by the Granting Officer. The change order shall be effective as of the date appearing on the change order unless the change order specifies a later effective date. Such increases, decreases, changes, or modifications will not invalidate the Grant, nor, if performance security is being furnished in conjunction with the Grant, release the security obligation. The Grantee agrees to provide the service in accordance with the change order. Any dispute by the Grantee regarding the performance required under any change order shall be handled through Paragraph 19, "Grant Controversies".

For purposes of this Grant, "change order" is defined as a written order signed by the Grant Officer directing the Grantee to make changes authorized under this clause.

30.    **RIGHT TO KNOW LAW (April 2019)**

   a.   The Pennsylvania Right-to-Know Law, 65 P.S. §§ 67.101-3104, ("RTKL") applies to this Contract. For the purpose of these provisions, the term "the Commonwealth" shall refer to the granting Commonwealth agency.

   b.   If the Commonwealth needs the Grantee's or subgrantee's assistance in any matter arising out of the RTKL related to this Grant Agreement, it shall notify the Grantee or subgrantee using the legal contact information provided in the Grant Agreement. The Grantee or subgrantee, at any time, may designate a different contact for such purpose upon reasonable prior written notice to the Commonwealth.

   c.   Upon written notification from the Commonwealth that it requires Grantee's or subgrantee's assistance in responding to a request under the RTKL for information related to this Grant Agreement that may be in Grantee's or subgrantee's possession, constituting, or alleged to constitute, a public record in accordance with the RTKL ("Requested Information"), Grantee or subgrantee shall:
       i.   Provide the Commonwealth, within ten (10) calendar days after receipt of written notification, access to, and copies of, any document or information in Grantee's or subgrantee's possession arising out of this Grant Agreement that the Commonwealth reasonably believes is Requested Information and may be a public record under the RTKL; and
       ii.  Provide such other assistance as the Commonwealth may reasonably request, in order to comply with the RTKL with respect to this Grant Agreement.

   d.   If Grantee or Subgrantee considers the Requested Information to include a request for a Trade Secret or Confidential Proprietary Information, as those terms are defined by the RTKL, or other information that Grantee or subgrantee considers exempt from production under the RTKL, Grantee or Subgrantee must notify the Commonwealth and provide, within seven (7) calendar days of receiving the written notification, a written statement signed by a representative of Grantee or subgrantee explaining why the requested material is exempt from public disclosure under the RTKL.

   e.   The Commonwealth will rely upon the written statement from Grantee or subgrantee in denying a RTKL request for the Requested Information unless the Commonwealth determines that the Requested Information is clearly not protected from disclosure under the RTKL. Should the Commonwealth determine that the Requested Information is clearly not exempt from disclosure, Grantee or subgrantee shall provide the Requested Information within five business days of receipt of written notification of the Commonwealth's determination.

   f.   If Grantee or Subgrantee fails to provide the Requested Information within the time period required by these provisions, Grantee or Subgrantee shall indemnify and hold the Commonwealth harmless for any damages, penalties, costs, detriment or harm that the Commonwealth may incur as a result of Grantee's or Subgrantee's failure, including any statutory damages assessed against the Commonwealth.

   g.   The Commonwealth will reimburse Grantee or subgrantee for any costs associated with complying with these provisions only to the extent allowed under the fee schedule established by the office of Open Records or as otherwise provided by the RTKL if the fee schedule is inapplicable.

   h.   Grantee or subgrantee may file a legal challenge to any Commonwealth decision to release a record to the public with the Office of Open Records, or in the Pennsylvania Courts, however, Grantee or subgrantee shall indemnify the Commonwealth for any legal expenses incurred by the Commonwealth as a result of such a challenge and shall hold the Commonwealth harmless for any damages, penalties, costs, detriment or harm that the Commonwealth may incur as a result of Grantee's or subgrantee's failure, including any statutory damages assessed against the Commonwealth, regardless of the outcome of such legal challenge. As between the parties, Grantee or subgrantee agrees to waive all rights or remedies that may be available to it as a result of the Commonwealth's disclosure of Requested Information pursuant to the RTKL.

**i.** The Grantee's or Subgrantee's duties relating to the RTKL are continuing duties that survive the expiration of this Grant Agreement and shall continue as long as the Grantee or Subgrantee has Requested Information in its possession.

# RIDER 5

**DEPARTMENT OF HUMAN SERVICES**
**ADDENDUM TO**
**STANDARD TERMS AND CONDITIONS**

**A.   APPLICABILITY**

This Addendum supplements the Standard Terms and Conditions. Certain terms contained herein may not be applicable to all the services which may be provided through Department contracts or agreements.

**B.   CONFIDENTIALITY**

The parties shall not use or disclose any information about a recipient of the services to be provided under this Agreement for any purpose not connected with the parties' contract responsibilities except with written consent of such recipient, recipient's attorney, or recipient's parent or legal guardian.

**C.   INFORMATION**

During the period of the Contract, upon request, Contractor shall make immediately available to the Department all information obtained by Contractor through work on the Contract. If requested, the Contractor shall deliver to the Department background material prepared or obtained by Contractor incident to the performance of the Contract. Background material is defined as original work, papers, notes and drafts prepared by Contractor to support the data and conclusions in final reports, and includes completed questionnaires, materials in electronic data processing form, computer programs, other printed materials, pamphlets, maps, drawings and all data directly related to the services being rendered.

**D.   CERTIFICATION AND LICENSING**

Contractor will have all licenses, certifications and permits from Federal, State and Local authorities permitting it to carry on its activities under the Contract.

**E.   PROGRAM SERVICES**

Definitions of services, eligibility of recipients for service and other limitations in this Agreement are subject to modification by amendments to Federal, State and Local laws, regulations and program requirements without further notice Grantee.

**F.   PRO-CHILDREN ACT OF 1994**

Contractor shall comply with the requirements of the Pro-Children Act of 1994; Part C-Environment Tobacco Smoke that requires that smoking not be permitted in any portion of an indoor facility owned or leased or contracted by an entity and used routinely or regularly for the provision of health care services, day care and education to children under the age of 18, if the services are funded by Federal programs whether directly or through State and Local governments. Federal programs include grants, cooperative agreements, loans or loan guarantees and contracts. The law does not apply to children's services provided in private residences, facilities funded solely by Medicare or Medicaid funds, and portions of facilities used for inpatient drug and alcohol treatment.

**G.   MEDICARE/MEDICAID REIMBURSEMENT**

1.   To the extent that services are furnished by contractors, subcontractors, grantees, subgrantees or related organizations and services are in whole or in part claimed by the Commonwealth for Medicare or Medical Assistance reimbursement, Contractor shall comply with 42 C.F.R. Part 420, including:

   a.   Preservation of books, documents and records until the expiration of five years after the services are furnished under the Contract.

   b.   Full and free access to (i) the Commonwealth, (ii) the U.S. Inspector General, (iii) the U.S. Department of Health and Human Services, and their authorized representatives.

2. By submitting a Proposal, Contractor certifies under penalty of law that it has not been precluded from participation or terminated from any federally funded health care program and shall notify the Departmetn immediately should a preclusion or termination occur.

## H. PROPERTY AND SUPPLIES

1. Contractor shall obtain all supplies and equipment for use in the performance of the Contract at the lowest practicable cost and shall purchase by means of competitive bidding when required by law.

2. Title to property furnished in-kind by the Department shall remain the property of the Department.

3. Department property shall, unless otherwise approved in writing by the Department, be used only for the performance of the Contract.

4. If Contractor is indemnified, reimbursed or otherwise compensated for any loss, destruction or damage to Department Property, it shall use the proceeds to replace, repair or renovate the property involved, or shall credit such proceeds against the cost of the work covered by the Contract, or shall reimburse the Department, at the Department's direction.

## I. COVENANT AGAINST CONTINGENT FEES

Contractor warrants that no person or agency has been employed or retained to solicit or secure the Contract upon an agreement or understanding for a commission, percentage, brokerage or contingent fee (excepting bona fide employees or bona fide established commercial or agencies maintained by Contractor for the purpose of securing business). For breach of this warranty, the Department shall have the right to void the Contract without liability or, in its discretion, to deduct from the consideration otherwise due, or otherwise recover, the full amount of such commission, percentage, and brokerage or contingent fee.

## J. CONTRACTOR RESPONSIBILITY TO EMPLOY DHS CLIENTS

1. The Contractor's Contractor Partnership Program (CPP) submittal and RFA CPP requirements become part of the Agreement. Contractor shall submit any proposed changes to the Office of Income Maintenance CPP Division. If the Contract is assigned to another contractor, the new contractor must maintain the CPP requirements of the original Agreement.

2. Contractor shall, within 10 days of receiving the Effective Date of the Contract, register in the Commonwealth Workforce Development System (CWDS).

3. As specified in RFA, Contractor must submit Quarterly Employment Reports to the Office of Income Maintenance Central Office of Employment and Training – CPP Division. Contractor may not revise, alter, or re-create the Quarterly Employment Report form. On a quarterly basis, Contractor shall provide information on the use and outcomes of hiring strategies and demonstrating good faith efforts to hire TANF beneficiaries.

4. If Contractor is non-compliant, the CPP Division will contact the Contract Administrator to request corrective action.

## K. AUDIT CLAUSE

This Agreement is subject to audit in accordance with the attached Audit Clause.

## SUBRECIPIENT / CONTRACTOR AUDITS

### AUDIT CLAUSE A/B – SUBRECIPIENT

The Commonwealth of Pennsylvania, Department of Human Services (DHS), distributes federal and state funds to local governments, non-profit, and for-profit organizations.  Federal expenditures are subject to federal audit requirements, and federal and state funding passed through DHS are subject to DHS audit requirements.  Any federal statute prescribing specific policies or specific requirements that differ from the standards provided herein shall govern.  The DHS provides the following audit requirements in accordance with the Commonwealth of Pennsylvania, Governor's Office, Management Directive 325.09, as amended January 10, 2022.

**Subrecipient** means a non-federal entity that expends federal awards received from a pass-through entity to carry out a federal program but does not include an individual that is a beneficiary of such a program.  A subrecipient may also be a recipient of other federal awards received directly from a federal awarding agency (see 2 CFR Part 200 § 200.93). For purposes of this audit clause, a subrecipient **is not** a contractor as defined in 2 CFR Part 200 § 200.23.

Subrecipients must comply with all federal audit requirements and any other applicable law or regulation, as well as any other applicable law or regulation that may be enacted or promulgated by the federal government.

A. **Federal Audit Requirements**

**Federal Audit Requirements Specific to Local Governments and Nonprofit Organizations**

If a local government or nonprofit organization expends federal awards of $750,000 or more during its fiscal year, received either directly from the federal government, indirectly from a pass-through entity, or a combination of both, to carry out a federal program, it **is required** to have an audit conducted in accordance with the provisions outlined in 2 CFR Part 200.501, *Audit Requirements*.

**Federal Audit Requirements Specific to For-Profit Organizations**

A for-profit organization **is required** to have an audit if it expends a total of $750,000 or more in federal funds under one or more Department of Health and Human Services (DHHS) federal awards.  Title 45, CFR 75.501(i) incorporates the thresholds and deadlines of 2 CFR Part 200 as amended, and provides for-profit organizations with two options regarding the type of audit that will satisfy the audit requirements:

1. A financial audit conducted in accordance with generally accepted *Government Auditing Standards* (The Yellow Book), revised; or

2. An audit that meets the requirements contained in 2 CFR Part 200.

**Federal Audit Requirements Applicable to Local Governments and Nonprofit Organizations, and to For-Profit Organizations**

If a subrecipient expends **total federal awards of less than $750,000** during its fiscal year, it is exempt from these **federal** audit requirements, but is required to maintain auditable records of federal or state funds that supplement such awards.  Records must be available for review by appropriate officials.  **Although an audit may not be necessary under the federal requirements, DHS audit requirements may be applicable.**

# SUBRECIPIENT / CONTRACTOR AUDITS

## AUDIT CLAUSE A/B – SUBRECIPIENT

**B.  DHS Audit Requirements**

**Subrecipients must meet the following DHS audit requirements:**

Where a Single Audit or program-specific audit is conducted in accordance with the federal audit requirements referenced above, DHS will accept such audit provided that:

1.  A full copy of the audit report is submitted as detailed below; **and**

2.  The subrecipient shall ensure that the audit requirements are met for the terms of this contract; i.e., the prescribed Agreed-Upon Procedures (AUP) Report(s) and applicable schedule requirement(s).  The incremental cost for preparation of the AUP Report(s) and the schedule cannot be charged to federal funding streams.

**In the absence of a federally required audit**, the entity is responsible for following the annual audit requirements described below, which are based upon the program year specified in this agreement.

**DHS Audit Requirements Specific to Subrecipients**

Subrecipients that **expend $750,000 or more in combined state and federal funds, but less than $750,000 in federal funds,** during the program year are required to have an audit of those funds made in accordance with generally accepted *Government Auditing Standards* (The Yellow Book), revised, as published by the Comptroller General of the United States.  Where such an audit is not required to meet the federal requirements, the costs related to DHS audit requirements may not be charged to federal funding streams.

If in connection with the agreement, a subrecipient **expends $500,000 or more in combined state and federal funds, but less than $750,000 in combined state and federal funds,** during the program year, the subrecipient shall ensure that, for the term of the contract, an independent auditor conducts annual examinations of its compliance with the terms and conditions of this contract (compliance attestations).  These examinations shall be conducted in accordance with the American Institute of Certified Public Accountants' Statements on Standards for Attestation Engagements, No. 18, Attestation Standards: Clarification and Recodification (SSAE 18) and shall be of a scope acceptable to the DHS.  The initial compliance attestation shall be completed for the program year specified in the contract and conducted annually thereafter.  The incremental cost for preparation of the compliance attestation reports cannot be charged to federal funding streams.

The subrecipient shall submit the compliance attestation reports (if applicable) to the DHS within 90 days after the program year has been completed.  When the compliance attestation reports are other than unmodified, the subrecipient shall submit to the DHS, in addition to the compliance attestation reports, a plan describing what actions the subrecipient will implement to correct the situation that caused the auditor to issue other than an unmodified report, a timetable for implementing the planned corrective actions, and a process for monitoring compliance with the timetable and a contact person who is responsible for the resolution of the situation.

If the subrecipient enters into an agreement with a subcontractor(s) for the performance of any primary contractual duties, the audit requirements are applicable to the subcontractor(s) with

## SUBRECIPIENT / CONTRACTOR AUDITS

### AUDIT CLAUSE A/B – SUBRECIPIENT

whom the subrecipient has entered into an agreement.  Consequently, the audit requirements should be incorporated into the sub-contractual document as entered by the subrecipient.

A subrecipient that **expends less than $500,000 combined state and federal funds** during the program year is exempt from DHS audit requirements but is required to maintain auditable records for each contract year.  Records must be available for review by appropriate officials of the DHS or a pass-through entity.

**GENERAL AUDIT PROVISIONS**

A subrecipient is responsible for obtaining the necessary audit and securing the services of an independent, licensed certified public accountant, or other independent governmental auditor.

DHS, other state agencies, and federal agencies, or their authorized representatives, may perform additional financial and/or performance audits.  If an audit of this contract is to be performed, the subrecipient will be given advance notice.  The subrecipient shall maintain books, records, and documents that support the services provided, that the fees earned are in accordance with the contract, and that the subrecipient has complied with the contract terms and conditions.  The subrecipient shall make available, upon reasonable notice, at the office of the subrecipient, during normal business hours, for the term of this contract and the retention period set forth in this Audit Clause, any of the books, records, and documents for inspection, audit, or reproduction by any state or federal agency or its authorized representative.

Except when a longer period is stated in the contract, the subrecipient shall preserve all books, records, and documents related to this contract for a period of time that is the greater of five years from the time when the contract expires and all questioned costs or activities have been resolved to the satisfaction of DHS, or as required by applicable federal laws and regulations.  Any records that support the services provided, that the fees earned are in accordance with the contract, and that the subrecipient has complied with contract terms and conditions must be maintained.  If this contract is completely or partially terminated, subrecipient shall preserve the records relating to and make available for a period of five years from the date of any resulting final settlement.

Audit documentation and audit reports must be retained by the subrecipient's independent auditor for a minimum of five years from the date of issuance of the audit report, unless the subrecipient's auditor is notified in writing by DHS, other state agencies, or federal agencies to extend the retention period.  Audit documentation must be made available upon request to authorized representatives of DHS, other state agencies, or federal agencies.

The subrecipient shall retain and shall make available or provide to DHS at DHS's option those records that relate to litigation of the settlement of claims arising out of performance or expenditures under the contract until such litigation, claim, or exceptions have reached final disposition.

Except for documentary evidence delivered pursuant to litigation or the settlement of claims arising out of the performance of the contract, the subrecipient may retain records as required by this Audit Clause using photographs, microphotographs, or other authentic reproductions of such records after the expiration of two years following the last day of the month of reimbursement to the contractor of the invoice or voucher to which such records relate, unless a shorter period is authorized by DHS.

## SUBRECIPIENT / CONTRACTOR AUDITS

### AUDIT CLAUSE A/B – SUBRECIPIENT

**SUBMISSION OF AUDIT REPORTS TO THE COMMONWEALTH**

**A.** **Federally Required Audit Reports**

**Local Governments and Nonprofit Organizations**

Submit an electronic copy of the audit report package to the Federal Audit Clearinghouse, which shall include the elements outlined in 2 CFR Part 200, Subpart F – *Audit Requirements* (Subpart F).

In addition, the subrecipient must send a copy of the confirmation from the Federal Audit Clearinghouse to the resource account RA-BAFMSingleAudit@pa.gov.

**For-Profit Organizations**

Submit an electronic copy of the audit report package, which shall include the elements outlined in 2 CFR Part 200, Subpart F – Audit Requirements (Subpart F) to the resource account RA-BAFMSingleAudit@pa.gov.

**B.** **DHS Required Audit Reports and Additional Submission by Subrecipients**

1. Independent Accountant's Report on Applying Agreed-Upon Procedures – which consist of the following procedures for the funding provided by this agreement for the contract year ending within the entity's fiscal year end under audit:

   (a) Verify by comparison of the amounts and classifications that the supplemental financial schedules listed below, which summarize amounts reported to DHS for fiscal year ended {CONTRACT YEAR END}, have been accurately compiled and reflect the audited books and records of (Auditee).  Also verify by comparison to the example schedules that these schedules are presented, at a minimum, at the level of detail that directly mirrors the budget page (Rider 3) of the contract.  The Schedule of Revenues and Expenditures should mirror the line items on the budget pages of the contract and include a budget and an actual expenditure column pertaining to this period.

   Program Name/ Contract Number        Referenced Schedule/Exhibit

   (List each individual schedule for all contracts in which the auditee participated.)

   (b) Inquire of management regarding adjustments to reported revenues or expenditures, which were not reflected on the reports submitted to DHS for the period in question.

   (c) Based on the procedures detailed in paragraphs (a) and (b) above, disclose any adjustments and/or findings and identify which have (have not) been reflected on the corresponding schedules.

   (List each separately.  Indicate whether it has/has not been reflected on the schedule.)

## SUBRECIPIENT / CONTRACTOR AUDITS

### AUDIT CLAUSE A/B – SUBRECIPIENT

2. <u>Independent Accountant's Report on Applying Agreed-Upon Procedures</u> – which consist of the following procedures for the entity's fiscal year end under audit.  All Local Governments and Nonprofit Organizations who are submitting a single audit in accordance with 2 CFR Part 200, Subpart F, and For-Profit Organizations who are submitting a single audit in accordance with Title 45, CFR 75.501(i), are also required to include in their single audit reporting package a supplemental schedule, which is to be subjected to an Agreed-Upon Procedures engagement.  The schedule, for which an example is included in this audit clause as Enclosure I, is a reconciliation of the expenditures listed on the Schedule of Expenditures of Federal Awards (SEFA) to the Federal award income received from the Pennsylvania Department of Human Services (DHS), as noted in the revenue audit confirmation received from the Commonwealth of Pennsylvania.  The procedures to be performed on the reconciliation schedule are as follows:

   (a) Agree the expenditure amounts listed on the reconciliation schedule under the "Federal Expenditures per the SEFA" column to the audited Schedule of Expenditures of Federal Awards (SEFA).

   (b) Agree the receipt amounts listed on the reconciliation schedule under the "Federal Awards Received per the audit confirmation reply from Pennsylvania" column to the subrecipient Federal amounts that were reflected in the audit confirmation reply from the Office of Budget, Comptroller Operations.

   (c) Recalculate the amounts listed under the "Difference" and "% Difference" columns.

   (d) Agree the amounts listed under the "Difference" column to the audited books and records of the subrecipient.

   (e) Agree the "Detailed Explanation of the Differences" to the audited books and records of the subrecipient.

   (f) Based on the procedures detailed in paragraphs (a) through (e) above, disclose any adjustments and/or findings which have not been reflected on the corresponding schedules (List each separately.).

**PERIOD SUBJECT TO AUDIT**

A federally required audit, conducted in accordance with Subpart F, or Title 45, CFR 75.501(i), as appropriate, encompasses the fiscal period of the subrecipient.  **Therefore, the period of the federally required audit may differ from the official reporting period as specified in this agreement.**  Where these periods differ, the required supplemental schedule(s) of Revenues and Expenditures and the related Independent Accountant's Report on Applying Agreed-Upon Procedures must be completed for the official annual reporting period of this agreement that ended during the period under audit and shall accompany the federally required audit.

**CORRECTIVE ACTION PLAN**

# SUBRECIPIENT / CONTRACTOR AUDITS

## AUDIT CLAUSE A/B – SUBRECIPIENT

The subrecipient shall prepare a corrective action plan (CAP) to address all findings of noncompliance, internal control weaknesses, and/or reportable conditions disclosed in the audit report.  For each finding noted, the CAP should include: (1) a brief description identifying the findings; (2) whether the subrecipient agrees with the finding; (3) the specific steps taken or to be taken to correct the deficiency or specific reasons why corrective action is not necessary; (4) a timetable for completion of the corrective action steps; (5) a description of monitoring to be performed to ensure that the steps are taken; and (6) the responsible party for the CAP.

**REMEDIES FOR NONCOMPLIANCE**

The subrecipient's failure to provide an acceptable audit may result in the DHS not accepting the report and initiating actions against the subrecipient that may include the following:

- Disallowing the cost of the audit.

- Withholding a percentage of the contract funding pending compliance.

- Withholding or disallowing administrative costs.

- Suspending subsequent contract funding pending compliance.

- Requiring a corrective action plan.

- Terminating the contract if the failure is not corrected within the time period approved by DHS.

- Assessing liquidated damages up to the amount of $200 for each calendar day and portion of each calendar day for which each required audit or compliance attestation report is submitted beyond its required due date.  Audits submitted without required AUP reports will not be considered acceptable and will be subject to liquidated damages.

**TECHNICAL ASSISTANCE**

Technical assistance on the DHS' audit requirements and the integration of those requirements with the federal Single Audit requirements will be provided by:

> Department of Human Services
> Bureau of Financial Operations
> Division of Audit and Review
> Audit Resolution Section
> 1st Floor, Forum Place
> 555 Walnut Street
> P.O. Box 2675
> Harrisburg, Pennsylvania 17105-2675
> Email: RA-pwauditresolution@pa.gov

# SUBRECIPIENT / CONTRACTOR AUDITS

## AUDIT CLAUSE A/B – SUBRECIPIENT

| SUBREC PIENT / CONTRACTOR AUDITS | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUDIT CLAUSE A/B – SUBREC P ENT | | | | | | | | | | | |
| ENCLOSURE I | | | | | | | | | | | |
| | | | | | | | | | | | |
| Entity Name | | | | | | | | | | | |
| Year Ended {ORGANIZATION'S F NANCIAL STATEMENT DATE} | | | | | | | | | | | |
| | | | | | | | | | | | |
| SUPPLEMENTAL SCHEDULE | | | | | | | | | | | |
| | | | | | | | | | | | |
| RECONC LIATION | | | | | | | | | | | |
| Federal Awards Passed through the Pennsylvania Department of Human Services | | | | | | | | | | | |
| Expenditures per the SEFA to Revenue Received per the Pennsylvania Audit Confirmation Reply | | | | | | | | | | | |
| | | | | | | | | | | | |
| CFDA Name | | CFDA Number | | Federal Expenditures per the SEFA | | Federal Awards Received per the audit confirmation reply from Pennsylvania | | Difference | % Difference | | Detailed Explanation of the Differences |
| | | | | $ | | $ | | $ | % | | |

**LOBBYING CERTIFICATION FORM**

**Certification for Contracts, Grants, Loans, and Cooperative Agreements**

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1)   No federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of any agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress in connection with the awarding of any federal contract, the making of any federal grant, the making of any federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any federal contract, grant, loan, or cooperative agreement.

(2)   If any funds other than federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress in connection with this federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, Disclosure of Lobbying Activities, in accordance with its instructions.

(3)   The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly.

This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into.   Submission of this certification is a prerequisite for making or entering into this transaction imposed under *Section 1352, Title 31, U. S. Code.*   Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than **$100,000** for such failure.

SIGNATURE: _SLHisilon_____

TITLE: Chief Executive Officer_____

DATE: 05/23/2023_____

## DISCLOSURE OF LOBBYING ACTIVITIES

OMB Control Number: 4040-0013
Expiration Date: 2/28/2025

Complete this form to disclose lobbying activities pursuant to 31 U.S.C. 1352

[ Review Public Burden Disclosure Statement ]

| 1. * Type of Federal Action: | 2. * Status of Federal Action: | 3. * Report Type: |
|---|---|---|
| ☒ a contract | ☒ a bid/o er/application | ☒ a initial iling |
| ☐ b grant | ☐ b initial award | ☐ b material change |
| ☐ c cooperative agreement | ☐ c post-award | |
| ☐ d loan | | |
| ☐ e loan guarantee | | |
| ☐ loan insurance | | |

**4. Name and Address of Reporting Entity:**

☒ Prime    ☐ SubAwardee

* Name: Pennsylvania Coalition Against Domestic Violence

* Street 1: 3605 Vartan Way, Suite 101    Street 2:

* City: Harrisburg    State: PA: Pennsylvania    Zip: 17110

Congressional District i known: PA-10

**5. If Reporting Entity in No.4 is Subawardee, Enter Name and Address of Prime:**

| 6. * Federal Department/Agency: | 7. * Federal Program Name/Description: |
|---|---|
| Department of Human Services | Statewide Domestic Violence and Rape Crisis Services Programs |
| | CFDA Number if applicable: |

| 8. Federal Action Number, if known: | 9. Award Amount, if known: |
|---|---|
| | $ |

**10. a. Name and Address of Lobbying Registrant:**

Prefix:    * First Name: n/a    Middle Name:

* Last Name: n/a    Suffix:

* Street 1:    Street 2:

* City:    State:    Zip:

**b. Individual Performing Services** (including address i di erent rom No 10a)

Prefix:    * First Name: n/a    Middle Name:

* Last Name: n/a    Suffix:

* Street 1:    Street 2:

* City:    State:    Zip:

**11.** n ormation requested through this orm is authorized by title 31 U S C section 1352 his disclosure o lobbying activities is a material representation o act upon which reliance was placed by the tier above when the transaction was made or entered into his disclosure is required pursuant to 31 U S C 1352 his in ormation will be reported to the Congress semi-annually and will be available or public inspection Any person who ails to ile the required disclosure shall be subject to a civil penalty o not less than $10 000 and not more than $100 000 or each such ailure

* Signature:

*Name:    Prefix:    * First Name: Susan    Middle Name:

* Last Name: Higginbotham    Suffix:

Title: Chief Executive Officer    Telephone No.: 717-545-6400    Date: 05/15/2023

Federal Use Only:

STANDARD FORM LLL (REV. 7/1997)
Authorized for Local Reproduction



# WORKER PROTECTION AND INVESTMENT CERTIFICATION FORM

A. Pursuant to Executive Order 2021-06, *Worker Protection and Investment* (October 21, 2021), the Commonwealth is responsible for ensuring that every worker in Pennsylvania has a safe and healthy work environment and the protections afforded them through labor laws. To that end, contractors and grantees of the Commonwealth must certify that they are in compliance with Pennsylvania's Unemployment Compensation Law, Workers' Compensation Law, and all applicable Pennsylvania state labor and workforce safety laws including, but not limited to:

1. Construction Workplace Misclassification Act
2. Employment of Minors Child Labor Act
3. Minimum Wage Act
4. Prevailing Wage Act
5. Equal Pay Law
6. Employer to Pay Employment Medical Examination Fee Act
7. Seasonal Farm Labor Act
8. Wage Payment and Collection Law
9. Industrial Homework Law
10. Construction Industry Employee Verification Act
11. Act 102: Prohibition on Excessive Overtime in Healthcare
12. Apprenticeship and Training Act
13. Inspection of Employment Records Law

B. Pennsylvania law establishes penalties for providing false certifications, including contract termination; and three-year ineligibility to bid on contracts under 62 Pa. C.S. § 531 (Debarment or suspension).

## CERTIFICATION

I, the official named below, certify I am duly authorized to execute this certification on behalf of the contractor/grantee identified below, and certify that the contractor/grantee identified below is compliant with applicable Pennsylvania state labor and workplace safety laws, including, but not limited to, those listed in Paragraph A, above. I understand that I must report any change in the contractor/grantee's compliance status to the Purchasing Agency immediately. I further confirm and understand that this Certification is subject to the provisions and penalties of 18 Pa. C.S. § 4904 (Unsworn falsification to authorities).

| | |
|---|---|
| *SLHigginbotham* | 5/15/2023 |
| *Signature* | *Date* |
| Susan Higginbotham | |
| *Name (Printed)* | |
| Chief Executive Officer | |
| *Title of Certifying Official (Printed)* | |
| PA Coalition Against Domestic Violence | |
| *Contractor/Grantee Name (Printed)* | |

BOP-2201
Published: 02/07/2022

# RIDER 6

Rev dated 11/24/2014

# COMMONWEALTH OF PENNSYLVANIA
# BUSINESS ASSOCIATE ADDENDUM

**WHEREAS,** the Pennsylvania Department of Human Services (Covered Entity) and Contractor (Business Associate) intend to protect the privacy and security of certain Protected Health Information (PHI) to which Business Associate may have access in order to provide services to or on behalf of Covered Entity, in accordance with the Health Insurance Portability and Accountability Act of 1996, Pub. L. No. 104-191 (HIPAA), the Health Information Technology for Economic and Clinical Health (HITECH) Act, Title XIII of Division A and Title IV of Division B of the American Recovery and Reinvestment Act of 2009 (ARRA), Pub. L. No. 111-5 (Feb. 17, 2009) and related regulations, the HIPAA Privacy Rule (Privacy Rule), 45 C.F.R. Parts 160 and 164, as amended, the HIPAA Security Rule (Security Rule), 45 C.F.R. Parts 160, 162 and 164, ), as amended, 42 C.F.R. §§ 431.301-431.302, 42 C.F.R. Part 2, 45 C.F.R. § 205.50, 42 U.S.C. § 602(a)(1)(A)(iv), 42 U.S.C. § 1396a(a)(7), 35 P.S. § 7607, 50 Pa.C.S. § 7111, 71 P.S. § 1690.108(c), 62 P.S. § 404, 55 Pa. Code Chapter 105, 55 Pa. Code Chapter 5100, the Pennsylvania Breach of Personal Information Notification Act, 73 P.S. § 2301 *et seq.*, and other relevant laws, including subsequently adopted provisions applicable to use and disclosure of confidential information, and applicable agency guidance.

**WHEREAS,** Business Associate may receive PHI from Covered Entity, or may create or obtain PHI from other parties for use on behalf of Covered Entity, which PHI may be used or disclosed only in accordance with this Addendum and the standards established by applicable laws and agency guidance.

**WHEREAS,** Business Associate may receive PHI from Covered Entity, or may create or obtain PHI from other parties for use on behalf of Covered Entity, which PHI must be handled in accordance with this Addendum and the standards established by HIPAA, the HITECH Act and related regulations, and other applicable laws and agency guidance.

**NOW, THEREFORE,** Covered Entity and Business Associate agree as follows:

1. **Definitions.**
   a. "Business Associate" shall have the meaning given to such term under HIPAA, the HITECH Act, applicable regulations and agency guidance.
   b. "Covered Entity" shall have the meaning given to such term under HIPAA, the HITECH Act and applicable regulations and agency guidance.
   c. "HIPAA" shall mean the Health Insurance Portability and Accountability Act of 1996, Pub. L. No. 104-191.
   d. "HITECH Act" shall mean the Health Information Technology for Economic and Clinical Health (HITECH) Act, Title XIII of Division A and Title IV of Division B of the American Recovery and Reinvestment Act of 2009 (ARRA), Pub. L. No. 111-5 (Feb. 17, 2009).
   e. "Privacy Rule" shall mean the standards for privacy of individually identifiable health information in 45 C.F.R. Parts 160 and 164, as amended, and related agency guidance.
   f. "Protected Health Information" or "PHI" shall mean any information, transmitted or recorded in any form or medium; (i) that relates to the past, present or future

physical or mental condition of an individual; the provision of health care to an individual; or the past, present or future payment for the provision of health care to an individual, and (ii) that identifies the individual or which there is a reasonable basis to believe the information can be used to identify the individual, and shall have the meaning given to such term under HIPAA, the HITECH Act and related regulations and agency guidance.  PHI also includes any and all information that can be used to identify a current or former applicant or recipient of benefits or services of Covered Entity (or Covered Entity's contractors/business associates).

g.  "Security Rule" shall mean the security standards in 45 C.F.R. Parts 160, 162 and 164, as amended, and related agency guidance.

h.  "Unsecured PHI" shall mean PHI that is not secured through the use of a technology or methodology as specified in HITECH regulations and agency guidance or as otherwise defined in the HITECH Act.

2.  **Stated Purposes For Which Business Associate May Use Or Disclose PHI.**  The Business Associate shall be permitted to use and/or disclose PHI provided by or obtained on behalf of Covered Entity for the purposes of providing services under its contract with Covered Entity, except as otherwise stated in this Addendum.

**NO OTHER DISCLOSURES OF PHI OR OTHER INFORMATION ARE PERMITTED.**

3.  **BUSINESS ASSOCIATE OBLIGATIONS:**

a)  **Limits On Use And Further Disclosure.**  Business Associate shall not further use or disclose PHI provided by, or created or obtained on behalf of Covered Entity other than as permitted or required by this Addendum or as required by law and agency guidance.

b)  **Appropriate Safeguards.**  Business Associate shall establish and maintain appropriate safeguards to prevent any use or disclosure of PHI other than as provided for by this Addendum.  Appropriate safeguards shall include implementing administrative, physical, and technical safeguards that reasonably and appropriately protect the confidentiality, integrity, and availability of the electronic PHI that is created, received, maintained, or transmitted on behalf of the Covered Entity and limiting use and disclosure to applicable minimum necessary requirements as set forth in applicable federal and state statutory and regulatory requirements and agency guidance.

c)  **Reports Of Improper Use Or Disclosure.**  Business Associate hereby agrees that it shall report to DHS Chief Information Security Officer at (717) 772-6469**,** within two (2) days of discovery any use or disclosure of PHI not provided for or allowed by this Agreement.

2

d) **Reports Of Security Incidents.** In addition to the breach notification requirements in section 13402 of the HITECH Act and related regulations, agency guidance and other applicable federal and state laws, Business Associate shall report to DHS Chief Information Security Officer at (717) 772-6469, within two (2) days of discovery any security incident of which it becomes aware. At the sole expense of Business Associate, Business Associate shall comply with all federal and state breach notification requirements, including those applicable to Business Associate and those applicable to Covered Entity. Business Associate shall indemnify the Covered Entity for costs associated with any incident involving the acquisition, access, use or disclosure of Unsecured PHI in a manner not permitted under federal or state law and agency guidance.

(e) **Subcontractors And Agents.** At any time PHI is provided or made available to Business Associate subcontractors or agents, Business Associate shall provide only the minimum necessary PHI for the purpose of the covered transaction and shall first enter into a subcontract or contract with the subcontractor or agent that contains the same terms, conditions and restrictions on the use and disclosure of PHI as contained in this Addendum.

(f) **Right Of Access To PHI.** Business Associate shall allow an individual who is the subject of PHI maintained in a designated record set, to have access to and copy that individual's PHI within five (5) business days of receiving a written request from the Covered Entity. Business Associate shall provide PHI in the format requested, if it is readily producible in such form and format; or if not, in a readable hard copy form or such other form and format as agreed to by Business Associate and the individual. If the request is for information maintained in one or more designated record sets electronically and if the individual requests an electronic copy of such information, Business Associate must provide the individual with access to the PHI in the electronic form and format requested by the individual, if it is readily producible in such form and format; or, if not, in a readable electronic form and format as agreed to by the Business Associate and the individual. If any individual requests from Business Associate or its agents or subcontractors access to PHI, Business Associate shall notify Covered Entity within five (5) business days. Business associate shall further conform with all of the requirements of 45 C.F.R. §164.524 and other applicable laws, including the HITECH Act and related regulations, and agency guidance.

(g) **Amendment And Incorporation Of Amendments.** Within five (5) business days of receiving a request from Covered Entity for an amendment of PHI maintained in a designated record set, Business Associate shall make the PHI available and incorporate the amendment to enable Covered Entity to comply with 45 C.F.R. §164.526, applicable federal and state law, including the HITECH Act and related regulations, and agency guidance. If an individual requests an amendment from Business Associate or its agents or subcontractors, Business Associate shall notify Covered Entity within five (5) business days.

3

**(h)  Provide Accounting Of Disclosures.**  Business Associate shall maintain a record of all disclosures of PHI in accordance with 45 C.F.R. §164.528 and other applicable laws and agency guidance, including the HITECH Act and related regulations.  Such records shall include, for each disclosure, the date of the disclosure, the name and address of the recipient of the PHI, a description of the PHI disclosed, the name of the individual who is the subject of the PHI disclosed, and the purpose of the disclosure.  Business Associate shall make such record available to the individual or the Covered Entity within five (5) business days of a request for an accounting of disclosures.

**(i)  Requests for Restriction.**  Business Associate shall comply with requests for restrictions on disclosures of PHI about an individual if the disclosure is to a health plan for purposes of carrying out payment or health care operations (and is not for treatment purposes), and the PHI pertains solely to a health care item or service for which the service involved was paid in full out-of-pocket.  For other requests for restriction, Business Associate shall otherwise comply with the Privacy Rules, as amended, and other applicable statutory and regulatory requirements and agency guidance.

**(j)  Access To Books And Records.**  Business Associate shall make its internal practices, books, and records relating to the use or disclosure of PHI received from, or created or received by Business Associate on behalf of the Covered Entity, available to the Secretary of Health and Human Services or designee for purposes of determining compliance with applicable laws and agency guidance.

**(k)  Return Or Destruction Of PHI.**  At termination or expiration of the contract, Business Associate shall return or destroy all PHI provided by or obtained on behalf of Covered Entity.  Business Associate may not retain any copies of the PHI after termination or expiration of its contract.  If return or destruction of the PHI is not feasible, Business Associate shall extend the protections of this Addendum to limit any further use or disclosure until such time as the PHI may be returned or destroyed.  If Business Associate elects to destroy the PHI, it shall certify to Covered Entity that the PHI has been destroyed.

**(l)  Maintenance of PHI.**  Notwithstanding Section 3(k) of this Agreement, Business Associate and its subcontractors or agents shall retain all PHI throughout the term of the its contract and this Addendum and shall continue to maintain the information required under the various documentation requirements of its contract and this Addendum (such as those in §3(h)) for a period of six (6) years after termination or expiration of its contract, unless Covered Entity and Business Associate agree otherwise.

**(m) Mitigation Procedures.**  Business Associate shall establish and provide to Covered Entity upon request, procedures for mitigating, to the maximum extent practicable, any harmful effect from the use or disclosure of PHI in a manner contrary to this Addendum or the Privacy Rules, as amended.  Business Associate

4

shall mitigate any harmful effect that is known to Business Associate of a use or disclosure of PHI by Business Associate in violation of this Addendum or applicable laws and agency guidance.

**(n) Sanction Procedures.** Business Associate shall develop and implement a system of sanctions for any employee, subcontractor or agent who violates this Addendum, applicable laws or agency guidance.

**(o) Grounds For Breach.** Non-compliance by Business Associate with this Addendum or the Privacy or Security Rules, as amended, is a breach of the contract, for which the Commonwealth may elect to terminate Business Associate's contract.

**(p) Termination by Commonwealth.** Business Associate authorizes termination of this Agreement by the Commonwealth if the Commonwealth determines, in its sole discretion that Business Associate has violated a material term of this Addendum.

**(q) Failure to Perform Obligations.** In the event Business Associate fails to perform its obligations under this Addendum, Covered Entity may immediately discontinue providing PHI to Business Associate. Covered Entity may also, at its option, require Business Associate to submit to a plan of compliance, including monitoring by Covered Entity and reporting by Business Associate, as Covered Entity in its sole discretion determines to be necessary to maintain compliance with this Addendum and applicable laws and agency guidance.

**(r) Privacy Practices.** Covered Entity will provide and Business Associate shall immediately begin using any applicable form, including but not limited to, any form used for Notice of Privacy Practices, Accounting for Disclosures, or Authorization, upon the effective date designated by the Program or Covered Entity. Covered Entity may change applicable privacy practices, documents and forms. The Business Associate shall implement changes as soon as practicable, but not later than 45 days from the date of notice of the change. Business Associate shall otherwise comply with all applicable laws and agency guidance pertaining to notices of privacy practices, including the requirements set forth in 45 C.F.R. § 164.520.

**4.    OBLIGATIONS OF COVERED ENTITY:**

**a) Provision of Notice of Privacy Practices.** Covered Entity shall provide Business Associate with the notice of privacy practices that the Covered Entity produces in accordance with applicable law and agency guidance, as well as changes to such notice. Covered Entity will post on its website any material changes to its notice of privacy practices by the effective date of the material change

5

**b) Permissions.** Covered Entity shall provide Business Associate with any changes in, or revocation of, permission by individual to use or disclose PHI of which Covered Entity is aware, if such changes affect Business Associate's permitted or required uses and disclosures.

**c) Restrictions.** Covered Entity shall notify Business Associate of any restriction to the use or disclosure of PHI that the Covered Entity has agreed to in accordance with 45 C.F.R. §164.522 and other applicable laws and applicable agency guidance, to the extent that such restriction may affect Business Associate's use or disclosure of PHI.