# EXHIBIT Q



March 20, 2026


**<u>Via E-Mail Only</u>**

Charissa Clark Howe, President
Grace Coleman, Executive Director
Crisis Center North, Inc.
PO Box 101093
Pittsburgh, PA 15237
cchowe@gmail.com
gcoleman@crisiscenternorth.org


**Re: <u>PCADV's Notice of Non-Renewal of Grant Agreement with Crisis Center North, Inc.</u>**


Dear Ms. Clark Howe and Ms. Coleman:

This letter is to inform you that PCADV will not renew its Grant Agreement with Crisis Center North, Inc. ("CCN") for domestic violence program services after the current grant funding expires on June 30, 2026.  Please be advised that PCADV will not reimburse CCN for grant expenditures incurred after that date.

PCADV has come to this decision following efforts over several years to gain CCN's compliance with certain required fiscal standards of accountability. PCADV has monitored CCN's compliance with programmatic and fiscal standards on a periodic basis, most recently in the Spring of 2025, the results of which were memorialized in PCADV's Monitoring Report dated May 15, 2025 and various other written communications with CCN's staff and you.  Of particular note, in response to that Monitoring Report, we had hoped that CCN would agree to submit its financial reports to its Board and PCADV in the manner required: by classifying all revenues and expenditures by funding stream that included a budget vs. actual comparison, with such statements being produced directly from CCN's QuickBooks accounting system.  CCN refused to generate its statements directly from the system even though the QuickBooks software is set up to perform fund/project accounting by funding stream.

PREVENTION. INTERVENTION. CHANGE.

3501 N. Front Street / Suite 200 / Harrisburg, PA 17110
LOCAL: 717.545.6400 / TOLL-FREE: 800.932.4623
PCADV.org

As we have made clear to CCN on many occasions, PCADV is obligated by its Grant Agreement with DHS to ensure that funds distributed to sub-grantees such as CCN are used only for proper purposes. PCADV's process also ensures transparency so that Board members can make informed judgments regarding the program's actual financial condition.

Also, CCN continues to submit timecards to PCADV which fail to properly allocate time and costs to funded projects. This is a compliance item governed by Uniform Guidance requirements. Despite promises to ensure accuracy with this requirement CCN continues to submit non-compliant timecards.

By letter dated November 18, 2025 addressed to you, we notified you of a material breach in performance as a result of these and other fiscal accounting deficiencies. We requested a Corrective Action Plan that immediately cured these deficiencies to PCADV's satisfaction. In response, CCN complained that our demands were unreasonable, unfair and burdensome and required time spent on activities that your Board and staff did not find useful. Despite CCN agreeing to the terms and program standards incorporated into the Grant Agreement, we have concluded that CCN does not intend to comply with PCADV's standards.

As our counsel, Stephen Rhoads, explained in his January 7, 2026 letter to CCN's counsel, Mac Boooker, CCN could not expect to receive continued funding absent compliance with PCADV's standards. We are providing notice at this time that CCN's grant will not be renewed so that CCN will have adequate time to plan accordingly. Lastly, your final invoice will be due on August 14, 2026.

Sincerely,

Susan Higginbotham, M.Ed.
Chief Executive Officer

cc:     Stephen G. Rhoads, Esquire *(via email)*
        D. McArdle Booker, Esquire *(via email)*