# EXHIBIT S

**Booker, McArdle**

---

| | |
|---|---|
| **From:** | Duckett, Danielle A. <dduckett@pa.gov> |
| **Sent:** | Monday, April 13, 2026 11:54 AM |
| **To:** | Booker, McArdle |
| **Cc:** | gcoleman@crisiscenternorth.org; rev.charissa.howe@gmail.com; pete@mendesconsult.com; Marven, Louie; Arcs, Ana |
| **Subject:** | RE: [External] Crisis Center North |
| **Attachments:** | 729203_4100096606 OPD GRANT_Redacted.pdf |

> **WARNING:** This email originated from an external sender. Exercise caution before clicking links or opening attachments. When in doubt, contact the IT department.

Good Morning,

Under the terms of the agreement, PCADV is responsible for subgrantee network management, including selection of subgrantees and the development of subgrants. The grant is a public record, and I have attached a copy here for your reference. If you have specific questions regarding subgrantee selection or disqualification, PCADV would be best positioned to provide additional detail.

Thanks,

 **Danielle A. Duckett, MPA** *(she/her)*
Executive Policy Director, Office of Policy Development
Pennsylvania Department of Human Services

625 Forster Street
Health & Human Services Building, Office 323
Harrisburg, PA 17120
Office: (717)265.8345
Cell: (445) 243.0475

www.dhs.pa.gov

Pennsylvanians who suspect Welfare fraud should call <u>1-844-DHS-TIPS</u>.

PRIVILEGED AND CONFIDENTIAL COMMUNICATION
*The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply email to the sender and delete the material from any and all computers. Unintended transmissions shall not constitute waiver of the attorney-client or any other privilege.*

**From:** Booker, McArdle <mcardle.booker@obermayer.com>
**Sent:** Tuesday, March 24, 2026 2:03 PM
**To:** Marven, Louie <lomarven@pa.gov>
**Cc:** Grace Coleman <gcoleman@crisiscenternorth.org>; Rev. Dr. Charissa Howe <rev.charissa.howe@gmail.com>; Pete Mendes <pete@mendesconsult.com>
**Subject:** [External] Crisis Center North

**ATTENTION:** *This email message is from an external sender. Do not open attachments or click links from unknown senders. To report suspicious email, use the Report Phishing button in Outlook.*

Good afternoon Mr. Marven,

I am writing on behalf of Crisis Center North (CCN), a service provider for victims of domestic violence based in Allegheny County. I have also copied Grace Coleman, CCN's President and CEO; Charissa Howe, the Chair of CCN's Board; and Pete Mendes, CCN's Financial Strategist.

CCN is a PCADV member organization and also a long-time grant recipient. In recent years, CCN has had a series of issues with PCADV regarding specific PCADV demands around financial reporting, which PCADV has claimed were mandated by DHS, although to date we have not been able to identify where or when.

CCN has had years of unqualified audits and is in a strong fiscal position: unusually among similar organizations, for example, CCN was able to continue providing high-quality and innovative services through the recent budget standoff without being forced to borrow money. CCN's financials are also overseen by a deeply capable and experienced Financial Strategist who has successfully advised many organizations subject to grant requirements, including federal and DHS grants. CCN also provides high quality services, a point PCADV has never contested. Nonetheless, CCN has been unable to satisfy PCADV's demands.

We have been trying for some time to resolve these issues, but at close of business on Friday of last week, the CEO received a letter from PCADV stating that the organization could no longer apply for funding and its grant would not be renewed.

This is a matter of significant concern for CCN, for obvious reasons. The funding that DHS provides CCN through PCADV provides vital services to some of the most vulnerable members of our community.

Accordingly, I am writing to ask if you would be available to meet with CCN representatives to discuss what options CCN might have in this circumstance. It is CCN's hope that the issue can be resolved without further escalation. Because of the timing, the issue is urgent and we would very much appreciate being able to talk with you within the next week.

I would be happy to provide any information you might need in advance of a meeting.

Thank you,

Mac Booker



  

**McArdle Booker, Esq.**
Attorney

**Obermayer Rebmann Maxwell & Hippel LLP**
William Penn Place
525 William Penn Place | Suite 1710
Pittsburgh, PA 15219
412.288.2476 tel | 215.665.3165 fax
mcardle.booker@obermayer.com | www.obermayer.com

**McArdle Booker, Esq.**
Attorney

3