Civil Action No.:  **1:26–CV–01015–JPW**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) PA Dept. of Human Services
was received by me on (date) 4/21/26 .

☒ I personally served the summons on the individual at (place) PA Dept. of Human Services
_____ on (date) 4/21/26 ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____; or

☐ Other (specify) :


My fees are $ _____ for travel and $ _____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.


4/21/26
Date

Commonwealth of Pennsylvania - Notary Seal
Bruce R. Berkley, Notary Public
Cumberland County
My commission expires April 22, 2027
Commission number 1261660

*Bruce Berkley*

R. Brian Hedenberg
Server's Signature

R. Brian Hedenberg  Legal Courier
Printed name and title

1043 Mumma Rd. Lemoyne PA 17043
Server's Address

Additional information regarding attempted service, etc: