Civil Action No.: **1:26-CV-01015-JPW**

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) _PA Coalition Against Domestic Violence_

was received by me on (date)_ 5-5-26 _.

☒ I personally served the summons on the individual at (place)_ 3501 N. Front St. Harrisburg PA 17110 _ on (date)_ 5-5-26 _; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :


My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.


_____5-5-26_____                    _____
Date                                          Server's Signature

                                   _Brian Stone - Legal Courier_
                                          Printed name and title


                        _1043 Mumma Rd Lemoyne PA 17043_
                                          Server's Address

Additional information regarding attempted service, etc:

Commonwealth of Pennsylvania - Notary Seal
Raymond Brian Hedenberg, Notary Public
Cumberland County
My commission expires September 21, 2027
Commission number 1438108

STATE OF _Pennsylvania_
COUNTY OF _Cumberland_
SUBSCRIBED AND SWORN TO BEFORE ME
THIS _5th_ DAY OF _May_ , _2026_.
BY
_R. Brian Hedenberg_
NOTARY PUBLIC