**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CRISIS CENTER NORTH, INC., | : | Civil No. 1:26-CV-01015 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA COALITION | : | |
| AGAINST DOMESTIC VIOLENCE and | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| HUMAN SERVICES, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, this 23rd day of July, 2026, in accordance with the

accompanying memorandum of law, **IT IS ORDERED AS FOLLOWS**:

1) Plaintiff's application for entry of default against Defendant

   Pennsylvania Department of Human Services ("DHS"), Doc. 19, is

   **DENIED**.

2) DHS's motion to dismiss Plaintiff's complaint for failure to state a

   claim, Doc. 23, is **GRANTED**. Count I of Plaintiff's complaint, Doc.

   1, is **DISMISSED WITH PREJUDICE** as to DHS.

3) Defendant Pennsylvania Coalition Against Domestic Violence's ("the

   Coalition") motion to dismiss Plaintiff's complaint, Doc. 29, is

   **GRANTED IN PART AND DENIED IN PART** as follows:

   a. The procedural and substantive due process claims raised in Count I of Plaintiff's complaint, Doc. 1, are **DISMISSED WITHOUT PREJUDICE**.

   b. Count II of Plaintiff's complaint is **DISMISSED WITH PREJUDICE** only to the extent it seeks money damages from the Coalition.

   c. Counts III and IV of Plaintiff's complaint are **DISMISSED WITHOUT PREJUDICE**.

   d. Count V of Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

4) Accordingly, the remaining claims in Plaintiff's complaint, Doc. 1, are Count I's First Amendment retaliation and Equal Protection claims against the Coalition and Count II's claims brought pursuant to the Constitution of Pennsylvania to the extent they seek equitable relief against the Coalition.

5) Plaintiff may file an amended complaint consistent with this order by August 10, 2026.

6) If Plaintiff does not file an amended complaint by the above deadline, the Coalition is directed to respond to the complaint in accordance with the Federal Rules of Civil Procedure.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania