**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CRISIS CENTER NORTH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PENNSYLVANIA COALITION AGAINST DOMESTIC VIOLENCE and PENNSYLVANIA DEPARTMENT OF HUMAN SERVICES,<br><br>Defendants. | : | Civil No. 1:26-CV-01015<br><br><br><br><br><br><br><br><br>Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, this 30th day of September, 2026, in accordance with the accompanying memorandum of law, Defendant Pennsylvania Coalition Against Domestic Violence's motion to dismiss Plaintiff's first amended complaint, Doc. 57, is **GRANTED IN PART AND DENIED IN PART AS FOLLOWS**:

1) The procedural and substantive due process claims raised in Counts I and II of Plaintiff's first amended complaint, Doc. 52, are **DISMISSED WITH PREJUDICE**.

2) Counts III and IV of Plaintiff's first amended complaint are **DISMISSED WITH PREJUDICE**.

3) Accordingly, the remaining claims in Plaintiff's first amended complaint are the First Amendment retaliation claim in Count I, and the free expression claim brought pursuant to the Constitution of Pennsylvania in Count II.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania